# CALLINAN & SMITH LLP

|  |  |
|---|---|
| 3361 Park Avenue<br>Suite 104<br>Wantagh, New York 11793<br>P: (516) 784-5148 / F: (516) 667-1003 | Michael A. Callinan<br>Matthew J. Smith**<br><br>Vanessa H. Hlinka<br><br>Jennifer B. Strong* |

**DARA C. GOODMAN**
SENIOR ASSOCIATE
ADMITTED IN N.Y. & N.J.
dgoodman@callinansmith.com

Steven Daniel Levy
Matthew P. Smith*
Melanie J. Rosen*
Dara C. Goodman*

Craig J. Bruno
Stewart C. Fink
*Of counsel*
**Admitted in N.Y., N.J. & P.A.*
*Admitted in N.Y. & N.J.*

September 12, 2022

**VIA ECF**
Hon. Peggy Kuo
United States District Court, Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   ***State Farm Mut. Automobile Ins. Co., et al. v. Metro Pain Specialists P.C., et al.***
       21-cv-05523

Dear Judge Kuo:

As the Court's docket will reflect, I am listed as counsel to be noticed on behalf of Defendants Columbus Imaging Center LLC, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Medaid Radiology LLC, Reuven Alon, and Yan Moshe ("Defendants") in the above-referenced matter. I write to inform the Court that I am no longer an employee of The Russell Friedman Law Group, LLP. Therefore, I respectfully request that my name be removed as an attorney in this matter. Defendants will suffer no prejudice as they will continue to be represented by other attorneys at The Russell Friedman Law Group, LLP.

Thank you for your consideration of this matter. If you should have any questions with regard to this matter, please feel free to contact us at your convenience.

Very truly yours,

/s/ Dara C. Goodman
Dara C. Goodman

---

|  |  |
|---|---|
| 345 Rt. 17 South<br>Suite 43<br>Upper Saddle River, New Jersey 07458 | 416 Church Street<br>First Floor<br>Hawley, Pennsylvania 18428 |