

Shannon Carroll
Direct Dial: 973-403-3126
Direct Fax: 973-618-5988
E-mail: scarroll@bracheichler.com

February 9, 2024

**VIA ECF**

Magistrate Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.
             Case No.:  1:21-cv-05523-MKB-PK

Dear Judge Kuo:

      Pursuant to this Court's text order dated January 26, 2024, nonparty Law Offices of Gabriel & Shapiro LLC ("Gabriel & Shapiro") writes jointly with Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("Plaintiffs," and together with Gabriel & Shapiro, the "Parties") to provide a status update on their attempts to resolve outstanding discovery disputes.  The Parties have continued to meet and confer and exchange communications relating to this third party subpoena issue.

      Since their last status update filed with the Court on January 24, 2024, the Parties have made progress toward resolving the outstanding issue of whether Gabriel & Shapiro can access and produce certain electronic communications related to Plaintiffs' subpoena.

      Gabriel & Shapiro is no longer an active law firm, and its counsel has been working with members of the law firm Gabriel & Moroff to obtain additional information regarding Gabriel & Shapiro's email service provider.  A declaration is to be provided to Plaintiffs' counsel to outline the information obtained.

      To provide Gabriel & Shapiro additional time to resolve the Parties' disputes, the Parties respectfully request the Court order the Parties to meet and confer on these issues no later than

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.15084924.1/MOS106-284575

BRACH | EICHLER LLC

Magistrate Peggy Kuo, U.S.M.J.
February 9, 2024
Page 2

February 21, 2024, and to provide a status update to the Court on whether any outstanding issues remain no later than February 28, 2024.

    We thank the Court for its consideration.

                            Respectfully submitted,

                            Shannon Carroll

SC:jg
cc: All Counsel of Record (via ECF)