**Katten**
KattenMuchinRosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

February 16, 2024

<u>VIA ECF</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
Case No. 21 Civ. 5523 (E.D.N.Y.) – **Request to Adjourn Show Cause Hr'g**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully request an adjournment of the show cause hearing regarding Dr. William Elton's failure to comply with Plaintiffs' subpoenas presently scheduled for February 20, 2024. *See* 1/9/2024 Text Order. Plaintiffs and Dr. Elton are continuing to cooperatively address their issues and seek an additional adjournment to accommodate the trial calendar of Dr. Elton's counsel. To provide the parties with additional time to resolve their disputes and preserve judicial economy, Plaintiffs respectfully seek an adjournment of the show cause hearing until March 5, 2024. Counsel for Dr. Elton consents to this letter request, which is being served on him via CM/ECF and email concurrent with this filing.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP