UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists P.C., et al.,<br><br>Defendants. | Case No. 1:21-cv-05523 (MKB) (PK) |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively, "Plaintiffs") and Defendants Giulio Caruso, D.C. ("Caruso"), Brook Chiropractic of NY P.C. ("Brook Chiropractic"), and Integrated Chiropractic of NY P.C. ("Integrated Chiropractic"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Caruso, Brook Chiropractic, and Integrated Chiropractic are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated: February __, 2024

_____
Hon. Margo K. Brodie
United States District Court Judge

Consented to by:

**EISENBERG & CARTON**

By: */s/ Lloyd M. Eisenberg*
Lloyd M. Eisenberg
Ruya Carton
Eisenberg & Carton
405 RXR Plaza
Uniondale, New York 11556
516-221-3700 (tel)
516-977-3337 (fax)
leisenberg@eisenbergcarton.com
rcarton@eisenbergcarton.com

*Attorneys for Defendants Giulio Caruso, D.C., Brook Chiropractic of NY P.C., and Integrated Chiropractic of NY P.C.*

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Jonathan L. Marks*
Ross O. Silverman
Jonathan L. Marks
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
Facsimile: 212.940.8876
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*