Februrary 27, 2024

**Via ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, **1:21-cv-05523**
             **Joint Ltr. re Status of Compliance with Orders to Show Cause**

Dear Judge Kuo:

    Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and defendants Yan Moshe, Hackensack Specialty ASC LLC (f/k/a Dynamic Surgery Center, f/k/a Excel Surgery Center LLC), Integrated Specialty ASC LLC (f/k/a HealthPlus Surgery Center LLC), Reuven Alon, Columbus Imaging Center LLC, and Medaid Radiology LLC (collectively, "Defendants") write jointly as a follow up to the discovery conference held on February 22, 2024, regarding the status of Defendants' compliance with this Court's orders compelling production of revised written discovery responses.

    Pursuant to the Court's Minute Entry and Order on February 22, counsel met and conferred on February 23 regarding outstanding issues with Defendants' written discovery responses. During the meet and confer, the parties discussed specific deficiencies concerning Defendants' written responses and agreed that Defendants would serve revised written responses addressing those issues by March 15. There are no additional disputes between the parties to raise with the Court at this time relating to the discovery conference held on February 22.

    Thank you for Your Honor's attention.

Respectfully Submitted,

By: */s/ Christopher T. Cook*

KATTEN MUCHIN ROSENMAN LLP

Ross O. Silverman
Jonathan L. Marks
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone:  312.902.5200
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:  212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: */s/ Anthony M. Juliano*

BRACH EICHLER LLC

Anthony M. Juliano
Shannon Carroll
Keith J. Roberts
101 Eisenhower Parkway, Ste. 201
Roseland, New Jersey 07068
973-403-3126
ajuliano@bracheichler.com
scarroll@bracheichler.com
kroberts@bracheichler.com

*Attorneys for Defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Reuven Alon, Columbus Imaging Center LLC, and Medaid Radiology LLC*

2