Februrary 28, 2024

<u>Via ECF</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    **Re:**    *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
             **Case No. 21 Civ. 5523 (E.D.N.Y.) – Status Update re Gabriel & Shapiro**

Dear Judge Kuo:

    Pursuant to this Court's text order dated February 12, 2024, Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("Plaintiffs") and non-party Law Offices of Gabriel & Shapiro LLC ("Gabriel & Shapiro") write jointly to provide the Court with a report on the status of disputes relating to Plaintiffs' subpoena *duces tecum* served on December 19, 2022. The parties have resolved their disputes regarding the subpoena, and respectfully submit that there is no need for further judicial intervention regarding the motions filed with the Court at ECF Nos. 364 and 456.

Respectfully submitted,

*/s/ Christopher T. Cook*

KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020

*Attorneys for Plaintiffs State Farm Mutual*
*Automobile Insurance Company and*
*State Farm Fire and Casualty Company*

*/s/ Shannon Carroll*

BRACH EICHLER LLC
101 Eisenhower Parkway, Ste 201
Roseland, NJ 07068

*Attorneys for Law Offices of Gabriel & Shapiro LLC*