March 5, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  *State Farm Mut. v. Metro Pain*, 1:21-cv-05523 – Joint Ltr. re Settlement Conference**

Dear Judge Kuo:

Plaintiffs State Farm Mutual and State Farm Fire and defendants Mark Gladstein, M.D., Victoria Frenkel, and Advanced Comprehensive Laboratory LLC (collectively, the "Parties") write jointly to respectfully request an adjournment of the settlement conference scheduled with the Court for March 14, 2024.  *See* 11/14/2023 Text Order.  The Parties are actively engaged in direct settlement negotiations which have been productive, counsel for the Parties have a history of working together successfully to resolve matters, and the Parties believe that continued direct discussions are the most productive means to seek resolution.  Accordingly, the Parties believe an adjournment would serve the interests of judicial economy by providing them with additional time to pursue and discuss their respective claims and defenses.  Should their discussions reach an impasse the Parties would contact the Court to seek assistance.

Accordingly, the Parties respectfully request the conference be adjourned to be reset should the Parties advise the Court at a future date that they have been unable to reach a resolution.


Respectfully Submitted,

By:  /s/  Jonathan L. Marks

KATTEN MUCHIN ROSENMAN LLP

*Attorneys for Plaintiffs State Farm Mutual
Automobile Insurance Company and State
Farm Fire and Casualty Company*


By:  /s/  Benjamin M. Pinczewski

LAW OFFICES OF BENJAMIN M. PINCZEWSKI P.C.

*Attorney for Mark Gladstein, M.D.,
Victoria Frenkel, and Advanced
Comprehensive Laboratory LLC*