*Exhibit 2*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:

State Farm Mutual Automobile Ins. Co. et al.

**AFFIDAVIT OF NON-SERVICE**

Defendant / Respondent:

Metro Pain Specialists P.C. et al.

Civil Action No.: 1:21-cv-05523 (MKB)(PK)

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )SS: |
| COUNTY OF NASSAU | ) |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State.
That deponent attempted to serve the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with SUBPOENA RIDER and CERTIFICATE OF AUTHENTICITY Civil Action No.: 1:21-cv-05523 (MKB)(PK) upon MICHAEL ALLEYNE, M.D.

Comments:

1) Unsuccessful Attempt: Oct 18, 2023, 11:26 am EDT at 6591 162ND STREET APT. 4L, FLUSHING, NY 11365
NO ANSWER AT DOOR

2) Unsuccessful Attempt: Oct 19, 2023, 9:12 pm EDT at 6591 162ND STREET APT. 4L, FLUSHING, NY 11365
NO ANSWER AT THE DOOR; they answer intercom however they do not speak; i can hear the tv in the background; unable to gain access into building

3) Unsuccessful Attempt: Oct 27, 2023, 8:15 am EDT at 6591 162ND STREET APT. 4L, FLUSHING, NY 11365
NO ANSWER AT THE DOOR; UNABLE TO MAKE CONTACT

4) Unsuccessful Attempt: Dec 20, 2023, 7:06 pm EST at 6591 162ND STREET SUITE 4L, FRESH MEADOWS, NY 11365
NO ANSWER AT THE DOOR

5) Unsuccessful Attempt: Dec 20, 2023, 9:04 pm EST at 6591 162ND STREET SUITE 4L, FRESH MEADOWS, NY 11365
NO ANSWER AT THE DOOR

6) Unsuccessful Attempt: Dec 21, 2023, 9:16 pm EST at 6591 162ND STREET SUITE 4L, FRESH MEADOWS, NY 11365
NO ANSWER AT THE DOOR

7) Unsuccessful Attempt: Feb 2, 2024, 8:25 pm EST at 65-91 162ND STREET APT. 4L, FLUSHING, NY 11365-2650
NO ANSWER AT THE DOOR; LOCATED LAST NAME ON BELL INTERCOM

8) Unsuccessful Attempt: Feb 5, 2024, 5:28 pm EST at 65-91 162ND STREET APT. 4L, FLUSHING, NY 11365-2650
CLEARLY EVADING SERVICE. NO ANSWER AT THE DOOR; KNOCKED ON APT DOOR; I CAN HEAR FOOT STEPS BUT RESIDENTS DON'T ANSWER

9) Unsuccessful Attempt: Feb 7, 2024, 7:41 am EST at 65-91 162ND STREET APT. 4L, FLUSHING, NY 11365-2650
NO ANSWER AT THE DOOR

Sworn to before me on 2-28-24

_____
BASHAR JUDEH
2104062-DCA

_____
Notary Public

GINA MARIE EANNUCCI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EA5075334
Qualified in Nassau County
Commission Expires 3/31/2027