*Exhibit 3*

US DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK
COUNTY OF

STATE FARM MUTUAL AUTOMOBILE INS. CO., ET AL

Plantiff(s)/Petitioners(s)

- AGAINST -

METRO PAIN SPECIALISTS, P.C., ET AL

Defendant(s) / Respondent(s)

**AFFIDAVIT OF NON-SERVICE**

CLIENT      SPECIAL DELIVERY
FF/INDEX
DOCKET
            1:21-CV-05523
            (MKB)(PK)
PRESIDING
COURT D/T
AMOUNT

STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

I ATTEMPTED TO SERVE THE WITHIN PROCESS ON THE DEFENDANT-RESPONDENT-WITNESS AT THE FOLLOWING ADDRESS ON THE DATE(S) INDICATED:

TO: MICHAEL ALLEYNE, M.D,

15 SUBURBAN COURT
NEW WINDSOR, NY   12553

11/14/23 @ 5:56 PM - NO ANSWER.  NO LIGHTS ON.  CARS IN DRIVEWAY.

11/14/23 @ 7:00 PM - NO ANSWER.

11/14/23 @ 8:07 PM - NO ANSWER.

11/18/23 @ 9:25 AM - NO ANSWER. THREE CARS WERE PRESENT.

11/18/23 @ 12:09 PM - NO ANSWER.   TWO CARS WERE PRESENT.

*VEHICLES WERE A RED TRAVERSE WITH PLATE #KYJ9770; BLACK JEEP WITH PLATE #JEM4349; BLACK EQUINOX WITH PLATE #KKM4048

12/8/23 @ 8:35 PM - NO ANSWER.

12/9/23 @ 9:27 AM - RECIPIENT LIVES IN NEW YORK CITY AND ADDRESS IS UNKNOWN PER HIS EX-WIFE, CURRENT RESIDENT.

Sworn to before me on:   2/23/2024

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

GULSEN GREEN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JUNE 6, 20__
01GR6128219

JASON C WESTRICK