*Exhibit 4*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| **Plaintiff / Petitioner:** <br> In the Matter of the Application of KAUSAR SHAMIM, M.D., as the Director of the Department of Psychiatry of St. Catherine of Siena Medical Center <br> **Defendant / Respondent:** <br> For an Order Authorizing Involuntary Medical Treatment for JACOB STAUSS | **AFFIDAVIT OF NON-SERVICE** <br> Index No: <br> 23-00780 <br> Date Filed: November 29, 2023 |

STATE OF NEW YORK           )
                                              )SS:
COUNTY OF NASSAU         )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That deponent attempted to serve the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with SUBPOENA RIDER and CERTIFICATE OF AUTHENTICITY bearing index number 23-00780 and date of filing November 29, 2023 upon MICHAEL ALLEYNE, M.D.

**Comments:**
1) Unsuccessful Attempt: Nov 28, 2023, 4:33 pm EST at 160-59 ROCKAWAY BOULEVARD, JAMAICA, NY 11434
NON-SERVICE -MOVED; SPOKE TO RECEPTIONIST STEPHANIE TAN FEMALE BROWN HAIR 35-50 5'7 SHE INDICATED THAT THE DEFENDANT MOVED AND NO LONGER WORKS AT THIS ADDRESS

Sworn to before me on  12-4-23

BASHAR JUDEH
2104062-DCA

Notary Public

GINA MARIE EANNUCCI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EA5075334
Qualified in Nassau County
Commission Expires 3/31/2027