# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Metro Pain Specialists, P.C. et al., <br><br> Defendants. | Case No. 1:21-cv-05523-MKB-PK <br><br> **PLAINTIFFS' NOTICE OF MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS** |

PLEASE TAKE NOTICE that upon the attached Memorandum of Law in Support of Plaintiffs' Motion to Dismiss Defendants' Counterclaims, dated February 5, 2024, and upon all prior pleadings and proceedings had herein, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("State Farm") moves this Court before the Honorable Margo K. Brodie, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, to dismiss the Counterclaims of Defendants Metro Pain Specialists P.C., Leonid Shapiro, M.D., Tri-Borough NY Medical Practice, P.C., Vadim Dolsky, and Optimum Health Acupuncture, P.C., ECF 400; ECF 489, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: February 5, 2024

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Jonathan L. Marks*
Ross O. Silverman (NY Bar No. 4147922)
Jonathan L. Marks (NY Bar No. 5462874)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook (NY Bar No. 5112123)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Motion to Dismiss Defendants' Counterclaims on the following counsel of record by email:

| | |
|---|---|
| Steven J. Harfenist<br>Neil Torczyner<br>HARFENIST KRAUT & PERLSTEIN, LLP<br>3000 Marcus Avenue, Suite 2E1 Lake Success, NY 11042<br>sharfenist@hkplaw.com<br>ntorczyner@hkplaw.com | Byron A. Divins, Jr.<br>Alexandra Dominique Mule<br>CAPETOLA & DIVINS, P.C.<br>2 Hillside Ave., Building C<br>Williston Park, NY 11596<br>bdivins@capetoladivinslaw.com<br>amule@capetoladivinslaw.com |

/s/ Christopher Cook
Christopher T. Cook (NY Bar No. 5112123)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
christopher.cook@katten.com