IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | Hon. Margo K. Brodie |
| v. | Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C. et al., | |
| Defendants. | |

### DECLARATION OF JONATHAN MARKS IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

I, **Jonathan Marks**, an attorney duly admitted to practice before this Court, affirm pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at the firm of Katten Muchin Rosenman LLP, counsel for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs"), in the above-captioned action, and as such, I am familiar with all facts and circumstances heretofore had herein. I submit this declaration in support of Plaintiffs' Motion to Dismiss Defendants' Counterclaims.

2. I submit this declaration to place before the Court true and correct copies of the following documents cited in Plaintiffs' Memorandum of Law in Support of Their Motion to Dismiss Defendants' Counterclaims:

| Exhibit A (subject to motion to seal) | Page from investigative files maintained by Plaintiffs' Special Investigative Unit. |
|---|---|
| Exhibit B | Letter to counsel for the Dolsky Defendants, dated December 15, 2023. |
| Exhibit C | Global peer review report by James N. Dillard, dated July 16, 2020. |

Dated: March 26, 2024

*/s/ Jonathan L. Marks*
Jonathan L. Marks (NY Bar No. 5462874)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
jonathan.marks@katten.com

*Counsel for Plaintiffs*