UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND STATE FARM FIRE AND CASUALTY
COMPANY,

                              Plaintiffs,

   -against-

METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY
MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D.,
REGINA MOSHE, M.D., CITIMEDICAL I, PLLC,
CITIMED SERVICES, P.A., CITIMEDICAL SERVICES
P.C., CITIMED COMPLETE MEDICAL CARE P.C.,
CITIMED MANAGEMENT SERVICES INC., CITIMED
SURGERY CENTER LLC (A/K/A CMSC LLC), YAN
MOSHE (A/K/A YAN LEVIYEV), HACKENSACK
SPECIALTY ASC LLC (F/K/A DYNAMIC SURGERY
CENTER LLC, F/K/A EXCEL SURGERY CENTER LLC),
INTEGRATED SPECIALTY ASC LLC (F/K/A
HEALTHPLUS SURGERY CENTER LLC), SCOB LLC
(A/K/A SURGICARE OF BROOKLYN), NJMHMC LLC
(D/B/A HUDSON REGIONAL HOSPITAL), STAR
SOLUTION SERVICES INC., VADIM DOLSKY,
OPTIMUM HEALTH ACUPUNCTURE, P.C., MARK
GLADSTEIN, M.D., VICTORIA FRENKEL, ADVANCED
COMPREHENSIVE LABORATORY LLC (D/B/A
TOPLAB), REUVEN ALON (A/K/A ROB ALON),
COLUMBUS IMAGING CENTER LLC, MEDAID
RADIOLOGY LLC, BESHERT CORP., NIZAR KIFAIEH,
M.D., PREMIER ANESTHESIA ASSOCIATES P.A.,
MOHAMED SAYED AHMED HASSAN, P.T., NILE
REHAB PHYSICAL THERAPY, P.C., IRINA KATAEVA,
P.T., CITYWORKS PHYSICAL THERAPY P.C., AMRO
MAHMOUD BARAKAT, P.T., BARAKAT PT, P.C.,
RAOUF AKL, P.T., PRIMAVERA PHYSICAL THERAPY,
P.C., AHMED MAHMOUD ABDELSHAFY ELMANSY,
P.T., SKY LIMIT PHYSICAL THERAPY, P.C., SHERWIN
CATUGDA PALLER, P.T., FLORAL PARK PHYSICAL
THERAPY, P.C., LEONARD LUNA, D.C., KINGS
CHIROPRACTIC WELLNESS, P.C., JONGDUG PARK,
D.C., ALL ABOUT CHIROPRACTIC P.C., J PARK
CHIROPRACTIC P.C., GIULIO CARUSO, D.C., BROOK
CHIROPRACTIC OF NY P.C., INTEGRATED
CHIROPRACTIC OF NY P.C., PAUL VICTOR

       Docket No:
       21-cv-05523(MKB)(PK)

       **DECLARATION OF**
       **STEVEN J. HARFENIST**
       **IN OPPOSITION**

SCARBOROUGH, D.C., A.O.T. CHIROPRACTIC P.C.,
EVOLUTION CHIROPRACTIC P.C., STACY JUYOUNG
MOON, L.AC., SJM ACUPUNCTURE P.C.,
HYEONGSOCK CHOI, L.AC., CHOICE ACUPUNCTURE
PLLC, CHOI-GO ACUPUNCTURE PLLC, PETER
KOPACH, L.AC., FIRST ALTERNATIVE PLM
ACUPUNCTURE P.C., LONGYU MA, L.AC., HIDDEN
DRAGON ACUPUNCTURE P.C., XIA GUAN, L.AC.,
REBOUND ACUPUNCTURE P.C., VLADIMIR
NAZAROV, and RIGHT AID MEDICAL SUPPLY CORP.,

                            Defendants.
-------------------------------------------------------------------------------X

**STEVEN J. HARFENIST,** an attorney admitted to practice law in the United States District Courts for the Eastern District of New York, declares the following, under the penalties of perjury:

1.      I am a partner of Harfenist Kraut & Perlstein LLP, attorneys for defendants, Metro Pain Specialists P.C. ("Metro Pain"), Leonid Shapiro, M.D. ("Dr. Shapiro") and Tri-Borough NY Medical Practice P.C. ("Tri-Borough") (collectively, the "Metro Pain Defendants"), and as such, I am fully familiar with the facts and circumstances of this case.

2.      I submit this declaration in opposition to plaintiffs', State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company's (collectively, "State Farm"), motion to dismiss the Metro Pain Defendants' Counterclaims to State Farm's Second Amended Complaint (ECF 400).

3.      State Farm's Motion to Dismiss Metro Pain Defendants' Counterclaims was made as to the version of the Counterclaims docketed under ECF 400. However, Metro Pain Defendants filed an Amended Answer with Counterclaims on November 16, 2023 (ECF 482), pursuant to the Court's Order of November 11, 2023 (granting and denying in part Metro Pain Defendants' motion to seal [ECF 477]).

4. As State Farm moved to dismiss ECF 400, Metro Pain Defendants shall rely on the following documents referenced in the Memorandum of Law:

  a. A copy of the Answer to Second Amended Complaint and Counterclaims with exhibits (ECF 400) is attached hereto as **Exhibit A**;

  b. A copy of Peter Stroili's Declaration dated August 2, 2023 (ECF 379) is attached hereto as **Exhibit B**; and

  c. A copy of exhibit from Peter Stroili's Declaration dated August 2, 2023 (ECF 379-4) is attached hereto as **Exhibit C**.

**WHEREFORE**, it is respectfully requested that the Court should deny Plaintiffs' motion in its entirety.

Dated: Lake Success, New York
   March 15, 2024

              *Steven J. Harfenist*
              **STEVEN J. HARFENIST**