# Exhibit C

# EXHIBIT D TO STROILI DECLARATION

**Peter Stroili**

| | |
|---|---|
| **From:** | Cook, Christopher T. <christopher.cook@katten.com> |
| **Sent:** | Wednesday, November 30, 2022 12:40 PM |
| **To:** | Kevin Windels |
| **Cc:** | Peter Stroili; Matthew Lee; Marks, Jonathan L.; Cardoza, Michael L. |
| **Subject:** | RE: State Farm v. Metro Pain |

[EXTERNAL SENDER]
Kevin,

Preliminarily, State Farm disagrees with your "concern[] about the presentation and absence of any organization of" State Farm's document production and suggestion that State Farm has included "documents which have nothing to do with claims made to State Farm."  State Farm has produced and will be producing documents responsive to the requests served upon it and relevant to the case.  Under the Rules, State Farm is not required to take additional steps to organize the documents and need only produce materials in the manner in which they are kept in the ordinary course.  Nevertheless, we have taken additional steps to make review easier.  Each production contains a load file that identifies for each document within the production the document type, the claim file number associated with the document (if applicable), and the associated Bates numbers.  To the extent you or your team are having difficulty accessing or identifying these load files, please let us know and we would be happy to arrange an opportunity for your people to speak with someone who can walk them through how the documents are organized and identified.

As to State Farm's remaining document productions, we anticipate producing the vast majority of outstanding records by December 16.  This includes records from relevant claim files, investigative files, electronic communications, draft endorsements, and public records.  The only items that will not be produced by December 16 are (a) some emails and (b) some claim file print records, which are a subset of claim file records.  All, or virtually all, of these two limited groups of records should be produced by December 31.  If we have any issue with respect to completing production of these two limited groups of records by year-end, we will advise you.  As you know, to date, State Farm has produced more than 1 million pages of records.  The remaining records represent a small fraction of what will be its total production.

Finally, Dr. Shapiro, Metro Pain, and Tri-Borough have not completed their document productions.  Per Mr. Lee's November 10 email, we understand your firm is (a) investigating the status of documents bearing the Bates range MP0028132 – MP0045000, (b) preparing to produce the documents bearing the Bates range MP0069320-MP0069817, but has not yet done so, and (c) conferring with Dr. Shapiro as to the status of communications concerning Jelani Wray and Law Cash Advances (which we were unable to locate in your productions, despite document responses indicating such communications had been produced).  There also appear to be other gaps in their productions received to date.  Please provide a date by which your clients will complete their production of responsive records and, as needed, provide amended discovery responses.

Regards,
Chris

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

1

**From:** Kevin Windels <kwindels@kdvlaw.com>
**Sent:** Tuesday, November 29, 2022 12:25 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Peter Stroili <pstroili@kdvlaw.com>; Matthew Lee <mlee@kdvlaw.com>
**Subject:** RE: State Farm v. Metro Pain

*EXTERNAL EMAIL – EXERCISE CAUTION*

Chris, Following up on my below email, please advise when we can expect to receive the remainder of State Farm's document production, including the categories of the documents that State Farm is going to produce. Thanks.

**Kevin Windels**
*Of Counsel*


**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

40 Exchange Place, 20th Floor
New York, NY 10005

Direct:   212-485-9977
Cell:     917-327-4119
Main:     212-485-9600
Email:    kwindels@kdvlaw.com

**WWW.KDVLAW.COM**

     
Mansfield Rule Certified 2022

**NY | NJ | CT | PA | FL | IL | LA | TX | CA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Kevin Windels <kwindels@kdvlaw.com>
**Sent:** Wednesday, November 23, 2022 11:07 AM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Peter Stroili <pstroili@kdvlaw.com>; Matthew Lee <mlee@kdvlaw.com>
**Subject:** RE: State Farm v. Metro Pain

Chris, Thank you for your below email. We need a fulsome explanation of what is left and when production will be fully completed as there appears to be significant gaps in the production. We are also quite concerned about the presentation and absence of any organization of your clients' documents and even the inclusion of certain claims related documents which have nothing to do with claims made to State Farm. We are also concerned with the timing of State Farm's rolling productions in view of the upcoming discovery deadlines that we are all facing. Please respond on these issues by early next week.

On a more cheerful note, I wish you and your family a Happy Thanksgiving! Kevin

**Kevin Windels**
*Of Counsel*



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

40 Exchange Place, 20th Floor
New York, NY 10005

Direct:   212-485-9977
Cell:     917-327-4119
Main:     212-485-9600
Email:    kwindels@kdvlaw.com

# WWW.KDVLAW.COM

   

Mansfield Rule Certified 2022

## NY | NJ | CT | PA | FL | IL | LA | TX | CA

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Wednesday, November 23, 2022 10:55 AM
**To:** Kevin Windels <kwindels@kdvlaw.com>
**Subject:** RE: State Farm v. Metro Pain

[EXTERNAL SENDER]
Kevin, I'm out of the office for the holiday, but will catch up with the team early next week and advise on when we anticipate completing our production. Hope you have a nice holiday weekend.

**Christopher T. Cook**
Counsel

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

**From:** Kevin Windels <kwindels@kdvlaw.com>
**Sent:** Tuesday, November 22, 2022 6:18 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Peter Stroili <pstroili@kdvlaw.com>; Matthew Lee <mlee@kdvlaw.com>
**Subject:** State Farm v. Metro Pain

*EXTERNAL EMAIL – EXERCISE CAUTION*

Chris, We received another supplemental document production from State Farm earlier today. Despite this, based on our review of what has been produced to date, it appears that State Farm has still not produced all of the responsive

3

documents it owes in response to our document demands.   Please advise when you expect to complete production.
Thank you. Kevin

**Kevin Windels**
*Of Counsel*

---



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

40 Exchange Place, 20th Floor
New York, NY 10005

Direct:   212-485-9977
Cell:     917-327-4119
Main:    212-485-9600
Email:   kwindels@kdvlaw.com

---

# WWW.KDVLAW.COM

     

**NY | NJ | CT | PA | FL | IL | LA | TX | CA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

```
===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================
```