*Exhibit A*

Case 1:21-cv-05523-MKB-PK   Document 535-1   Filed 04/10/24   Page 1 of 3 PageID #: 9507

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Metro Pain Specialists, P.C., et al., <br><br> Defendants. | Case No. 1:21-cv-05523-MKB-PK <br><br> Hon. Margo K. Brodie <br><br> Magistrate Peggy Kuo |

**AFFIDAVIT OF MICHAEL L. CARDOZA**
<u>**IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE***</u>

STATE OF ILLINOIS         )
                          )
COUNTY OF COOK            )

I, MICHAEL L. CARDOZA, being duly sworn, deposes and says:

I. I am counsel with the law firm of Katten Muchin Rosenman, LLP.

II. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

III. My State of Illinois Bar Number is 6335653. As shown in the Certificate of Good Standing annexed hereto (as Exhibit B), I am a member in good standing of the Bar of the State of Illinois.

IV. There are no pending disciplinary proceedings against me in any state or federal court.

V. I have not been convicted of a felony.

VI. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

VII. Wherefore I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company.

WHEREFORE, I, MICHAEL L. CARDOZA, hereby respectfully request that this Court grant my admission *pro hac vice* to appear for all purposes as counsel for State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company in the above-captioned action.

Dated: April 10, 2024

/s/ Michael L. Cardoza

Michael L. Cardoza (IL Bar No. 6335653)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5220
michael.cardoza@katten.com

Sworn to me this 10 of April, 2024

Michelle Dewey
Michelle Dewey

"OFFICIAL SEAL"
MICHELLE DEWEY
Notary Public, State Of Illinois
Commission No. 982960
My Commission Expires 12/07/2027

2