*Exhibit C*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, ) ) ) ) Plaintiffs, ) ) v. ) ) Metro Pain Specialists, P.C., et al., ) ) Defendants. ) | Case No. 1:21-cv-05523-MKB-PK  Hon. Margo K. Brodie  Magistrate Peggy Kuo |

**[PROPOSED] ORDER ADMITTING**
<u>**MICHAEL L. CARDOZA *PRO HAC VICE***</u>

The motion of Michael L. Cardoza for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

The applicant has affirmed he is a member in good standing of the Bar of the State of Illinois and that his contact information is as follows:

> Michael L. Cardoza
> KATTEN MUCHIN ROSENMAN LLP
> 525 West Monroe Street
> Chicago, IL 60661-3693
> Telephone: (312) 902-5220
> michael.cardoza@katten.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All

2

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this __ day of April 2024 by:

                                                                                                _____
The Honorable
                                                                                                 United States District Judge