## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) ) | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | ) ) | Hon. Margo K. Brodie |
| v. | ) ) | Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C., et al., | ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sarah M. Scruton hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company in the above-captioned action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached as Exhibit A is an affidavit pursuant to Local Rule 1.3. Attached as Exhibit B is my certificate of good standing. Attached as Exhibit C is a proposed order.

Dated: April 10, 2024

/s/ Sarah M. Scruton

Sarah M. Scruton
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693

Telephone: (312) 902-5472
sarah.scruton@katten.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the Motion and Exhibits A–C to the Motion with the Clerk of the Court through the CM/ECF system, which will send notices of electronic filing to all counsel of record.

/s/ Sarah M. Scruton