*Exhibit 3*

LACGwraP

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    UNITED STATES OF AMERICA,

 4               v.                              19 Cr. 789 (PGG)

 5    JELANI WRAY,

 6                                               Plea
                        Defendant.
 7    ------------------------------x

 8                                               New York, N.Y.
 9                                               October 12, 2021
                                                 10:00 a.m.
10

11    Before:

12                    HON. SARAH NETBURN,

13                                               Magistrate   Judge

14                            APPEARANCES
15
      DAMIAN WILLIAMS
16         United States Attorney for the
           Southern District of New York
17    LOUIS PELLEGRINO
           Assistant United States Attorney
18
      KENNETH J. MONTGOMERY
19         Attorney for Defendant

20

21

22

23

24

25
```

LACGwraP

1    with Rose and others.  He also recruited attorneys and clinics

2    to participate in the scheme.

3              Do you acknowledge and accept that statement as true?

4              THE DEFENDANT:  Yes.

5              THE COURT:  Paragraph 3:  Wray received approximately

6    40 percent of the profits from the 911 operators and agreed to

7    cover a portion of the call center's expenses.  Wray concealed

8    his bribery of the 911 operators by providing them prepaid

9    burner phones using encrypted messaging applications to

10   communicate with them and assigning them code names beginning

11   with the letter G.  Wray ceased paying the 911 operators in or

12   about 2017 because the NYPD was conducting an internal

13   investigation into bribery in the 911 dispatch unit.

14             Do you acknowledge and accept those statements as

15   true?

16             THE DEFENDANT:  Yes.

17             THE COURT:  Paragraph 4:  Rose and Wray further

18   received kickbacks for steering victims to a particular MRI

19   facility.  From at least in or about 2016 up to and including

20   November 2019, a coconspirator (CC-1) agreed to pay Rose and

21   Wray to send motor vehicle accident victims to a particular MRI

22   facility located in Howard Beach, New York (MRI facility-1).

23   CC-1 agreed to pay approximately $150 per patient.  Wray

24   provided patients using Rose's call center and by bribing

25   clinic managers to send patients to MRI facility-1.  CC-1 was

LACGwraP

 1   aware that Wray was paying bribes.

 2           Do you acknowledge and accept as true the statements

 3   in paragraph 4?

 4           THE DEFENDANT:  Yes.

 5           THE COURT:  Paragraph 5:  In addition, in or about

 6   2017, Rose, Wray, a paralegal (Paralegal-1) and a physician

 7   (Physician-1) agreed to open a medical clinic in the Bronx

 8   (Clinic-1).  Wray funded Clinic-1 and exercised substantial

 9   control over its operation.  Among other things, Wray hired and

10   fired numerous medical personnel (including acupuncturists and

11   chiropractors) and required these persons to pay kickbacks for

12   patients.  Wray also required the clinic, (a), to use his

13   company to provide durable medical equipment to patients, (b),

14   to send patients to a particular MRI facility located in New

15   Jersey (MRI facility-2), and a particular surgical center

16   located in New Jersey (Surgical center-1), and (c) to use

17   particular pharmacies to supply prescriptions to patients.

18   Wray received kickbacks for these referrals.  Wray split

19   several of these kickbacks with Paralegal-1.  Wray sold

20   Clinic-1 in 2019 to start another clinic with Physician-1.

21           Sir, do you acknowledge and accept as true the

22   statements in paragraph 5?

23           THE DEFENDANT:  Yes.

24           THE COURT:  Paragraph 6:  Following his arrest in

25   November 2019, Wray destroyed his burner phones and deleted all

1    data from Apple's storage cloud, iCloud. Wray did so with the
2    intention of destroying evidence. Wray additionally lied to
3    federal agents about his participation and the participation of
4    others in the scheme on two separate occasions.
5         Do you acknowledge and accept as true the statements
6    in paragraph 6?
7         THE DEFENDANT: Yes.
8         THE COURT: Thank you.
9         Mr. Pellegrino, anything further that you would like
10   me to ask the defendant at this time?
11        MR. PELLEGRINO: No. Thank you, your Honor. I just
12   note from my notes, when I gave the elements previously, I
13   didn't state what the government's proof at trial was. So I
14   can do that at any time the Court would like me to.
15        THE COURT: Please. I was going to ask you whether or
16   not you believed there was a sufficient factual predicate for
17   the guilty plea.
18        MR. PELLEGRINO: We do. Yes, your Honor.
19        And the government's proof at trial would include,
20   among other things, records that recipients of bribe payments
21   worked at either a hospital that received federal funding or at
22   the NYPD, which receives federal funding; testimony and records
23   showing that that hospital or the NYPD received in excess of
24   $10,000 annually as part of a federal program. In addition,
25   there would be recorded calls and text messages between the