# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Metro Pain Specialists, P.C., et al., <br><br> Defendants. | Case No. 1:21-cv-05523-MKB-PK <br><br> Hon. Margo K. Brodie <br><br> Magistrate Peggy Kuo |

## NOTICE OF APPEARANCE FOR SARAH M. SCRUTON

PLEASE TAKE NOTICE that Sarah M. Scruton of the law firm Katten Muchin Rosenman LLP hereby enters her appearance in this matter as additional counsel of record for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and consents to electronic service of all papers in this action. The undersigned certifies that she is admitted to practice in this Court in the above-captioned matter.

Dated: May 6, 2024

/s/ *Sarah M. Scruton*

Sarah M. Scruton
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5472
sarah.scruton@katten.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically filed the Notice of Appearance of Sarah M. Scruton with the Clerk of the Court through the CM/ECF system, which will send notices of electronic filing to all counsel of record.

/s/ *Sarah M. Scruton*