

STEVEN J. HARFENIST
DIRECT TEL.: 516.355.9630
DIRECT FAX: 516.355.9631
SHARFENIST@HKPLAW.COM

May 16, 2024

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *State Farm Mutual Auto Ins. Co. et al v. Metro Pain Specialists, P.C. et al*
             Docket No.: 21-cv-5523(MKB)(PK)

Dear Judge Brodie:

     The office of the undersigned is counsel to defendants Metro Pain Specialists P.C., Tri-Borough NY Medical Practice P.C. and Leonid Shapiro ("Defendants") in the above-referenced matter.

     Please note that Neil Torczyner, Esq. has left this firm and is no longer handling the above matter. Based upon the forgoing, please let this letter serve as a request for Mr. Torczyner to be removed from the Court's docket sheet as attorney of record for Defendants.

     If the Court has any questions regarding the forgoing, please do not hesitate to contact the undersigned. Thank you.

                                   Respectfully submitted,
                                   HARFENIST KRAUT & PERLSTEIN LLP

                By:    /s/*Steven J. Harfenist*
                         Steven J. Harfenist

SJH/alr

cc:    All counsel (via ECF)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914.708.0808