UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND STATE FARM FIRE AND CASUALTY
COMPANY,

                                         Plaintiffs,

    -against-

METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., CITIMEDICAL SERVICES P.C., CITIMED COMPLETE MEDICAL CARE P.C., CITIMED MANAGEMENT SERVICES INC., CITIMED SURGERY CENTER LLC (A/K/A CMSC LLC), YAN MOSHE (A/K/A YAN LEVIYEV), HACKENSACK SPECIALTY ASC LLC (F/K/A DYNAMIC SURGERY CENTER LLC, F/K/A EXCEL SURGERY CENTER LLC), INTEGRATED SPECIALTY ASC LLC (F/K/A HEALTHPLUS SURGERY CENTER LLC), SCOB LLC (A/K/A SURGICARE OF BROOKLYN), NJMHMC LLC (D/B/A HUDSON REGIONAL HOSPITAL), STAR SOLUTION SERVICES INC., VADIM DOLSKY, OPTIMUM HEALTH ACUPUNCTURE, P.C., MARK GLADSTEIN, M.D., VICTORIA FRENKEL, ADVANCED COMPREHENSIVE LABORATORY LLC (D/B/A TOPLAB), REUVEN ALON (A/K/A ROB ALON), COLUMBUS IMAGING CENTER LLC, MEDAID RADIOLOGY LLC, BESHERT CORP., NIZAR KIFAIEH, M.D., PREMIER ANESTHESIA ASSOCIATES P.A., MOHAMED SAYED AHMED HASSAN, P.T., NILE REHAB PHYSICAL THERAPY, P.C., IRINA KATAEVA, P.T., CITYWORKS PHYSICAL THERAPY P.C., AMRO MAHMOUD BARAKAT, P.T., BARAKAT PT, P.C., RAOUF AKL, P.T., PRIMAVERA PHYSICAL THERAPY, P.C., AHMED MAHMOUD ABDELSHAFY ELMANSY, P.T., SKY LIMIT PHYSICAL THERAPY, P.C., SHERWIN CATUGDA PALLER, P.T., FLORAL PARK PHYSICAL THERAPY, P.C., LEONARD LUNA, D.C., KINGS CHIROPRACTIC WELLNESS, P.C., JONGDUG PARK, D.C., ALL ABOUT CHIROPRACTIC P.C., J PARK CHIROPRACTIC P.C., GIULIO CARUSO, D.C., BROOK CHIROPRACTIC OF NY P.C., INTEGRATED CHIROPRACTIC OF NY P.C., PAUL VICTOR

Docket No:
21-cv-05523(MKB)(PK)

NOTICE OF APPEARANCE

SCARBOROUGH, D.C., A.O.T. CHIROPRACTIC P.C., EVOLUTION CHIROPRACTIC P.C., STACY JUYOUNG MOON, L.AC., SJM ACUPUNCTURE P.C., HYEONGSOCK CHOI, L.AC., CHOICE ACUPUNCTURE PLLC, CHOI-GO ACUPUNCTURE PLLC, PETER KOPACH, L.AC., FIRST ALTERNATIVE PLM ACUPUNCTURE P.C., LONGYU MA, L.AC., HIDDEN DRAGON ACUPUNCTURE P.C., XIA GUAN, L.AC., REBOUND ACUPUNCTURE P.C., VLADIMIR NAZAROV, and RIGHT AID MEDICAL SUPPLY CORP.,

                Defendants.

-------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that JAKE S. LADER of the law firm of HARFENIST KRAUT & PERLSTEIN, LLP, hereby appears in the above captioned action as counsel to METRO PAIN SPECIALISTS P.C., LEONID SHAPIRO, M.D., and TRI-BOROUGH NY MEDICAL PRACTICE P.C. ("Defendants").

Dated: Lake Success, New York
      May 17, 2024

                                            HARFENIST KRAUT & PERLSTEIN, LLP

                By:    *Jake S. Lader*

                       Jake S. Lader
                       *Attorneys for Defendants*
                       3000 Marcus Avenue, Suite 2E1
                       Lake Success, New York 11042
                       T: (516) 355-9600
                       F: (516) 355-9601
                       E: jlader@hkplaw.com