# Katten

Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

May 30, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

**Re:** *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
Case No. 21 Civ. 5523 (E.D.N.Y.) – Withdrawal of Motion for Show Cause Hr'g

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully write regarding their pending motion for an order to show cause regarding non-party Dr. William Elton's compliance with a so-ordered subpoena (Dkt. 351) and the associated show cause hearing scheduled for 10:30 A.M. on May 31, 2024 (5/14/2024 Text Order).

Plaintiffs and Dr. Elton have resolved all issues presently before the Court. Accordingly, Plaintiffs withdraw with prejudice their pending motion for an order to show cause (Dkt. 351) and respectfully request the Court adjourn *sine die* the show cause hearing scheduled for 10:30 A.M. on May 31, 2024. This letter request is being served on counsel for Dr. Elton via CM/ECF and email concurrent with this filing.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP