*Exhibit 1*

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, CENTRAL, NORTHERN MID-ATLANTI…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70151520000110377853

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

**Latest Update**

Your item arrived at our USPS facility in WHITE PLAINS NY DISTRIBUTION CENTER on April 29, 2024 at 3:03 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Moving Through Network**

**Arrived at USPS Regional Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
April 29, 2024, 3:03 pm

**In Transit to Next Facility**
April 7, 2024

**Departed USPS Regional Facility**
HARTFORD CT DISTRIBUTION CENTER
April 3, 2024, 8:31 pm

**Arrived at USPS Regional Facility**
HARTFORD CT DISTRIBUTION CENTER
April 3, 2024, 3:05 pm

**Addressee Unknown**
FRESH MEADOWS, NY 11365
March 21, 2024, 12:50 pm

Case 1:21-cv-05523-MKB-PK   Document 548-1   Filed 05/31/24   Page 3 of 4 PageID #: 9636

**Delivered, Left with Individual**
FRESH MEADOWS, NY 11365
March 21, 2024, 11:45 am

**Forwarded**
FRESH MEADOWS, NY
March 21, 2024, 11:25 am

**Reminder to Schedule Redelivery of your item**
March 16, 2024

**Notice Left (No Authorized Recipient Available)**
FRESH MEADOWS, NY 11365
March 11, 2024, 12:44 pm

**Arrived at USPS Regional Facility**
BROOKLYN NY DISTRIBUTION CENTER
March 9, 2024, 8:17 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
March 8, 2024, 10:33 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**