UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------
STATE FARM MUTUAL AUTOMOBILE COMPANY, et al.,

                Plaintiffs,

-against-

METRO PAIN SPECIALISTS P.C. et al.,

                Defendants.
---------------------------------------------------------------------

Case No.: 21-cv-05523

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Declaration of Mathew J. Conroy, Esq., dated the 3rd of June 2024, and all the papers and pleadings heretofore had herein, the firm of SCHWARTZ, CONROY, & HACK. P.C. shall move Magistrate Judge Peggy Kuo at the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, pursuant to Local Rule 1.4 of the Rules of the Southern and Eastern Districts of New York, for an Order discharging SCHWARTZ, CONROY, & HACK. P.C. from representing NILE REHAB PHYSICAL THERAPY, P.C. and MOHAMED SAYED AHMED HASSAN, P.T., in this action, together with such other and further relief as may be just, proper, and equitable under the circumstances.

Pursuant to Magistrate Judge Kuo's rules, responses must be filed within ten (10) business days.

Dated: Garden City, New York
        June 3, 2024

Yours etc.,
SCHWARTZ, CONROY, & HACK. P.C.

/s/ *Matthew J. Conroy*
Matthew J. Conroy, Esq.
SCHWARTZ, CONROY & HACK,
PC 666 Old Country Road, 9th Floor
Garden City, New York 11530
(516) 745-1122
(516) 745-0844 fax

mjc@schlawpc.com