**AFFIDAVIT OF SERVICE BY REGULAR MAIL, FEDEX OVERNIGHT MAIL AND ELECTRONIC MAIL**

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NASSAU    )

Lisa M. Keller, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age, and reside in Queens, New York.

2. On **June 3, 2024**, I served the within **MOTION TO WITHDRAW AS ATTORNEYS** via electronic mail, FedEx overnight mail and first-class mail to the following persons addressed below:

| | |
|---|---|
| Mohamed Sayed Ahmed Hassan P. T.<br>30 Bay 17 Street<br>Brooklyn, NY 11214 | OVERNIGHT TRACKING #:<br>776675875524<br>Mohamed Sayed Ahmed Hassan P. T.<br>30 Bay 17 Street<br>Brooklyn, NY 11214 |
| Mohamed Sayed Ahmed Hassan<br>Nile Rehab Physical Therapy<br>7716 164th St, Fresh Meadows<br>New York, 11366 | OVERNIGHT TRACKING #:<br>776675821248<br>Mohamed Sayed Ahmed Hassan<br>Nile Rehab Physical Therapy<br>7716 164th St, Fresh Meadows<br>New York, 11366 |
| msa339@nilerehab.com | |

_____
Lisa M. Keller

Sworn to before me this 3rd Day
of June 2024

_____
Notary Public

Alexis Joy Acevedo
Notary Public-State of New York
Qualified in Suffolk County No. 01AC6364336
Commission Expires Sept 11, 2025