UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND STATE FARM FIRE AND CASUALTY
COMPANY,

                                        Plaintiffs

-against-

METRO PAIN SPECIALISTS P.C., et al

                                        Defendants.
--------------------------------------------------------------------------------

Docket No.: 21-CV-5523

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration of Mathew J. Conroy, Esq., dated the 13th of June 2024, and all the papers and pleadings heretofore had herein, the firm of SCHWARTZ, CONROY, & HACK. P.C. shall move Magistrate Judge Peggy Kuo at the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, pursuant to Local Rule 1.4 of the Rules of the Southern and Eastern Districts of New York, for an Order discharging SCHWARTZ, CONROY, & HACK. P.C. from representing Raouf Akl, PT and PRIMAVERA PHYSICAL THERAPY PC in this action, a stay of proceedings against those parties until they can get new counsel, together with such other and further relief as may be just, proper and equitable under the circumstances.

      Pursuant to Magistrate Judge Kuo's rules, responses must be filed within ten (10) business days.

Dated:  Garden City, New York
           June 13, 2024

                                                Yours etc.,
                                                SCHWARTZ, CONROY, & HACK. P.C.

                                                _/s/ Matthew J. Conroy_
                                                Matthew J. Conroy, Esq.
                                                SCHWARTZ, CONROY & HACK, PC
                                                666 Old Country Road, 9th Floor
                                                Garden City, New York 11530

(516) 745-1122
(516) 745-0844 fax
mjc@schlawpc.com