UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND STATE FARM FIRE AND CASUALTY
COMPANY,

                         Docket No.: 21-CV-5523

                Plaintiffs

-against-

METRO PAIN SPECIALISTS P.C., et al

                Defendants.
-----------------------------------------------------------------------

### AFFIDAVIT OF SERVICE BY FEDEX OVERNIGHT MAIL

**STATE OF NEW YORK**    )
                                    )  ss.:
**COUNTY OF NASSAU**    )

Lisa M. Keller, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age, and reside in Queens, New York.

2. On **June 13, 2024**, I served the within **MOTION TO WITHDRAW AS COUNSEL** via electronic Email, FedEx overnight mail and first-class mail to the following persons addressed below:

RAOUF AKL, P.T.
roufakle@gmail.com
70 Guernsey Drive
New Windsor, NY 12553

PRIMAVERA PHYSICAL THERAPY, P.C.
2386 Jerome Avenue
Bronx, NY 10468

_____
Lisa M. Keller

Sworn to before me this **13th** Day
of **June** 2024

_____
Notary Public

Robert E.B. Hewitt III
Notary Public, State of New York
Reg. No. 02HE0002862
Qualified in Nassau County
Commission Expires March 17, 2027