# Katten

Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

June 14, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    *SFMA, et al. v. Metro Pain Specialists P.C., et al.*,
            Case No. 21 Civ. 5523 (E.D.N.Y.) – Motion for an Order to Show Cause

Dear Judge Kuo:

Pursuant to this Court's June 13, 2024 Order on Plaintiffs' Motion for an Order to Show Cause with regards to third-party Michael Alleyne, M.D. (Dkt. 548), on June 13, 2024, Plaintiffs mailed a copy of the Order to Michael Alleyne, M.D. via FedEx Overnight, which was delivered on June 14, 2024. A copy of the proof of mailing and delivery confirmation are attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook


Encl. (Exhibit 1)