*Exhibit 1*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, June 14, 2024 10:27 AM |
| **To:** | Cardoza, Michael L. |
| **Subject:** | FedEx Shipment 275890301167: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Hi. Your package was delivered Fri, 06/14/2024 at 11:19am.



Delivered to 6591 162ND ST 4L, Flushing, NY 11365

**OBTAIN PROOF OF DELIVERY**

1



Delivery picture not showing? View in browser.

## How was your delivery ?

    

## Personal Message

PSShip eMail Notification

| | |
|---|---|
| TRACKING NUMBER | 275890301167 |
| FROM | KATTEN<br>50 Rockefeller Plaza<br>NEW YORK, NY, US, 10020 |
| TO | Michael Alleyne, M.D.<br>6591 162nd Street, Apt 4L<br>Flushing, NY, US, 11365 |
| REFERENCE | 277811.00873-45350 |
| SHIPPER REFERENCE | 277811.00873-45350 |
| SHIP DATE | Thu 6/13/2024 06:18 PM |
| DELIVERED TO | Residence |

2

| | |
|---|---|
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NEW YORK, NY, US, 10020 |
| **DESTINATION** | Flushing, NY, US, 11365 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

## Absolutely, positively committed to you

Every delivery deserves extra care. Even if it means one of our drivers takes on the role of ringbearer for a customer's wedding. We'll work to make your next delivery special too.

**WATCH FEDEX IN ACTION**

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | KATTEN |
| **Name:** | Michael Cardoza |
| **Email:** | michael.cardoza@katten.com |

**FOLLOW FEDEX**

3



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:26 AM CDT 06/14/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.