UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND STATE FARM FIRE AND CASUALTY
COMPANY,

Docket No.: 21-CV-5523

Plaintiffs

-against-

METRO PAIN SPECIALISTS P.C., et al

Defendants.

-------------------------------------------------------------------------

## AFFIDAVIT OF SERVICE BY FEDEX OVERNIGHT MAIL & CERTIFIED MAIL

**STATE OF NEW YORK** )
                        )  **ss.:**
**COUNTY OF NASSAU** )

Lisa M. Keller, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age, and reside in Queens, New York.

2. On **June 17, 2024**, I served the within **ORDER: A Motion Hearing was held before Magistrate Judge Peggy Kuo on June 17, 2024. Christopher Cook, Esq. appeared on behalf of Plaintiffs. Robert Hewitt, Esq. appeared on behalf of Defendants Mohamed Sayed Ahmed Hassan, P.T. and Nile Rehab Physical Therapy, P.C. ("Defendants"). No appearance by Defendants. Defendants are ordered to show cause by June 28, 2024 why counsel's [549] motion to withdraw as attorney should not be granted. If Defendants fail to respond to this order to show cause, the [549] motion will be granted and Schwartz, Conroy & Hack, P.C. will be relieved as counsel for Defendants. Any new counsel for Defendants must file a notice of appearance by July 19, 2024. Defendants are reminded that they must comply with their discovery obligations, including responding to written discovery requests and appearing for deposition on the date stated in any deposition notice. The corporate defendant Nile Rehab Physical Therapy, P.C. may not proceed** _pro se_ **and must be represented by a licensed attorney. Defendants' counsel is respectfully requested to serve a copy of this order on Defendants by June 19, 2024. Defendants are strongly encouraged to contact the Clerk's Office and register for ECF in order to ensure that they receive electronic notifications of activity in this case. Ordered by Magistrate Judge Peggy Kuo on 6/17/2024. (ML)** via electronic Email, FedEx overnight mail and certified mail to the following persons addressed below:

Mohamed Sayed Ahmed Hassan P. T.
30 Bay 17 Street
Brooklyn, NY 11214

Mohamed Sayed Ahmed Hassan
Nile Rehab Physical Therapy
7716 164th St, Fresh Meadows
New York, 11366

Lisa M. Keller

Sworn to before me this **17th** Day
of **June** 2024

Notary Public

**Alexis Joy Acevedo**
Notary Public-State of New York
Qualified in Suffolk County No. 01AC6364336
Commission Expires Sept 11, 202