**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

June 17, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re:   *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
      Case No. 21 Civ. 5523 (E.D.N.Y.) – Request to Adjourn Show Cause Hr'g

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully request an adjournment of the hearing scheduled in this case for June 28, 2024, which requires Dr. Michael Alleyne to show cause why he should not be held in contempt for failing to comply with Plaintiffs' subpoenas *duces tecum*. *See* 6/13/2024 Text Order. Plaintiffs are unavailable to appear on the presently scheduled hearing date, and respectfully request the hearing be rescheduled to a later date. If it pleases the Court, Plaintiffs are available to appear July 1 through 3, and on or after July 12, 2024. Plaintiffs will serve on Dr. Alleyne any order entering a new hearing date.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook