# *Exhibit 1*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | NYC Mailroom |
| **Sent:** | Tuesday, June 18, 2024 11:26 AM |
| **To:** | Marchan, John E |
| **Subject:** | FW: Shipment Alert #1612705 |

**From:** Alerts <alerts@cityexpeditor.com>
**Sent:** Tuesday, June 18, 2024 12:06 PM
**To:** NYC Mailroom <nycmailroom@katten.com>
**Subject:** Shipment Alert #1612705

*EXTERNAL EMAIL – EXERCISE CAUTION*

**CITY EXPEDITOR INC.**
**25 West 36th St.**
**New York, NY 10018**
**Phone: 646-454-4700**
**Fax:646-454-4770**
https://www.cityexpeditor.com/

# SHIPMENT ALERT

## Control #:1612705

*Pick Up*

Katten Muchin Rosenmann LLP.

50 Rockefeller Plaza Unit Concourse

New York, NY

10020

MAILROOM 212.940.8768

*Deliver*

Residence

6591 162ND Street Unit APT4L

Flushing, NY

11365

Michael Alleyne M.D

*Pieces:* 1 Envelope      *Weight:* 1 Lbs      *Service:*  Rush Van

*Reference:* 277811-00873

*POD:* Slipped Env under 4L door

*Special Instructions*
PLEASE RUSH DELIVER.

**Delivered At:** Jun 18 2024 12:05PM

```
CONTACT CUSTOMER SERVICE AT CITY EXPEDITOR INC. 646-454-4700
IF THERE ARE ANY PROBLEMS OR DELAYS WITH THIS SHIPMENT
```

