# *Exhibit 1*

## Cook, Christopher T.

| | |
|---|---|
| **From:** | John M. Vieira <jvieira@popular.com> |
| **Sent:** | Monday, April 15, 2024 3:35 PM |
| **To:** | Cook, Christopher T. |
| **Subject:** | State Farm v. Metro Pain - Subpoena to Damon Minus |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Chris,

It was great speaking with you this afternoon.  As I mentioned, I will be representing Mr. Minus at deposition solely in his capacity as a former employee of Popular Bank.  My contact information is below.  Please contact me upon your return to the office to discuss scheduling of the deposition.

Thank you.

Regards,

John



John M. Vieira, Esq.  |  Vice President & Legal Counsel  |  Popular Bank

85 Broad Street, 11th Floor  |  New York, NY 10004

Tel: 212-445-1997  |  Fax: 212-417-6602  |  Email: jvieira@popular.com

CONFIDENTIALITY NOTE: This communication and any attachments included herein contain information that belongs to POPULAR, INC., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither POPULAR, INC. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.