# EXHIBIT 1

**From:** John M. Vieira <jvieira@popular.com>
**Sent:** Wednesday, May 29, 2024 12:55 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain - Subpoena to Damon Minus

*EXTERNAL EMAIL – EXERCISE CAUTION*

Chris,

Mr. Minus has advised that he is available for deposition on Friday, June 21 and Friday, June 28.  Please let us know which date works best so we can reserve that date.

Also, Mr. Minus insists on a remote deposition and once again advised that an in-person deposition will cause a hardship.  As you know, I do not represent Mr. Minus in his individual capacity and am only appearing with him at deposition in connection with his role as a former Popular Bank employee.   Mr. Minus indicated that he is seeking personal counsel and will have that attorney reach out to you directly to discuss this issue.

Regards,

John

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Thursday, May 23, 2024 3:59 PM
**To:** John M. Vieira <jvieira@popular.com>
**Subject:** RE: State Farm v. Metro Pain - Subpoena to Damon Minus

[CAUTION: External Email]

John,

I would be available to proceed with the deposition on June 14, but there appear to be issues as to length and location.

As discussed on our call, I cannot provide with any certainty the time required to complete the deposition. While I do not anticipate we will require the full 7 hours permitted under the federal rules, I also cannot limit State Farm's ability to obtain Mr. ==Minus=='s testimony. The best I can do is agree to ensure the deposition proceeds efficiently. If not June 14, is there another date on which Mr. ==Minus== is available to appear and testify until the deposition is complete? If absolutely necessary, the parties could consider stipulating to split the deposition over two days, but I'm not keen on this option for a number of reasons.

As to location, I understand Mr. ==Minus== wishes to appear and testify by remote means. To ensure the deposition proceeds efficiently, it is State Farm's preference to obtain Mr. ==Minus=='s testimony in person and in the presence of the court reporter and videographer. Mr. ==Minus== is entitled to an attendance fee and reimbursement for his mileage to and from the deposition, which State Farm will provide.

Let me know if you would like to discuss.

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

**From:** John M. Vieira <jvieira@popular.com>
**Sent:** Monday, May 20, 2024 4:34 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain - Subpoena to Damon ==Minus==

*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Chris,

Mr. Minus and I are available for deposition on Friday, June 14, from morning until 2 pm. Please let us know if this timing works for you.

Also, Mr. Minus has requested that the deposition be conducted remotely via Zoom. While he understands the deposition is estimated to last approximately ½ day, Mr. Minus believes the travel to and from midtown from Staten Island will require him to miss a full day of work, which will cause a hardship.

Thank you.

Regards,

John