*Exhibit 2*

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> METRO PAIN SPECIALISTS P.C., et al., <br><br> Defendant(s). | Civil Action No. 1:21-CV-05523 |

## RETURN OF SERVICE

Came to my hand on Wednesday, August 30, 2023 at 5:46 PM,
Executed at: 8523 FORT HAMILTON PARKWAY, APT. 2B, BROOKLYN, NY 11209
at 11:01 AM, on Tuesday, September 5, 2023,
by delivering to the within named:

### AHMED MAHMOUD ABDELSHAFY ELMANSY, P.T.

by personally delivering to Co-Resident, ABUELKHIR "DOE"
a true copy of this

### AMENDED SUMMONS ISSUED FOR THE SECOND AMENDED COMPLAINT WITH THE SECOND AMENDED COMPLAINT AND ALL EXHIBITS

BEFORE ME, the undersigned authority, on this day personally appeared ELSBETH LEWIS who after being duly sworn on oath states: "My name is ELSBETH LEWIS. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _/s/ Elsbeth Lewis_
ELSBETH LEWIS – Process Server 2112782-DCA

Subscribed and Sworn to by ELSBETH LEWIS, Before Me, the undersigned authority, on this
___6___ day of September, 2023.

_____
Notary Public in and for the State of New York

GINA MARIE EANNUCCI
Notary Public - State of New York
NO. 01EA5075334
Qualified in Nassau County
My Commission Expires Mar 31, 2027