# *Exhibit 2*

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., § § § Plaintiff(s), § v. § § METRO PAIN SPECIALISTS P.C., et al., § § Defendant(s). § | | Civil Action No. <u>1:21-CV-05523</u> |

## RETURN OF SERVICE

Came to my hand on **Wednesday, August 30, 2023 at 9:44 AM**,
Executed at: **11 VAN HORN STREET, DEMAREST, NJ 07627**
at **10:01 AM**, on **Wednesday, September 6, 2023**,
by delivering to the within named:

**HYEONGSOCK CHOI, L.AC.**

by personally delivering to **Co-Resident, KYUNG AI YOON**
a true copy of this

**AMENDED SUMMONS ISSUED FOR THE SECOND AMENDED COMPLAINT
WITH THE SECOND AMENDED COMPLAINT AND ALL EXHIBITS**

**BEFORE ME**, the undersigned authority, on this day personally appeared ANTHONY LAVARONE who after being duly sworn on oath states: "My name is ANTHONY LAVARONE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New Jersey. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
ANTHONY LAVARONE – Process Server

Subscribed and Sworn to by ANTHONY LAVARONE, Before Me, the undersigned authority, on this _8th_ day of September, 2023.

_____
Notary Public in and for the State of New Jersey