# *Exhibit 2*

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., §§§§§§§§§ Plaintiff(s), v. METRO PAIN SPECIALISTS P.C., et al., Defendant(s). | Civil Action No. 1:21-CV-05523 |

### RETURN OF SERVICE

Came to my hand on Wednesday, August 30, 2023 at 5:46 PM,
Executed at: 8815 63RD AVENUE, APT BASEMENT, REGO PARK, NY 11374
at 7:18 AM, on Saturday, September 2, 2023, by individually and personally delivering to the within named:

**IRINA KATAEVA, P.T.**

a true copy of this

**AMENDED SUMMONS ISSUED FOR THE SECOND AMENDED COMPLAINT WITH THE SECOND AMENDED COMPLAINT AND ALL EXHIBITS**

**BEFORE ME,** the undersigned authority, on this day personally appeared ROBERTO URENA who after being duly sworn on oath states: "My name is ROBERTO URENA. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
ROBERTO URENA - Process Server

Subscribed and Sworn to by ROBERTO URENA, Before Me, the undersigned authority, on this 11th day of September, 2023.

_____
Notary Public in and for the State of New York

PEDRO J RODRIGUEZ
Notary Public, State of New York
Registration No. 01RO6415136
Qualified in Queens County
Commission Expires 03/08/2025