# *Exhibit 2*

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., §§§§§§§§§§ | |
| Plaintiff(s), | |
| v. | Civil Action No. <u>1:21-cv-05523-MKB-PK</u> |
| METRO PAIN SPECIALISTS P.C., et al., | |
| Defendant(s). | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, September 6, 2023 at 10:28 AM**,
Executed at: **5 SPRING VALLEY ROAD, APT. 1, PARAMUS, NJ 07652**
at **12:08 PM**, on **Wednesday, September 6, 2023**, by individually and personally delivering to the within named:

### JONGDUG PARK, D.C.

a true copy of this

### AMENDED SUMMONS IN A CIVIL ACTOIN and
### SECOND AMENDED COMPLAINT with EXHIBITS 1 - 39

**BEFORE ME**, the undersigned authority, on this day personally appeared JAKE CALLAHAN who after being duly sworn on oath states: "My name is JAKE CALLAHAN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New Jersey. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**JAKE CALLAHAN** – Process Server

Subscribed and Sworn to by JAKE CALLAHAN, Before Me, the undersigned authority, on this
8th day of September, 2023.

_____
Notary Public in and for the State of New Jersey

DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/30/27