# *Exhibit 2*

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., §§§§§§§§§§ Plaintiff(s), v. METRO PAIN SPECIALISTS P.C., et al., Defendant(s). | Civil Action No. <u>1:21-CV-05523</u> |

## RETURN OF SERVICE

Came to my hand on **Wednesday, August 30, 2023 at 1:24 PM,**
Executed at: **145 CHASE AVENUE, YONKERS, NY 10703**
at **7:00 PM,** on **Wednesday, August 30, 2023**, by individually and personally delivering to the within named:

**LEONARD LUNA, D.C.**

a true copy of this

### AMENDED SUMMONS ISSUED FOR THE SECOND AMENDED COMPLAINT WITH THE SECOND AMENDED COMPLAINT AND ALL EXHIBITS

By leaving the documents at the front entrance at **145 CHASE AVENUE, YONKERS, NY 10703,** after seeing LEONARD LUNA, D.C. inside of the home and identifying him from a photo. I stated I had legal documents for him and he refused to answer or open the door to receive the documents from me.

**BEFORE ME,** the undersigned authority, on this day personally appeared BISHAL GHOSE who after being duly sworn on oath states: "My name is BISHAL GHOSE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**BISHAL GHOSE – Process Server**

Subscribed and Sworn to by BISHAL GHOSE, Before Me, the undersigned authority, on this 21st day of September, 2023.

_____
Notary Public in and for the State of New York

GAIL KAGAN
Notary Public State of New York
Qualified in Westchester County
No 01KA6094470 Expires 6/23/2027