*Exhibit 1*

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NEW YORK

STATE FARM MUTUAL AUTOMOBILE §
INSURANCE COMPANY, et al., §
§
§
      **Plaintiff(s),** §
§
**vs.** §         Civil Action No. <u>1:21-CV-05523</u>
§
§
**METRO PAIN SPECIALISTS P.C., et al.,** §
§
      **Defendant(s).** §

## RETURN OF SERVICE

Came to my hand on **Wednesday, August 30, 2023 at 1:02 PM,**
Executed at: **99 WASHINGTON AVE, ALBANY, NY 12231**
at **3:55 PM,** on **Thursday, August 31, 2023,**
by delivering to the within named:

### SJM ACUPUNCTURE PC

by delivering to **Care of, NEW YORK SECRETARY OF STATE**
by personally delivering to **Authorized Employee, SUE ZOUKY**
a true copy of this

### AMENDED SUMMONS ISSUED FOR THE SECOND AMENDED COMPLAINT WITH THE SECOND AMENDED COMPLAINT AND ALL EXHIBITS

And tendered a **Secretary of State Fee of $40.00.**

BEFORE ME, the undersigned authority, on this day personally appeared KEITH CHRISTIANSEN who after being duly sworn on oath states: "My name is KEITH CHRISTIANSEN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____

    **KEITH CHRISTIANSEN – Process Server**

**Subscribed and Sworn to by KEITH CHRISTIANSEN, Before Me, the undersigned authority, on this _____ day of September, 2023.**

_____
**Notary Public in and for the State of New York**

