# *Exhibit 1*

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., § § § Plaintiff(s), § vs. § § METRO PAIN SPECIALISTS P.C., et al., § § Defendant(s). § | Civil Action No. **1:21-CV-05523** |

### RETURN OF SERVICE

Came to my hand on **Wednesday, August 30, 2023 at 1:02 PM**,
Executed at: **99 WASHINGTON AVE, ALBANY, NY 12231**
at **3:55 PM**, on **Thursday, August 31, 2023**,
by delivering to the within named:

**SKY LIMIT PHYSICAL THERAPY PC**

by delivering to **Care of, NEW YORK SECRETARY OF STATE**
by personally delivering to **Authorized Employee, SUE ZOUKY**
a true copy of this

**AMENDED SUMMONS ISSUED FOR THE SECOND AMENDED COMPLAINT WITH THE SECOND AMENDED COMPLAINT AND ALL EXHIBITS**

And tendered a **Secretary of State Fee of $40.00**.

BEFORE ME, the undersigned authority, on this day personally appeared KEITH CHRISTIANSEN who after being duly sworn on oath states: "My name is KEITH CHRISTIANSEN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**KEITH CHRISTIANSEN – Process Server**

Subscribed and Sworn to by KEITH CHRISTIANSEN, Before Me, the undersigned authority, on this _6__ day of September, 2023.

_____
Notary Public in and for the State of New York

OFFICIAL SEAL
JANE CHRISTIANSEN
Notary Public - New York
No. 01CH6196916
My Commission Expires
November 17, 20__