**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

July 3, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Pursuant to this Court's Text Order entered July 3, 2024 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with proof of service of the Order on third-party Michael Alleyne, M.D. On July 3, 2024, Plaintiffs sent a copy of the Order to Dr. Alleyne via Certified Mail. As the Order was issued this morning and Plaintiffs were directed to file proof of delivery today, Plaintiffs are unable to provide confirmation of delivery at this time. Ex. 1 (Proof of Mailing). A delivery date has not yet been provided by U.S.P.S., and Plaintiffs will file a letter with the Court attaching the delivery confirmation receipt. In an effort to substantially comply with the Order, Plaintiffs delivered a copy of the Order to Dr. Alleyne's home address via direct messenger service (Ex. 2 (Messenger Delivery Confirmation)) and provided a copy of the Order to Dr. Alleyne's counsel in a separate civil matter pending in New York Supreme Court, Kings County. Ex. 3 (2024.07.03 Email C. Cook to C. Terzian).

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encl. (Exhibit 1)
(Exhibit 2)
(Exhibit 3)

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations