# *Exhibit 1*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ 3.05
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 1.63

Total Postage and Fees $ 9.68

Sent To: Michael Alleyne M.D.
Street and Apt. No., or PO Box No.: 6591 162nd Street Apt 4L
City, State, ZIP+4®: Flushing NY 11365-2650

Postmark: ROCKEFELLER CENTER PO, NEW YORK, NY 10020-9998

7015 1520 0001 1037 7792

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions