*Exhibit 2*

## Cardoza, Michael L.

| | |
|---|---|
| **From:** | Alerts <alerts@cityexpeditor.com> |
| **Sent:** | Wednesday, July 3, 2024 3:56 PM |
| **To:** | NYC Mailroom |
| **Subject:** | Shipment Alert #1614235 |

*EXTERNAL EMAIL – EXERCISE CAUTION*

**CITY EXPEDITOR INC.**
25 West 36th St.
New York, NY 10018
Phone: 646-454-4700
Fax:646-454-4770
https://www.cityexpeditor.com/

# SHIPMENT ALERT

## Control #:1614235

### Pick Up

Katten Muchin Rosenmann LLP.

50 Rockefeller Plaza Unit Concourse

New York, NY

10020

MAILROOM - Michael Cardoza 212.940.8768 / 312.9

### Deliver

Michael Alleyne, M.D

6591 162nd Street Unit Apt 4L

Flushing, NY

11365

Michael Cardoza

**Pieces:** 1 Envelope  **Weight:** 1 Lbs  **Service:** Super Rush Van

**Reference:** 277811-00873

**POD:** left in front door apt 4l

### Special Instructions

Delivery for 3pm - PLEASE PROVIDE A PICTURE OF DELIVERY CONFIRMATION -

**Delivered At:** Jul 3 2024 4:20PM

```
CONTACT CUSTOMER SERVICE AT CITY EXPEDITOR INC. 646-454-4700
IF THERE ARE ANY PROBLEMS OR DELAYS WITH THIS SHIPMENT
```

