*Exhibit 3*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Wednesday, July 3, 2024 9:57 AM |
| **To:** | christopher.daniel@mcblaw.com |
| **Cc:** | Cardoza, Michael L.; Scruton, Sarah M.; christopher.terzian@mcblaw.com |
| **Subject:** | FW: State Farm Mutual Automobile Insurance Co. v. Metro Pain Specialists P.C. - 21-cv-05523 (EDNY)- Dr. Michael Alleyne |
| **Attachments:** | 2024.07.03 - Report & Recommendation re Dr. Michael Alleyne.pdf |

Chris,

Good speaking with you.  As discussed, below is the email I sent to Chris Terzian regarding Dr. Alleyne and attached is the order.  I appreciate your time, and I hope we can resolve this without further involvement from the Court.

Regards,
Chris

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Wednesday, July 3, 2024 10:31 AM
**To:** 'christopher.terzian@mcblaw.com' <christopher.terzian@mcblaw.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** State Farm Mutual Automobile Insurance Co. v. Metro Pain Specialists P.C. - 21-cv-05523 (EDNY)- Dr. Michael Alleyne

Dear Mr. Terzian,

We represent Plaintiffs State Farm Mutual and State Farm Fire in the above-referenced civil action pending in the U.S. District Court for the Eastern District of New York.  Plaintiffs have served a subpoena requesting the production of documents on Dr. Michael Alleyne, who we understand you represent in a separate civil matter pending in New York Supreme Court, Kings County (Johnson v. Alleyne, Index No. 512553/2022).

As you may recall, I reached out to you in December 2023 regarding this issue.  Since our conversation, we served Dr. Alleyne with the subpoena, he failed to comply with Plaintiffs' subpoena, and he failed to comply with the Court's order requiring him to show cause for why he has failed to comply with Plaintiffs' subpoena.  Yesterday, the Court conducted a show cause hearing at which Dr. Alleyne was ordered to appear, but he failed to do so.  As a result, The Honorable Peggy Kuo has issued the attached order recommending that Chief Judge Brodie require Dr. Alleyne show cause why he should not be held in contempt.

To avoid a contempt order and potential civil fines, we are reaching out to you in an attempt to obtain compliance from Dr. Alleyne.  Per the attached order, Plaintiffs are separately serving Dr. Alleyne by certified mail.  However, I am hopeful you can provide some assistance with this matter.

1

Please feel free to contact me if you would like to discuss.

Regards,
Chris

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

2