UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>  Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists, P.C. et al.,<br><br>  Defendants. | Case No. 1:21-cv-05523-MKB-PK<br><br>Hon. Margo K. Brodie<br><br>Magistrate Peggy Kuo |

**CLERK'S CERTIFICATE OF DEFAULT**

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiffs filed a Second Amended Complaint on August 17, 2023. On September 5, 2023, Defendant Ahmed Mahmoud Abdelshafy Elmansy, P.T. ("Elmansy") was served with the Second Amended Complaint, summons, and other required documents pursuant to Federal Rule of Civil Procedure 4(e)(2)(B). A copy of these documents was left at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there. Proof of service for Elmansy was filed on September 11, 2023. *See* ECF No. 410.

I further certify that the docket entries indicate that Elmansy has not filed an answer or other response to the Second Amended Complaint. Thus, the default of Defendant Elmansy is hereby noted.

Dated: Brooklyn, New York

July 9, 2024

BRENNA B. MAHONEY
Clerk of Court

By: *Jalitza Poveda*
Deputy Clerk