UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Metro Pain Specialists, P.C. et al., <br><br> Defendants. | Case No. 1:21-cv-05523-MKB-PK <br><br> Hon. Margo K. Brodie <br><br> Magistrate Peggy Kuo |

**CLERK'S CERTIFICATE OF DEFAULT**

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiffs filed a Second Amended Complaint on August 17, 2023. On August 31, 2023, Defendant Choice Acupuncture PLLC ("Choice Acupuncture") was served with the Second Amended Complaint, summons, and other required documents pursuant to Federal Rule of Civil Procedure 4(h)(1)(B) by personal delivery of the Second Amended Complaint, summons, and other required documents to Sue Zouky, an agent in the Office of the Secretary of State of the State of New York. Proof of service for Choice Acupuncture was filed on September 11, 2023. *See* ECF No. 413.

I further certify that the docket entries indicate that Choice Acupuncture has not filed an answer or other response to the Second Amended Complaint. Thus, the default of Defendant Choice Acupuncture is hereby noted.

Dated: Brooklyn, New York

July 9, 2024

BRENNA B. MAHONEY
Clerk of Court

By: *Jalitza Poveda*
Deputy Clerk