UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists, P.C. et al.,<br><br>Defendants. | Case No. 1:21-cv-05523-MKB-PK<br><br>Hon. Margo K. Brodie<br><br>Magistrate Peggy Kuo |

### CLERK'S CERTIFICATE OF DEFAULT

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiffs filed a Second Amended Complaint on August 17, 2023. On September 6, 2023, Defendant Jongdug Park, D.C. ("Park") was served with the Second Amended Complaint, summons, and other required documents pursuant to Federal Rule of Civil Procedure 4(e)(2)(A). Proof of service for Park was filed on September 13, 2023. *See* ECF No. 429.

I further certify that the docket entries indicate that Park has not filed an answer or other response to the Second Amended Complaint. Thus, the default of Defendant Park is hereby noted.

Dated: Brooklyn, New York

July 9, 2024

BRENNA B. MAHONEY
Clerk of Court

By: *Jalitza Poveda*
_____