# AMERI LAW FIRM

## ——— Attorneys At Law ———

July 17, 2024

**Via Electronic Filing:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:    **State Farm Mut. V. Metro Pain**
      **Case No.: 1:21-cv-05523-MKB-PK**

Dear Judge Kuo:

As your Honor is aware, this firm represents the non-party, Damon Minus, in the above captioned matter. We are in receipt of Mr. Marks letter and respond as follows. We are not on the PACER system for this case and were not aware of the Courts response as to the deadline for filing our papers. We ask the Court for leave to file them by the end of business today.

They are complete and we are just waiting for a signature from Mr. Minus. We apologize for the delay and oversight on the Courts scheduling as it didn't come in through our regular process of receiving notifications since we are not a named party on the case.

We thank the Court for its consideration in this matter and understanding.

Respectfully Submitted,
**AMERI LAW FIRM, LLC**

/s/ *Nima Ameri*
Nima Ameri, Esq.

CC: All Counsel of Record

**Primary Office (Hackensack)**

58-60 Main Street, 3rd Floor,          Tel. (201) 880-8999          info@amerilawfirm.com
Hackensack, New Jersey 07601
                                       Fax. (201) 580-4311          www.amerilawfirm.com