# *Exhibit 1*

## Cardoza, Michael L.

| | |
|---|---|
| **From:** | Cardoza, Michael L. |
| **Sent:** | Thursday, July 18, 2024 12:46 PM |
| **To:** | Nima Ameri; jvieira@popular.com |
| **Cc:** | Cook, Christopher T.; Scruton, Sarah M.; Marks, Jonathan L.; Cardoza, Michael L. |
| **Subject:** | FW: Activity in Case 1:21-cv-05523-MKB-PK State Farm Mutual Automobile Insurance Company et al v. Metro Pain Specialists P.C. et al Order on Motion for Extension of Time to File Response/Reply |

Counsel,

Please see the below order from the Court. We are serving this order on you by email as directed by the Court.

Regards,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Thursday, July 18, 2024 11:37 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:21-cv-05523-MKB-PK State Farm Mutual Automobile Insurance Company et al v. Metro Pain Specialists P.C. et al Order on Motion for Extension of Time to File Response/Reply

EXTERNAL EMAIL – EXERCISE CAUTION

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 7/18/2024 at 12:37 PM EDT and filed on 7/18/2024
**Case Name:**     State Farm Mutual Automobile Insurance Company et al v. Metro Pain Specialists P.C. et al
**Case Number:**   1:21-cv-05523-MKB-PK
**Filer:**
**Document Number:** No document attached

1

**Docket Text:**
**ORDER: The [593] Motion for Extension of Time to File is granted *nunc pro tunc.* The Court is in receipt of the [594] opposition by non-party Damon Minus to the [559] motion to disqualify counsel and to quash the subpoena. The deadline for Plaintiffs to respond to the [594] motion to quash is July 25, 2024.**

**Counsel for Damon Minus must immediately file a notice of appearance in this case to ensure electronic notification of activity in this case is received. Plaintiffs are respectfully requested to serve a copy of this order on Mr. Minus and file proof of service by July 19, 2024. Ordered by Magistrate Judge Peggy Kuo on 7/18/2024. (ML)**

**1:21-cv-05523-MKB-PK Notice has been electronically mailed to:**

Steven J. Harfenist (Terminated)     sharfenist@hkplaw.com, alarosa@hkplaw.com, cleung@hkplaw.com, jlader@hkplaw.com, kpassero@hkplaw.com, lmoller@hkplaw.com

Thomas A. Leghorn     tleghorn@londonfischer.com

Lloyd M. Eisenberg     leisenberg@eisenbergcarton.com

Ruya Carton     rcarton@eisenbergcarton.com

Michael A. Zimmerman     litigation@zimmlaw.com, wholeoffice@zimmlaw.com

Neil Flynn (Terminated)     nflynn@rfriedmanlaw.com, 4219813420@filings.docketbird.com, dmurphy@rfriedmanlaw.com

Matthew J. Conroy (Terminated)     mjc@schlawpc.com, mac@schlawpc.com, reh@schlawpc.com

Wesley Robert Mead     wmeadlaw@gmail.com

Peter M. Birzon     pbirzon@pbalaw.net, cgoldenberg@pbalaw.net

Jonathan L. Marks     jonathan.marks@kattenlaw.com, adam.poeppelmeier@kattenlaw.com, courtalertnyc@katten.com, susan.heckel@kattenlaw.com

Robert E. B. Hewitt, III (Terminated)     reh@schlawpc.com, aja@schlawpc.com, mjc@schlawpc.com, rhewitt3@gmail.com

Christopher Thomas Cook     christopher.cook@katten.com, sarah.scruton@katten.com

Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email

Leo Shalit     leo@shalit-law.com, leoshalitesq@gmail.com

Joseph A. D'Agostino     jdagostino@fdnylawfirm.com

Phillip Hakyeon Kim     pkim@rfriedmanlaw.com, dmurphy@rfriedmanlaw.com

Thomas Edward Lamb, II     tom@vlmmr-law.com

2

Keith J. Roberts     kroberts@bracheichler.com, cjensen@bracheichler.com, jgreydak@bracheichler.com, scarroll@bracheichler.com

Marissa Ariel Wong     mwong@londonfischer.com

George Lewis, Jr     glewis@gtlpc.com

Shannon Carroll     scarroll@bracheichler.com, jgreydak@bracheichler.com

Jake Lader     jlader@hkplaw.com

Anthony M Juliano     ajuliano@bracheichler.com, apolo@bracheichler.com

Alexandra Dominique Mule     amule@capetoladivinslaw.com

Michael Cardoza     michael.cardoza@katten.com

Sarah Scruton     sarah.scruton@katten.com

Mohamed Sayed Ahmed Hassan, P.T.     msa339@nilerehab.com

**1:21-cv-05523-MKB-PK Notice will not be electronically mailed to:**

Nile Rehab Physical Therapy, P.C.


Damian Peter Conforti
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068

Jelani Wray

3