*Exhibit 7*

```
                                                              Page 1
 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
 2      Case No. 1:21-cv-05523(MKB)(PK)
        - - - - - - - - - - - - - - - - - -x
 3      STATE FARM MUTUAL AUTOMOBILE         :
        INSURANCE COMPANY, and STATE FARM    :
 4      FIRE and CASUALTY COMPANY,           :
                                             :
 5                           Plaintiffs,     :
                                             :
 6               - vs -                      :
                                             :
 7      METRO PAIN SPECIALISTS, P.C.,        :
        et al,                               :
 8                                           :
                             Defendants.     :
 9      - - - - - - - - - - - - - - - - - -x
10
                                September 12, 2023
11                              10:35 a.m.
                                50 Rockefeller Plaza
12                              New York, NY
13
14
15
16
17
18
19              VIDEOTAPED DEPOSITION UPON ORAL
20      EXAMINATION OF REGINA MOSHE, M.D., held at the
21      above-mentioned time and place, before Randi
22
23      Friedman, a Registered Professional Reporter,
24
25      within and for the State of New York.
```

```
 1                      R. Moshe, M.D.
 2    APPEARANCES:
 3              KATTEN MUCHIN ROSENMAN, LLP
                Attorneys for Plaintiffs
 4
                50 Rockefeller Plaza, 5th Floor
 5              New York, New York 10020
 6              BY:  JONATHAN MARKS, ESQ.
                     CHRISTOPHER T. COOK, ESQ.
 7
 8
                LONDON FISCHER, LLP
 9              Attorneys for Defendants, Regina
                Moshe, M.D. and CitiMedical Entities
10
                59 Maiden Lane, 39th Floor
11              New York, New York 10038
12              BY:  THOMAS A. LEGHORN, ESQ.
13
14              RUSSELL FRIEDMAN LAW GROUP
                Attorneys for the Defendants, Reuven
15              Alon, Yan Moshe and their entities
16              400 Garden City Plaza, Suite 500
                Garden City, New York 11530
17
                BY:  NEIL FLYNN, ESQ.
18
19
20
21
22
23
24
25    (Appearances continued.)
```

```
 1                    R. Moshe, M.D.
 2   (Appearances continued.)
 3
            KAUFMAN DOLOWIC & VOLUCK
 4          Attorneys for Defendants, Metro Pain
            Specialists, P.C., Tri-Borough New
 5          York Medical Practice, P.C., and
            Leonid Shapiro, M.D.
 6
            40 Exchange Place, 20th Floor
 7          New York, New York 10005
 8          BY:  PETER STROILI, ESQ.
 9                    * * *
10
11
12
13
14
15
16
17
18
19
20   ALSO PRESENT:
21          Andrea Ortega - Videographer
22                    * * *
23
24
25
```

1       R. Moshe, M.D.

2       STIPULATIONS

3              IT IS HEREBY STIPULATED AND AGREED, by

4    and among counsel for the respective parties

5    hereto, that the filing, sealing and

6    certification of the within deposition shall be

7    and the same are hereby waived;

8              IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to form of the

10   question, shall be reserved to the time of the

11   trial;

12             IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed before

14   any Notary Public with the same force and effect

15   as if signed and sworn to before the Court.

16                     * * *

1               R. Moshe, M.D.
2    of these, but there are, in fact, quite a few
3    instances in which CitiMed Management or a
4    CitiMedical entity has rented space from an
5    entity owned, in whole or in part, by a Yan Moshe
6    entity; correct?
7         A     Correct.
8         Q     Do you believe -- does CitiMed
9    Management belief, because that's who you're
10   testifying as, does CitiMed Management believe
11   that all of the space that was rented by an
12   entity, in whole or in part by Yan Moshe, was
13   rented at fair market value?
14        A     Yes.
15        Q     Would CitiMed Management or any of the
16   CitiMedical entities ever have paid more than
17   fair market value for the space?
18        A     No.
19        Q     Are you familiar with a building
20   located at 9212 165th Street in Jamaica?
21        A     Yes.
22        Q     Do you know anything about who owns
23   this building?
24        A     Yan Moshe.
25        Q     Do you know the actual entity that

