UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,   Case No.: 1:21-cv-05523-MKB-PK

                Plaintiffs,

     -against-   NOTICE OF APPEARANCE

METRO PAIN SPECIALISTS, P.C. et al.,

                Defendants.
------------------------------------------------------------X

**To the Clerk of this Court and all parties on record:**

     **PLEASE TAKE NOTICE** that the undersigned Nima Ameri, Esq. of the Ameri Law Firm LLC hereby enters his appearance in the above-entitled action as Counsel on behalf of the non-party, Damon Minus. The undersigned counsel certifies that he is admitted to practice in this Court.

                                      AMERI LAW FIRM LLC
                                      *Attorney for Damon Minus*

                                      s/ *Nima Ameri*
                                      Nima Ameri, Esq.
                                      58-60 Main Street, Floor 3
                                      Hackensack, New Jersey 07601
                                      (201) 880-8999
                                      info@amerilawfirm.com

DATED: July 25, 2024