**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

August 23, 2024

**VIA ECF**

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Request for Extension of Time

Dear Chief Judge Brodie:

      Pursuant to this Court's Text Order entered August 12, 2024 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with an update on their attempts to serve the Order on third-party Dr. Michael Alleyne, as required under the Order. Initially, on August 13, 2024, Plaintiffs mailed a copy of the Order via FedEx Overnight to Dr. Alleyne, which was delivered on August 14, 2024. Ex. 1 (Proof of Delivery). Secondly, Plaintiffs have made three attempts to personally serve the Order on Dr. Alleyne at his home address, which were respectively made on August 14, 15, and 17. None were successful. To provide Plaintiffs with additional time to personally serve the Order on Dr. Alleyne, Plaintiffs respectfully request the Court extend Dr. Alleyne's time to respond to the Order until September 25, 2024. If it would please the Court, Plaintiffs would file a letter with the Court providing proof of service or an update on their continuing efforts to personally serve the new Order on Dr. Alleyne by September 13, 2024.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encl. (Ex. 1)

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP