*Exhibit 1*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 14, 2024 9:52 AM |
| **To:** | DeYoung, Stephen P. |
| **Subject:** | FedEx Shipment 278245318699: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |

*EXTERNAL EMAIL – EXERCISE CAUTION*
*EXTERNAL EMAIL – EXERCISE CAUTION*



# Hi. Your package was delivered Wed, 08/14/2024 at 10:42am.



Delivered to 6591 162ND ST 4L, Flushing, NY 11365

**OBTAIN PROOF OF DELIVERY**

1



Delivery picture not showing? View in browser.

## How was your delivery ?

    

### Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 278245318699 |
| **FROM** | KATTEN |
| | 50 Rockefeller Plaza |
| | NEW YORK, NY, US, 10020 |
| **TO** | Michael Alleyne , M.D |
| | 6591 162ND ST APT 4L |
| | Flushing, NY, US, 11365 |
| **REFERENCE** | 277811.00873-44208 |
| **SHIPPER REFERENCE** | 277811.00873-44208 |
| **SHIP DATE** | Tue 8/13/2024 04:45 PM |
| **DELIVERED TO** | Residence |

2

| | |
|---|---|
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NEW YORK, NY, US, 10020 |
| **DESTINATION** | Flushing, NY, US, 11365 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

## Easy options for your next shipment

There's no need to weigh packages or calculate shipping costs with FedEx One Rate®. Enjoy an easy shipping process with predictable pricing and complimentary flat-rate packaging options.

**EXPLORE FEDEX ONE RATE**

## This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | KATTEN |
| **Name:** | Stephen DeYoung |
| **Email:** | stephen.deyoung@katten.com |

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:50 AM CDT 08/14/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](privacy policy). All rights reserved.

Thank you for your business.