**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

September 9, 2024

VIA ECF

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proposed Notice of Scarborough Deposition

Dear Judge Kuo:

Pursuant to this Court's Text Order entered September 3, 2024 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to submit the attached proposed notice of deposition directed to defendant Paul Victor Scarborough for the Court to so-order. Ex. 1 (Proposed Notice of Deposition).

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook


Encl. (Exhibit 1)