**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Metro Pain Specialists, P.C. et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:21-cv-05523-MKB-PK <br> ) <br> ) <br> ) Hon. Margo K. Brodie <br> ) <br> ) Magistrate Peggy Kuo <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, by and through their counsel, will take the deposition of Paul Scarborough commencing at 9:30 a.m at the law firm of Katten Muchin Rosenman, LLP, 50 Rockefeller Plaza, New York, NY 10020-1605, on October 10, 2024 by an officer authorized by law to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3)(A), the deposition will be taken by stenographic and audiovisual means and may be used for all purposes contemplated under the Federal Rules of Civil Procedure.

Dated: September 9, 2024
New York, NY

By: */s/ Christopher T. Cook*

Christopher T. Cook
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
christopher.cook@katten.com

Ross O. Silverman
Jonathan L. Marks
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

DATED: Brooklyn, New York
September 9, 2024

SO ORDERED:

*Peggy Kuo*

_____
United States Magistrate Judge