**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

September 10, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Text Order of August 8, 2024, and Damon Minus Deposition

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (collectively, "Plaintiffs") respectfully write to request the Court's assistance in resolving the question of whether Nima Ameri, Esq. may continue to represent nonparty Damon Minus at a deposition presently scheduled for September 13, 2024, given Ameri's failure to comply with this Court's Text Order entered August 8, 2024 (the "Order").

On August 8, 2024, this Court held a hearing on Plaintiffs' motion to disqualify Mr. Ameri as counsel for Minus [Dkt. 559] (the "Motion to Disqualify") and Minus's cross motion to quash Plaintiffs' subpoena seeking his testimony at a deposition [Dkt. 594] (the "Motion to Quash"). Following oral argument, the Court issued the Order denying the Motion to Disqualify "on the condition that Mr. Damon Minus executes a written waiver that (1) affirms his understanding that Attorney Ameri previously represented, and currently represents, Defendant Yan Moshe, and (2) Mr. Minus waives any conflict of interest." The Order set a deadline for Mr. Ameri to file the conflicts waiver on the docket by August 14, 2024. The Court separately denied the Motion to Quash.

Mr. Ameri did not file the required conflicts waiver by August 14, 2024, and to date has not done so. Plaintiffs have attempted to obtain Mr. Ameri's compliance with the Order, inquiring about the status of the waiver and deposition on multiple occasions, most recently on August 30. Despite assurances a waiver would be obtained and filed, none has been provided.

The deposition of Minus is currently scheduled for this **Friday, September 13, 2024**.

The Court's Order set explicit preconditions for Mr. Ameri to continue to represent Minus in connection with his deposition. Given Mr. Ameri's failure to comply with the preconditions set by this Court's Order and the approaching deposition, Plaintiffs respectfully submit Mr. Ameri should be disqualified as counsel for Minus.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP