# AMERI LAW FIRM

— Attorneys At Law —

September 12, 2024

**Via Electronic Filing:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    State Farm Mut. V. Metro Pain
                Case No.: 1:21-cv-05523-MKB-PK

Dear Judge Kuo:

      As your Honor is aware, this firm represents the non-party, Damon Minus, in the above captioned matter.

      We would like to inform the court that after the conference we discovered Mr. Minus was in fact dialed in. Therefore, Mr. Minus heard opposing council's arguments as well as my representations and the court's concerns. This should bolster his conflict waiver.

      We thank the Court for its time and consideration in this matter

                                                                    Respectfully Submitted,
                                                                  **AMERI LAW FIRM, LLC**

                                                                  /s/ *Nima Ameri*
                                                                  Nima Ameri, Esq.

CC: All Counsel of Record