**Katten**

KattenMuchinRosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

September 13, 2024

<u>VIA ECF</u>

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) –
Update re Service of Order on Dr. Alleyne

Dear Chief Judge Brodie:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (collectively, "Plaintiffs") respectfully write regarding this Court's Text Order entered August 26, 2024 (the "Order"), which "orders non-party Dr. Michael Alleyne to show cause in writing on or before September 25, 2024, why the Court should not hold him in contempt for failing to comply with Plaintiffs' subpoena" and directs Plaintiffs "to serve a copy of this Order on Dr. Alleyne and to file proof of service with the Court, or otherwise inform the Court regarding Plaintiffs' efforts to personally serve Dr. Alleyne on or before September 13, 2024." This letter sets forth Plaintiffs' efforts to achieve personal service on Dr. Alleyne.

As set forth in Plaintiffs' letter filed August 23, 2024 (Dkt. 608), Plaintiffs initially attempted to personally serve Dr. Alleyne three times at his home address. Since entering the Order on August 26, 2024, Plaintiffs have made an additional six attempts to serve him at his home. None of those attempts were successful.

In light of these difficulties, Plaintiffs respectfully request the Court adjourn *sine die* the contempt proceedings relating to Dr. Alleyne's failure to comply with Plaintiffs' subpoena. *See* Dkts. 548, 601; 7/3/2024 Text Order. Plaintiffs will continue their efforts to effect service on Dr. Alleyne and, if successful, will once again raise these issues with the Court.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP