*Exhibit 2*



**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

August 12, 2024

**VIA FEDEX**

Michael Torres
146 E. 19th Street, Apt. 3F
Brooklyn, NY 11226

Re: *State Farm Mutual Automobile Insurance Company v. Metro Pain Specialists, P.C., et al.*, Civil Action No. 1:21-cv-05523-MKB-PK

Dear Mr. Torres:

On July 18, 2024, State Farm Mutual Automobile Insurance Company ("State Farm") served you with a subpoena for the production of documents in the above-referenced case (the "Subpoena"). *See* Exhibit 1 (Subpoena and Affidavit of Service). The Subpoena required you to produce responsive documents within 14 days of service, which means that the deadline for responding to the Subpoena was August 1, 2024. *See* Fed. R. Civ. P. 45(d)(2)(B). To date, we have received no response from you. Accordingly, you have waived any and all objections to the Subpoena. *See Concord Boat Corp. v. Brunswick Corp.*, 169 F.R.D. 44, 48 (S.D.N.Y. 1996); *Sheet Metal Workers' Nat'l Pension Fund v. Amodeo*, 2016 WL 3080807, at *7 (E.D.N.Y. May 27, 2016). Moreover, failure to obey the Subpoena may result in a court holding you in contempt. Fed. R. Civ. P. 45(g) ("The court for the district where compliance is required . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."). Please produce documents responsive to the Subpoena by August 22, 2024. If you fail to do so, State Farm will be forced to seek Court intervention.

Sincerely,

/s/ *Christopher T. Cook*

Christopher T. Cook

Encl.   (Exhibit 1)