# *Exhibit 1*

## AFFIDAVIT OF SERVICE

U.S. DISTRICT COURT OF THE STATE
STATE OF NEW YORK - EASTERN DISTRICT

---

State Farm Mutual Automobile Ins. Co., et al

                                                Plaintiff

vs

Metro Pain Specialists P.C. et al

                                                Defendant

---

Civil Number: 1:21-cv-05523 (MKB) (PK)

Filed On:

State of New Jersey:
Bergen County ss:

I James Reap, being duly sworn according to law upon my oath, depose and say: Deponent is not a party to this action, has no direct personal interest in this litigation, is over eighteen years of age and resides in the State of New Jersey.

That on **05/01/2024** at **7:13 A.M.**, at **177 Orchard Street, Elmwood Park, NJ 07407**
Deponent served the within **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Subpoena Rider and Certificate of Authenticity**

On **Nazar Burak**

**PERSONAL/INDIVIDUAL**: By delivering thereat a true copy of each to **Nazar Burak** personally, deponent knew said Individual so served to be the Individual described as **Nazar Burak** therein.

**DESCRIPTION**: **Nazar Burak** is described to the best of deponent's ability at the time and the circumstances of service as follows: Gender: **Male** Race/Skin: **White** Hair: **Gray/Balding** Age: **40 - 49 Yrs** Height: **6'0" - 6'3"** Weight: **200 - 224 Lbs.** Glasses: **No** Other: **Facial Hair**

**MILITARY**: Based upon inquiry of party served, Defendant is not active in the military service of the United States of America.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Subscribed and Sworn to before me on 05/01/2024

DONNA JEAN ARCIUOLO (2105512)
Notary Public of New Jersey
My Commission Expires November 30, 2027



X _____
**JAMES REAP, Process Server**
Job # 243804

*Special Delivery Service, Inc. 5470 L B J Freeway, Suite 100 Dallas, TX 75240*