*Exhibit 2*

## Cardoza, Michael L.

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Friday, June 7, 2024 10:16 AM |
| **To:** | nazarburak@yahoo.com |
| **Cc:** | Cardoza, Michael L.; Scruton, Sarah M. |
| **Subject:** | RE: State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C. - Subpoena Seeking Documents and Records |
| **Attachments:** | Nazar Burak Subpoena Packet.pdf |

Good morning, Nazar,

The attached subpoena was served on you more than 5 weeks ago, and we have yet to receive any written responses or responsive documents despite multiple calls and extension of the deadline for compliance. I understand through our prior communications that your businesses do not have administrators to assist you in gathering responsive records and that you would be largely relying on your accountants and yourself to do so. While State Farm prefers to take a cooperative approach, due to the importance of the requested documents to this matter we are now requesting compliance by a date certain.

By June 14, please (1) provide written responses to each subpoena request stating whether you will produce all requested records or whether you intend to withhold any records; and (2) produce all responsive documents in your possession, custody, or control. If we have not received written responses and documents by June 14, we may request the Court order your timely compliance with the subpoena.

Please feel free to reach out should you wish to discuss.

Regards,
Chris

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Wednesday, May 22, 2024 5:29 PM
**To:** 'nazarburak@yahoo.com' <nazarburak@yahoo.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C. - Subpoena Seeking Documents and Records

Nazar,

It was good speaking with you this afternoon. As discussed, attached is a copy of the subpoena requesting the production of eight categories of records. I understand you will be providing the subpoena to your accountant to gather responsive records. To the extent you or your accountant have any questions regarding the subpoena, please let me know. I will reach out next week to inquire as to a date by which you will produce the requested records. Finally, I understand you are not represented by legal counsel in connection with the attached subpoena. If you retain legal

counsel, please let me know your counsel's name and contact information and I will direct future communications to your attorney.

Kind regards,
Chris

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com