*Exhibit 1*



FedEx® Tracking



**DELIVERED**

# Friday
9/20/24 at 11:37 AM

Your package was released as requested and safely delivered.

Signed for by: Signature not required

**Obtain proof of delivery**

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✓



**Report missing package**

**TRACKING ID**
279697116776 ✎ ☆

**FROM**
NEW YORK, NY US

*Label Created*
9/19/24 1:37 PM

**WE HAVE YOUR PACKAGE**
NEW YORK, NY
9/19/24 4:46 PM

**ON THE WAY**
JAMAICA, NY
9/20/24 7:19 AM



**DELIVERED**
Brooklyn, NY US

*Delivered*
9/20/24 at 11:37 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**Your email**

SUBMIT

**MORE OPTIONS**

## Shipment facts

### Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 279697116776 |
| **DELIVERED TO** | Residence |
| **SHIP DATE** | 9/19/24 |
| **STANDARD TRANSIT** | 9/20/24 before 12:00 PM |
| **DELIVERED** | 9/20/24 at 11:37 AM |

### Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday, Residential Delivery |

### Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |



## Travel history

**SORT BY DATE/TIME**

Ascending

**Time zone**

Local Scan Time

**Thursday, 9/19/24**

- 1:37 PM
  **Shipment information sent to FedEx**

- 4:46 PM
  **Picked up**
  NEW YORK, NY

- 4:52 PM
  **Shipment arriving On-Time**
  NEW YORK, NY

- 11:04 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 11:48 PM
  **Arrived at FedEx hub**
  NEWARK, NJ

**Friday, 9/20/24**

- 3:10 AM
  **Departed FedEx hub**
  NEWARK, NJ

- 4:21 AM
  **At destination sort facility**
  JAMAICA, NY

- 7:19 AM
  **At local FedEx facility**
  JAMAICA, NY

- 8:45 AM
  **On FedEx vehicle for delivery**
  JAMAICA, NY

- ✓ 11:37 AM
  **Delivered**
  Brooklyn, NY

↑ Back to to

**OUR COMPANY**

About FedEx

Our Portfolio



FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**

© FedEx 1995-2024

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices