*Exhibit 1*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Friday, September 20, 2024 8:52 AM |
| **To:** | Cardoza, Michael L. |
| **Subject:** | Your shipment was delivered |
| **Attachments:** | DeliveryPicture.jpeg |

*EXTERNAL EMAIL – EXERCISE CAUTION*



## Your shipment was delivered.

**Delivery Date**

Fri, 09/20/2024

9:46am

**Delivered to**

177 ORCHARD ST, Elmwood Park, NJ 07407

1



Delivery picture not showing?

View in browser

**GET PROOF OF DELIVERY**

Report missing package

How was your delivery?

    

2

## Personal message

PSShip eMail Notification

## Tracking details

| | |
|---|---|
| **Tracking ID** | 279696614873 |
| **From** | KATTEN<br>50 Rockefeller Plaza<br>NEW YORK, NY, US<br>10020 |
| **To** | Nazar Burak<br>177 Orchard Street<br>Elmwood Park, NJ, US<br>07407 |
| **Ship date** | Thu 9/19/2024 04:46 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Priority Overnight |

TRACK SHIPMENT

## Easy options for your next shipment

There's no need to weigh packages or calculate shipping costs with FedEx One Rate®. Enjoy an easy shipping process with predictable pricing and complimentary flat-rate packaging options.

EXPLORE FEDEX ONE RATE

## This tracking update has been requested by:

| | |
|---|---|
| **Company name** | KATTEN |
| **Name** | Michael Cardoza |
| **Email** | michael.cardoza@katten.com |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:52 AM CDT 09/20/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID  1026

5