**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

September 27, 2024

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Response to Non-Party Burak Motion for Extension of Time

Dear Judge Kuo:

Pursuant to this Court's Text Order entered September 26, 2024 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write in response to non-party Nazar Burak's motion for an extension of time to respond to Plaintiffs' subpoenas seeking documents and testimony (Dkt. 619). Plaintiffs conferred with counsel for Mr. Burak and understand he will provide complete written responses and produce all documents responsive to the subpoena by October 11, 2024. Given the delays thus far in responding to Plaintiffs' subpoenas, Plaintiffs request that the Court so-order Mr. Burak's agreed upon deadline for compliance of October 11, 2024.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook