*Exhibit 1*

October 02, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 280143265836

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Brooklyn, NY, |
| | | **Delivery date:** | Oct 2, 2024 15:37 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 280143265836 | **Ship Date:** | Oct 1, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| Brooklyn, NY, US, | NEW YORK, NY, US, |

| **Reference** | 277811.00873-44208 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx