

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

October 30, 2024

<u>VIA ECF</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Pursuant to this Court's Text Order entered October 28, 2024 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with proof of service of the Order on third-party Michael Torres. On October 28, 2024, Plaintiffs sent a copy of the Order to Mr. Torres via FedEx overnight, which was delivered on October 29, 2024. Ex. 1 (Proof of Delivery).

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook


Encl.   (Exhibit 1)