*Exhibit 1*



October 30, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 281164508177

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | BROOKLYN, NY, |
| | | **Delivery date:** | Oct 29, 2024 16:45 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 281164508177 | **Ship Date:** | Oct 28, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
BROOKLYN, NY, US,

**Shipper:**  
NEW YORK, NY, US,

**Reference**     277811.00873-44208

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx