# BRACH | EICHLER LLC

Anthony M. Juliano
Direct Dial: 973-403-3154
Direct Fax: 973-618-5554
E-mail: ajuliano@bracheichler.com

October 31, 2024

**VIA ECF**
Magistrate Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.**
            **Case No.: 1:21-cv-05523-MKB-PK**

Dear Magistrate Kuo:

    As Your Honor may recall, this firm represents defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, SCOB LLC, Citimed Surgery Center LLC, NJMHMC LLC, Star Solutions Services, LLC, Beshert Corp., Nizar Kifaieh, M.D., and Premier Anesthesia Associates PA (collectively "Defendants") in the above referenced matter. I am writing with regard to Defendants' deadline to complete their ESI production, and to request a one month extension of the ESI production deadlines.

    Defendants have been engaged in reviewing and producing ESI for months. Due to the nature of the documents, the process has been arduous. On September 16, 2024, Your Honor entered an Order granting Defendants' request to extend the time to complete the ESI production (as set forth in Docket Entry 614 and subsequent Text Order). As such, Defendants were to complete the ESI production by today, October 31, 2024, and provide a privilege log to Plaintiffs' counsel by November 15, 2024. Since that time, this office has continued its review and ESI production, and additional productions have been made. Through today, Defendants have completed and served nine (9) separate ESI productions, and have produced well in excess of 100,000 documents. The review and production continues on a rolling basis.

    While Defendants have significantly moved toward completion of their ESI production, there does remain limited additional documents to be reviewed and produced. I have discussed

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.15698812.1/MOS106-284575

Magistrate Peggy Kuo, U.S.M.J.
October 31, 2024
Page 2

the status of the ESI production with counsel for State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("State Farm" or "Plaintiffs"). In response, Plaintiffs' counsel has advised Plaintiffs do not object to this one month extension request on the condition that the following language be included with this letter motion:

> Plaintiffs have advised that, while they take no position on this requested extension, if Defendants are unable to complete production of all responsive records from their respective email accounts by the new deadline, Plaintiffs intend to respectfully request the Court set a hearing to address why Defendants have been unable to produce records more than 14 months after first being ordered to do so. *See, e.g.*, 8/25/2023 Text Order (ordering compliance by September 8, 2023); 9/20/2023 Text Order (ordering Defendants to show cause); 11/22/2023 Text Order (ordering compliance by 1/31/2024); 2/22/2024 Text Order (ordering compliance by April 8, 2024); 4/5/2024 Text Order (ordering compliance by May 23, 2024); 5/29/2024 Text Order (ordering compliance by June 14, 2024); 7/25/2024 Text Order (ordering compliance by September 15); 9/16/2014 Text Order (ordering compliance by 10/31/2024).

Based on the foregoing, Defendants respectfully request Your Honor approve the following deadline extension requests:

- Defendants' ESI production to be completed on or before Monday, December 2, 2024;

- Defendants to provide a privilege log related to ESI production on or before Monday, December 16, 2024.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Anthony M. Juliano*

Anthony M. Juliano