UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE　　　　　Index #: 1:21-CV-05523
INSURANCE COMPANY, et al

　　　　　Plaintiffs,　　　　　　　　**NOTICE OF MOTION**

　　　　-against-

METRO PAIN SPECIALISTS, P.C., et al
　　　　　Defendants
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Peter M. Birzon, Esq., dated the 1st of November, 2024, and all the papers and pleading heretofore had herein, the firm of PETER BIRZON & ASSOCIATES, P.C. shall move Magistrate Judge Peggy Kuo at the United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, pursuant to Local Rule 1.4 of the Rules of the Southern and Eastern Districts of New York, for an Order discharging PETER BIRZON & ASSOCIATES, P.C. from representing PETER KOPACH, L.Ac. and FIRST ALTERNATIVE PLM ACUPUNCTURE P.C., in this action, together with such other and further relief as may be just, proper, and equitable under the circumstances.

　　　　Pursuant to Magistrate Judge Kuo's rules, responses must be filed with then (10) business days.

　Dated: November 1, 2024
　　　　Jericho, New York

　　　　　　　　　　　　　　　　　　Yours etc.,
　　　　　　　　　　　　　　　　　　PETER BIRZON & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　*/s/ Peter M. Birzon*
　　　　　　　　　　　　　　　　　　Peter M. Birzon, Esq.
　　　　　　　　　　　　　　　　　　400 Jericho Turnpike, Ste 100
　　　　　　　　　　　　　　　　　　Jericho, New York 11753
　　　　　　　　　　　　　　　　　　(516) 942-9100
　　　　　　　　　　　　　　　　　　pbirzon@pbalaw.net