## AFFIDAVIT OF SERVICE BY USPS PRIORITY EXPRESS OVERNIGHT MAIL AND ELECTRONIC MAIL

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NASSAU      )

Carolyn Goldenberg, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age, and reside in Oceanside, New York.

2. On November 1, 2024, I served the within MOTION TO WITHDRAW AS ATTORNEYS via electronic mail, USPS Priority Express Overnight Mail to the following persons addressed below:

First Alternative PLM Acupuncture
P.O. Box 230196
Brooklyn, New York 11225

USPS Priority Express Overnight Mail, Tracking #:
9470109102126101811518

First Alternative PLM Acupuncture
5 Doree Road
Morganville, New Jersey 07751

USPS Priority Express Overnight Mail, Tracking #:
9470109105156101813802

Peter Kopach, L.Ac
2735 East 26th Street
Brooklyn, New York 11235

USPS Priority Express Overnight Mail, Tracking #:
9470109105156101820916

Peter Kopach, L.Ac
5 Doree Road
Morganville, New Jersey 07751

USPS Priority Express Overnight Mail, Tracking #:
9470109105156101822835

New York Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, New York, 12210

USPS Priority Express Overnight Mail, Tracking #:
9470109105156101826154

By email to the following:

Peter Kopach, L.Ac
peterkopach@gmail.com

                                                                                _____
                                                                                Carolyn Goldenberg

Sworn to before me this 1st Day
Of November, 2024

_____
Notary Public

                                                                                PETER M. BIRZON
                                                             Notary Public, State of New York
                                                                      No. 02BI4909125
                                                              Qualified in Suffolk County
                                                        Commission Expires Sept. 28, 20 25

2