# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY,      Case No.: 1:21-cv-05523-MKB-PK

        Plaintiffs,

        **NOTICE OF APPEARANCE**

   -against-

METRO PAIN SPECIALISTS, P.C. et al.,

        Defendants.

-----------------------------------------------------------X

**To the Clerk of this Court and all parties on record:**

   **PLEASE TAKE NOTICE** that the undersigned Nima Ameri, Esq. of the Ameri Law Firm LLC hereby enters his appearance in the above-entitled action as Counsel on behalf of the Third-Party, Michael Torres. The undersigned counsel certifies that he is admitted to practice in this Court.

        AMERI LAW FIRM LLC
        *Attorney for Michael Torres*

        s/ *Nima Ameri*
        Nima Ameri, Esq.
        58-60 Main Street, Floor 3
        Hackensack, New Jersey 07601
        (201) 880-8999
        info@amerilawfirm.com

DATED: November 8, 2024