# AMERI LAW FIRM
### —— Attorneys At Law ——

November 8, 2024

**Via Electronic Filing:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        RE:    State Farm Mut. V. Metro Pain
                 Case No.: 1:21-cv-05523-MKB-PK

Dear Judge Kuo:

    Please be advised that this firm was retained to represent Mr. Torres in regard to a subpoena that was issued to him, and the accompanying applications.

    The Court asked for a response by today, and this office was just retained today. I reached out to Mr. Cook and he consented to the following:

    "Plaintiffs would be willing to agree to an 18-day adjournment of the Show Cause Hearing set for November 15 (until December 2), if Mr. Torres agrees to fully comply with the subpoena by November 22, 2024, including by serving complete written responses and producing all responsive documents in his possession, custody, and control. If complete compliance is achieved, Plaintiffs would withdraw their motion for an order to show cause and request a cancellation of the related hearing."

    At this time, with Mr. Cooks consent, we ask the Court to adjourn the hearing set for November 15th to December 2nd while we work to comply with the Subpoena and hopefully, if Mr. Cook is satisfied, have the application withdrawn.

    We thank the Court for its time and attention in this matter.

**Primary Office (Hackensack)**

58-60 Main Street, 3rd Floor,    Tel. (201) 880-8999    info@amerilawfirm.com
Hackensack, New Jersey 07601

    Fax. (201) 580-4311    www.amerilawfirm.com

# AMERI LAW FIRM
## Attorneys At Law

                                               Respectfully Submitted,
                                               **AMERI LAW FIRM, LLC**

                                               /s/ *Nima Ameri*
                                               Nima Ameri, Esq.

CC: All Counsel of Record

**Primary Office (Hackensack)**

58-60 Main Street, 3rd Floor,  Tel. (201) 880-8999  info@amerilawfirm.com
Hackensack, New Jersey 07601

Fax. (201) 580-4311  www.amerilawfirm.com