UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE and CASUALTY COMPANY                    Case No.: 1:21-cv-05523-MKB-PK

               Plaintiff,

-against-                                    **NOTICE OF APPEARANCE**

METRO PAIN SPECIALISTS, P.C. et al.,

               Defendants.
----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Pinczewski & Shpelfogel, P.C. hereby appears as counsel for Defendants MARK GLADSTEIN, M.D., ADVANCED COMPREHENSIVE LABORATORY LLC, VICTORIA FRENKL in the within captioned action, and Requests that copies of all papers to be served herein be served upon the undersigned at the address stated below.

Dated:       Brooklyn, New York
               November 14, 2024

                                                 **PINCZEWSKI & SHPELFOGEL, P.C.**
                                                 By: <u>s/ Benjamin M. Pinczewski</u>
                                                 Benjamin M. Pinczewski, Esq.
                                                 Attorneys for Defendants
                                                 MARK GLADSTEIN, M.D., ADVANCED
                                                 COMPREHENSIVE LABORATORY LLC,
                                                 VICTORIA FRENKL
                                                 2753 Coney Island Avenue, 2nd Floor
                                                 Brooklyn, New York 11235
                                                 (718) 891-8200