**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-four.

Before:  Amalya L. Kearse,
         Gerard E. Lynch,
         William J. Nardini,
              *Circuit Judges.*

---

State Farm Mutual Automobile Insurance Company, State Farm Fire And Casualty Company,

    Plaintiffs-Appellees-Cross-Appellants,

v.

Tri-Borough NY Medical Practice P.C., Metro Pain Specialists P.C., Leonid Shapiro, M.D., Reuven Alon, AKA Rob Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Yan Moshe, AKA Yan Leviev, Hackensack Specialty ASC LLC, FKA Dynamic Surgery Center LLC, Integrated Specialty ASC LLC, FKA Healthplus Surgery Center LLC,

    Defendants-Appellants-Cross-Appellees.

**JUDGMENT**

Docket Nos. 22-1318(L), 22-1362(Con), 22-1386(XAP)

---

The appeals in the above captioned cases from orders of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's orders declining to enjoin the pending state-court proceedings are REVERESED, the orders are AFFIRMED in all other aspects, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/14/2024