

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

November 15, 2024

<u>VIA ECF</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Pursuant to this Court's Text Order entered November 13, 2024 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with proof of service of the Order on Defendants Mohamed Sayed Ahmed Hassan and Nile Rehab Physical Therapy P.C. On November 13, 2024, Plaintiffs sent a copy of the Order to Mr. Hassan via FedEx overnight, which was delivered on November 14, 2024. *See* Ex. 1 (Proof of Delivery).

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook


Encl.   (Exhibit 1)

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP