*Exhibit 1*

November 15, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 281768009436

| Delivery Information: | | | |
| --- | --- | --- | --- |
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | BROOKLYN, NY, |
| | | Delivery date: | Nov 14, 2024 15:03 |

| Shipping Information: | | | |
| --- | --- | --- | --- |
| Tracking number: | 281768009436 | Ship Date: | Nov 13, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | | Shipper: | |
| --- | --- | --- | --- |
| BROOKLYN, NY, US, | | NEW YORK, NY, US, | |

| Reference | 277811.00873-44208 |
| --- | --- |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.