

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

November 15, 2024

<u>VIA ECF</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. respectfully write regarding this Court's Text Order entered November 13, 2024 (the "Order"), directing counsel for defendants Victoria Frenkel, Mark Gladstein, and Advanced Comprehensive Laboratory LLC ("Defendants") to file a Notice of Appearance and directing Plaintiffs to send a copy of the Order to the Defendants and file proof of service. On November 13, Plaintiffs sent the Order via email to counsel for Defendants, attorney Benjamin Pinczewski. On November 14, Mr. Pinczewski filed a notice of appearance on behalf of the Defendants. Dkt. 631. Accordingly, Plaintiffs respectfully submit the Order was served on Defendants.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook