# PETER BIRZON & ASSOCIATES
*Attorneys at Law*

Peter M. Birzon, Esq.                                                      e-mail address:
                                                                                              pbirzon@pbalaw.net

November 21, 2024

<u>VIA ECF</u>
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
        Case No. 21 Civ. 5523 (E.D.N.Y.) – Address for Defendants Peter Kopach
        <u>and First Alternative PLM Acupuncture</u>

Dear Judge Kuo,

       On November 20, 2024 my motion to withdraw as counsel for the above defendants was granted. I write at the court's request for their addresses as they have not yet engaged new counsel to appear on this matter. The same address is used for both defendants, to wit:

                 First Alternative PLM Acupuncture, P.C.
                 c/o Peter Kopach
                 5 Doree Road
                 Morganville, New Jersey 07751

                 Peter Kopach, L.Ac
                 5 Doree Road
                 Morganville, New Jersey 07751

       While I anticipate that these defendants will engage new counsel, if the Court encounters any difficulty in communicating with them prior to such time, I will assist the Court in any possible manner.

                                        Respectfully submitted,

                                        ___/s/ *Peter M. Birzon*___
                                        Peter M. Birzon