UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, et al.,

                      Plaintiffs,          1:21-cv-05523-MKB-PK

    - against -

                                                  **NOTICE OF APPEARANCE**

METRO PAIN SPECIALISTS P.C., et al.,

                      Defendants.

----------------------------------------X

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in this action for Defendants Peter Kopach, L.Ac and First Alternative PLM Acupuncture, P.C. All pleadings, papers and documents required to be served in this action upon said Defendants shall be served upon the undersigned.

Dated:  Uniondale, New York
         November 25, 2024

                                      EISENBERG & CARTON

                                      */s/ Lloyd M. Eisenberg*
                             By:_____
                                     Lloyd M. Eisenberg
                             405 RXR Plaza
                             Uniondale, New York  11556
                             (516) 221-3700
                             Attorneys for Defendants Peter Kopach, L.Ac and
                             First Alternative PLM Acupuncture, P.C.