# AMERI LAW FIRM
## Attorneys At Law

December 2, 2024

**Via Electronic Filing:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **RE:**    State Farm Mut. V. Metro Pain
                    Case No.: 1:21-cv-05523

Dear Judge Kuo:

      As Your Honor is aware, this firm represents third-party Michael Torres in the above-captioned matter. We are currently in the process of resolving the subpoena at issue. Counsel to Plaintiffs has consented to adjourning the matter.

      Accordingly, we respectfully request that the matter be moved to December 17, 2024.

      We appreciate the Court's time and consideration of this request. Should Your Honor have any questions or require additional information, please do not hesitate to contact our office.

                                                  Respectfully Submitted,
                                                 **AMERI LAW FIRM, LLC**

                                                 /s/ *Nima Ameri*
                                                 Nima Ameri, Esq.

CC: All Counsel of Record