# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) ) Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | ) ) |
| | ) Hon. Margo K. Brodie |
| v. | ) |
| | ) Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C. et al., | ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, by and through their counsel, will take the deposition of Mohamed Sayed Ahmed Hassan, P.T. commencing at 9:30 a.m at the law firm of Katten Muchin Rosenman, LLP, 50 Rockefeller Plaza, New York, NY 10020-1605, on January 13, 2025 by an officer authorized by law to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3)(A), the deposition will be taken by stenographic and audiovisual means and may be used for all purposes contemplated under the Federal Rules of Civil Procedure.

DATED: December 9, 2024

SO ORDERED:

*Peggy Kuo*

_____
United States Magistrate Judge