# *Exhibit F*

Transaction Number: CC-0001099933 Recorded: 2/17/2022 2:09:20 PM

Customer:



AMOUNT: $39,350.00    FEE: $983.75

Front of Check:



NAME SPETSNAZ LLC
1316
ACCOUNT NO. ███
DATE 2/14/2022
PAY TO THE ORDER OF Bip Services Corp     $ 39,350.00
Thirty-nine thousand three hundred fifty DOLLARS
POPULAR.
FOR 3D and 26 Glen

Back of Check:



FOR DEPOSIT ONLY
144 ENTERPRISES LLC
T/A CITY CHECK CASHING
DATE:02/17/2022 TELLER:MM
LICENSED CASHIER OF CHECKS
ROUTING# 061121423
THE COMMERCIAL BANK

FOR DEPOSIT ONLY
144 ENTERPRISES LLC
T/A CITY CHECK CASHING
DATE:02/17/22 TELLER:MM
LICENSED CASHIER OF CHECKS
ROUTING# 061121423
THE COMMERCIAL BANK

Bip Services Corp



180
8-29-24/RF

Transaction Number: CC-0001102239   Recorded: 3/16/2022 10:02:18 AM

Customer:



AMOUNT: $50,000.00   FEE: $1,250.00

Front of Check:



Back of Check:





