*Exhibit G*

Transaction Number: CC-0001109092  Recorded: 6/3/2022 2:12:20 PM

Customer:





178
8-29-24 RV

AMOUNT: $23,400.00    FEE: $585.00

Front of Check:



Back of Check:



Transaction Number: CC-0001109093 Recorded: 6/3/2022 2:12:55 PM

Customer:



AMOUNT: $24,800.00    FEE: $620.00

Front of Check:



Back of Check:



Transaction Number: CC-0001109352  Recorded: 6/7/2022 10:04:38 AM

Customer:



AMOUNT: $24,600.00   FEE: $615.00

Front of Check:



Back of Check:



Transaction Number: CC-0001109353  Recorded: 6/7/2022 10:05:23 AM

**Customer:**



AMOUNT: $25,600.00    FEE: $640.00

**Front of Check:**



**Back of Check:**



Transaction Number: CC-0001109900 Recorded: 6/13/2022 8:32:54 AM

Customer:



AMOUNT: $25,000.00  FEE: $625.00

Front of Check:



Back of Check:





Transaction Number: CC-0001109901 Recorded: 6/13/2022 8:33:37 AM

Customer:



AMOUNT: $25,000.00    FEE: $625.00

Front of Check:



Back of Check:



Transaction Number: CC-0001109998  Recorded: 6/14/2022 8:54:13 AM

Customer:



AMOUNT: $25,000.00    FEE: $625.00

Front of Check:



Check #1217 from EXPEDITED SERVICES LLC, dated 6/10/22, Pay to the Order of Bip Services Corp, $25,000.00, Twenty-five thousand and 00/100 dollars, Popular Bank.

Back of Check:



FOR DEPOSIT ONLY
144 ENTERPRISES LLC
T/A CITY CHECK CASHING
DATE: 06/14/2022 TELLER: MM
LICENSED CASHIER OF CHECKS
ROUTING# 061121423
THE COMMERCIAL BANK

Bip Services Corp

Transaction Number: CC-0001109999  Recorded: 6/14/2022 8:54:42 AM

Customer:



AMOUNT: $25,000.00    FEE: $625.00

Front of Check:



Check #1218 — EXPEDITED SERVICES LLC — DATE 6/10/22 — PAY TO THE ORDER OF: Bip Services Corp — $25,000.00 — Twenty-five thousand and xx — POPULAR (Popular Bank, Member FDIC)

Back of Check:



FOR DEPOSIT ONLY / 144 ENTERPRISES LLC / T/A CITY CHECK CASHING / DATE: 06/14/2022 TELLER: MM / LICENSED CASHIER OF CHECKS / ROUTING# 061121423 / THE COMMERCIAL BANK — Endorsed: Bip Services Corp