## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists P.C., et al.,<br><br>Defendants. | Case No. 1:21-cv-05523 (MKB) (PK) |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively, "Plaintiffs") and Defendants Raouf Akl ("Akl") and Primavera Physical Therapy P.C. ("Primavera Physical Therapy"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Akl and Primavera Physical Therapy are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated:  December __, 2024

_____
Hon. Margo K. Brodie
United States District Court Judge

Consented to by:

| | |
|---|---|
| **THE LAW OFFICES OF HILLARY BLUMENTHAL PC** | **KATTEN MUCHIN ROSENMAN LLP** |
| By: *Hillary Blumenthal* <br> Hillary Blumenthal <br> 711 32nd Street <br> Union City, NJ 07087 <br> hillarybeth@aol.com <br><br> *Attorneys for Defendants Raouf Akl and Primavera Physical Therapy P.C.* | By: *Jonathan L. Marks* <br> Ross O. Silverman <br> Jonathan L. Marks <br> KATTEN MUCHIN ROSENMAN LLP <br> 525 West Monroe Street <br> Chicago, Illinois 60661-3693 <br> Telephone: 312.902.5200 <br> Facsimile: 312.902.1061 <br> ross.silverman@katten.com <br> jonathan.marks@katten.com <br><br> Christopher T. Cook <br> KATTEN MUCHIN ROSENMAN LLP <br> 50 Rockefeller Plaza <br> New York, NY 10020-1605 <br> Telephone: 212.940.8800 <br> Facsimile: 212.940.8876 <br> christopher.cook@katten.com <br><br> *Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company* |