# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists P.C., et al.,<br><br>Defendants. | Case No. 1:21-cv-05523 (MKB) (PK) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively, "Plaintiffs") and Defendants Paul Victor Scarborough ("Scarborough"), A.O.T. Chiropractic P.C. ("AOT Chiropractic"), and Evolution Chiropractic P.C. ("Evolution Chiropractic"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Scarborough, AOT Chiropractic, and Evolution Chiropractic are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated: December __, 2024

_____
Hon. Margo K. Brodie
United States District Court Judge

Consented to by:

| | |
|---|---|
| **FASS & D'AGOSTINO, P.C.** | **KATTEN MUCHIN ROSENMAN LLP** |
| By: *Jospeh A. D'Agostino* | By: *Jonathan L. Marks* |
| Joseph A. D'Agostino | Ross O. Silverman |
| 150 Broadhollow Road | Jonathan L. Marks |
| Suite 217 | KATTEN MUCHIN ROSENMAN LLP |
| Melville, NY 11747 | 525 West Monroe Street |
| 631-824-6040 | Chicago, Illinois 60661-3693 |
| Fax: 631-824-6040 | Telephone: 312.902.5200 |
| jdagostino@fdnylawfirm.com | Facsimile: 312.902.1061 |
| | ross.silverman@katten.com |
| | jonathan.marks@katten.com |
| *Attorneys for Defendants Paul Victor Scarborough, A.O.T. Chiropractic P.C, and Evolution Chiropractic P.C.* | Christopher T. Cook |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 50 Rockefeller Plaza |
| | New York, NY 10020-1605 |
| | Telephone: 212.940.8800 |
| | Facsimile: 212.940.8876 |
| | christopher.cook@katten.com |
| | |
| | *Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company* |