UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists, P.C. et al.,<br><br>Defendants. | Case No. 1:21-cv-05523-MKB-PK<br><br>Hon. Margo K. Brodie<br><br>Magistrate Peggy Kuo |

### CLERK'S CERTIFICATE OF DEFAULT

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiffs filed a Second Amended Complaint on August 17, 2023. On August 30, 2023, Defendant Leonard Luna, D.C. ("Luna") was served with the Second Amended Complaint, summons, and other required documents pursuant to Federal Rule of Civil Procedure 4(e)(1) and CPLR 308(1). Proof of service for Luna was filed on September 21, 2023. *See* ECF No. 440.

I further certify that the docket entries indicate that Luna has not filed an answer or other response to the Second Amended Complaint. Thus, the default of Defendant Luna is hereby noted.

Dated: Brooklyn, New York

December 19, 2024

BRENNA B. MAHONEY
Clerk of Court

By: *Jalitza Poveda*
Deputy Clerk