**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Metro Pain Specialists P.C., et al., <br><br> Defendants. | Case No. 1:21-cv-05523 (MKB) (PK) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively, "Plaintiffs") and Defendants Mark Gladstein ("Gladstein"), Victoria Frenkel ("Frenkel"), and Advanced Comprehensive Laboratory LLC d/b/a TopLab ("Advanced Comprehensive"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Gladstein, Frenkel, and Advanced Comprehensive are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated:  January __, 2025

_____
Hon. Margo K. Brodie
United States District Court Judge

Consented to by:

| | |
|---|---|
| **PINCZEWSKI & SHPELFOGEL, P.C.** | **KATTEN MUCHIN ROSENMAN LLP** |

By: */s/ Benjamin Max Pinczewski*
Benjamin Max Pinczewski
PINCZEWSKI & SHPELFOGEL, P.C.
2753 Coney Island Ave, 2nd Floor
Brooklyn, NY 11235
718-891-8200
Fax: 718-891-5600
bmp@psattorney.com

*Attorneys for Defendants Mark Gladstein, Victoria Frenkel, and Advanced Comprehensive Laboratory LLC*

By: */s/ Jonathan L. Marks*
Ross O. Silverman
Jonathan L. Marks
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
Facsimile: 212.940.8876
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*