# *Exhibit 1*



50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

January 3, 2025

**VIA FEDEX OVERNIGHT**

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

Mohamed Sayed Ahmed Hassan
30 Bay 17th St, Apt 1
Brooklyn NY 11214

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Upcoming Deposition and Outstanding Discovery

Dear Mr. Hassan:

We write regarding the Court's December 9, 2024 order, your deposition and overdue discovery responses. A copy of the order, which we previously mailed to you, is enclosed.

Pursuant to that order, you were required to: (1) provide written discovery responses and responsive documents to plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company's (collectively, "Plaintiffs") First Sets of Interrogatories and Requests for Production by December 24, 2024; and (2) appear for deposition on January 13, 2025 at the offices of Katten Muchin Rosenman, LLP, located at 50 Rockefeller Plaza, New York, NY 10020-1605.

To date, Plaintiffs have not received any written discovery responses or responsive documents from you, nor have Plaintiffs received any indication that you intend to attend the court-ordered deposition on January 13, 2025.

**Please advise by 12 p.m. on January 7, 2025** whether (1) you plan to provide the outstanding discovery responses described in the Court's December 9 order; and (2) you will be attending the January 13, 2025 deposition. You may reach me by phone at (212) 940-6488 or by email at christopher.cook@katten.com.

If we do not hear from you by 12 p.m. on January 7, 2025, we will assume you will not be appearing at the deposition and do not intend to provide the outstanding discovery.

Please be aware that if you do not respond to this letter advising of your intention to produce discovery and appear for deposition, Plaintiffs will move for default judgment against you in this case.

Sincerely,

/s/ Christopher T. Cook

Christopher T. Cook

Encl. (12/9/2024 Order)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | Hon. Margo K. Brodie |
| v. | Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C. et al., | |
| Defendants. | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, by and through their counsel, will take the deposition of Mohamed Sayed Ahmed Hassan, P.T. commencing at 9:30 a.m at the law firm of Katten Muchin Rosenman, LLP, 50 Rockefeller Plaza, New York, NY 10020-1605, on January 13, 2025 by an officer authorized by law to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b)(3)(A), the deposition will be taken by stenographic and audiovisual means and may be used for all purposes contemplated under the Federal Rules of Civil Procedure.

DATED: December 9, 2024

SO ORDERED:

*Peggy Kuo*

_____
United States Magistrate Judge

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, December 9, 2024 11:52 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-05523-MKB-PK State Farm Mutual Automobile Insurance Company et al v. Metro Pain Specialists P.C. et al Scheduling Order |

EXTERNAL EMAIL – EXERCISE CAUTION

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

Notice of Electronic Filing
The following transaction was entered on 12/9/2024 12:51 PM EST and filed on 12/9/2024

Case Name: State Farm Mutual Automobile
Insurance Company et al v. Metro Pain Specialists P.C. et al

Case Number: 1:21-cv-05523-MKB-PK https://ecf.nyed.uscourts.gov/cgi-bin/DktRpt.pl?470307

Filer:


Document Number: 646


Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.nyed.uscourts.gov/doc1/123121987725?caseid=470307&de_seq_num=2540&magic_num=56120098


Docket Text:
SCHEDULING ORDER: The Notice of Deposition filed at [645-1] is so-ordered. Defendant Mohamed Sayed Ahmed Hassan, P.T.
is ordered to sit for a deposition commencing at <B>9:30 a.m on January 13, 2025</B> at the law firm of Katten Muchin Rosenman, LLP located at 50 Rockefeller Plaza, New York, NY 10020-1605.<p>Defendant Mohamed Sayed Ahmed Hassan, P.T.
is directed to to provide written discovery responses and responsive documents to cure any deficiencies detailed in Plaintiffs' [552] letter motion no later than <b>December 24, 2024.</b>  Ordered by Magistrate Judge Peggy Kuo on 12/9/2024.  (RO)

Case 1:21-cv-05523-MKB-PK   Document 654-1   Filed 01/08/25   Page 6 of 8 PageID #: 10391

1:21-cv-05523-MKB-PK Notice has been electronically mailed to:
Steven J. Harfenist (Terminated)   sharfenist@hkplaw.com, kpassero@hkplaw.com, lmoller@hkplaw.com
Thomas A. Leghorn  tleghorn@londonfischer.com Lloyd M. Eisenberg  leisenberg@eisenbergcarton.com Ruya Carton  rcarton@eisenbergcarton.com Michael A. Zimmerman  litigation@zimmlaw.com, wholeoffice@zimmlaw.com

Benjamin Max Pinczewski  bmp@psattorney.com, shpel@aol.com
Neil Flynn (Terminated)    npf@hornwright.com, 4219813420@filings.docketbird.com, dem@hornwright.com
Matthew J. Conroy (Terminated)    mjc@schlawpc.com, mac@schlawpc.com, reh@schlawpc.com, sam@schlawpc.com
Wesley Robert Mead  wmeadlaw@gmail.com
Jonathan L. Marks  jonathan.marks@kattenlaw.com, adam.poeppelmeier@kattenlaw.com, courtalertnyc@katten.com, susan.heckel@kattenlaw.com
Robert E. B. Hewitt, III (Terminated)    reh@schlawpc.com, aja@schlawpc.com, mjc@schlawpc.com, rhewitt3@gmail.com
Christopher Thomas Cook  christopher.cook@katten.com, courtalertnyc@katten.com, sarah.scruton@katten.com
Emanuel Kataev  emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email
Leo Shalit  leo@shalit-law.com, leoshalitesq@gmail.com Nima Ameri  nima.ameri@amerilawfirm.com, info@amerilawfirm.com

Joseph A. D'Agostino  jdagostino@fdnylawfirm.com Phillip Hakyeon Kim  phk@hornwright.com, dem@hornwright.com
Thomas Edward Lamb, II  tom@vlmmr-law.com Keith J. Roberts  kroberts@bracheichler.com, calendarnotices2@bracheichler.com, cjensen@bracheichler.com, jgreydak@bracheichler.com, scarroll@bracheichler.com

Marissa Ariel Wong  mwong@londonfischer.com George Lewis, Jr  glewis@gtlpc.com Shannon Carroll  scarroll@bracheichler.com, calendarnotices2@bracheichler.com, jgreydak@bracheichler.com
Anthony M Juliano  ajuliano@bracheichler.com, apolo@bracheichler.com

Alexandra Dominique Mule  amule@capetoladivinslaw.com Michael Cardoza  michael.cardoza@katten.com Sarah Scruton  sarah.scruton@katten.com Mohamed Sayed Ahmed Hassan, P.T.  msa339@nilerehab.com


1:21-cv-05523-MKB-PK Notice will not be electronically mailed to:
Nile Rehab Physical Therapy, P.C.


Primavera Physical Therapy, P.C.


Damian          Peter Conforti

Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland,  NJ 07068

Jelani Wray

2

Raouf Akl, P.T.
70 Guernsey Drive
New Windsor, NY 12553


The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP NYEDStamp_ID=875559751 [Date=12/9/2024] [FileNumber=19560734-0]
[9164239dcbe2141f785fa0afe0ce85251f74057a4e12d1a1e664a878ba2c9f70b96be18ddb00eea6b8fdb026b4f32920dda
eacc3155421af67cedbe46b476c20]]

January 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 283995255064

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Saturday Delivery; Residential Delivery | | Brooklyn, NY, |
| | | **Delivery date:** | Jan 4, 2025 13:16 |

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 283995255064 | **Ship Date:** | Jan 3, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| Brooklyn, NY, US, | | NEW YORK, NY, US, | |

| Reference | 277811.00873-44208 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.