# AMERI LAW FIRM
## Attorneys At Law

January 13, 2025

**Via Electronic Filing:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **RE:**     State Farm Mut. V. Metro Pain
                   Case No.: 1:21-cv-05523

Dear Judge Kuo:

      As Your Honor is aware, this firm represents third-party Michael Torres in the above-captioned matter. I write to respectfully request a two-week adjournment of the hearing currently scheduled for January 15, 2025, to address this matter.

      We have been diligently working to comply with the subpoena issued in this case and have already produced a substantial portion of the requested documents. However, we require additional time to finalize the production of the remaining materials. We anticipate that we will be able to submit the outstanding documents by January 14, 2025. To allow sufficient time for the parties to review the production, we respectfully request that the Court adjourn the hearing to January 29, 2025, or another date convenient to the Court's calendar.

      We appreciate the Court's attention to this matter and thank Your Honor for your consideration.

                                                                  Respectfully Submitted,
                                                                  **AMERI LAW FIRM, LLC**

                                                                  /s/ *Nima Ameri*
                                                                  Nima Ameri, Esq.

CC: All Counsel of Record