

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

January 17, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Pursuant to this Court's Text Order entered January 16, 2025 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with proof of service of the Order on Defendants Mohamed Sayed Ahmed Hassan and Nile Rehab Physical Therapy P.C. On January 16, 2025, Plaintiffs sent a copy of the Order to Mr. Hassan via FedEx overnight, which was delivered on January 17, 2025. *See* Ex. 1 (Proof of Delivery).

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encl. (Exhibit 1)