*Exhibit 1*


January 17, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 284447777979

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Brooklyn, NY, |
| | | **Delivery date:** | Jan 17, 2025 10:12 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 284447777979 | **Ship Date:** | Jan 16, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**          **Shipper:**

Brooklyn, NY, US,          NEW YORK, NY, US,

**Reference**          277811.00873-44208

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx