# Katten
Katten Muchin Rosenman LLP

January 24, 2025

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**Via ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Christopher T. Cook**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

**Re:** *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Request for Adjournment of Hearing re M. Torres

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (collectively, "Plaintiffs") respectfully request an adjournment of the show cause hearing regarding non-party Michael Torres' failure to comply with Plaintiffs' subpoena presently scheduled for January 29, 2025. *See* 1/14/2025 Text Order. Plaintiffs have conferred with counsel for Mr. Torres who consents to this adjournment request.

This hearing was originally scheduled for November 15, 2024, and this is the fifth request for adjournment. Recently, on January 15, Mr. Torres made an initial production of documents responsive to Plaintiffs' subpoena. On January 23, the parties met and conferred regarding the production. Due to outstanding issues, Mr. Torres has requested additional time to fully comply with Plaintiffs' subpoena, which he has agreed to do by February 10, 2025.

Accordingly, the parties respectfully request the Court adjourn the show cause hearing presently scheduled for January 29 (1/14/2025 Text Order), until February 28, 2025.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook