

February 26, 2025

**V**IA **ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**C**HRISTOPHER **T. C**OOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

Re:   *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Request for Adjournment of Hearing re M. Torres

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (collectively, "Plaintiffs") respectfully request an adjournment of the show cause hearing regarding non-party Michael Torres' failure to comply with Plaintiffs' subpoena presently scheduled for February 28, 2025. *See* 1/27/2025 Text Order. Plaintiffs have conferred with counsel for Mr. Torres who consents to this adjournment request.

The parties have made some progress toward resolving this dispute. On January 15, Mr. Torres made an initial production of documents responsive to Plaintiffs' subpoena. This morning of February 26, counsel for Mr. Torres represented a supplemental production would be served by noon the same day. The parties respectfully submit additional time is necessary and appropriate to allow them to fully resolve this dispute and to preserve judicial economy.

Accordingly, the parties respectfully request the Court adjourn the show cause hearing presently scheduled for February 28 (1/27/2025 Text Order), until March 14, 2025.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook