#### UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists P.C., et al.,<br><br>Defendants. | Case No. 1:21-cv-05523 (MKB) (PK) |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively, "Plaintiffs") and Defendants Amro Mahmoud Barakat ("Barakat") and Barakat PT, P.C. ("Barakat PT"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Barakat and Barakat PT are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated:  June 10, 2025

                                                        /s/MKB
                                      Hon. Margo K. Brodie
                         United States District Court Judge

Consented to by:

| | |
|---|---|
| **SCHWARTZ, CONROY, & HACK PC** | **KATTEN MUCHIN ROSENMAN LLP** |
| By: *Robert E. B. Hewitt III* | By: *Jonathan L. Marks* |
| Robert E. B. Hewitt , III | Ross O. Silverman |
| Schwartz, Conroy & Hack, PC | Jonathan L. Marks |
| 666 Old Country Road | KATTEN MUCHIN ROSENMAN LLP |
| 9th Floor | 525 West Monroe Street |
| Garden City, NY 11530 | Chicago, Illinois 60661-3693 |
| 516-745-1122 | Telephone: 312.902.5200 |
| reh@schlawpc.com | Facsimile: 312.902.1061 |
| | ross.silverman@katten.com |
| | jonathan.marks@katten.com |
| *Attorneys for Defendants Amro Mahmoud Barakat and Barakat PT, P.C.* | |
| | Christopher T. Cook |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 50 Rockefeller Plaza |
| | New York, NY 10020-1605 |
| | Telephone: 212.940.8800 |
| | Facsimile: 212.940.8876 |
| | christopher.cook@katten.com |
| | |
| | *Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company* |