UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | Hon. Margo K. Brodie |
| v. | Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C. et al., | |
| Defendants. | |

### NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants: Vadim Dolsky and Optimum Health Acupuncture, P.C.

BYRON A. DIVINS, JR., ESQ.
CAPETOLA & DIVINS, P.C.
2C Hillside Avenue
Williston Park, NY 11596
bdivins@capetoladivinslaw.com
516-746-2300