# CAPETOLA & DIVINS, P.C.

Two Hillside Avenue, Building C, Williston Park, NY 11596
(516) 746-2300 FAX: (516) 746-2318
www.capetoladivinslaw.com

BYRON A. DIVINS, JR., ESQ.
Bdivins@capetoladivinslaw.com

July 2, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**  *State Farm Mut. v. Metro Pain*, 1:21-cv-05523 – Adjournment Request

Dear Judge Kuo:

This firm represents Vadim Dolsky and Optimum Health Acupuncture, P.C. in the above referenced matter. Pursuant to this Court's Individual Rules, I respectfully write to request an adjournment of the Discovery Conference currently scheduled for July 8, 2025, at 4:00 p.m., as set forth in the Court's July 1, 2025, Order [ECF No. 671].

Unfortunately, I will be unavailable on July 8, 2025, due to my son undergoing a scheduled surgical procedure. I will be out of the office and attending to his care through July 9, 2025, and will return on July 10, 2025.

I have conferred with counsel for Plaintiffs, as well as counsel for the Defendants and non-party Russell Friedman Law Group LLP, and all parties have consented to an adjournment of the conference. We are available at the Court's convenience and would be grateful for any date amenable to the Court's schedule.

We thank the Court for its consideration of this request.

Respectfully submitted,
CAPETOLA & DIVINS, P.C.

/s/ Byron A. Divins, Jr.
Byron A. Divins, Jr., Esq.

cc: All counsel of record (via ECF)