

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

July 11, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
             Case No. 21 Civ. 5523 (E.D.N.Y.) – Withdrawal of Motion for Show Cause Hr'g

Dear Judge Kuo:

    Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") write to advise the Court that they have resolved the issues raised in their letter seeking an order to show cause as to non-party Michael Torres' compliance with a so-ordered subpoena and the Court's order of March 28, 2025. Dkt. 671. As such, Plaintiffs respectfully withdraw their letter seeking judicial relief and request the Court cancel the show cause hearing on the issues raised therein scheduled for 2:30 P.M. on July 11, 2025.

    Plaintiffs apologize for the late filing of this request, but these issues were only just resolved in their entirety this morning.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP