AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| State Farm Mut. Auto. Ins. Co., et al )<br>*Plaintiff* )<br>v. )<br>Metro Pain Specialists, P.C., et al. )<br>*Defendant* ) | Case No.  21-cv-05523 (MKB) (PK) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vadim Dolsky strictly in an 'of counsel' capacity.

Date: 07/14/2025

*Attorney's Signature*

Omid Zareh, Esq.
*Printed name and bar number*

45 Rockefeller Palza 20th Fl.
New York, NY 10111
*Address*

ozareh@wzmplaw.com
*E-mail address*

(212) 899-5472
*Telephone number*

*FAX number*