*Exhibit 2*

## Cook, Christopher T.

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Thursday, February 15, 2024 4:20 PM |
| **To:** | Juliano, Anthony M.; Carroll, Shannon |
| **Cc:** | Cardoza, Michael L.; Marks, Jonathan L. |
| **Subject:** | RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms |
| **Attachments:** | 2024.02.15 - Metro Pain - ESI Custodial Sources - Moshe Alon Kifaieh Defendants.pdf |

Anthony and Shannon,

Following up on the parties' meet and confer last Friday, attached please find a proposed custodial list identifying certain employees and email addresses Plaintiffs identified as likely to possess responsive discovery material. This list of custodians is not intended to be exhaustive and is being provided only to supplement your reasonable search for ESI responsive to Plaintiffs' discovery demands.

During the meet and confer, the parties also discussed two key aspects of e-discovery. First, we understand your clients are not presently objecting to any specific search terms proposed in Plaintiffs' letters of December 4, 2023. However, there are potential issues with syntax and Boolean modifiers included within Plaintiffs' proposed search terms. As discussed, Plaintiffs agreed to running the search terms (1) without wildcards at the beginning of search terms (e.g., "!" preceding the term) and (2) with quotes around numbers associated with addresses (e.g., ("105 10" or "105-10" or "105-10") w/2 Flatland!)).

Second, we understand you are in the process of engaging vendors to capture emails from web-based email accounts likely to contain responsive ESI. Once captured, emails from these web-based email accounts will be uploaded to a document review platform and proposed search terms will be used to identify potentially responsive records. In other words, counsel will collect and review emails for potential responsiveness, not the individual defendants or their employees.

Let us know if you would like to discuss the proposed custodial sources.

Regards,

**Christopher T. Cook**
Counsel

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Thursday, February 8, 2024 11:03 AM
**To:** 'Juliano, Anthony M.' <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

No problem. We are on the line.

**Christopher T. Cook**
Counsel

1

**Katten**
Katten Muchin Rosenman LLP

February 15, 2024

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**VIA EMAIL**

Shannon Carroll
Brach Eichler LLC
101 Eisenhower Parkway, Ste. 201
Roseland, NJ 07068
scarroll@bracheichler.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

Re:   *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specalists P.C., et al.*,
Case No. 21-cv-05523-MKB-PK—Electronically Stored Information

Dear Shannon:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("Plaintiffs") write regarding the collection and production of electronically stored information ("ESI") of defendants Yan Moshe, Hackensack Specialty ASC LLC (f/k/a Dynamic Surgery Center LLC, f/k/a Excel Surgery Center LLC), Integrated Specialty ASC LLC (f/k/a HealthPlus Surgery Center LLC), SCOB LLC (a/k/a SurgiCare of Brooklyn), Citimed Surgery Center LLC (a/k/a CMSC LLC), NJMHMC LLC (d/b/a Hudson Regional Hospital), Star Solution Services Inc., Reuven Alon, Beshert Corp., Columbus Imaging Center LLC, Medaid Radiology LLC, Nizar Kifaieh, and Premier Anesthesia Associates P.A. (collectively, the "Defendants").  To ensure a thorough and efficient collection, we are providing below list of custodians and relevant email addresses for the Defendants to use in their search for responsive email and other ESI.  The list provided below is not exhaustive and is intended to supplement Defendants' reasonable search and production of responsive ESI pursuant to the protocol entered in this action on July 13, 2023.  Dkt. 375.  We are available to discuss should you have any questions.

