*Exhibit 3*



**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

August 14, 2025

**VIA EMAIL**

Anthony M Juliano
Brach Eichler LLC
101 Eisenhower Pkwy
Roseland, NJ 07068
ajuliano@bracheichler.com

Re:   *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists, P.C., et al.*,
      Case No. 1:21-cv-05523-MKB-PK (E.D.N.Y.)

Dear Anthony,

This letter is to memorialize our conversation on August 13, 2025 with respect to one email account of defendant Yan Moshe ("Moshe") in the above captioned case—yanmoshe@yahoo.com—which has been the subject of numerous recent meet and confers and letters, including letters dated June 24, July 31, and August 9, 2025.

You informed us that you spoke with Moshe on August 12, 2025. On that call Moshe confirmed that he has produced all responsive documents from the yanmoshe@yahoo.com email account other than those identified in the privilege log provided. Any other responsive emails identified from the production of non-content data received from Yahoo Inc. on or about March 28, 2025, are unavailable for production. At this time, you were unable to provide specific details as to how these emails became unavailable. You stated that the emails became unavailable at some point in time between April 2024 and the February 2025 production of emails from this account.

We understand Moshe advised you of his need to refresh his memory as to how these emails became unavailable, which included speaking with an IT professional. Moshe will also provide a signed certification identifying the facts and circumstances around why these emails are no longer available, including specifically how and when the emails became unavailable. You confirmed that Moshe would sign this verification because he has firsthand knowledge of this information.

   Finally, you agreed to provide Moshe's signed certification by August 15, 2025.  Plaintiffs will review that certification once provided and reserve their right to seek a limited deposition of Moshe based on the certification.

Sincerely,

*/s/ Christopher T. Cook*

Christopher T. Cook

cc: Keith Roberts
   Shannon Carroll
   Jonathan Marks
   Michael Cardoza