*Exhibit 4*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., CITIMEDICAL SERVICES P.C., CITIMED COMPLETE MEDICAL CARE P.C., CITIMED MANAGEMENT SERVICES INC., CITIMED SURGERY CENTER LLC (A/K/A CMSC LLC), YAN MOSHE (A/K/A YAN LEVIYEV), HACKENSACK SPECIALTY ASC LLC (F/K/A DYNAMIC SURGERY CENTER LLC, F/K/A EXCEL SURGERY CENTER LLC), INTEGRATED SPECIALTY ASC LLC (F/K/A HEALTHPLUS SURGERY CENTER LLC), SCOB LLC (A/K/A SURGICARE OF BROOKLYN), NJMHMC LLC (D/B/A HUDSON REGIONAL HOSPITAL), et al.,<br><br>*Defendants.* | Civil Action No.:<br><br>**1:21-cv-05523-MKB-PK** |

**AFFIDAVIT OF YAN MOSHE**

YAN MOSHE, being duly sworn, deposes and states the following:

1. I have personal knowledge of the statements made in this affidavit, being submitted regarding Plaintiffs' demand for production of emails from my personal email account yanmoshe@yahoo.com.

2. When I learned my personal yahoo email account would need to be searched and responsive items produced, I instructed Hudson Regional Hospital IT employees Simon Farouss (Chief Information Officer) and Jonathan Lograno (Desktop Support, Information Systems) to obtain the appropriate search terms from counsel, and collect responsive items accordingly.

3. Specifically, I utilized Hospital employees to collect emails from my personal yahoo account because I am not comfortable with a separate third party vendor accessing and collecting my personal email account.

4. In order to complete the collection, Hudson Regional Hospital purchased and utilized a digital forensics software program.

5. The search terms were run using the digital forensics software program, which resulted in items being collected from the account.

6. Due to the large number of search terms, the process was extensive and many searches had to be re-run.

7. All items collected were provided to my counsel who reviewed same for responsiveness and privilege before serving to Plaintiffs' counsel.

8. I have not deleted any emails relating to this dispute with Plaintiffs since the filing of the Complaint in October 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Yan Moshe

Sworn to me this ___29___ day of August, 2025

_____
Notary Public

ALEX A. SAMAROO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6379673
Qualified in Queens County
Commission Expires August 20, 2026