

**Katten Muchin Rosenman LLP**

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

October 31, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Pursuant to this Court's Text Orders entered on October 28, 2025 (the "Orders"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with proof of service of the Orders on non-parties Pinnacle Health Consultants LLC and Sovereign Medical Services, Inc. On October 28, 2025, Plaintiffs sent copies of the respective Orders to Pinnacle Health Consultants LLC and Sovereign Medical Services Inc. via FedEx overnight, which were delivered on October 29, 2025. *See* Ex. 1 (Pinnacle Proof of Delivery); Ex. 2 (Sovereign Proof of Delivery). Plaintiffs recognize the Orders required proof of service to be filed by October 30, 2025, and that this submission is untimely. Because the Orders were delivered timely, this filing is made one day after the so-ordered deadline, there is no prejudice to the non-parties, and Plaintiffs' failure to comply was due to an inadvertent oversight, Plaintiffs respectfully request the Court grant accept the proofs of service enclosed herein.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encls. (Exs 1–2)