*Exhibit 1*



**Tracking ID:** 394746295970

## Travel history

Sort by: Ascending

**Tuesday, 10/28/25**

- 4:59 PM
  **Picked up**
  NEW YORK, NY

- 4:22 PM
  **Shipment information sent to FedEx**

- 6:16 PM
  **Picked up**
  NEW YORK, NY

- 6:17 PM
  **Shipment arriving On-Time**
  NEW YORK, NY

- 11:00 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 11:50 PM
  **Arrived at FedEx hub**
  NEWARK, NJ

**Wednesday, 10/29/25**

- 3:24 AM
  **Departed FedEx hub**
  NEWARK, NJ

- 8:18 AM
  **At local FedEx facility**
  ELMSFORD, NY

- 10:05 AM
  **On FedEx vehicle for delivery**
  ELMSFORD, NY

- 11:07 AM
  **Delivered**
  Rye Brook, NY

## Shipment facts

### Shipment overview

**TRACKING NUMBER**   394746295970



| | |
|---|---|
| **SHIP DATE** | 10/28/25 |
| **STANDARD TRANSIT** | 10/29/25 before 10:30 AM |
| **DELIVERED** | 10/29/25 at 11:07 AM |

## Services

| | |
|---|---|
| **SERVICE** | FedEx Priority Overnight |
| **TERMS** | Shipper |
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

## Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

### OUR COMPANY

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

### MORE FROM FEDEX

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

### LANGUAGE

United States

### FOLLOW FEDEX

