*Exhibit 2*



FedEx® Tracking

**DELIVERED**

# Wednesday
10/29/25 at 9:16 AM

Signed for by: P.Sisofo

**Obtain proof of delivery**

**DELIVERY STATUS**
Delivered ✓

**Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
394745839557

**FROM**
NEW YORK, NY US

*Label Created*
10/28/25 4:10 PM

**WE HAVE YOUR PACKAGE**
NEW YORK, NY
10/28/25 6:16 PM

**ON THE WAY**
NEW CASTLE, DE
10/29/25 7:33 AM

**OUT FOR DELIVERY**
NEW CASTLE, DE
10/29/25 8:10 AM

**READY FOR PICKUP**

**DELIVERED**
WILMINGTON, DE US

*Delivered*



- 4:59 PM
  **Picked up**
  NEW YORK, NY

- 4:10 PM
  **Shipment information sent to FedEx**

- 6:16 PM
  **Shipment arriving On-Time**
  NEW YORK, NY

- 6:16 PM
  **Picked up**
  NEW YORK, NY

- 11:00 PM
  **Left FedEx origin facility**
  NEW YORK, NY

- 11:50 PM
  **Arrived at FedEx hub**
  NEWARK, NJ

Wednesday, 10/29/25

- 2:15 AM
  **Departed FedEx hub**
  NEWARK, NJ

- 7:33 AM
  **At local FedEx facility**
  NEW CASTLE, DE

- 8:10 AM
  **On FedEx vehicle for delivery**
  NEW CASTLE, DE

- 9:16 AM
  **Delivered**
  Wilmington, DE

↑ Back to top

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal



**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2025

Site Map   |   Cookie Consent   |   Terms of Use   |   Privacy & Security   |   Ad Choices