*Exhibit 1*

# Katten
**Katten Muchin Rosenman LLP**

December 4, 2023

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
212.940.8800 tel
www.katten.com

V<small>IA</small> E<small>MAIL</small>

Shannon Carroll
Brach Eichler LLC
101 Eisenhower Parkway, Ste. 201
Roseland, NJ 07068
scarroll@bracheichler.com

C<small>HRISTOPHER</small> T. C<small>OOK</small>
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

Re: *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specalists P.C., et al.*, Case No. 21-cv-05523-MKB-PK—Electronically Stored Information

Dear Shannon:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("Plaintiffs") write regarding the collection and production of electronically stored information ("ESI") of defendants Nizar Kifaieh and Premier Anesthesia Associates P.A. (collectively, the "Kifaieh Defendants"). To ensure a thorough and efficient collection, we are providing below search strings for the Kifaieh Defendants to run in their search for responsive email and other ESI. Pursuant to the ESI protocol entered in this action on July 13, 2023 (Dkt. 375), the parties are required to meet and confer regarding proposed custodial sources and search terms. Please advise as to your availability to meet and confer as soon as practicable.

1. **Agreements / Payments / Business Services with or for Defendants**

Shapiro OR "Metro Pain" OR "Tri-Borough NY" OR (PMR w/2 Med!) OR "Scan to Data" OR !legalmdconsult! OR !docsnopain! OR !mdmtb! OR "Hudson Premier" OR (neuro! w/2 diag!) OR Alon OR (Columbus w/2 Imag!) OR Medaid OR !Beshert! OR Besheret OR "High End Marketing" OR Shrewd OR Telaw OR Medlaw OR "Med Law Network" OR komedaid@gmail.com OR metrostarmg@yahoo.com OR columbusicllc@gmail.com OR rob7188090097@yahoo.com OR !robalon! OR (strateg! w/2 allianc!) OR Regina OR !Citimed! OR !reginamoshe! OR !rmoshe! OR Frenkel OR Gladstein OR Toplab OR "Advanced Comprehensive" OR "Atlantic Diagnostics" OR (metro! w/2 med!) OR ("Top Priority" w/2 manag!) OR !Dolsky! OR !Dolgopolsky! OR "Optimum Health" OR "Five Star" OR "All Star" OR !atlantis! OR citiwide OR "citi wide" OR BHMP OR (Midland w/2 Holding!) OR Yan OR !excelsurgery! OR !yanmoshe! OR "Hackensack Specialty" OR "Dynamic Surgery" OR !dynamicsurgery! OR !hackensackspecialty! OR "Integrated Specialty" OR !HealthPlus! OR !integratedspecialty! OR !specialtyascsolutions! OR !SCOB! OR SurgiCare OR !CMSC! OR "Excel Surgery" OR "Med Capital" OR "star solution" OR (specialty w/2 solution!) OR !specialtyascsolutions! OR (Health w/2 Plus) OR !healthplusmgmt! OR "Giga Life" OR (1963 w/2 Concourse) OR (Woodhaven w/2 Realty) OR ((6555 OR 65-55) w/2 Woodhaven)) OR ((92-20 OR 9220 OR 92-12 OR 9212) w/2 (Holding! OR 165)) OR (165 w/2 Holding!) OR (43 w/2 Realty) OR (9901 w/2 Holding!) OR (9901 w/2 63) OR (Broadway w/2 Holding!) OR (1010 w/2 Broadway) OR (Gun w/2 Holding!) OR (910 w/2 Gun) OR (55! w/2 Greene) OR ((6336 OR 63-36) w/2 Holding!) OR (Essex w/2 Holding!) OR (Atlantis w/2 Holding!) OR Politt

