*Exhibit 3*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., et al.,<br><br>*Defendants.* | Civil Action No.:<br><br>**1:21-cv-05523-MKB-PK**<br><br><br>**DEFENDANT NIZAR KIFAIEH, M.D.'s RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS** |

**TO:** KATTEN MUCHIN ROSENMAN LLP
Christopher T. Cook, Esq.
50 Rockefeller Plaza
New York, NY 10020
*Attorneys for Plaintiffs*

Defendant Nizar Kifaieh, M.D. ("Defendant"), by his attorneys, Brach Eichler LLC, hereby responds to Plaintiffs' First Set of Document Requests subject to the objections noted below.

**Defendant reserves the right to amend, supplement, and/or modify these responses as discovery continues.**

**DEFINITIONS**

1. "Nizar Kifaieh, M.D." refers to Defendant Nizar Kifaieh, M.D.

2. "Plaintiffs" refers to State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and their property casualty affiliates and subsidiaries,

1

and any agent, representative, attorney or employee of Plaintiffs, or any successors in interest, assigns, trustees, receivers or administrators, acting on behalf of Plaintiffs.

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

1. Your billing data reflecting all services You billed for any Medical Service, to any individual eligible to receive benefits under a State Farm Mutual or State Farm Fire insurance policy.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

2. Documents sufficient to identify any computer software or program used by You to provide, document, or bill for any Medical Service, including but not limited to Greenbills.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, no documents exist.**

3. Documents sufficient to identify any business, corporate entity, or other legal entity in which You have or have had an ownership, equity, membership, or any other financial interest.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant is the owner of Premier**

**Anesthesia. Documents regarding this ownership interest to be provided. Defendant objects to producing documents for any other business entities as outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint**

4. Any agreements relating to Your employment or Your provision of any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

5. Any agreements between or among You or any entity You own or control, on the one hand, and any Defendant(s) or any entity any Defendant owns or controls, on the other hand.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

6. Documents reflecting any Payment between or among You or any entity You own or control, on the one hand, and any Defendant(s) or any entity any Defendant owns or controls, on the other hand.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

**In addition, the discovery requested is not proportional to the needs of the case.**

7.  Documents sufficient to identify the name, title, and compensation of Your employees and independent contractors.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, W2s and 1099s sufficient to identify employees of Premier Anesthesia have been produced at MOSHE_STATEFARM000960-001182,** and **MOSHE_STATEFARM001194-001277.**

8.  Any agreements with any person who provided any Medical Service for or on behalf of Premier Anesthesia Associates P.A.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, per diem agreements have been produced at MOSHE_STATEFARM001253-001276.**

9.  Documents reflecting the status of any licensed health care practitioner working for Premier Anesthesia Associates, P.A. as an employee or an independent contractor.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

**In addition, the discovery requested is not proportional to the needs of the case. See Premier Anesthesia responses.**

10. Any agreements relating to the use of space, staff, personnel, and/or equipment to be used to provide any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. See Premier Anesthesia responses.**

11. Any Payments relating to the use of space, staff, personnel, and/or equipment to be used to provide any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. See Premier Anesthesia responses.**

12. Documents reflecting or relating to information considered in assessing or evaluating the fair market value of space, staff, personnel, and/or equipment to be used to provide any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. See**

**Premier Anesthesia responses.**

13. Any agreements relating to any Funding provided to any entity in which You hold any ownership, membership, or financial interest or to You for any business purpose.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states that there are no documents responsive to this request related to Premier Anesthesia.**

14. Documents relating to any Payments in connection with any agreements relating to any Funding provided to any entity in which You hold any ownership, membership, or financial interest or to You for any business purpose.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states that there are no documents responsive to this request related to Premier Anesthesia.**

15. Documents reflecting any attempt by You or any entity in which You hold any ownership, membership, or financial interest, to obtain Funding from any bank, lender, or lending institution for any business purpose.

**RESPONSE: Objection, the information requested is outside the scope of relevant**

13524783.1/MOS106-284575

discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states that there are no documents responsive to this request related to Premier Anesthesia.

16. Documents relating to the referral of any Patient for any Medical Service.

**RESPONSE:** Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states see responses to Hudson Regional Hospital and Premier Anesthesia.

17. Documents relating to the solicitation of any Patient to receive any Medical Service.

**RESPONSE:** Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states that there are no documents responsive to this request.

18. Documents relating to the referral of any licensed health care practitioner to Premier Anesthesia Associates, P.A. for employment.

**RESPONSE:** Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.

7

**In addition, the discovery requested is not proportional to the needs of the case. See Premier Anesthesia responses.**

19. Documents reflecting Your qualifications to practice medicine, including any certifications, licenses, and Curriculum Vitae.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant will produce a CV.**

20. Documents relating to Your admitting privileges to perform any Medical Services at any hospital or ambulatory surgery center, including but not limited to any initial or renewal application, agreement, and Payments.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be produced.**

21. Documents reflecting or relating to Your acquisition of Premier Anesthesia Associates P.A.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to**

8

and notwithstanding the foregoing objections, Defendant has produced corporate documents for Premier Anesthesia at MOSHE_STATEFARM001183-001192.

