*Exhibit 4*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY, | Civil Action No.: |
| | **1:21-cv-05523-MKB-PK** |
| *Plaintiffs,* | |
| v. | **DEFENDANT PREMIER ANESTHESIA ASSOCIATES P.A.'S RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS** |
| METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., et al., | |
| *Defendants.* | |

TO:   **KATTEN MUCHIN ROSENMAN LLP**
Christopher T. Cook, Esq.
50 Rockefeller Plaza
New York, NY 10020
*Attorneys for Plaintiffs*

Defendant Premier Anesthesia Associates, P.A. ("Defendant"), by their attorneys, Brach Eichler LLC, hereby responds to Plaintiffs' First Set of Document Requests subject to the objections noted below.

**Defendant reserves the right to amend, supplement, and/or modify these responses as discovery continues.**

## DEFINITIONS

1.      "Premier Anesthesia" refers to Defendant Premier Anesthesia Associates, P.A.

2.       "Plaintiffs" refers to State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and their property casualty affiliates and subsidiaries,

1

and any agent, representative, attorney or employee of Plaintiffs, or any successors in interest, assigns, trustees, receivers or administrators, acting on behalf of Plaintiffs.

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

1.      Documents reflecting any Medical Service You provided to any Insured.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

2.      Documents regarding any bill for any Medical Service You provided to any Insured.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

3.      Your billing data reflecting all services You billed.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

4.      Documents relating to any practices, protocols, or procedures instituted or maintained by You concerning the provision of Medical Services to Patients.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

2

**In addition, the discovery requested is not proportional to the needs of the case.**

5.      Documents sufficient to identify any computer software or program used by You to provide, document, or bill for any Medical Service, including but not limited to Greenbills.

**RESPONSE:    Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

6.      Documents reflecting the education, training, and experience of Your employees who rendered any Medical Service to any Insured, including but not limited to Curriculum Vitae, certifications, and licenses.

**RESPONSE:    Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, employee CVs to be provided.**

7.      Documents sufficient to identify the name, title, and compensation of Your employees and independent contractors.

**RESPONSE:    Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, W2s, 1099s, and per diem agreements identifying employees and independent contractors at Premier Anesthesia have been**

3

produced at **MOSHE_STATEFARM000960-001182,** and **MOSHE_STATEFARM001194-001277.**

8.      Any agreements with any person who rendered any Medical Service for You or on Your behalf.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, agreements have been provided at MOSHE_STATEFARM001253-001304.**

9.      Any agreements between or among You and any Defendant(s) or any entity any Defendant owns or controls.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant's agreement with Hudson Regional Hospital has been produced at MOSHE_STATEFARM001277.**

10.      Documents reflecting any Payment between or among You and any Defendant(s) or any entity any Defendant owns or controls, including any invoices or receipts.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

**In addition, the discovery requested is not proportional to the needs of the case.**

11.     Any agreements relating to the use of space, staff, personnel, and/or equipment.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, none.**

12.     Documents reflecting any Payment for the use of space, staff, personnel, and/or equipment, including but not limited to any Payment for Additional Rent.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, none.**

13.     Documents reflecting any Payment made pursuant to any lease or verbal agreement with any of the following entities, including but not limited to any Payment for Additional Rent:92-20 165 Holdings LLC

   a.     313 43 Realty Holdings LLC

   b.     321 Essex Holding LLC

   c.     190 Midland Ave Realty Holdings LLC

   d.     190 Midland Holdings LLC

**RESPONSE:   Objection, the information requested is outside the scope of relevant**

5

discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.

14.     Documents reflecting or relating to information considered in assessing or evaluating the fair market value of space, staff, personnel, and/or equipment.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, none.**

15.     Your federal and state tax returns, including any W-2s or 1099s issued or received by You.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce W-2s and 1099s.**

16.     Documents identifying Your revenue and expenses, including but not limited to Your general ledgers.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce documents.**

6

17.     Documents identifying any person who has or has had any ownership, membership, investment, or other financial interest in You, including Documents reflecting any transfer of such interest.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Dr. Nizar Kifaieh is the owner of Premier Anesthesia.**

18.     Any operating agreements, membership or shareholder agreements, stock ledgers, stock certificates, resolutions, minutes, by-laws, letters of resignation, dissolution records, or Schedule K-1s.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce corporate formation documents.**

19.     Documents relating to any preclearance or prebooking requirements for Patients receiving a procedure at any Yan Moshe Surgical Facility, including Documents relating to any Medical Services ordered, prescribed, recommended, or performed on any Patient as part of any preclearance or prebooking process.

13553235.1/MOS106-284575

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Defendant further objects to the term "Yan Moshe Surgical Facility."**

20.     Any agreements between You and any drug testing provider(s) or laboratories.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

21.     Documents relating to Beshert Corporation or the Beshert Network, including agreements, Payments, Documents identifying members, Documents reflecting member's rights, benefits and obligations, and Documents relating to or reflecting services provided by or to You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

22.     Any agreements relating to any Marketing, billing, tax, accounting, bookkeeping, scheduling, referral, concierge, transcription, or transportation service provided to You or for

Your benefit.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states Rina Esterov id the accountant. No documents responsive to this request.**

23.    Documents reflecting any Payments for any Marketing, billing, tax, accounting, bookkeeping, scheduling, referral, concierge, transcription, or transportation service provided to You or for Your benefit.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case Subject to and without waiving the foregoing objections, Defendant states Rina Esterov is the accountant. No other documents responsive to this request.**

24.    Any agreements relating to any Funding provided to You or for Your benefit.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

9

25.    Documents reflecting any Payments for any Funding provided to You or for Your benefit.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

26.    Documents reflecting any attempt by You to obtain Funding from any bank or lending institution, regardless of whether the Funding was approved or issued.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

27.    Documents reflecting or relating to information considered in assessing or evaluating the fair market value of any Funding provided to You.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

28.    Documents relating to the referral of any Patient to You or by You for any Medical Service.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, no such documents.**

29.    Documents relating to the solicitation of any Patient to receive any Medical Service to be performed by You.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, no such documents.**

30.    Documents relating to the referral of any licensed health care practitioner to You or by You for potential employment.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

11

31.    Documents reflecting any choice You provided to Patients as to whether they would receive sedation during any Medical Service You would perform.

