*Exhibit 2*

# BRACH | EICHLER LLC

Anthony M. Juliano
Direct Dial: 973.403.3154
Direct Fax: 973.618.5554
E-mail: ajuliano@bracheichler.com

August 18, 2025

**VIA EMAIL**
Christopher T. Cook, Esq.
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020

  Re: State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.
     Case No.:  EDNY 1:21-cv-05523-MKB-PK

Dear Mr. Cook:

  A you know, this office represents defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, SCOB LLC, Citimed Surgery Center LLC, NJMHMC LLC, Star Solutions Services, LLC, Beshert Corp., Nizar Kifaieh, M.D., and Premier Anesthesia Associates PA in the above referenced matter.  I am writing in response to your two (2) letters dated June 24, 2025, your letter dated June 27, 2025, your letter dated July 31, 2025, and various emails from Michael Cardoza, Esq. all related to alleged deficiencies in my clients' discovery responses.

  As a general matter related to ESI collection and production, all ESI collected and reviewed has been produced along with privilege logs related to same.  The only exceptions are Hudson Regional Hospital and Star Solutions.  We are in the process of finalizing the privilege logs for each and same will be produced along with any supplemental productions within the next few days.

*Moshe Defendants Document Productions*

  Regarding Plaintiffs' position that certain document demand responses indicate documents will be provided, but Plaintiffs have not been able to locate any such documents, Defendants' position is that all items in their possession or control have been produced.  If no such documents are included in Defendants' responses, then Defendants amend their responses to state there are no such documents in their possession or control.  If any such documents are hereafter located, Defendants will amend their responses accordingly.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.16425641.1/MOS106-284575

August 18, 2025
Page 2

### *Moshe Defendants Custodial Accounts*

yanmoshe@integratedspecialtyasc.com – email not in use.

ym@integratedspecialtyasc.com – email not in use.

ym@excelsugrerycenter.com – email not in use.

yanmoshe@excelsurgerycenter.com – email not in use.

Jbmega777@gmail.com - individual has access, company does not.

Yanmoshe@hudsonregionalhospital.com – email not in use

alsarenac@hudsonregionalhospital.com – no longer Hospital employee emails no longer available.

mflynn@hudsonregionalhospital.com – not collected – Defendants object to the production of this email account belonging to an administrative assistant of Yan Moshe as it is unduly burdensome and not proportional to the needs of this case.

pflores@hudsonregionalhospital.com – not collected - Defendants object to the production of this email account belonging to an administrative assistant of Yan Moshe as it is unduly burdensome and not proportional to the needs of this case.

Rob Alon not Hospital Employee and did not have Hospital email address.

Marina Katayeva not Hospital Employee and did not have Hospital email address.

Jaime Martinez – passed away approximately 5 years ago emails no longer available.

### *Moshe Defendants Objections to Producing Responsive Documents*

In reviewing the objections, Defendants stand on the following objections:

Hackensack (Dynamic): Defendant previously stated it has no documents in its possession.

SCOB: 1-3; 15 except for W2s and 1099s as previously stated; 20, 28, 29, 30, 31, 32, 33, 38, 39, 41, 42.

Citimed Surgery: 1-3; 15 except for W2s and 1099s as previously stated; 19, 21, 23, 29, 30, 31, 32, 33, 34, 39, 40, 42, 43.

NJMHMC: 1, 2, 3, 4, 5, 6, 10, 12, 14, 16, 18, 22, 26, 27, 29, 30.

August 18, 2025
Page 3

Defendants withdraw objections to the remainder of the items listed.

*Kifaieh Defendants Discovery Responses*

Regarding ESI production, nkifaieh@premieranesthesia.com was collected reviewed and produced. Consistent with Dr. Kifaieh's interrogatory responses, he did not utilize his personal gmail account for business purposes. Yan Moshe never had a Premier Anesthesia email address. Dr. Shapiro never had a Premier Anesthesia email address.

Regarding Plaintiffs' position that certain document demand responses indicate documents will be provided, but Plaintiffs have not been able to locate any such documents, Defendants' position is that all items in their possession or control have been produced. If no such documents are included in Defendants' responses, then Defendants amend their responses to state there are no such documents in their possession or control. If any such documents are hereafter located, Defendants will amend their responses accordingly.

Regarding objections to document demands, in reviewing the objections, Defendants stand on the following objections:

Kifaieh: 1, 6, 13, 14, 15, 25, 29.

Premier Anesthesia: 1, 2, 3, 4, 5, 10, 13, 15 except for W2s and 1099s as previously stated, 19, 31, 32, 38.

Defendants withdraw objections to the remainder of the items listed.

*Alon Defendants Document Productions*

Regarding Plaintiffs' position that certain document demand responses indicate documents will be provided, but Plaintiffs have not been able to locate any such documents, Defendants' position is that all items in their possession or control have been produced. If no such documents are included in Defendants' responses, then Defendants amend their responses to state there are no such documents in their possession or control. If any such documents are hereafter located, Defendants will amend their responses accordingly.

*Alon Defendants Custodial Accounts*

kmocolumbus@gmail.com – individual has access, company does not.

fdcolumbus@gmail.com – individual has access, company does not.

columbusicllc@gmail.com – individual has access, company does not.

komedaid@gmail.com – individual has access, company does not.

August 18, 2025
Page 4

fdmedaid@gmail.com – individual has access, company does not.

***Alon Defendants Objections to Producing Responsive Documents***

In reviewing the objections, Defendants stand on the following objections:

Beshert: 16.

Defendants withdraw objections to the remainder of the items listed.

Thank you for your attention to these matters.

Very truly yours,

*/s/ Anthony M. Juliano*

Anthony M. Juliano