*Exhibit 3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    *Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., et al.,<br><br>    *Defendants*. | Docket No.: **1:21-cv-05523-MKB-PK** |

**DEFENDANT COLUMBUS IMAGING CENTER'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Defendant, COLUMBUS IMAGING CENTER (hereinafter, "Defendant") by and through its attorneys, Brach Eichler, LLC, provides the following supplemental responses to Plaintiffs' First Set of Interrogatories as follows:

**SECOND SUPPLEMENTAL RESPONSES TO FIRST SET OF INTERROGATORIES**

**Interrogatory No. 7:**
Identify any accounts through which You have sent, received, or accessed electronic communications, including, for each, (a) the type of account (e.g., Gmail, Yahoo, Hotmail, AOL, Facebook, WhatsApp, Snapchat, Wickr, DingTalk, Confide, Threema, Discord, etc.), (b) the email address associated with the account, (c) the telephone number associated with the account, (d) the approximate date the account was opened and closed, and (e) all persons with access to the account.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states that he utilizes a gmail account kmocolumbus@gmail.com, and that he and the office staff at Medaid has access to it.

**SUPPLEMENTAL RESPONSE:**
Without waiving the aforementioned objections, Defendants utilized a Gmail account kmocolumbus@gmail.com, and that Defendant Alon and the office staff at Medaid have access

to it. The account was created approximately sometime in 2010. Defendant also utilized fdcolumbus@gmail.com.

## CERTIFICATION

I hereby certify that the foregoing answers to interrogatories are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I further certify that the existence of any expert reports, either written or oral, are unknown to me, and if such become later known or available, I shall serve them promptly on the propounding party.

I further certify that copies of all other documents, reports or other writing attached hereto are exact copies of the same; and if such are unavailable or unknown to me at this time but become available or later known to me, I shall serve them promptly on the propounding party.

Dated: 1/29/2024                                             _____

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    *Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., et al.,<br><br>    *Defendants*. | Docket No.: **1:21-cv-05523-MKB-PK** |

**DEFENDANT MEDAID RADIOLOGY LLC'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Defendant, MEDAID RADIOLOGY LLC (hereinafter, "Defendant") by and through its attorneys, Brach Eichler, LLC, provides the following supplemental responses to Plaintiffs' First Set of Interrogatories as follows:

**SECOND SUPPLEMENTAL RESPONSES TO FIRST SET OF INTERROGATORIES**

**Interrogatory No. 7:**
Identify any accounts through which You have sent, received, or accessed electronic communications, including, for each, (a) the type of account (e.g., Gmail, Yahoo, Hotmail, AOL, Facebook, WhatsApp, Snapchat, Wickr, DingTalk, Confide, Threema, Discord, etc.), (b) the email address associated with the account, (c) the telephone number associated with the account, (d) the approximate date the account was opened and closed, and (e) all persons with access to the account.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states that he utilizes a gmail account kmocolumbus@gmail.com, and that he and the office staff at Medaid has access to it.

**SUPPLEMENTAL RESPONSE:**
Without waiving the aforementioned objections, Defendants utilized a Gmail account kmocolumbus@gmail.com, and that Defendant Alon and the office staff at Medaid have access to

it. The account was created approximately sometime in 2010. Defendant also utilized komedaid@gmail.com and Fdmedaid@gmail.com.

### CERTIFICATION

I hereby certify that the foregoing answers to interrogatories are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I further certify that the existence of any expert reports, either written or oral, are unknown to me, and if such become later known or available, I shall serve them promptly on the propounding party.

I further certify that copies of all other documents, reports or other writing attached hereto are exact copies of the same; and if such are unavailable or unknown to me at this time but become available or later known to me, I shall serve them promptly on the propounding party.

Dated: 1/29/2024

2