*Exhibit 1*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Thursday, February 15, 2024 3:20 PM |
| **To:** | Juliano, Anthony M.; Carroll, Shannon |
| **Cc:** | Cardoza, Michael L.; Marks, Jonathan L. |
| **Subject:** | RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms |
| **Attachments:** | 2024.02.15 - Metro Pain - ESI Custodial Sources - Moshe Alon Kifaieh Defendants.pdf |

Anthony and Shannon,

Following up on the parties' meet and confer last Friday, attached please find a proposed custodial list identifying certain employees and email addresses Plaintiffs identified as likely to possess responsive discovery material. This list of custodians is not intended to be exhaustive and is being provided only to supplement your reasonable search for ESI responsive to Plaintiffs' discovery demands.

During the meet and confer, the parties also discussed two key aspects of e-discovery. First, we understand your clients are not presently objecting to any specific search terms proposed in Plaintiffs' letters of December 4, 2023. However, there are potential issues with syntax and Boolean modifiers included within Plaintiffs' proposed search terms. As discussed, Plaintiffs agreed to running the search terms (1) without wildcards at the beginning of search terms (e.g., "!" preceding the term) and (2) with quotes around numbers associated with addresses (e.g., ("105 10" or "105-10" or "105-10") w/2 Flatland!)).

Second, we understand you are in the process of engaging vendors to capture emails from web-based email accounts likely to contain responsive ESI. Once captured, emails from these web-based email accounts will be uploaded to a document review platform and proposed search terms will be used to identify potentially responsive records. In other words, counsel will collect and review emails for potential responsiveness, not the individual defendants or their employees.

Let us know if you would like to discuss the proposed custodial sources.

Regards,

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Thursday, February 8, 2024 11:03 AM
**To:** 'Juliano, Anthony M.' <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

No problem. We are on the line.

**Christopher T. Cook**
Counsel

## Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Thursday, February 8, 2024 11:02 AM
**To:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Need 5 min guys will be on asap


**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Tuesday, February 6, 2024 11:49 AM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Greydak, Joanna <jgreydak@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Thursday at 11 works. We can use the same dial in I circulated below.

**Christopher T. Cook**
Counsel

## Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Tuesday, February 6, 2024 11:04 AM
**To:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Greydak, Joanna <jgreydak@bracheichler.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Chris:
Apologies but we need to move this call again. Can you do Thursday morning at 11 am?

2

Anthony


**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Monday, February 5, 2024 3:19 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms


Thanks.  We can use the below dial in for tomorrow's call at 3:30.

Dial In:  888 707 2752
Meeting ID: 923 0852 4479
Passcode: 121137


**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Monday, February 5, 2024 3:02 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Thanks.  3:30 is good.



**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068

3

Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Monday, February 5, 2024 2:48 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

We can move. I'm free tomorrow from 10:30-12 and 3:30-4:30. If there's a time that works best, I'll circulate a dial in.

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Monday, February 5, 2024 2:45 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*

Thanks Michael.
Chris, can we move the ESI call to tomorrow? I am finishing up the discovery responses.
Anthony

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, February 5, 2024 2:43 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cook, Christopher T. <christopher.cook@katten.com>

4

**Cc:** Carroll, Shannon <scarroll@bracheichler.com>; Rao, Neha <nrao@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Anthony,

Please see attached.

Thanks,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Friday, February 2, 2024 3:16 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>; Rao, Neha <nrao@bracheichler.com>
**Subject:** FW: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Michael can you send these letters to me in word format?



**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

**BRACH | EICHLER** LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, December 4, 2023 6:49 PM
**To:** Carroll, Shannon <scarroll@bracheichler.com>; Juliano, Anthony M. <ajuliano@bracheichler.com>; Roberts, Keith J. <kroberts@bracheichler.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>
**Subject:** [EXTERNAL] State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Counsel,

Please see attached correspondence regarding proposed search terms for ESI collection. Please provide your availability to meet and confer as soon as practicable.

5

Regards,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

```
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or
sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================
```

-

-

-

-

-

**Katten**
Katten Muchin Rosenman LLP

February 15, 2024

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**VIA EMAIL**

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

Shannon Carroll
Brach Eichler LLC
101 Eisenhower Parkway, Ste. 201
Roseland, NJ 07068
scarroll@bracheichler.com

    Re:    *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specalists P.C., et al.*,
           Case No. 21-cv-05523-MKB-PK—Electronically Stored Information

Dear Shannon:

    Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("Plaintiffs") write regarding the collection and production of electronically stored information ("ESI") of defendants Yan Moshe, Hackensack Specialty ASC LLC (f/k/a Dynamic Surgery Center LLC, f/k/a Excel Surgery Center LLC), Integrated Specialty ASC LLC (f/k/a HealthPlus Surgery Center LLC), SCOB LLC (a/k/a SurgiCare of Brooklyn), Citimed Surgery Center LLC (a/k/a CMSC LLC), NJMHMC LLC (d/b/a Hudson Regional Hospital), Star Solution Services Inc., Reuven Alon, Beshert Corp., Columbus Imaging Center LLC, Medaid Radiology LLC, Nizar Kifaieh, and Premier Anesthesia Associates P.A. (collectively, the "Defendants"). To ensure a thorough and efficient collection, we are providing below list of custodians and relevant email addresses for the Defendants to use in their search for responsive email and other ESI. Pursuant to the ESI protocol entered in this action on July 13, 2023 (Dkt. 375), the parties are required to meet and confer regarding proposed custodial sources and search terms. Please advise as to your availability to meet and confer as soon as practicable.

