*Exhibit 2*



## About

Experienced Marketing Director with a demonstrated history of working in the Medical Practice industry. Graduated from St. John's University.

## Activity



It was a beautiful day in Bayonne for the Italian-American Heritage Day Parade 🇮🇹🎉 —and an…
Liked by Marina Katayeva



💗 The Hudson Regional Health Mammogram-A-thon is here! 💗 All October long, join us in…
Liked by Marina Katayeva

Couldn't be more excited https://lnkd.in/eJK5w2aG

Liked by Marina Katayeva

**Join now to see all activity**

## Experience



**Director Of Business Development**
CitiMed
Mar 2015 - Present · 10 years 9 months

About us – CitiMedical's board-certified physicians and licensed medical staff possess training, credentials and experience unparalleled to any other rehabilitative provider in the industry or in this community.CitiMedical's physicians and licensed medical staff have top-caliber credentials and experience, situating CitiMedical as one of the top providers both in the community and the industry. The facilities offer complete diagnostic and rehabilitative treatment services. The pain management division offers immediate, specialized medical care to help restore proper function quickly.

 Show less



**Business Development Specialist**
Hudson Regional Hospital
Jan 2018 - Present · 7 years 11 months
55 Meadowlands Pkwy, Secaucus, NJ 07094



**Director Of Business Development**
Specialty ASC Solutions.
Jun 2017 - Present · 8 years 6 months
New York, NY, United States

## Education


### St. John's University
Associate's degree · Marketing/Marketing Management, General

2005 - 2007

## Languages

### English
Native or bilingual proficiency

### Russian
Native or bilingual proficiency

### Hebrew
Native or bilingual proficiency

## More activity by Marina

**Lawesome! :-)**
Liked by Marina Katayeva

**EXACTLY!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!**
Liked by Marina Katayeva