*Exhibit 4*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., et al.,<br><br>*Defendants.* | Civil Action No.:<br><br>**1:21-cv-05523-MKB-PK**<br><br><br>**DEFENDANT NJMHMC LLC RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS** |

**TO:** KATTEN MUCHIN ROSENMAN LLP
Christopehr T. Cook, Esq.
50 Rockefeller Plaza
New York, NY 10020
*Attorneys for Plaintiffs*

Defendant NJMHMC LLC. ("Defendant"), by his attorneys, Brach Eichler L.L.C., hereby responds to Plaintiffs' First Set of Document Requests subject to the objections noted below.

**Defendant reserves the right to amend, supplement, and/or modify these responses as discovery continues.**

## DEFINITIONS

1. "NJMHMC LLC" refers to Defendant NJMHMC LLC

2. "Plaintiffs" refers to State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and their property casualty affiliates and subsidiaries,

and any agent, representative, attorney or employee of Plaintiffs, or any successors in interest, assigns, trustees, receivers or administrators, acting on behalf of Plaintiffs.

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

1. Documents reflecting any Medical Service You provided to any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

2. Documents regarding any bill for any Medical Service You provided to any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

3. Your billing data reflecting all services You billed for any Medical Service You provided to any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

4. Documents relating to any practices, protocols, or procedures instituted or maintained by You concerning the provision of Medical Services to Insureds.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

5. Documents sufficient to identify any computer software or program used by You to provide, document, or bill for any Medical Service provided to any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

6. Documents reflecting the education, training, and experience of Your employees who rendered any Medical Service to any Insured, including but not limited to Curriculum Vitae, certifications, and licenses.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

7.  Any agreements with any person who rendered any Medical Service to any Insured for You or on Your behalf.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome. Subject to and notwithstanding the foregoing objections, employment agreements with medical directors are provided at MOSHE_STATEFARM001352-001500, MOSHE_STATEFARM001352-001474, MOSHE_STATEFARM001485-001678, MOSHE_STATEFARM001739-001765, MOSHE_STATEFARM001802-001829, MOSHE_STATEFARM001870-001895, MOSHE_STATEFARM001912-001937, MOSHE_STATEFARM001976-002009, MOSHE_STATEFARM002047-002086, MOSHE_STATEFARM002103-002188, and MOSHE_STATEFARM002201-002335.**

8. Documents sufficient to identify the name, title, and compensation of Your employees and independent contractors.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome. Subject to and notwithstanding the foregoing objections, a list of employees since 2018 has been produced at MOSHE_STATEFARM002377-002444.**

9. Any agreements between or among You and any Defendant(s) or any entity any Defendant owns or controls.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, documents to be produced.**

10. Documents reflecting any Payment between or among You and any Defendant(s) or any entity any Defendant owns or controls, including any invoices or receipts.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that**

**Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

11. Any agreements relating to the use of space, staff, personnel, and/or equipment.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant has produced responsive agreements at MOSHE_STATEFARM001526-001529, MOSHE_STATEFARM001865-001869, MOSHE_STATEFARM001896-001911, MOSHE_STATEFARM002087-002102, MOSHE_STATEFARM002186-002200, MOSHE_STATEFARM002369-002376, MOSHE_STATEFARM002450-002537.**

12. Documents reflecting any Payment for the use of space, staff, personnel, and/or equipment, including any invoices or receipts.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

13. Documents reflecting or relating to information considered in assessing or evaluating the fair market value of space, staff, personnel, and/or equipment.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

14. Your federal and state tax returns, including any W-2s or 1099s issued or received by You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital with hundreds of employees, this request is unreasonable and unduly burdensome.**

15. Documents identifying Your revenue and expenses, including but not limited to Your general ledgers.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, financial statements identifying revenue and expenses from 2018 onwards will be provided.**

16. Documents identifying any person who has or has had any ownership, membership, investment, or other financial interest in You, including Documents reflecting any transfer of such interest.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

17. Any operating agreements, membership or shareholder agreements, stock ledgers, stock certificates, resolutions, minutes, by-laws, letters of resignation, dissolution records, or Schedule K-1s.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, corporate formation documents have been produced at MOSHE_STATEFARM002445-002449 .**

18. Documents relating to any preclearance or prebooking requirements for Patients receiving a procedure at any Yan Moshe Surgical Facility, including Documents relating to any Medical Services ordered, prescribed, recommended, or performed on any Patient as part of any preclearance or prebooking process.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case.**

19. Any agreements between You and any drug testing provider(s) or laboratories who performed any Medical Service for any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request as Defendant does not utilize any third-party drug testing providers or laboratories.**

20. Agreements relating to any Marketing, billing, referral, concierge, or transportation service provided to You or for Your benefit in connection with Medical Services provided to any Patient.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant has produced marketing agreements at MOSHE_STATEFARM001452-001457, MOSHE_STATEFARM001475-001484, MOSHE_STATEFARM001938-001950, and MOSHE_STATEFARM001951-001975.**

21. Documents reflecting any Payments for any Marketing, billing, referral, concierge, or transportation service provided to You or for Your benefit in connection with Medical Services provided to any Patient.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

