*Exhibit 5*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., et al.,<br><br>*Defendants*. | Civil Action No.:<br><br>**1:21-cv-05523-MKB-PK**<br><br><br>**DEFENDANT CITIMED SURGERY CENTER LLC RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS** |

**TO: KATTEN MUCHIN ROSENMAN LLP**

Christopher T. Cook, Esq.
50 Rockefeller Plaza
New York, NY 10020
*Attorneys for Plaintiffs*

Defendant CITIMED SURGERY CENTER LLC ("Defendant"), by his attorneys, Brach Eichler L.L.C., hereby responds to Plaintiffs' First Set of Document Requests subject to the objections noted below.

**Defendant reserves the right to amend, supplement, and/or modify these responses as discovery continues.**

**DEFINITIONS**

1. "Citimed Surgery Center LLC" refers to Defendant Citimed Surgery Center LLC

2. "Plaintiffs" refers to State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and their property casualty affiliates and subsidiaries, and any agent,

representative, attorney or employee of Plaintiffs, or any successors in interest, assigns, trustees, receivers or administrators, acting on behalf of Plaintiffs.

## **RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

1. Documents reflecting any Medical Service You provided to any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

2. Documents regarding any bill for any Medical Service You provided to any Insured.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

3. Your billing data reflecting all services You billed.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

4. Documents relating to any practices, protocols, or procedures instituted or maintained by You concerning the provision of Medical Services to Patients.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without**

**waiving the foregoing objections, Defendant will provide policy handbooks for Citimed Surgery Center.**

5. Documents sufficient to identify any computer software or program used by You to provide, document, or bill for any Medical Service, including but not limited to Greenbills.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

6. Documents reflecting the education, training, and experience of employees who have rendered or supervised Medical Services for any Insured, including but not limited to Curriculum Vitae, certifications, and licenses.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

7. Any agreements with any person who rendered any Medical Service for You or on Your behalf.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

8. Documents sufficient to identify the name, title, and compensation of Your employees and independent contractors.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce a list of employees for the last seven years.**

9. Any agreements between or among You and any Defendant(s) or any entity any Defendant owns or controls.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

10. Documents reflecting any Payment between or among You and any Defendant(s) or any entity any Defendant owns or controls, including any invoices or receipts.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.

11. Any agreements relating to the use of space, staff, personnel, and/or equipment.

**RESPONSE:** Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.

12. Documents reflecting any Payment for the use of space, staff, personnel, and/or equipment, including any invoices or receipts.

**RESPONSE:** Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.

13. Documents reflecting or relating to information considered in assessing or evaluating the fair market value of space, staff, personnel, and/or equipment.

**RESPONSE:** Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.

14. Documents reflecting any Payment made pursuant to any lease or verbal agreement with 313 43 Realty Holdings LLC or any Citimed Entity, including but not limited to any Payment for Additional Rent.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

15. Your federal and state tax returns, including any W-2s or 1099s issued or received by You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce W-2s and 1099s.**

16. Documents identifying Your revenue and expenses, including but not limited to Your general ledgers.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce general ledgers.**

17. Documents identifying any person who has or has had any ownership, membership, investment, or other financial interest in You, including Documents reflecting any transfer of such interest.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, corporate formation documents will be produced.**

18. Any operating agreements, membership or shareholder agreements, stock ledgers, stock certificates, resolutions, minutes, by-laws, letters of resignation, dissolution records, or Schedule K-1s.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, corporate formation documents will be provided.**

19. Documents reflecting or relating to Yan Moshe's role in Your establishment and licensure to operate as an ambulatory surgery center.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the request is unclear as to Mr. Moshe's "role."**

20. Documents reflecting or relating to Yan Moshe's acquisition of Your member shares.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

21. Documents reflecting or relating to regulatory filings submitted to any governmental body by Yan Moshe regarding his acquisition of Your member shares.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

22. Documents reflecting or relating to Yan Moshe's acquisition of the real property or land at 165th Street in Jamaica, NY.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

23. Documents relating to any preclearance or prebooking requirements for Patients receiving a procedure at Your facility, including Documents relating to any Medical Services

ordered, prescribed, recommended, or performed on any Patients as part of any preclearance or prebooking process.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

24. Any agreements between You and any anesthesia provider(s).

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, any agreements in Defendant's control or possession will be provided.**

25. Any agreements between You and any drug testing provider(s) or laboratories.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, any agreements in Defendant's control or possession will be provided.**

26. Any agreements relating to any Marketing, billing, accounting, tax, bookkeeping, scheduling, referral, concierge, transcription, or transportation service provided to You or for Your benefit.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, documents will be produced.**

27.    Documents reflecting any Payments for any Marketing, billing, tax, accounting, bookkeeping, scheduling, referral, concierge, transcription, or transportation service provided to You or for Your benefit.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, documents will be produced.**

28.    Documents relating to Beshert Corporation or the Beshert Network, including agreements, Payments, Documents identifying members, Documents reflecting member's rights, benefits and obligations, and Documents relating to or reflecting services provided by or to You.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.  Subject to these objections, documents will be produced.**

29.    Any agreements relating to any Funding provided to You or for Your benefit.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.**

30. Documents reflecting any Payments for any Funding provided to You or for Your benefit.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

31. Documents reflecting any attempt by You to obtain Funding from any bank or lending institution, regardless of whether the Funding was approved or issued.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

32. Documents reflecting or relating to information considered in assessing or evaluating the fair market value of any Funding provided to You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

33. Personnel and employment files for any person who has served as Your medical director.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

34. Documents reflecting any choice You provided to Patients as to whether they would receive sedation during any Medical Service You would perform.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

35. Documents relating to the referral of any Patient to You or by You for any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, no such documents exist.**

36. Documents relating to the solicitation of any Patient to receive any Medical Service to be performed by You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, no such documents exist.**

37. Documents reflecting any disclosure provided to any individual referred to You or by You regarding any financial arrangement, ownership interest, or familial relationship.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.

