*Exhibit 7*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., et al.,<br><br>*Defendants.* | Civil Action No.:<br><br>**1:21-cv-05523-MKB-PK**<br><br><br>**DEFENDANT STAR SOLUTION SERVICES INC. RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS** |

**TO: KATTEN MUCHIN ROSENMAN LLP**

  Christopher T. Cook, Esq.
  50 Rockefeller Plaza
  New York, NY 10020
  *Attorneys for Plaintiffs*

Defendant Star Solution Services Inc. ("Defendant"), by his attorneys, Brach Eichler L.L.C., hereby responds to Plaintiffs' First Set of Document Requests subject to the objections noted below.

**Defendant reserves the right to amend, supplement, and/or modify these responses as discovery continues.**

## DEFINITIONS

1. "STAR SOLUTION SERVICES INC." refers to Defendant STAR SOLUTION SERVICES INC.

2. "Plaintiffs" refers to State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and their property casualty affiliates and subsidiaries, and any agent, representative, attorney or employee of Plaintiffs, or any successors in interest, assigns, trustees, receivers or administrators, acting on behalf of Plaintiffs.

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

1. Documents sufficient to identify any entity to which You have rendered any business service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

2. Billing data reflecting all services billed by any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

3. Documents sufficient to identify any computer software or program used by You to provide, document, or bill for any Medical Service, including but not limited to Greenbills.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

4. Any agreement between or among You and any Defendant or any entity owned by a Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

5. Any Payments You made to or received from any Defendant or any entity owned by a Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

6. Any agreement relating to Your and/or any Defendant's use of space, staff, personnel, and/or equipment.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

7. Documents reflecting any Payment for Your and/or any Defendant's use of space, staff, personnel, and/or equipment, including any invoices or receipts.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

8. As to any agreement identified in response to Request No. 6, Documents reflecting or relating to information considered by You in assessing or evaluating the fair market value of space, staff, personnel, and/or equipment.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, no documents exist.**

9. Documents relating to any Payment made pursuant to any lease or verbal agreement with any of the following entities, including but not limited to any Payment for Additional Rent:

   a. 1963 Concourse Holdings, LLC
   b. 6336 Holdings, LLC
   c. 9901 Holdings LLC
   d. 1010 N. Broadway Holdings LLC
   e. 92-20 165 Holdings LLC
   f. 6555 Woodhaven Realty LLC
   g. 55 Greene Ave LLC
   h. 910 East Gun Hill Holdings LLC
   i. 313 43 Realty Holdings LLC
   j. 321 Essex Holding LLC
   k. 190 Midland Ave Realty Holdings LLC
   l. 190 Midland Holdings LLC

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

10. Any agreement relating to any Marketing, billing, scheduling, referral, concierge, transcription, or transportation service provided to You or for the benefit of any Defendant or any entity owned by a Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition,**

**the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

11. Documents reflecting any Payment for any Marketing, billing, scheduling, referral, concierge, transcription, or transportation service provided to You or for the benefit of any Defendant, including any invoices or receipts.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

12. Documents reflecting (a) Communications with; (b) Payments to or from; or (c) contractual relationships, financial arrangements, leases or other business relationships with any of the following:

   a. Med Capital LLC
   b. Haga Group Corp.
   c. Five Star Services Inc.
   d. Hudson Revenue Cycle Specialists Inc.
   e. PPG National Marketing Inc.
   f. Physician Consultants of NY, Inc.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Defendant previously produced this information to Plaintiff in response to a non-party subpoena, at STARSOL_0000254-0000257, STARSOL_0000339-0000342, STARSOL_0000481-0000482, STARSOL_0000541-0000542,**

**STARSOL_0000614-0000619, STARSOL_0000680-0000688, and STARSOL_0000776-0000783.**

13. Documents sufficient to identify the individual or entity holding the bank account ending in -6878, which paid You more than $2.55 million between May 2020 and August 2022 through direct cash management transfers.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

14. Documents sufficient to identify the individual or entity holding the bank account ending in -0837, which paid You more than $2 million between August 2018 and August 2022 through direct cash management transfers.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

15. Documents sufficient to identify the individual or entity holding the bank account ending in -6993, which paid You more than $850,000 between December 2021 and August 2022 through direct cash management transfers.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

