*Exhibit 9*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY,<br><br> *Plaintiffs,*<br><br>v.<br><br>METRO PAIN SPECIALISTS P.C., et al.,<br><br> *Defendants*. | Docket No.: **1:21-cv-05523-MKB-PK** |

**DEFENDANT HACKENSACK SPECIALTY ASC LLC'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT DEMANDS**

Defendant, HACKENSACK SPECIALTY ASC LLC (hereinafter, "Defendant") by and through its attorneys, Brach Eichler, LLC, provides the following amended responses to Plaintiffs' First Set of Document Demands as follows:

**AMENDED RESPONSES TO DOCUMENT DEMANDS**

**Request No. 1:**
Documents reflecting any Medical Service You provided to any Insured.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant further object to this request as vague and ambiguous to the extent that Plaintiffs fail to define "reflecting" and therefore it is unclear specifically what documents Plaintiffs are seeking. Finally, Defendant objects to this request as it seeks documents that are readily obtainable from within Plaintiffs' own knowledge or possession and would be unduly burdensome to produce all patient records from the past 10 years. Defendant requests that Plaintiff narrow or specify the claims and/or patients they seek records of that are not within Plaintiffs' possession, upon which responsive documents will be provided.

**Request No. 2:**
Documents regarding any bill for any Medical Service You provided to any Insured

**Response:**
Defendant refers Plaintiffs to Response #1.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 3:**
Your billing data reflecting all services You billed.

**Response:**
Defendant refers Plaintiffs to Response #1.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 4:**
Documents relating to any practices, protocols, or procedures instituted or maintained by You concerning the provision of Medical Services to Patients.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant further objects to this request as overly broad and unduly burdensome to the extent that it fails to define "practices, protocols, or procedures" and therefore it is unclear specifically what documents Plaintiffs are seeking. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00137-616 and M01101-01145.

**Request No. 5:**
Documents sufficient to identify any computer software or program used by You to provide, document, or bill for any Medical Service, including but not limited to Greenbills.

**Response:**
Defendant object to this request as overly broad, vague, and ambiguous in the use of the phrase "sufficient to identify" and therefore it is unclear specifically what documents Plaintiffs are seeking. Subject to and notwithstanding the aforementioned objection, Defendant refers Plaintiffs to Documents bates numbered M00098-00108.

**Request No. 6:**

2

Documents reflecting the education, training, and experience of Your employees who rendered any Medical Service to any Insured, including but not limited to Curriculum Vitae, certifications, and licenses.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant object to this request as overly broad, unduly burdensome, vague, and ambiguous, as it seeks all employment records for the last 10 years which are vast in number. Subject to and notwithstanding the aforementioned objects, Defendant states that responsive documents will be provided if Plaintiffs identify and/or specify the list of employees whose records are being sought.

**Request No. 7:**
Any agreements with any person who rendered any Medical Service for You or on Your behalf.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant object to this request as overly broad, unduly burdensome, vague, and ambiguous, as it seeks all employment records for the last 10 years which are vast in number. Subject to and notwithstanding the aforementioned objects, Defendant states that responsive documents will be provided if Plaintiffs identify and/or specify the list of employees whose records are being sought.

> This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 8:**
Any agreements between or among You and any Defendant(s) or any entity any Defendant owns or controls.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant object to this request as overly broad, unduly burdensome, vague, and ambiguous, as it seeks all employment records for the last 10 years which are vast in number. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE.

> This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 9:**
Documents reflecting any Payment between or among You and any Defendant(s) or any entity any Defendant owns or controls, including any invoices or receipts.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant object to this request as overly broad, unduly burdensome, vague, and ambiguous, as it seeks all employment records for the last 10 years which are vast in number. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE.

**Request No. 10:**
Any agreements relating to the use of space, staff, personnel, and/or equipment.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant object to this request as vague and ambiguous as Plaintiffs fail to define the extent to which corporate documents can exist between two parties. Defendant refers Plaintiffs to Documents bates numbered M00109-00136.

**Request No. 11:**
Documents reflecting any Payment for the use of space, staff, personnel, and/or equipment, including any invoices or receipts.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states that Defendant has produced P&L statements and payroll records indicating these expenses. Defendant reserves the right to supplement this response if additional documents are discovered.

**Request No. 12:**
Documents reflecting or relating to information considered in assessing or evaluating the fair market value of space, staff, personnel, and/or equipment.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE.

