*Exhibit 1*

**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

February 23, 2024

**VIA EMAIL**

Elyse Schindel
London Fischer LLP
59 Maiden Lane
New York, NY 10038
212-331-9555
Fax: 212-972-1030
eschindel@londonfischer.com

Re:   *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specalists P.C., et al.*, Case No. 21-cv-05523-MKB-PK—Electronically Stored Information

Dear Elyse:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. ("Plaintiffs") write regarding the collection and production of electronically stored information ("ESI") of defendants Regina Moshe, M.D., Citimedical I PLLC, Citimed Services P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc. (collectively, the "Defendants"). To ensure a thorough and efficient collection, we are providing below a partial list of custodians and relevant email addresses for Defendants to use in their search for responsive email and other ESI. These custodial sources are intended to be used in conjunction with the proposed search terms previously provided in Plaintiffs' letter dated December 4, 2023.

The list provided below is not exhaustive and is intended only to supplement Defendants' reasonable search and production of responsive ESI pursuant to the protocol entered in this action on July 13, 2023. Dkt. 375. Plaintiffs propose these custodial sources without full knowledge of the email addresses used by Defendants, their employees, and their contractors. Indeed, except for Citimedical I and Dr. Moshe, no other Defendant has served written responses to Plaintiffs' initial discovery requests served on November 3, 2023, or produced any responsive documents pursuant to those requests. Further, deficiencies as to the written responses and document productions of Citimedical I and Dr. Moshe remain outstanding as described in Plaintiffs' letter dated August 21, 2023, and in follow up correspondence. Plaintiffs reserve the right to submit additional custodial sources to identify additional responsive ESI after reviewing Defendants' written responses and production of documents. The proposed custodial sources do not in any way modify or limit Defendants' obligations to review and produce known responsive ESI not otherwise identified in the agreed-upon custodial sources and search terms.

- **Email Addresses:**
    - rmoshe@citimedny.com
    - Reginamoshe5@gmail.com
    - Renee9537@hotmail.com
    - tatyanar@citimedny.com
    - estevanroman@citimedny.com
    - estevanroman.cc@gmail.com
    - jaishag@citimedny.com
    - lentsis@citimedny.com
    - georgias@citimedny.com
    - romany@citimedny.com
    - victoriaG@citimedny.com
    - sandyj@citimedny.com
    - iveh@citimedny.com
    - vgerrero1223@yahoo.com

- **Custodians:**
    - Regina Moshe
    - Tatyana Rabinovich
    - Marina Katayeva
    - Michelle Simon
    - Yenny Escano
    - Roman Yunusov
    - Irina Small
    - Estevan Roman
    - Jaisha Guzman
    - Stanislav Lentsi
    - Ronald Lampert
    - Raymond Kayume
    - Jasson Tavarez
    - Michael Havier Torres
    - Georgia Samuels
    - Victoria Guerrero
    - Ivelisse Henriquez
    - Alkies Lapas, D.O
    - Alan Rothpearl, M.D.
    - Brijesh Vangala Reddy, M.D.
    - John Lyons, M.D.
    - Stephen Toder, M.D.
    - Priyesh Patel, M.D.
    - Rafaat Beshara, M.D.

Sincerely,

*/s/ Christopher T. Cook*

Christopher T. Cook

2

cc: Jonathan L. Marks
    Michael L. Cardoza
    Thomas Leghorn
    Ross Keiser