*Exhibit 2*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Monday, March 4, 2024 8:18 AM |
| **To:** | Elyse Schindel |
| **Cc:** | Cardoza, Michael L.; Ross Keiser; Thomas A. Leghorn; Marks, Jonathan L.; Scruton, Sarah M. |
| **Subject:** | RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests |

Tom and Elyse,

Thank you for taking the time to meet and confer regarding outstanding discovery issues on Wednesday (2/28). Given the number of issues addressed, we wanted to confirm in writing the agreements reached during the meet and confer. Please let me know if anything you would like to discuss further.

- As to the subpoena Plaintiffs served on Roman Yunusov, we understand your firm still does not represent him and you have no understanding of whether you will represent him in the future. As such, Plaintiffs will proceed with sending a follow-up letter to Mr. Yunusov regarding his noncompliance and seek appropriate relief as needed.

- As to written responses to Plaintiffs' document requests and interrogatories served on Citimed Complete Medical Care P.C., Citimed Management Services Inc., Citimed Services P.A., and Citimedical Services P.C., the parties agreed these defendants would serve interrogatory responses by March 8 and written responses to the document requests by March 15. The parties further agreed these defendants would begin rolling document productions on March 15.

- As to outstanding deficiencies with the written responses and document productions of Regina Moshe, M.D. and Citimedical I PLLC, the parties agreed these defendants would take the following action no later than March 15: (1) confirm by letter that neither defendant is withholding or will withhold any documents responsive to Plaintiffs' document requests on any basis, except for attorney-client privilege or the attorney work product doctrine; (2) serve revised interrogatory responses by March 15, addressing the issues raised in Plaintiffs' prior letter and email correspondence; and (3) produce the outstanding records referenced in defendants' letter of September 29, 2023, or confirm by letter the documents could not be located.

- As to the status of the ESI productions of Dr. Moshe and her respective corporate defendants, these defendants confirmed they have no objections to the search terms proposed by Plaintiffs. Defendants agreed to collect potentially responsive email communications for all custodial sources they either employ or over which they have possession, custody, or control. The parties agreed that ESI searches would not encompass electronic records previously collected, reviewed, and produced in the case. While defendants have not retained an ESI vendor to facilitate these collections, Plaintiffs understand such a vendor is on stand-by and delays in commencing the collection and search of ESI are not foreseeable at this time. Plaintiffs further understand the vendor ultimately engaged will facilitate the collection of electronic communications from Dr. Moshe's personal email accounts identified in Plaintiffs' letter dated February 23, 2024. The parties agreed to confer further in two weeks regarding the status of the ESI collection.

Regards,

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605

1

direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Friday, February 23, 2024 7:22 PM
**To:** Elyse Schindel <eschindel@londonfischer.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** Re: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

Thanks, Elyse. We can use the previously circulated dial in.

> On Feb 23, 2024, at 5:48 PM, Elyse Schindel <eschindel@londonfischer.com> wrote:
>
> *EXTERNAL EMAIL – EXERCISE CAUTION*
> Chris,
>
> Let's have the call at 2:30pm.
>
> Elyse Schindel
> Of Counsel
> London Fischer LLP
> New York | New Jersey | California
> Direct: (212) 331-9488
> Office: (212) 972-1000
> Fax:  (212) 972-1030
> www.londonfischer.com
>
>
>
> <image001.png>
> This message is being sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.
>
> **From:** Cook, Christopher T. <christopher.cook@katten.com>
> **Sent:** Friday, February 23, 2024 4:58 PM
> **To:** Elyse Schindel <eschindel@londonfischer.com>
> **Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
> **Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests
>
> **\*\* External Email \*\***
>
> **This email originated from outside of our organization. Do not click any links or open any attachments unless you recognize the sender and know the content is safe.**

Yes. I'm available on Wednesday before 11:30 and from 2:30-3:30. Is there a time that works best for you?

