*Exhibit 3*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists P.C., et al.,<br><br>Defendants | Case: 1:21-cv-05523-MKB-PK<br><br>Hon. Margo K. Brodie<br><br>Magistrate Peggy Kuo |

**DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CITIMEDICAL I, PLLC**

Defendant, CITIMEDICAL I, PLLC, ("CitiMedical I PLLC"), by its attorneys, LONDON FISCHER LLP, as and for its Supplemental Responses to each of Plaintiffs' STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, (collectively "State Farm" or "Plaintiffs") First Set of Interrogatories, sets forth the following upon information and belief and advice of counsel, subject to ongoing discovery.

**INTERROGATORY RESPONSES**

1. Identify any agreement between You, on the one hand, and any Defendant or any entity any Defendant owns or controls, on the other hand, including the date of the agreement, all parties to the agreement, the terms of the agreement, and, if applicable, the date on which the agreement was terminated or otherwise became ineffective.

**RESPONSE: In addition to the General Objections, Citimedical I, PLLC objects this demand as overbroad, vague, and unduly burdensome as Citimedical I, PLLC engage in many types of agreements including but not limited to for the use of space, staff, personnel, marketing purposes, cleaning services. The identification of these agreements is contained within the previously produced Citimedical I, PLLC production and/or Citimed Management production. Notwithstanding the objections, Citimedical I, PLLC entered into the following agreements including but not limited to:**

**November 2012 – November 2022, license agreement with 6555 Woodhaven Realty LLC for the use of space at 65-55 Woodhaven Blvd, Rego Park, NY 11374**

**November 2012 – October 2013**, license agreement with Optimum Health Acupuncture P.C. for the use of space at 63-36 99th Street, Rego Park, NY.

**January 2013 – December 2013**, agreement with Randall Ehrlich, M.D. for the use of space within building at 1963 Grand Concourse, Bronx, NY.

**January 2013 – December 2013**, license agreement with Optimum Health Acupuncture PC. for the use of space at 1963 Grand Concourse, Bronx, NY.

**May 2013 – April 2014**, license agreement with Randall v. Ehrlich, M.D. for the use of space at 63-36 99th Street, Rego Park, NY.

**October 2013** – Service agreement with Mega Tech, Inc. for repairing medical imaging..

**February 2014** – Equipment Lease for MRI and CT machine with 1963 Concourse Holdings LLC.

**November 2014 – October 2016**, agreement with Randall V. Ehrlich M.D. P.C. for the use of space at 14 Mamaroneck Avenue, White Plains, NY.

**July 2014** – Equipment Purchase Agreement with Viking Medical Inc.

**July 2014-June 2019**, agreement with 6555 Woodhaven Realty LLC for the rental space of 65-55 Woodhaven Boulevard, Rego Park, NY.

**July 2015** – Support agreement between Complete Radiology Reading Services, PLLC and Citimedical I, PLLC for transcription services.

**April 2016 – April 2017**, license agreement with Metro Pain Specialists P.C. for the use of space at 910 Gun Hill Road, Bronx NY address.

**April 2016 – April 2017**, license agreement with Metro Pain Specialists P.C. for the use of space at JFK Airport Bldg 14, Ste 14A, Jamaica, NY.

**April 2016 – April 2017**, license agreement with Metro Pain Specialists P.C. for the use of space at 63-36 99th Street, Rego Park, NY.

**January 2017**, office lease agreement with 9220 165 Holdings, LLC for the use of space at 92-12 165th Street, Jamaica, New York.

**January 2021- January 2031**, lease agreement with 9901 Holdings LLC for the use of space 99-01 63rd Road, Rego Park, NY.

**January 2021 – January 2031**, office lease agreement with 313 43 Realty Holdings LLC for the use of space at 313 43rd Street, Brooklyn, NY.

January 2021 – MRI Equipment Sublease Agreement between Citimed Complete Medical Care and 313 45 Realty Holdings, LLC.

October 2021- October 2031, lease agreement with 1010 N Broadway Holdings LLC for the use of space at 1010 N. Broadway, Yonkers, NY.