Page 192

```
 1                         R. Moshe, M.D.
 2   owns it?
 3        A     9212 Holdings, LLC, I believe.
 4        Q     If I told you it was 165 Holdings,
 5   LLC, would that refresh your recollection as to
 6   who the owner was or do you know one way or the
 7   other?
 8        A     It's either or.
 9        Q     Do you know?
10        A     I mean, it's either 9212 or 165
11   Holdings.  I -- he's got a lot of companies.
12        Q     Do you know anything about -- do you
13   or CitiMed Management know anything about the
14   acquisition of this property?
15        A     No.
16        Q     Do you or CitiMed Management have any
17   information about how it was financed or any
18   refinancing that might have been involved with
19   this property?
20        A     No.
21        Q     So if there were any dealings with a
22   bank, for example, Popular Bank, associated with
23   the property about financing or refinancing with
24   respect to this property, that would not be
25   anything you would know anything about; correct?
```

1                    R. Moshe, M.D.
2        A    That is correct.
3        Q    Okay.  I'm showing you what's been
4    marked as Deposition Exhibit No. 104, which
5    appears to be a lease between CitiMed Management
6    and 922 -- I guess you're right, 9220 165
7    Holdings, LLC; do you see that?
8        A    Yes.
9        Q    Is this, in fact, the lease between
10   9220 165 Holdings and CitiMed Management?
11       A    Yes.
12       Q    Under the terms of this lease, this
13   looks like it was a 10-year lease; is that right?
14       A    Yes.
15       Q    This agreement provides for the rental
16   of Units 3 and 4, but I don't see anywhere in
17   here where it indicates how many square feet is
18   being rented.
19            Do you, first of all, see any
20   reference to the square footage that's being
21   rented under this agreement?
22       A    I mean, I saw this agreement awhile
23   back.  I wouldn't even know where to look for the
24   square footage at this point.
25       Q    Do you have any idea, does CitiMed

Page 194

1                    R. Moshe, M.D.
2    Management have any idea how many square feet was
3    rented under this agreement?
4         A    It's a pretty big location.  I would
5    say maybe combined, 10,000 square feet.  Maybe a
6    little less.
7         Q    So under the agreement that's 104,
8    CitiMed Management leased about 10,000 square
9    feet?
10        A    I think, give or take a few thousand
11   square feet.
12        Q    So -- and under this agreement,
13   CitiMed Management is going to pay a base rent
14   which is you understand is sort of -- is a flat
15   amount for the use of space; correct?
16        A    Yes.
17        Q    And then there are additional amounts
18   that are due under this lease for maintenance and
19   repair, utilities and a portion of real estate
20   taxes; is that correct?
21        A    If that's what it says, then yes.
22        Q    I'm asking you.  Do I understand the
23   lease right?
24        A    Can you show me where it says that?
25        Q    So if you look at the lease, it's

Page 200

R. Moshe, M.D.

construction, taxes, utilities?  Where would we see a record of that?

    A    So for electricity we pay directly on the conEdison site.  For the water, we send a check to the New York City Water Board.  For the taxes, we also send a check.  So you would see that from the management company.

         For the rent, the base rent, it would go to the holdings company.  That check from management would go to the holding company.  And for repairs, again, it's done by the landlord, then we'll issue a check to the landlord.  If it was done by the construction company, then over a period, some kind of repair or whatever it is, then we'll issue a check to them from management.

    Q    We see on the ledgers and tax returns, lots and lots of checks to utilities; lots and lots of checks to real estate taxes.

         How do we know whether it relates to this property or one of many other properties?

    A    So for the tax payment, Tatyana will usually write in the memo that it's a tax payment for such and such location.  So usually for whatever location the services were performed and

Page 201

1          R. Moshe, M.D.
2  the check is issued by CitiMed Management, we
3  usually put it in the memo of the check.
4       Q     How about for construction?
5       A     Same concept.
6       Q     There will be a memo -- there will be
7  a notation in the memo as to what property it
8  relates to?
9       A     For the most part, about 90 percent,
10 yes.
11      Q     What was done with respect to Exhibit
12 104 to determine whether the amount paid was fair
13 market value?
14      A     The square footage was based on the
15 fair market value.
16      Q     I understand that's what you're
17 telling me, but what actually was done to
18 establish that that was, in fact, the fair market
19 value?
20      A     Whatever would have been done, it
21 would have been done from Yan's side.
22      Q     In other words, Yan would have figured
23 out whether it was the fair market value, and
24 would have told you it was the fair market value,
25 and you would have said, okay, I accept that?