**Yan Moshe**
- yanmoshe@yahoo.com

**HealthPlus / Integrated**
Employee Custodians
- Yan Moshe
- Betty McCabe
- Leonid Shapiro
- COO/CFO/CEO

Emails
- yanmoshe@integratedspecialtyasc.com
- ym@integratedspecialtyasc.com
- bmccabe@integratedspecialtyasc.com

**Dynamic / Hackensack**

Employee Custodians
- Yan Moshe
- Betty McCabe
- Vlad Moshe
- Leonid Shapiro
- COO/CFO/CEO

Emails
- ym@excelsurgerycenter.com
- yanmoshe@excelsurgerycenter.com
- bmccabe@hackensackspecialtyasc.com
- jbmega777@gmail.com

**SCOB**

Employee Custodians
- Yan Moshe
- Betty McCabe
- John Hajjar
- Philip Yachmetz
- Orrin Fengold
- COO/CFO/CEO

Emails
- bmccabe@surgicarebrooklyn.com

**Citimed Surgery**

Employee Custodians
- Yan Moshe
- Regina Moshe
- Betty McCabe
- COO/CFO/CEO

Emails
- bmccabe@cmscny.com

**Hudson Regional Hospital**

Employee Custodians
- Yan Moshe (Chairman)
- Nizar Kifaieh (Chief Executive Officer)
- John Grywalski (Chief Financial Officer)
- Polina Koren (Director of Accounting)
- Reuven Alon (Vice President of Strategic Alliances and Partnerships)
- Marina Katayeva (Director of Business Development)
- Leonid Shapiro
- Alkies Lapas (Chief of Radiology)

2

- Jaime Martinez
- Alexander Sarenac

Email Addresses
- ym@hudsonregionalhospital.com
- yanmoshe@hudsonregionalhospital.com
- nkifaieh@hudsonregionalhospital.com
- jgrywalski@hudsonregionalhospital.com
- iamjgrywalski@yahoo.com
- pkoren@hudsonregionalhospital.com
- alsarenac@hudsonregionalhospital.com
- mflynn@hudsonregionalhospital.com (Megan Flynn – Executive Assistant)
- pflores@hudsonregionalhospital.com (Pamela Flores – Executive Assistant)

**Star Solution**

Employee Custodians
- Yan Moshe
- Olga Guzman
- Sonia Gardella
- Inna Nzhen
- Veronika Vyalkina
- Stanislav Lentsi

Emails
- oguzman@starssi.com
- sonia@starssi.com
- inna05@starssi.com

**Alon**
- rob7188090092@yahoo.com
- robalon@me.com
- robalon@beshert.net

**Beshert**

Employee Custodians
- Reuven Alon
- Marina Katayeva
- Michelle Simon
- Jaime Martinez
- Kari Russell
- Michael Torres
- Paul Dantes

Emails
- Beshert.scheduling@gmail.com

3

- marina.beshert@gmail.com
- msimon.beshert@gmail.com
- torres.beshert@gmail.com
- k.beshert@gmail.com

### Columbus
Employee Custodians
- Reuven Alon
- Alkies Lapas
- Practice Manager / Administrator

Emails
- kmocolumbus@gmail.com
- fdcolumbus@gmail.com
- columbusicllc@gmail.com

### Medaid
Employee Custodians
- Reuven Alon
- Alkies Lapas
- Practice Manager / Administrator

Emails
- komedaid@gmail.com
- fdmedaid@gmail.com

### Kifaieh
- Personal email address

### Premier Anesthesia Associates
Employee Custodians
- Nizar Kifaieh
- Leonid Shapiro
- John Grywalski (Chief Financial Officer)
- Polina Koren (Director of Accounting)
- Practice Manager / Administrator

Emails
- nkifaieh@premieranesthesia.com

\* \* \*

Plaintiffs propose these custodial sources without full knowledge of the email addresses used by Defendants, their employees, and their contractors. Plaintiffs reserve the right to submit additional custodial sources to identify additional responsive ESI after reviewing Defendants' production of documents using the above custodial sources. Moreover, these custodial sources do not in any way modify or limit Defendants' obligations to review and produce known responsive ESI not otherwise identified in the agreed-upon custodial sources and search terms.

4

Sincerely,

*/s/ Christopher T. Cook*

Christopher T. Cook

cc: Jonathan L. Marks
     Michael L. Cardoza
     Anthony M. Juliano
     Keith J. Roberts