2. **Agreements / Payments / Business Services with or for Nonparties**

"High End Marketing" OR Shrewd OR Telaw OR Medlaw OR (receivabl! w/2 recover!) OR msimon.beshert@gmail.com OR "Michelle Simon" OR "MC Simon" OR beshert.scheduling@gmail.com OR "Jaime Martinez" OR "Martinez Silverio" OR Yunusov OR "EZ Parking" OR "Clean Star" OR !greenbills! OR "CMJ Parking" OR Rabinovich OR "Misha Star" OR (Irina w/2 Small!) MNDNT OR Fitnaholics OR "Contemporary Diagnostic" OR Lapas OR CDI OR "AKL Advisors" OR !alkieslapas! OR !contemporarydiagnostic! OR Ramsoft OR marina.beshert@gmail.com OR Katayeva OR Kataeva OR "MK Supply" OR "Superstar" OR ((M&K OR M & K) w/2 concierge) OR MiiSupply OR Gevorina OR Gerovina OR Bibimed OR "RGN group" OR Ovada OR Escano OR (star w/2 electric) OR lightstar! OR (Natasha w/2 Sola) OR "One of Kind" OR "All Points" OR Pogoriler OR (Show! w/2 Trans!) OR (Exclusiv! w/2 Trans!) OR MNBT OR Lestat! OR MDNN OR Ivanovski OR (iNJured w/2 Mag!) OR (SDY w/2 Tech!) OR Benico! OR "MYVMO" OR Snokardo OR "Hudson Revenue" OR (Revenue w/2 Cycle) OR ((M&D OR "M & D" OR Capital) w/2 Bill!) OR "Digital Duplicating" OR Avacon! OR Nektalov OR (Spark w/2 Consult!) OR (Med! w/2 Director!) OR Preclear! OR Prebook! OR (Patient! w/2 Solicit!) OR ((UDT OR "drug test") w/3 (surgery OR procedur!)) OR Smurygin OR Kaganovskaya OR Kalfani OR Khan OR Spessot OR Abbatematteo OR Mamdouh OR Beshara OR Sauchelli OR (K&S w/2 Anesthesi!) OR (City w/2 Anesthesi!) OR ((case OR receiv! OR Gabriel OR Friedman OR Baker OR Barenbaum OR Chachanashvili) w/2 Fund!) OR Maxwelllife OR "Mega Tech" OR (BIP w/2 Serv!) OR Stillwell! OR "Meadowlands Cardiology" OR Tsenovoy OR "additional rent"

3. **Legal / Regulatory Investigations or Proceedings**

Bogoraz OR (Brad! w/2 Pierre) OR (Ant! w/2 Rose) OR (Todd w/2 Chambers) OR (Nat! w/2 Coles) OR (NC w/2 System!) OR Khaim OR Israilov OR Matatov OR Gulkarov OR Shakarova OR (LL w/2 Consult!) OR (Billing! w/2 You) OR (Network! w/2 Market!) OR "Penn Pharmacy" OR "Quest Pharmacy" OR (VS w/2 Intertask) OR (Great w/2 Solution!) OR DiPietro OR Chumaceiro OR Shimunov OR Shimanov OR (DS w/2 Pro!) OR Azan OR ((B&L OR "B & L") w/2 Health) OR Allhealth OR Jelani OR Wray OR (Law w/2 Cash) OR jelani.wray@gmail.com OR "Ana Rivera" OR "call center" OR (Weitz w/2 Marketing) OR Fraud! OR RICO

\*   \*   \*

Plaintiffs propose these search terms without full knowledge of the specific terms used by Defendants, their employees, and their contractors. Plaintiffs reserve the right to submit additional search terms to identify additional responsive ESI after reviewing Defendants' production of documents using the above terms. Moreover, these search terms do not in any way modify or limit Defendants' obligations to review and produce all responsive documents maintained in paper form or to produce known responsive ESI not otherwise identified in the agreed-upon custodial sources and search terms.

Sincerely,

*/s/ Christopher T. Cook*

Christopher T. Cook

cc: Jonathan L. Marks
      Michael L. Cardoza
      Anthony M. Juliano
      Keith J. Roberts