22. Documents reflecting or relating to regulatory filings submitted to any governmental body by You regarding Your acquisition of Premier Anesthesia Associates P.A.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant has produced corporate and regulatory documents for Premier Anesthesia at MOSHE_STATEFARM001183-001192.**

23. Documents reflecting any practices, protocols, or procedures instituted by You or by any person under Your supervision or direction concerning the provision of Medical Services by Premier Anesthesia Associates P.A.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. See Premier Anesthesia responses.**

24. Any agreements between You and any anesthesia provider(s) relating to any Medical Service provided at any Yan Moshe Surgical Facility.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

9

**In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, the agreement between Premier Anesthesia and Hudson Regional Hospital has been produced.**

25. Documents relating to any preclearance or prebooking requirements for individuals receiving a procedure at any Yan Moshe Surgical Facility, including Documents relating to any Medical Services ordered, prescribed, recommended, or performed on any individual as part of any preclearance or prebooking process.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Defendant objects to the term "Yan Moshe Surgical Facility."**

26. Documents relating to Beshert Corporation or the Beshert Network, including agreements, Payments, Documents identifying members, Documents reflecting member's rights, benefits and obligations, and Documents relating to or reflecting services provided by or to You or any entity You own or control.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. See Premier Anesthesia responses.**

10

27. Documents relating to any violation of public health laws or regulations by any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states that there are no documents responsive to this request.**

28. Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant states that there are no documents responsive to this request.**

29. Communications reflecting or relating to:

   a. any agreements between or among any Defendant(s) or any entity any Defendant owns or controls;

   b. any Payment to or from any Defendant or any entity any Defendant owns or controls;

   c. Your acquisition of Premier Anesthesia Associates P.A.;

   d. Medical Services provided to any Insured;

   e. Funding for any business purpose;

   f. any practices, protocols, or procedures regularly followed by Premier Anesthesia Associates, P.A. when providing Medical Services;

11

g.  any Marketing, billing, scheduling, referral, concierge, transcription, or transportation service provided to Premier Anesthesia Associates, P.A.;

h.  the creation or modification of forms used to memorialize, record, prescribe, or order any Medical Service for any Patient;

i.  any solicitation or referral of any Patient;

j.  the referral of any licensed health care practitioner to Premier Anesthesia Associates, P.A. for employment;

k.  the status of any licensed health care practitioner working for Premier Anesthesia Associates, P.A. as an employee or independent contractor;

l.  the terms pursuant to which any licensed health care practitioner working for Premier Anesthesia Associates, P.A. would perform their work;

m.  Beshert Corporation or the Beshert Network;

n.  any work You performed for Yan Moshe, including any Yan Moshe Surgical Facility and any other entity Yan Moshe owns or controls;

o.  any violation of public health laws or regulations by any Defendant;

p.  any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant, including Communications with any professional association, law enforcement, or local, state, or federal agency;

q.  any assessment or evaluation of the fair market value of space, staff, personnel, and/or equipment to be used to provide any Medical Service; and

r.  any of the following persons for any business purpose:

   i.  any Defendant
   ii.  Marina Katayeva
   iii.  Michelle Simon
   iv.  Jaime Martinez
   v.  Vlad Moshe
   vi.  Complete Radiology Reading Service LLC and any of its representatives
   vii.  Contemporary Diagnostic Imaging LLC and any of its representatives
   viii.  David Shimunov (a/k/a Dimitry Shimanov)
   ix.  Dmitry Ivanovski
   x.  iNJured Magazine LLC
   xi.  Arthur Bogoraz
   xii.  Bradley Pierre
   xiii.  Jelani Wray
   xiv.  Anthony Rose, Sr.

12

      xv.     Anthony Rose, Jr.
      xvi.    Nathaniel Coles
      xvii.   Peter Khaim
      xviii.  Roman Israilov
      xix.    Aleksandr Gulkarov
      xx.     Anthony DiPietro

**RESPONSE:** **Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

    30.    Documents identified in Your Rule 26(a)(1) disclosures.

**RESPONSE:** **Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, documents to be provided.**

    31.    Documents identified in or supporting Your responses to Plaintiffs' First Set of Interrogatories.

**RESPONSE:** **Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, documents to be provided.**

    32.    Documents relating to any testifying experts with whom You or Your counsel have retained in connection with this case, including without limitation:

        a.    a current resume or Curriculum Vitae of the expert;

        b.    promotional material or brochures regarding the expert;

        c.    Documents and tangible things that have been made or prepared by the expert in any way relating to this litigation, including without limitation summaries, drafts, draft reports, affidavits, analyses, memoranda, notes, calculations, charts, or spreadsheets;

        d.    Documents and tangible things that have been made available to, relied upon or used by the expert in connection with this case;

        e.    letters and correspondence between You or Your agent and any person who may be called as an expert witness;

        f.    copies of publications authorized by the expert;

    g.    copies of transcripts of prior testimony by the expert at either a deposition or trial; and

    h.    a written report prepared and signed by the expert which contains:

        i.    a complete statement of any opinions to be expressed;

        ii.    the basis and reasons for each opinion to be expressed;

        iii.    the data and other information considered in forming the opinion;

        iv.    exhibits to be used or summarized in support of the opinion; and

        v.    Documents relied upon or used in formulating the opinion which the expert received or obtained from any source.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that this request is premature, as Defendant has not yet retained an expert in this case.**

33.    Documents and Communications on which You intend to use, rely upon, or introduce as evidence at trial or might use, rely upon, or introduce as evidence at trial.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Defendant further objects as this calls for trial strategy.**

34.    Documents and Communications You intend to or might rely upon to support each affirmative defense You assert in this litigation.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

14

**In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, documents to be produced.**

13524783.1/MOS106-284575