**RESPONSE:    Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

32.    Documents reflecting any disclosure provided to any Patient referred to You or by You regarding any financial arrangement, ownership interest, or familial relationship.

**RESPONSE:    Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

33.    Documents relating to any violation of public health laws or regulations by any Defendant.

**RESPONSE:    Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

34.    Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant.

**RESPONSE:    Objection, the information requested is outside the scope of relevant**

discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.

35.     Documents relating to or reflecting the pledging, assignment, or use of Your assets as security or collateral for any Funding.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

36.     Documents reflecting any audits or appraisals for property secured with assets held by You or on Your behalf.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

37.     Documents relating to any forged or unauthorized checks or Payments issued from Your accounts.

13

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states it is unaware of any such documents.**

38.    Communications reflecting or relating to:

    a.    any agreements between or among any Defendant(s) or any entity any Defendant owns or controls;

    b.    any Payment to or from any Defendant or any entity any Defendant owns or controls;

    c.    any Payment for Additional Rent;

    d.    the pledging, assignment, or use of Your assets as security or collateral for any Funding;

    e.    any audits or appraisals for property secured with assets held by You or on Your behalf;

    f.    any forged or unauthorized checks or Payments issued from Your accounts;

    g.    Medical Services provided to any Insured;

    h.    Funding;

    i.    any practices, protocols, or procedures regularly followed by You when providing Medical Services to Patients;

    j.    any Marketing, billing, scheduling, referral, concierge, transcription, or transportation service; the creation or modification of forms used to memorialize, record, prescribe, or order any Medical Service for any Patient;

    k.    any solicitation or referral of any Patient;

    l.    the referral of any licensed health care practitioner to You or by You for employment;

m.    any drug testing provider(s) or laboratories;

n.    Beshert Corp. or the Beshert Network;

o.    work You performed for Yan Moshe, including any Yan Moshe Surgical Facility and any other entity Yan Moshe owns or controls;

p.    preclearance or prebooking requirements for Patients receiving a procedure at any ambulatory surgery center, including at any Yan Moshe Surgical Facility;

q.    transportation provided to any Patient and the providers of transportation services to any Patient;

r.    any violation of public health laws or regulations by any Defendant;

s.    any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant, including Communications with any professional association, law enforcement, or local, state, or federal agency;

t.    any assessment or evaluation of the fair market value of space, staff, personnel, and/or equipment; and

u.    any of the following persons for any business purpose:

    i.      any Defendant
    ii.     Marina Katayeva
    iii.    Michelle Simon
    iv.     Jaime Martinez
    v.      Dmitry Ivanovski
    vi.     iNJured Magazine LLC
    vii.    David Shimunov (a/k/a Dimitry Shimanov)
    viii.   Arthur Bogoraz
    ix.     Bradley Pierre
    x.      Jelani Wray
    xi.     Anthony Rose, Sr.
    xii.    Anthony Rose, Jr.
    xiii.   Nathaniel Coles
    xiv.    Peter Khaim
    xv.     Roman Israilov
    xvi.    Aleksandr Gulkarov
    xvii.   Anthony DiPietro

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.**

15

**In addition, the discovery requested is not proportional to the needs of the case.**

39.     Documents identified in Your Rule 26(a)(1) disclosures.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, documents to be produced.**

40.     Documents identified in or supporting Your responses to Plaintiffs' First Set of Interrogatories.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, documents to be produced.**

41.     Documents relating to any testifying experts with whom You or Your counsel have retained in connection with this case, including without limitation:

      a.     a current resume or Curriculum Vitae of the expert;

      b.     promotional material or brochures regarding the expert;

      c.     Documents and tangible things that have been made or prepared by the expert in any way relating to this litigation, including without limitation summaries, drafts, draft reports, affidavits, analyses, memoranda, notes, calculations, charts, or spreadsheets;

      d.     Documents and tangible things that have been made available to, relied upon or used by the expert in connection with this case;

      e.     letters and correspondence between You or Your agent and any person who may be called as an expert witness;

16

    f.    copies of publications authorized by the expert;

    g.    copies of transcripts of prior testimony by the expert at either a deposition or trial; and

    h.    a written report prepared and signed by the expert which contains:

        i.    a complete statement of any opinions to be expressed;

        ii.    the basis and reasons for each opinion to be expressed;

        iii.    the data and other information considered in forming the opinion;

        iv.    exhibits to be used or summarized in support of the opinion; and

        v.    Documents relied upon or used in formulating the opinion which the expert received or obtained from any source.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that this request is premature, as Defendant has not yet retained an expert in this case.**

42.    Documents and Communications on which You intend to use, rely upon, or introduce as evidence at trial or might use, rely upon, or introduce as evidence at trial.

**RESPONSE:   Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.  Defendant further objects as this calls for trial strategy.**

43.    Documents and Communications You intend to or might rely upon to support each affirmative defense You assert in this litigation.

17

**RESPONSE:** **Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, documents to be produced.**

13553235.1/MOS106-284575