**Yan Moshe**
- yanmoshe@yahoo.com

**HealthPlus / Integrated**
Employee Custodians
- Yan Moshe
- Betty McCabe
- Leonid Shapiro
- COO/CFO/CEO

Emails
- yanmoshe@integratedspecialtyasc.com
- ym@integratedspecialtyasc.com
- bmccabe@integratedspecialtyasc.com

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

**Dynamic / Hackensack**

Employee Custodians
- Yan Moshe
- Betty McCabe
- Vlad Moshe
- Leonid Shapiro
- COO/CFO/CEO

Emails
- ym@excelsurgerycenter.com
- yanmoshe@excelsurgerycenter.com
- bmccabe@hackensackspecialtyasc.com
- jbmega777@gmail.com

**SCOB**

Employee Custodians
- Yan Moshe
- Betty McCabe
- John Hajjar
- Philip Yachmetz
- Orrin Fengold
- COO/CFO/CEO

Emails
- bmccabe@surgicarebrooklyn.com

**Citimed Surgery**

Employee Custodians
- Yan Moshe
- Regina Moshe
- Betty McCabe
- COO/CFO/CEO

Emails
- bmccabe@cmscny.com

**Hudson Regional Hospital**

Employee Custodians
- Yan Moshe (Chairman)
- Nizar Kifaieh (Chief Executive Officer)
- John Grywalski (Chief Financial Officer)
- Polina Koren (Director of Accounting)
- Reuven Alon (Vice President of Strategic Alliances and Partnerships)
- Marina Katayeva (Director of Business Development)
- Leonid Shapiro
- Alkies Lapas (Chief of Radiology)

2

- Jaime Martinez
- Alexander Sarenac

Email Addresses
- ym@hudsonregionalhospital.com
- yanmoshe@hudsonregionalhospital.com
- nkifaieh@hudsonregionalhospital.com
- jgrywalski@hudsonregionalhospital.com
- iamjgrywalski@yahoo.com
- pkoren@hudsonregionalhospital.com
- alsarenac@hudsonregionalhospital.com
- mflynn@hudsonregionalhospital.com (Megan Flynn – Executive Assistant)
- pflores@hudsonregionalhospital.com (Pamela Flores – Executive Assistant)

**Star Solution**

Employee Custodians
- Yan Moshe
- Olga Guzman
- Sonia Gardella
- Inna Nzhen
- Veronika Vyalkina
- Stanislav Lentsi

Emails
- oguzman@starssi.com
- sonia@starssi.com
- inna05@starssi.com

**Alon**
- rob7188090092@yahoo.com
- robalon@me.com
- robalon@beshert.net

**Beshert**

Employee Custodians
- Reuven Alon
- Marina Katayeva
- Michelle Simon
- Jaime Martinez
- Kari Russell
- Michael Torres
- Paul Dantes

Emails
- Beshert.scheduling@gmail.com

3

- marina.beshert@gmail.com
- msimon.beshert@gmail.com
- torres.beshert@gmail.com
- k.beshert@gmail.com

**Columbus**
Employee Custodians
- Reuven Alon
- Alkies Lapas
- Practice Manager / Administrator

Emails
- kmocolumbus@gmail.com
- fdcolumbus@gmail.com
- columbusicllc@gmail.com

**Medaid**
Employee Custodians
- Reuven Alon
- Alkies Lapas
- Practice Manager / Administrator

Emails
- komedaid@gmail.com
- fdmedaid@gmail.com

**Kifaieh**
- Personal email address

**Premier Anesthesia Associates**
Employee Custodians
- Nizar Kifaieh
- Leonid Shapiro
- John Grywalski (Chief Financial Officer)
- Polina Koren (Director of Accounting)
- Practice Manager / Administrator

Emails
- nkifaieh@premieranesthesia.com


Plaintiffs propose these custodial sources without full knowledge of the email addresses used by Defendants, their employees, and their contractors. Plaintiffs reserve the right to submit additional custodial sources to identify additional responsive ESI after reviewing Defendants' production of documents using the above custodial sources. Moreover, these custodial sources do not in any way modify or limit Defendants' obligations to review and produce all responsive

4

documents maintained in paper form or to produce known responsive ESI not otherwise identified in the agreed-upon custodial sources and search terms.

Sincerely,

*/s/ Christopher T. Cook*

Christopher T. Cook

cc: Jonathan L. Marks
     Michael L. Cardoza
     Anthony M. Juliano
     Keith J. Roberts