22. Agreements relating to Funding provided to You by Popular Bank and Cross River Bank.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

23. Documents relating to the referral of any Patient to You or by You for any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that referrals may be noted in patient records and are not tracked. The patient records are in Plaintiff's possession.**

24. Documents relating to the solicitation of any Patient to receive any Medical Service to be performed by You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

25. Personnel and employment files for the following individuals:

   a. Leonid Shapiro, M.D.
   b. Reuven Alon
   c. Marina Kataeva
   d. Michelle Simon
   e. Jaime Martinez
   f. Alkies Lapas, D.O.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that these personnel files are already within the Plaintiff's possession.**

26. Documents reflecting any disclosure provided to any Patient referred to You or by You regarding any financial arrangement, ownership interest, or familial relationship.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Furthermore, given that Defendant is an acute care hospital providing services to hundreds of patients daily, this request is unreasonable and unduly burdensome.**

27. Documents relating to any violation of public health laws or regulations by any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

28. Documents reflecting any audits or appraisals for property secured with assets held by You or on Your behalf.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

29. Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery**

**as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

30. Communications reflecting or relating to:

    a. any agreements between or among any Defendant(s) or any entity any Defendant owns or controls;

    b. any Payment to or from any Defendant or any entity any Defendant owns or controls;

    c. Medical Services provided to any Patient;

    d. audits or appraisals for property secured with assets held by You or on Your behalf;

    e. any practices, protocols, or procedures regularly followed by You when providing Medical Services to Insureds;

    f. any Marketing, billing, scheduling, referral, concierge, or transportation service provided to You or for Your benefit in connection with Medical Services provided to any Patient;

    g. any solicitation or referral of any Patient;

    h. Your employment of Leonid Shapiro and any work he performed for You;

    i. Your employment of Reuven Alon and any work he performed for You;

    j. Your employment of Marina Kataeva and any work she performed for You;

    k. services rendered to You by Vadim Dolsky or entities owned by him, including but not limited to Five Star Services Inc., Emed Pharmacy Corp., and AV Chemists LLC;

    l. any drug testing provider(s) or laboratories who provide any Medical Service to any Insured;

    m. Beshert Corporation or the Beshert Network;

    n. any preclearance or prebooking requirements for Patients receiving a procedure at any ambulatory surgery center, including at any Yan Moshe Surgical Facility;

    o.  transportation provided to any Patient and the providers of transportation services to any Patient;

    p.  any violation of public health laws or regulations by any Defendant;

    q.  any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant, including Communications with any professional association, law enforcement, or local, state, or federal agency; and

    r.  any of the following persons for any business purpose:

        i. any Defendant
        ii. Marina Katayeva
        iii. Michelle Simon
        iv. Jaime Martinez
        v. Contemporary Diagnostic Imaging LLC and any of its representatives
        vi. David Shimunov (a/k/a Dimitry Shimanov)
        vii. Dmitry Ivanov ski
        viii. iNJured Magazine LLC
        ix. Arthur Bogoraz
        x. Bradley Pierre
        xi. Anthony Rose, Sr.
        xii. Anthony Rose, Jr.
        xiii. Nathaniel Coles
        xiv. Peter Khaim
        xv. Roman Israilov
        xvi. Aleksandr Gulkarov
        xvii. Anthony DiPietro

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.**

    31.  Documents identified in Your Rule 26(a)(1) disclosures.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case. Subject to and without**

**waiving the foregoing objections, documents to be provided.**

32. Documents identified in or supporting Your responses to Plaintiffs' First Set of Interrogatories.

**RESPONSE: Defendant will provide the documents identified in Defendant's responses to Plaintiff's First Set of Interrogatories.**

33. Documents relating to any testifying experts with whom You or Your counsel have retained in connection with this case, including without limitation:

   a. a current resume or Curriculum Vitae of the expert;

   b. promotional material or brochures regarding the expert;

   c. Documents and tangible things that have been made or prepared by the expert in any way relating to this litigation, including without limitation summaries, drafts, draft reports, affidavits, analyses, memoranda, notes, calculations, charts, or spreadsheets;

   d. Documents and tangible things that have been made available to, relied upon or used by the expert in connection with this case;

   e. letters and correspondence between You or Your agent and any person who may be called as an expert witness;

   f. copies of publications authorized by the expert;

   g. copies of transcripts of prior testimony by the expert at either a deposition or trial; and

   h. a written report prepared and signed by the expert which contains:

      ii. a complete statement of any opinions to be expressed;

      iii. the basis and reasons for each opinion to be expressed;

    iv.  the data and other information considered in forming the opinion;

    v.  exhibits to be used or summarized in support of the opinion; and

    vi.  Documents relied upon or used in formulating the opinion which the expert received or obtained from any source.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is premature, as Defendant has not yet retained an expert in this matter. Defendant reserves the right to supplement this response.**

34.    Documents and Communications on which You intend to use, rely upon, or introduce as evidence at trial or might use, rely upon, or introduce as evidence at trial.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Defendant further objects as this calls for trial strategy.**

35.    Documents and Communications You intend to or might rely upon to support each affirmative defense You assert in this litigation

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**