38. Documents relating to the referral of any licensed health care practitioner to You or by You for potential employment.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, no such documents exist.**

39. Documents relating to any violation of public health laws or regulations by any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

40. Documents relating to or reflecting the pledging, assignment, or use of Your assets as security or collateral for any Funding.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

41. Documents reflecting any audits or appraisals for property secured with assets held by You or on Your behalf.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.**

42. Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant.

**RESPONSE:  Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint.  In addition, the discovery requested is not proportional to the needs of the case.**

43. Communications reflecting or relating to:

   a. any agreements between or among any Defendant(s) or any entity any Defendant owns or controls;

   b. any Payment to or from any Defendant or any entity any Defendant owns or controls;

   c. any Payment for Additional Rent;

   d. Yan Moshe's acquisition of Your member shares;

   e. regulatory filings submitted to any governmental body by Yan Moshe regarding his acquisition of Your member shares;

   f. Yan Mo she's acquisition of the real property or land at 313 43rd Street, Brooklyn, NY 11232;

   g. Medical Services provided to any Insured;

   h. audits or appraisals for property secured with assets held by You or on Your behalf;

i. the pledging, assignment, or use of Your assets as security or collateral for any Funding;

j. Funding;

k. any practices, protocols, or procedures regularly followed by You when providing Medical Services to Patients;

l. any Marketing, billing, scheduling, referral, concierge, transcription, or transportation service;

m. the creation or modification of forms used to memorialize, record, prescribe, or order any Medical Service for any Patient;

n. any solicitation or referral of any Patient;

o. the referral of any licensed health care practitioner to You or by You for employment;

p. any drug testing provider(s) or laboratories;

q. Beshert Corporation or the Beshert Network;

r. any work Leonid Shapiro performed for You;

s. any preclearance or prebooking requirements for Patients receiving a procedure at Your facility;

t. transportation provided to any Patient and the providers of transportation services to any Patient;

u. any violation of public health laws or regulations by any Defendant;

v. any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant, including Communications with any professional association, law enforcement, or local, state, or federal agency;

w. any assessment or evaluation of the fair market value of space, staff, personnel, and/or equipment; and

x. any of the following persons for any business purpose:
   i. any Defendant
   ii. Marina Katayeva
   iii. Michelle Simon
   iv. Jaime Martinez

   v. Dmitry Ivanovski

   vi. iNJured Magazine LLC

   vii. David Shimunov (a/k/a Dimitry Shimanov)

   viii. Peter Khaim

   ix. Roman Israilov

   x. Aleksandr Gulkarov

   xi. Anthony DiPietro

   xii. Arthur Bogoraz

   xiii. Bradley Pierre

   xiv. Jelani Wray

   xv. Anthony Rose, Sr.

   xvi. Anthony Rose, Jr.

   xvii. Nathaniel Coles

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

44. Documents identified in Your Rule 26(a)(1) disclosures.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be produced.**

45. Documents identified in or supporting Your responses to Plaintiffs' First Set of Interrogatories.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be provided.**

46.  Documents relating to any testifying experts with whom You or Your counsel have retained in connection with this case, including without limitation:

   a. a current resume or Curriculum Vitae of the expert;

   b. promotional material or brochures regarding the expert;

   c. Documents and tangible things that have been made or prepared by the expert in any way relating to this litigation, including without limitation summaries, drafts, draft reports, affidavits, analyses, memoranda, notes, calculations, charts, or spreadsheets;

   d. Documents and tangible things that have been made available to, relied upon or used by the expert in connection with this case;

   e. letters and correspondence between You or Your agent and any person who may be called as an expert witness;

   f. copies of publications authorized by the expert;

   g. copies of transcripts of prior testimony by the expert at either a deposition or trial; and

   h. a written report prepared and signed by the expert which contains:

   xviii. a complete statement of any opinions to be expressed;

   xix. the basis and reasons for each opinion to be expressed;

   xx. the data and other information considered in forming the opinion;

   xxi. exhibits to be used or summarized in support of the opinion; and

   xxii. Documents relied upon or used in formulating the opinion which the expert received or obtained from any source.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case. Subject to these objections, documents will be provided when available.**

47. Documents and Communications on which You intend to use, rely upon, or introduce as evidence at trial or might use, rely upon, or introduce as evidence at trial.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Defendant further objects that this constitutes trial strategy.**

48. Documents and Communications You intend to or might rely upon to support any affirmative defense You assert in this litigation.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be produced.**