16. Documents sufficient to identify the individual or entity holding the below referenced bank accounts or, where the account or payee is identified as "Unknown," the individual or entity with whom You engaged in the identified transaction:

| Date | Amount | Payor & Bank | Payee |
|---|---|---|---|
| 12/17/2021 | $40,000 | Acct. Ending in -9597 | Star Solution |
| 12/17/2021 | $50,000 | Acct. Ending in -8440 | Star Solution |
| 12/17/2021 | $200,000.00 | Unknown | Star Solution |
| 12/17/2021 | $180,000.00 | Unknown | Star Solution |
| 12/17/2021 | $140,000.00 | Unknown | Star Solution |
| 12/17/2021 | $75,000.00 | Unknown | Star Solution |
| 12/17/2021 | $35,000.00 | Unknown | Star Solution |
| 12/17/2021 | $18,000.00 | Unknown | Star Solution |
| 12/21/201 | $50,000 | Acct. Ending in -7074 | Star Solution |
| 12/27/2021 | $25,000 | Acct. Ending in -7512 | Star Solution |
| 12/27/2021 | $50,000 | Acct. Ending in -7889 | Star Solution |
| 12/27/2021 | $56,854.41 | Acct. Ending in -7889 | Star Solution |
| 12/27/2021 | $85,000 | Acct. Ending in -2207 | Star Solution |
| 12/30/2021 | $55,000 | Acct. Ending in -9923 | Star Solution |
| 12/30/2021 | $120,000 | Acct. Ending in -6704 | Star Solution |
| 12/31/2021 | $1,150,000 | Acct. Ending in -0837 | Star Solution |
| 1/19/2021 | $100,000 | Star Solution | Unknown |
| 1/19/2022 | $1,420,000 | Star Solution | Unknown |

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

17. Documents relating to the referral or solicitation of any Patient to or by any Defendant for any Medical Service.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, no such documents exist.**

18. Your federal and state tax returns, including any W-2s or 1099s issued or received by You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, employee records will be provided.**

19. Documents identifying Your revenue and expenses, including but not limited to Your general ledgers.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, general ledgers will be provided.**

20. Documents identifying any person who has or has had any ownership, membership, investment, or other financial interest in You, including Documents reflecting any transfer of such interest.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and notwithstanding the foregoing objections, Yan Moshe is the sole owner of Defendant. Documents to be provided.**

21. Any operating agreements, membership or shareholder agreements, stock ledgers, stock certificates, resolutions, minutes, by-laws, letters of resignation, dissolution records, or Schedule K-1s.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce corporate formation documents for Star Solutions.**

22. Documents relating to any preclearance or prebooking requirements for Patients receiving a procedure at any Yan Moshe Surgical Facility, including Documents relating to any Medical Services ordered, prescribed, recommended, or performed on any Patient as part of any preclearance or prebooking process.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

23. Documents sufficient to identify the name, title, and compensation of Your employees and independent contractors.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will provide a list of employees at Star Solutions.**

24. Documents relating to Beshert Corporation or the Beshert Network, including agreements, Payments, Documents identifying members, Documents reflecting member's rights, benefits and obligations, and Documents relating to or reflecting services provided by or to You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

25. Any agreements relating to any Funding provided to You or for Your benefit.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

26. Documents reflecting any Payments for any Funding provided to You or for Your benefit.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

27. Documents reflecting any attempt by You to obtain Funding from any bank or lending institution, regardless of whether the Funding was approved or issued.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

28. Documents reflecting or relating to information considered in assessing or evaluating the fair market value of any Funding provided to You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

29. Personnel and employment files for the following individuals:

   a. Marina Kataeva
   b. Michelle Simon
   c. Tatiana Rabinovich
   d. Stanislav Lentsi

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

30. Documents relating to or reflecting the pledging, assignment, or use of Your assets as security or collateral for any Funding.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without**

waiving the foregoing objections, Defendant states that there are no documents responsive to this request.