**Request No. 13:**
Your federal and state tax returns, including any W-2s or 1099s issued or received by You.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states that responsive documents are still being gathered and will be produced under a separate cover.

> This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 14:**
Documents identifying Your revenue and expenses, including but not limited to Your general ledgers.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states that responsive documents are still being gathered and will be produced under a separate cover.

> This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 15:**
Documents identifying any person who has or has had any ownership, membership, investment, or other financial interest in You.

**Response:**
Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00067-00079.

**Request No. 16:**
Any operating agreements, membership or shareholder agreements, stock ledgers, stock certificates, resolutions, minutes, by-laws, letters of resignation, dissolution records, Schedule K-1s, and Documents reflecting the transfer of any interest in You.

**Response:**
Defendant refers Plaintiffs to Response #15.

> This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 17:**
Documents relating to any preclearance or prebooking requirements for individuals receiving a procedure at any Yan Moshe Surgical Facility, including Documents relating to any Medical Services ordered, prescribed, recommended, or performed on any individuals as part of any preclearance or prebooking process.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE

**Request No. 18:**
Documents constituting or reflecting any work Leonid Shapiro performed as medical director.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00008-00014.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 19:**
Documents sufficient to identify the dates and times Leonid Shapiro was physically present in the capacity of a medical director.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00007-00014.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 20:**
Any agreements between You and any anesthesia provider(s).

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states that responsive documents are being gathered and will be provided as they are discovered.

**Request No. 21:**
Any agreements between You and any drug testing provider(s) or laboratories.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned

objections, Defendant states that responsive documents are being gathered and will be provided as they are discovered.

**Request No. 22:**
Any agreements relating to any Marketing, billing, accounting, tax, bookkeeping, scheduling, referral, concierge, or transportation service provided to You or for Your benefit.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00014-00024.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 23:**
Documents reflecting any Payments for any Marketing, billing, tax, accounting, bookkeeping, scheduling, referral, concierge, or transportation service provided to You or for Your benefit.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states that responsive documents are being gathered and will be provided as they are discovered.

**Request No. 24:**
Documents relating to Beshert Corporation or the Beshert Network, including agreements, Payments, Documents identifying members, Documents reflecting member's rights, benefits and obligations, and Documents relating to or reflecting services provided by or to You.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is

8

not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant refers Plaintiffs to Documents bates numbered M00442-00443.

**Request No. 25:**
Any agreements relating to any Funding provided to You or for Your benefit.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states: NONE

**Request No. 26:**
Documents reflecting any Payments for any Funding provided to You or for Your benefit.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states: NONE

**Request No. 27:**
Documents reflecting any attempt by You to obtain Funding from any bank or lending institution, regardless of whether the Funding was approved or issued.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states: NONE

**Request No. 28:**
Documents reflecting or relating to information considered in assessing or evaluating the fair market value of any Funding provided to You.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states: NONE

**Request No. 29:**
Documents relating to One of Kind Transportation Inc and All Points Transportation Group, Inc., including agreements, Payments, and Documents relating to or reflecting services provided by or to You.

**Response:**
Defendant objects to this request as overly broad to the extent it seeks information from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant objects to this request as overly broad and unduly burdensome to the extent that it seeks information that is not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objections, Defendant states: NONE

**Request No. 30:**
Personnel and employment files for the following individuals:

   a. Leonid Shapiro, M.D.
   b. Regina Moshe, M.D.
   c. Marina Kataeva
   d. Reuven Alon
   e. Vadim Dolsky (a/k/a Vadim Eugene Dolgopolsky)
   f. Alan Rothpearl, M.D.
   g. Alkies Lapas, D.O.
   h. Any person who has served as medical director

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Defendant also objects to this request as it seeks records related to third parties and/or co-defendants that Defendant does not have access to. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00008-00014 and 00025-62.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 31:**
Documents reflecting any choice You provided to Patients as to whether they would receive sedation during any Medical Service You would perform.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00063.

**Request No. 32:**
Documents relating to the referral of any Patient to You or by You for any Medical Service.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE

**Request No. 33:**
Documents relating to the solicitation of any Patient to receive any Medical Service to be performed by You.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE

**Request No. 34:**
Documents reflecting any disclosure provided to any individual referred to You or by You regarding any financial arrangement, ownership interest, or familial relationship.

11

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Documents bates numbered M00064-00066.