**Christopher T. Cook**
Counsel

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Elyse Schindel <eschindel@londonfischer.com>
**Sent:** Friday, February 23, 2024 1:36 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

EXTERNAL EMAIL – EXERCISE CAUTION

Chris,

Received, thank you. Are we able to move the meet and confer to Wednesday or Thursday?

Thank you,
Elyse

Elyse Schindel
Of Counsel
London Fischer LLP
New York | New Jersey | California
Direct: (212) 331-9488
Office: (212) 972-1000
Fax: (212) 972-1030
www.londonfischer.com


<image001.png>
This message is being sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Friday, February 23, 2024 12:50 PM
**To:** Elyse Schindel <eschindel@londonfischer.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>

**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

**\*\* External Email \*\***

**This email originated from outside of our organization. Do not click any links or open any attachments unless you recognize the sender and know the content is safe.**

Elyse,

For Monday's meet and confer, we also seek to discuss outstanding deficiencies in Dr. Moshe's and Citimedical's written responses and productions. Please see the attached correspondence, and our follow up email correspondence dated October 24 and December 8 (also attached).

Regards,

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Thursday, February 22, 2024 4:25 PM
**To:** 'Elyse Schindel' <eschindel@londonfischer.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

Thanks, Elyse. Let's schedule for 2 PM on Monday (2/26). We can use the below dial in.

Dial In: 888 707 2752
Meeting ID: 925 1820 6574
Passcode: 583315

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Elyse Schindel <eschindel@londonfischer.com>
**Sent:** Thursday, February 22, 2024 4:15 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>;

Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

EXTERNAL EMAIL – EXERCISE CAUTION

Chris,

Monday afternoon is good. Any time after 1:30pm is fine for me.

Thank you,
Elyse

Elyse Schindel
Of Counsel
London Fischer LLP
New York | New Jersey | California
Direct: (212) 331-9488
Office: (212) 972-1000
Fax: (212) 972-1030
www.londonfischer.com

<image001.png>
This message is being sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Thursday, February 22, 2024 4:02 PM
**To:** Elyse Schindel <eschindel@londonfischer.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

**\*\* External Email \*\***

**This email originated from outside of our organization. Do not click any links or open any attachments unless you recognize the sender and know the content is safe.**

Elyse,

Plaintiffs intend to move for judicial relief to obtain written responses to the discovery served on your clients. Please advise as to your availability to meet and confer pursuant to Judge Kuo's Individual Rule VI.A.1(a). We are available tomorrow at 2:30, and Monday after 1:30.

Regards,

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Friday, January 26, 2024 5:09 PM
**To:** 'Elyse Schindel' <eschindel@londonfischer.com>
**Cc:** Cardoza, Michael L. <michael.cardoza@katten.com>; Ross Keiser <rkeiser@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

Elyse,

By next Friday it will have been three months since Plaintiffs served initial discovery requests on Citimed Complete Medical Care P.C., Citimed Management Services Inc., Citimed Services P.A., and Citimedical Services P.C. No responses have been served to date, and Plaintiffs currently have no understanding as to when your clients will serve them. Per our email exchanges below, Plaintiffs have been accommodating in granting extensions, but continued delays raise concerns as to whether Plaintiffs will receive responsive discovery material with sufficient time to serve additional discovery requests and conduct fulsome depositions before the close of fact discovery in this matter. Moreover, Plaintiffs have been persistent in requesting a meet and confer to discuss the ESI process of these defendants (as well as Dr. Moshe and Citimedical I), which depends in part on what your clients are agreeing to produce and whether the parties will need to raise any disputes with the Court.

Please advise in writing on the status of the above-defendants' responses, including when they will be served and when these entities intend to begin producing responsive documents.

Regards,

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Friday, January 12, 2024 9:46 AM
**To:** 'Elyse Schindel' <eschindel@londonfischer.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

Hi Elyse, yes, we are agreeable to extending the deadline to January 19.

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Elyse Schindel <eschindel@londonfischer.com>
**Sent:** Friday, January 12, 2024 9:43 AM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good morning Chris,

Are you amenable to us sending our responses by Friday, January 19th? When we spoke last, I did not realize Monday is the MLK holiday, and I am still waiting on documents and would rather serve everything at once.