**Citimedical I, PLLC reserves its right to supplement its responses.**

2. Identify any person who entered into any agreement with You for the use of any space, staff, personnel, or equipment, including, for each, (a) the person's name, (b) the person's contact information, (c) the terms of the agreement, and (d) the time period during which the agreement Funding was operative.

**RESPONSE: In addition to the General Objections, Citimedical I, PLLC objects this demand as overbroad, vague, and unduly burdensome. Notwithstanding the objections, see Interrogatory Response 1.**

4. Identify any person who referred any Patient to You or to whom You referred any Patient, including, for each such person, (a) the person's name, (b) the person's contact information, (c) the time period during which such referrals occurred, and (d) the approximate total number of Patients the person referred to You and You referred to the person.

**RESPONSE: In addition to the General Objections, Citimedical I, PLLC objects this demand as overbroad, vague, and unduly burdensome as Citimedical I, PLLC works with many medical providers in the New York and New Jersey area. Additionally, there are no documents regarding such referrals that would allow Citimedical I, PLLC to identify each and every person or medical provider who referred patients to Citimedical I, PLLC.**

5. Identify Your domestic and foreign banking and other financial accounts, and for each such account, identify the bank, location, branch where the account is located and/or was opened, the individuals with signatory privileges, the type of account, and account number.

**RESPONSE: Citimedical I, PLLC objects to this Interrogatory to the extent it seeks information that is irrelevant to the subject matter of this action. Notwithstanding the foregoing objections, Citimedical I, PLLC used JP Morgan Chase bank from 2012-2019, the last 4 digits of the account is -5528, and -3117. Currently, Citimedical I, PLLC uses Banco Popular, the last 4 digits of the account is -7017. Citimedical I, PLLC reserves its right to supplement its responses.**

7. Identify any person that provided You with any Funding, including, for each, (a) the person's name, (b) the person's contact information, (c) the time period during which the person provided the Funding, (d) the purpose of the Funding, and (e) the dollar value of the total Funding provided.

RESPONSE: Citimedical I, PLLC objects to this Interrogatory as it is overly broad and to the extent it seeks information irrelevant to the subject matter of this action. Notwithstanding the foregoing objections, Citimedical I, PLLC received funding from Popular Bank in the amount of $3,000,000.00 in 2020, and received funding from J.P. Morgan Chase in the amount of $992,640.35. Citimedical I, PLLC also obtained PPP Loan in the amount of $1,635,670.00 from Banco Popular. Citimedical I, PLLC reserves its right to supplement its responses.

Defendants incorporate Supplemental Response No. 7 as certified on May 12, 2023 into Original Response No. 8 as certified on June 29, 2022.

9. Identify any person that provided You with any Marketing, consulting, billing, accounting, tax, bookkeeping, or transportation service, including, for each, (a) the person's name, (b) the person's contact information, (c) the person for whom the services were performed, and (d) the time period during which the person rendered any such services.

RESPONSE: Citimedical I, PLLC objects to this Interrogatory as it is overly broad to the extent it seeks information that is irrelevant to the subject matter of this action. Citimedical I, PLLC also objects to this demand as overbroad, vague, and unduly burdensome. The identification of these people is contained within the previously produced Citimedical I, PLLC production and/or Citimed Management production. Notwithstanding the foregoing objections, Citimedical I, PLLC identifies the following entities and individuals in response to this Interrogatory: Star Solution Services Inc (2017), M&K Concierge Inc (2021), GoGreenBills.Com, Julie Vaiman, CPA, Esq. (2016-2019), Misha Star (2017), GreenBills LLC. Citimedical I, PLLC reserves its right to supplement its responses.

Defendants incorporate Supplemental Response No. 9 as certified on May 12, 2023 into Original Response No. 10 as certified on June 29, 2022.

## CERTIFICATION

I certify that the foregoing answers to interrogatories made by me are true and constitute all requested information or documentation currently available to me. I am aware that if any of the answers made herein are willfully false, I am subject to punishment.

Dated: December 20, 2024

_____
Dr. Regina Moshe

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

State Farm Mutual Automobile Insurance Company
and State Farm Fire and Casualty Company,

      Plaintiffs,

v.