Page 202

R. Moshe, M.D.

1
2       A    Yes, because any rent agreement that
3   Yan and I have is always based on fair market
4   value.
5       Q    Understood.  But what I'm trying to
6   understand is how you determine what the fair
7   market value was.  And what I understand you to
8   be saying is with respect to Exhibit 104, the way
9   in which you determined what the fair market
10  value was, was Yan Moshe would figure out what
11  the fair market value was.  He would have told
12  you that he had determined what the fair market
13  value was.  He would have told you this is fair
14  market value, and you would have accepted that
15  without any further inquiry or investigation;
16  correct?
17      A    Seeing how it's coming from my
18  brother, yes.
19      Q    And so we're going to go through a
20  number of different properties, but does the same
21  hold true, then, for every single one of the
22  properties that CitiMed Management or CitiMedical
23  entities rented from a Yan Moshe entity, and by
24  "the same" I mean your understanding is that they
25  were fair market value; correct?

Page 203

1          R. Moshe, M.D.
2     A    Yes.
3     Q    And the way in which you determined
4  that they were fair market value was that it was
5  determined by Yan Moshe; correct?
6     A    I don't know if he obviously had some
7  help from his attorney or whatever it is.  Not
8  just Yan Moshe.
9     Q    But what Yan Moshe did to determine
10 the fair market value of those properties was
11 something he did, and you're not familiar with
12 what it is he did?
13    A    Yes.
14    Q    That's correct in other words?
15    A    Yes.
16    Q    Okay.  And he would have told you, I
17 determined what the fair market value was, and he
18 would have told that to you; correct?
19    A    Yes.
20    Q    Okay.  And you would have accepted his
21 explanation that it was fair market value without
22 any review, examination, determination or
23 anything else, correct, because he's your
24 brother?
25    A    He's my brother and he has no reason

Page 204

1          R. Moshe, M.D.
2  to lie to me, so, yes.
3       Q    Okay.  In each of these cases, does
4  CitiMed Management itself have any documentation,
5  evidence, paperwork, anything itself that
6  actually reflects an analysis of the fair market
7  value of the rental agreements that it entered
8  into with any of the Yan Moshe entities?
9       A    No.
10      Q    That information, if it exists, would
11 be in the possession of Yan Moshe?
12      A    Correct.
13      Q    I'm showing you what has been marked
14 as Deposition Exhibit No. 105.  This appears to
15 be another lease related to the same property.
16           Is this, in fact, a lease regarding --
17 between 9220 165 Holdings and CMCS, LLC?
18      A    Yes.
19      Q    Okay.  And here it seems to indicate
20 that the office building contains approximately
21 14,742 square feet.
22           Do you see that in the first recital,
23 the first Whereas clause under Recital?
24      A    Yes.
25      Q    Under this lease, CMCS is going to

Page 205

1      R. Moshe, M.D.
2  lease is 11,433 square feet; do you see that?
3      A    I don't see that.  Where are you?
4      Q    No, no.  I'm sorry.  No, no.  I'm
5  sorry.  It's in the next paragraph.  "Tenant
6  wishes to use and occupy approximately 5,894
7  square feet."
8      A    Yeah, I think you were looking at the
9  zip code.
10     Q    Yeah, I was looking at the zip code.
11 Yes, I was.  All right.  And I guess -- I'm
12 sorry; I forgot to ask this on Exhibit 104.
13          What was the space used for, the space
14 that was governed by Exhibit 104, what was in
15 that space?
16     A    So it's used for the actual medical
17 facility where we perform physical therapy,
18 chiropractic services, exam rooms, reception
19 area, as well as the MRI location in the Jamaica
20 space.
21     Q    Okay.
22     A    Where it also has its own reception
23 area, front desk, and space where the MRI machine
24 is.
25     Q    Okay.  With respect to this lease,