31. Documents relating to any violation of public health laws or regulations by any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

32. Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

33. Documents and Communications reflecting any audits, appraisals, or audits for property secured with assets held by You.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request.**

34. Communications reflecting or relating to:

a. any agreements between or among any Defendant(s) or any entity any Defendant owns or controls;

b. any Payment to or from any Defendant or any entity any Defendant owns or controls;

c. any Payment for Additional Rent;

d. the pledging, assignment, or use of Your assets as security or collateral for any Funding;

e. any audits or appraisals for property secured with assets held by You or on Your behalf;

f. Medical Services provided to any Insured;

g. Funding;

h. any practices, protocols, or procedures regularly followed by You when providing Medical Services to Patients;

i. any Marketing, billing, scheduling, referral, concierge, transcription, or transportation service;

j. the creation or modification of forms used to memorialize, record, prescribe, or order any Medical Service for any Patient;

k. any solicitation or referral of any Patient;

l. any drug testing provider(s) or laboratories;

m. Beshert Corporation or the Beshert Network;

n. any work You performed for Yan Moshe, including any Yan Moshe Surgical Facility and any other entity Yan Moshe owns or controls;

o. any preclearance or prebooking requirements for Patients receiving a procedure at any ambulatory surgery center, including at any Yan Moshe Surgical Facility;

p. transportation provided to any Patient and the providers of transportation services to any Patient;

q. any violation of public health laws or regulations by any Defendant;

r. any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant, including Communications with any professional association, law enforcement, or local, state, or federal agency;

    s.  any assessment or evaluation of the fair market value of space, staff, personnel, and/or equipment; and

    t.  any of the following persons for any business purpose:
- i. any Defendant
- ii. Marina Katayeva
- iii. Michelle Simon
- iv. Jaime Martinez
- v. Complete Radiology Reading Service LLC and any of its representatives
- vi. Contemporary Diagnostic Imaging LLC and any of its representatives
- vii. David Shimunov (a/k/a Dimitry Shimanov)
- viii. Dmitry Ivanovski
- ix. iNJured Magazine LLC
- x. Arthur Bogoraz
- xi. Bradley Pierre
- xii. Anthony Rose, Sr.
- xiii. Anthony Rose, Jr.
- xiv. Nathaniel Coles
- xv. Peter Khaim
- xvi. Roman Israilov
- xvii. Aleksandr Gulkarov
- xviii. Anthony DiPietro
- xix. Jelani Wray

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case.**

35.    Documents identified in Your Rule 26(a)(1) disclosures.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to these objections, documents to be provided.**

36. Documents identified in or supporting Your responses to Plaintiffs' First Set of Interrogatories.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendant will produce these documents.**

37. Documents relating to any testifying experts with whom You or Your counsel have retained in connection with this case, including without limitation:

   a. a current resume or Curriculum Vitae of the expert;

   b. promotional material or brochures regarding the expert;

   c. Documents and tangible things that have been made or prepared by the expert in any way relating to this litigation, including without limitation summaries, drafts, draft reports, affidavits, analyses, memoranda, notes, calculations, charts, or spreadsheets;

   d. Documents and tangible things that have been made available to, relied upon or used by the expert in connection with this case;

   e. letters and correspondence between You or Your agent and any person who may be called as an expert witness;

   f. copies of publications authorized by the expert;

   g. copies of transcripts of prior testimony by the expert at either a deposition or trial; and

   h. a written report prepared and signed by the expert which contains:

      i. a complete statement of any opinions to be expressed;

      ii. the basis and reasons for each opinion to be expressed;

      iii. the data and other information considered in forming the opinion;

      iv. exhibits to be used or summarized in support of the opinion; and

    v. Documents relied upon or used in formulating the opinion which the expert received or obtained from any source.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Further, this request is premature, as Defendant has not yet retained an expert in this matter. Subject to and without waiving the foregoing objections, Defendant states that there are no documents responsive to this request. Defendant reserves the right to supplement this response as discovery continues.**

  38. Documents and Communications on which You intend to use, rely upon, or introduce as evidence at trial or might use, rely upon, or introduce as evidence at trial.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Defendant further objects as this calls for trial strategy. Defendant reserves the right to supplement this response as discovery continues.**

  39. Documents and Communications You intend to or might rely upon to support each affirmative defense You assert in this litigation.

**RESPONSE: Objection, the information requested is outside the scope of relevant discovery as per F.R.C.P. 26(b)(1), as it concerns the issues pled in Plaintiff's Complaint. In addition, the discovery requested is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, documents to be produced.**