**Request No. 35:**
Documents relating to the referral of any licensed health care practitioner to You or by You for potential employment

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE

**Request No. 36:**
Documents relating to any violation of public health laws or regulations by any Defendant.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE

**Request No. 37:**
Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant states: NONE

**Request No. 38:**
Communications reflecting and relating to
  a. any agreements between or among any Defendant(s);
  b. any Payment to or from any Defendant;
  c. Medical Services provided to any Insureds
  d. Funding for any business purpose;
  e. any practices, protocols, or procedures regularly followed by Columbus Imaging Center LLC or Medaid Radiology LLC when providing Medical Services;
  f. any Marketing, billing, scheduling, referral, concierge, or transportation service provided to Columbus Imaging Center LLC or Medaid Radiology LLC;
  g. the creation or modification of forms used to memorialize, record, prescribe, or order any Medical Service for any Patient;
  h. any solicitation or referral of any Patient;
  i. the referral of any licensed health care practitioner to Columbus Imaging Center LLC or Medaid Radiology LLC for employment;
  j. the status of any licensed health care practitioner working for Columbus Imaging Center LLC or Medaid Radiology LLC as an employee or independent contractor;
  k. the conditions under which any licensed health care practitioner working for Columbus Imaging Center LLC or Medaid Radiology LLC would perform their work;
  l. Beshert Corporation or the Beshert Network;
  m. any work You performed for Yan Moshe, including any entity Yan Moshe owns or controls or any Yan Moshe Surgical Facility;

  n. any preclearance or prebooking requirements for individuals receiving a procedure at any ambulatory surgery center, including at any Yan Moshe Surgical Facility;
  o. any work You performed for Leonid Shapiro or any entity Leonid Shapiro owns or controls;
  p. any work You performed for Regina Moshe or any entity Regina Moshe owns or controls;
  q. transportation provided to any individual receiving any Medical Service from Columbus Imaging Center LLC or Medaid Radiology LLC and the providers of transportation services to any Patient;
  r. any violation of public health laws or regulations by any Defendant;
  s. any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant, including Communications with any professional association, law enforcement, or local, state, or federal agency;
  t. any assessment or evaluation of the fair market value of space, staff, personnel, and/or equipment to be used to provide any Medical Service; and
  u. any of the following individuals for any business purpose:
     i. any Defendant
     ii. Arthur Bogoraz
     iii. Bradley Pierre
     iv. Anthony Rose, Sr.
     v. Anthony Rose, Jr.
     vi. Nathaniel Coles
     vii. Peter Khaim
     viii. Roman Israilov

13

ix. Aleksandr Gulkarov
x. Anthony DiPietro
xi. Marina Katayeva
xii. Beshert Corp. and any of its representatives
xiii. Complete Radiology Reading Service LLC and any of its representatives
xiv. Contemporary Diagnostic Imaging LLC and any of its representatives
xv. David Shimunov (a/k/a Dimitry Shimanov)
xvi. Vadim Dolsky (a/k/a Vadim Eugene Dolgopolsky)
xvii. Dmitry Ivanovski
xviii. NJured Magazine LLC

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Responses #1-32.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 39:**
Documents identified in Your Rule 26(a)(1) disclosures.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant shall produce documents identified in Defendant's responses to Plaintiff's Rule 26 disclosures under separate cover. Defendant reserves the right to supplement this response.

**Request No. 40:**
Documents identified in or supporting Your responses to Plaintiffs' First Set of Interrogatories.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not

14

related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Responses #1-34. Defendant reserves the right to supplement this response.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 41:**
Documents relating to any testifying experts with whom You or Your counsel have retained in connection with this case.

**Response:**
Defendant states that no experts have been retained at this point, and reserves the right to supplement this response when such expert is identified and retained.

**Request No. 42:**
Documents and Communications on which You intend to use, rely upon, or introduce as evidence at trial or might use, rely upon, or introduce as evidence at trial.

**Response:**
Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Responses #1-36. Defendant reserves the right to supplement this response.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.

**Request No. 43:**
Documents and Communications You intend to or might rely upon to support each affirmative defense You assert in this litigation.

15

**Response:**

Defendant object to this request as overly broad to the extent it seeks documents from a period outside the statute of limitations for any cause of action asserted in this litigation. Defendant object to this request as overly broad and unduly burdensome to the extent that it seeks documents that are not related to any party's claim or defense in this litigation, and therefore are not proportional to the needs of this case. Subject to and notwithstanding the aforementioned objects, Defendant refers Plaintiffs to Responses #1-37. Defendant reserves the right to supplement this response.

This response has been supplemented in Defendant's supplemental response dated December 1, 2023.


Dated:  March 15, 2024