Thank you,
Elyse

Elyse Schindel
Of Counsel
London Fischer LLP
New York | New Jersey | California
Direct: (212) 331-9488
Office: (212) 972-1000
Fax: (212) 972-1030

www.londonfischer.com

<image001.png>
This message is being sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

**From:** Elyse Schindel
**Sent:** Thursday, January 4, 2024 4:14 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

Good afternoon,

I am writing to confirm our telephone conversation from this morning that we will produce responses to Plaintiffs' Interrogatories and Document Requests by January 16, 2023.

Thank you for your courtesy,
Elyse

7

Elyse Schindel
Of Counsel
London Fischer LLP
New York | New Jersey | California
Direct: (212) 331-9488
Office: (212) 972-1000
Fax: (212) 972-1030

www.londonfischer.com

<image001.png>
This message is being sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, December 7, 2023 12:01 PM
**To:** Elyse Schindel <eschindel@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Ross Keiser <rkeiser@londonfischer.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

**\*\* External Email \*\***

**This email originated from outside of our organization. Do not click any links or open any attachments unless you recognize the sender and know the content is safe.**

Elyse,

Plaintiffs agree to an extension to respond to discovery requests served on Citimed Complete Medical Care P.C., Citimed Management Services Inc., Citimed Services P.A., and Citimedical Services P.C. until January 5, 2024.

Thanks,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Elyse Schindel <eschindel@londonfischer.com>
**Sent:** Thursday, December 7, 2023 10:21 AM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Ross Keiser <rkeiser@londonfischer.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L.

8

<jonathan.marks@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

Please be advised that I am working on these discovery responses. I will be out of the office next week, and with the holidays and end of year, I ask for an extension of time to respond to same to January 5, 2024.

Thank you,
Elyse

Elyse Schindel
Of Counsel
London Fischer LLP
New York | New Jersey | California
Direct: (212) 331-9488
Office: (212) 972-1000
Fax: (212) 972-1030
www.londonfischer.com


<image001.png>
This message is being sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, December 7, 2023 10:44 AM
**To:** Thomas A. Leghorn <tleghorn@londonfischer.com>; Elyse Schindel <eschindel@londonfischer.com>; Ross Keiser <rkeiser@londonfischer.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>
**Subject:** RE: SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

**\*\* External Email \*\***

**This email originated from outside of our organization. Do not click any links or open any attachments unless you recognize the sender and know the content is safe.**

Tom,

I'm reaching out to inquire as to the status of written responses and productions to State Farm's First Set of Document Requests and Interrogatories served on Citimed Complete Medical Care P.C., Citimed Management Services Inc., Citimed Services P.A., and Citimedical Services P.C. The requests were served on November 3, 2023, and responses were due on December 4, 2023. No responses have been received to date and the parties have not stipulated to any extensions.

9

Please provide a date certain by when your clients will serve written responses and document productions responsive to State Farm's requests.

Thanks,

**Michael L. Cardoza**
Associate

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cardoza, Michael L.
**Sent:** Friday, November 3, 2023 4:02 PM
**To:** 'Thomas A. Leghorn' <tleghorn@londonfischer.com>; Elyse Schindel <eschindel@londonfischer.com>; Ross Keiser <rkeiser@londonfischer.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>
**Subject:** SFMA v. Metro Pain Specialists P.C., 1:21-cv-05523 (EDNY) - Rule 33 and 34 Discovery Requests

Counsel,

Attached are Plaintiffs' First Set of Document Requests and Interrogatories directed to the below defendants. We will reach out under separate cover regarding the collection and production electronic documents.

1. Citimed Complete Medical Care P.C.
2. Citimed Management Services Inc.
3. Citimed Services P.A.
4. Citimedical Services P.C.

Regards

**Michael L. Cardoza**
Associate

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

```
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
```

```
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================
```

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.