Metro Pain Specialists P.C., et al.,

      Defendants

**Case: 1:21-cv-05523-MKB-PK**

**Hon. Margo K. Brodie**

**Magistrate Peggy Kuo**

### DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CITIMEDICAL I, PLLC

Defendant, CITIMEDICAL I, PLLC, ("CitiMedical I PLLC"), by its attorneys, LONDON FISCHER LLP, as and for its Responses to each of Plaintiffs' STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, (collectively "State Farm" or "Plaintiffs") First Set of Interrogatories, sets forth the following upon information and belief and advice of counsel, subject to ongoing discovery.

### INTERROGATORY RESPONSES

1. Identify any agreement between You, on the one hand, and any Defendant or any entity any Defendant owns or controls, on the other hand, including the date of the agreement, all parties to the agreement, the terms of the agreement, and, if applicable, the date on which the agreement was terminated or otherwise became ineffective.

**RESPONSE: CitiMedical I PLLC has no agreements responsive to this Interrogatory.**

{N2149221.2 }

2. Identify any person who entered into any agreement with You for the use of any space, staff, personnel, or equipment, including, for each, (a) the person's name, (b) the person's contact information, (c) the terms of the agreement, and (d) the time period during which the agreement was operative.

**RESPONSE:** CitiMedical I PLLC objects to this Interrogatory as it is vague, overly broad, and seeks information irrelevant to the subject matter of this action. Notwithstanding the foregoing objections, CitiMedical I PLLC entered into the following agreements:

> November 2012 – October 2013, license agreement with Optimum Health Acupuncture P.C. for the use of space at 63-36 99th Street, Rego Park, NY.
>
> January 2013 – December 2013, agreement with Randall Ehrlich, M.D. for the use of space within building at 1963 Grand Concourse, Bronx, NY.
>
> January 2013 – December 2013, license agreement with Optimum Health Acupuncture PC. for the use of space at 1963 Grand Concourse, Bronx, NY.
>
> May 2013 – April 2014, license agreement with Randall v. Ehrlich, M.D. for the use of space at 63-36 99th Street, Rego Park, NY.
>
> November 2014 – October 2016, agreement with Randall V. Ehrlich M.D. P.C. for the use of space at 14 Mamaroneck Avenue, White Plains, NY.
>
> April 2016 – April 2017, license agreement with Metro Pain Specialists P.C. for the use of space at 910 Gun Hill Road, Bronx NY address.
>
> April 2016 – April 2017, license agreement with Metro Pain Specialists P.C. for the use of space at JFK Airport Bldg 14, Ste 14A, Jamaica, NY.
>
> April 2016 – April 2017, license agreement with Metro Pain Specialists P.C. for the use of space at 63-36 99th Street, Rego Park, NY.

{N2149221.2}

3. Identify any analysis performed and information considered in assessing or evaluating the fair market value of any space, staff, personnel, and/or equipment that was the subject of any agreement identified in response to Interrogatory No. 2.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory as it is vague and seeks information irrelevant to the subject matter of this action. Notwithstanding the foregoing objections, no formal analysis was conducted of the fair market value of any space, and all lease agreements were negotiated at an arm's length.**

4. Identify any person who referred any Patient to You or to whom You referred any Patient, including, for each such person, (a) the person's name, (b) the person's contact information, (c) the time period during which such referrals occurred, and (d) the approximate total number of Patients the person referred to You and You referred to the person.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory as it is overly broad and unduly burdensome. Notwithstanding the foregoing objections, there are no documents regarding referrals.**

5. Identify Your domestic and foreign banking and other financial accounts, and for each such account, identify the bank, location, branch where the account is located and/or was opened, the individuals with signatory privileges, the type of account, and account number.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory to the extent it seeks information that is irrelevant to the subject matter of this action. Notwithstanding the foregoing objections,**