Page 209

1                    R. Moshe, M.D.
2    CitiMed Surgery Center was built, and I was
3    renting space from 9220 165 Holdings, LLC.  If
4    you look at the date, it's November 2016.
5         Q    Okay.
6         A    Okay.  This was the original lease for
7    the surgery center.
8         Q    All right.
9         A    Exhibit 105.  As time went on, I guess
10   we were looking to update the lease to January of
11   2020, and I think some of the information here is
12   incorrect.
13        Q    When you say "here," you mean 106?
14        A    Exhibit 106.
15        Q    Is incorrect?
16        A    Yes.
17        Q    What information is incorrect?
18        A    Well, CitiMedical I, PLLC should not
19   be there.  It should be a lease between 9220 165
20   Holdings and the CitiMed Surgery Center.  I'm not
21   sure why this CitiMedical entity is in here.
22        Q    Do you know why 106 had to be entered
23   into?  Why wasn't 104 and 105 sufficient to
24   govern the spaces that you had already occupied?
25        A    I am not sure if this was one of the

Page 210

1  R. Moshe, M.D.
2  things that the attorneys sent to Yan.  I don't
3  know.  Usually whatever he gets from them, he
4  passes it on to me.
5       Q    When he passes it on to you, do you
6  trust that he knows what he's doing and you say,
7  all right, I'm going to sign it?
8       A    Well, we already had an existing
9  lease.  I guess I didn't really look to see why
10 CitiMedical I, PLLC was there.  Since I saw it
11 was the surgery center, I just signed off on it.
12      Q    In terms of why -- why 106 was entered
13 into, why Exhibit 106 was necessary, when 104 and
14 105 already existed, that's not something that
15 you know; correct?
16      A    I'm not sure what was the concept of
17 the lease in this regard, but, yeah.
18      Q    In other words, yes, you don't know?
19      A    Yes, I don't think this lease is
20 necessary.
21      Q    Okay.  So why it was entered into, you
22 don't know?
23      A    Again, maybe his assistant said
24 something to me.  I don't know.  I don't recall.
25 But if it was produced, there was a necessity for

Page 211

```
 1                    R. Moshe, M.D.
 2   it.  I'm just not sure what it is.
 3        Q    I'm showing you what's been marked as
 4   Deposition Exhibit No. 107.  Deposition Exhibit
 5   No. 107 are checks that CitiMed Management wrote
 6   pursuant to the leases that are Exhibit 104, 105,
 7   106 for the use of space at 63-36 99th Street?
 8        A    No.  It's pursuant to the lease on
 9   Exhibit 104.
10        Q    104, okay.
11             So CitiMed Management was only paying
12   for CitiMed Management's space?
13        A    For CitiMedical -- for the CitiMedical
14   medical entity space.
15        Q    Under Exhibit 104?
16        A    Correct.
17        Q    Who paid the rent under Exhibit 105?
18        A    The CitiMed Surgery Center.
19        Q    And who paid the rent under Exhibit
20   106?
21        A    So the rent on Exhibit 106 is the same
22   rent as on Exhibit 105.  That was also the
23   surgery center.
24        Q    So Exhibit 105 and 106 would have been
25   paid by the surgery center directly?
```

```
                                                      Page 212
 1                      R. Moshe, M.D.
 2       A     Yes.  In the beginning, the payments
 3   may have been made by a CitiMed Management
 4   company.
 5       Q     So if we see checks from CitiMed
 6   Management to this holding company, how would we
 7   know which lease they were under?
 8       A     So if you look at Exhibit 107, if you
 9   look at the memo --
10       Q     Yeah.
11       A     -- it says over there, Jamaica + MRI.
12       Q     Okay.
13       A     So that means that was not the surgery
14   center.  That means this is the physical office
15   space for the CitiMedical medical entity plus
16   MRI.  Plus the MRI location.
17       Q     So if we go to the third page, see
18   where it says CMCS0218?
19       A     Third page?
20             MR. LEGHORN:  Third page.  He's
21       looking to that.
22   BY MR. MARKS:
23       Q     The Memo section.
24       A     My third page --
25       Q     Third page of 107, there's a Check No.
```