{N2149221.2}

**CitiMedical I PLLC used JP Morgan Chase bank from 2012-2019 and currently uses Banco Popular.**

6. Identify any method of electronic Payment utilized by You to transact any business, including, for each, (a) the type of account (e.g., Venmo, PayPal, Zelle, Cash App, WorldRemit, Meta Pay, Coinbase Commerce, Electroneum, BitPay, etc.), (b) the email address associated with the account, (c) the telephone number associated with the account, (d) the approximate date the account was opened and closed, and (e) all persons with access to the account.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory as it is overly broad and unduly burdensome. Notwithstanding the foregoing objections, CitiMedical I PLLC does not use any electronic payment service.**

7. Identify any accounts through which You have sent, received, or accessed electronic communications, including, for each, (a) the type of account (e.g., Gmail, Yahoo, Hotmail, AOL, Facebook, WhatsApp, Snapchat, Wickr, DingTalk, Confide, Threema, Discord, etc.), (b) the email address associated with the account, (c) the telephone number associated with the account, (d) the approximate date the account was opened and closed, and (e) all persons with access to the account.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory as it is overly broad and vague. Notwithstanding the foregoing objections, CitiMedical I PLLC used a Gmail account, rmoshe@citimedny.com. CitiMedical I PLLC did not use any other electronic communication service.**

8. Identify any person that provided You with any Funding, including, for each, (a) the person's name, (b) the person's contact information, (c) the time period during which the person provided the Funding, (d) the purpose of the Funding, and (e) the dollar value of the total Funding provided.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory as it is overly broad and to the extent it seeks information irrelevant to the subject matter of this action. Notwithstanding the foregoing objections, CitiMedical I PLLC did not receive funding from any person.**

9. Identify any person from whom You attempted to obtain Funding, including, for each, (a) the person's name, (b) the person's contact information, (c) the date on which You applied for such Funding, (d) the purpose of the Funding, and (e) the dollar value of the requested Funding.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory to the extent it is duplicative of Interrogatory Number 8. Additionally, CitiMedical I PLLC objects to this Interrogatory as it is overly broad and vague. Notwithstanding the foregoing objections, CitiMedical I PLLC did not attempt to receive funding from any person.**

10. Identify any person that provided You with any Marketing, consulting, billing, accounting, tax, bookkeeping, or transportation service, including, for each, (a) the person's name, (b) the person's contact information, (c) the person for whom the services were performed, and (d) the time period during which the person rendered any such services.

**RESPONSE: CitiMedical I PLLC objects to this Interrogatory as it is overly broad and vague. Additionally, CitiMedical I PLLC objects to this Interrogatory to the extent it seeks information irrelevant to the subject matter of this action. Notwithstanding the foregoing objections,**

{N2149221.2}

CitiMedical I PLLC entered into an agreement with Star Solution Services Inc., in July 2017 to received Billing and Collection services. CitiMedical I PLLC also entered into an agreement with M&K Concierge Inc., in February 2021 to provide marketing services.

11. Identify any person who has or has had any ownership, membership, investment, or other financial interest in You, including, for each, (a) the person's name, (b) the person's contact information, (c) the time period during which any such person held that interest, and (d) the nature of the interest held (e.g., owner, member, investor, lender, etc.).

**RESPONSE:** CitiMedical I PLLC objects to this Interrogatory to the extent it seeks information irrelevant to the subject matter of this action. Additionally, CitiMedical I PLLC objects to this Interrogatory as it is overly broad. Notwithstanding the foregoing objections, CitiMedical I PLLC is solely owned by Dr. Moshe, and there are no other ownership interests.

12. Identify any facts or information on which You intend to or might rely upon to support each affirmative defense You assert in this litigation.

**RESPONSE:** CitiMedical I PLLC objects to this Interrogatory as premature, improper, seeks to invade the attorney-client privilege and attorney work-product doctrine. Notwithstanding the forgoing objections, CitiMedical I PLLC will disclose any marked documents when appropriate and within the Rules of the Court. CitiMedical I PLLC reserves the right to supplement its response.

## CERTIFICATION

I certify that the foregoing answers to interrogatories made by me are true and constitute all requested information or documentation currently available to me. I am aware that if any of the answers made herein are willfully false, I am subject to punishment.

Dated: June 29, 2022

_____
Dr. Regina Moshe

{N2149221.2}