

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

November 10, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 1:21-cv-05523 –
           Joint Ltr. re Outstanding Discovery with Non-Parties

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully write to advise the Court of outstanding document discovery involving nonparties. As the Court is aware, the parties to this action agreed to present all remaining document discovery issues to the Court by November 10, 2025. *See* Dkt. 685 at 6. This letter is being submitted in compliance with Plaintiffs' agreement.

**Brijesh Reddy, M.D.**: On July 9, 2025, Plaintiffs served a subpoena *duces tecum* on Dr. Reddy through his counsel. On October 29, 2025, Dr. Reddy served his complete production of responsive documents. The production contained redactions to portions of communications, which Plaintiffs challenged. The parties met and conferred on the disputed redactions, and Dr. Reddy has agreed to remove any redactions not protected under the attorney-client privilege. Should Dr. Reddy fail to fully comply with the subpoena, judicial intervention would be required.

**Vlad Moshe**: On May 13, 2024, Plaintiffs served a subpoena *duces tecum* on Vlad Moshe, the brother of Yan Moshe and Dr. Regina Moshe. On June 27, 2024, Vlad Moshe made an initial production of only 229 pages and served written responses and objections. On February 26, 2025, Vlad Moshe served supplemental responses and objections. The parties are working to address objections to the subpoena and produce responsive documents. If the parties cannot resolve outstanding issues, judicial intervention would be required.

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

**Subpoenas Seeking Emails with Moshe's Personal Yahoo Account**: Plaintiffs served subpoenas *duces tecum* on numerous nonparties seeking emails contained in defendant Yan Moshe's personal Yahoo account that Moshe was unable to produce in this case. Plaintiffs have achieved full compliance from all such nonparties with the following exceptions:

> *John Mitamura, M.D.*: On August 25, 2025, Plaintiffs served a subpoena *duces tecum* on Dr. Mitamura through his counsel seeking specific communications with Moshe. On October 13, 2025, Dr. Mitamura produced some responsive communications, but has yet to confirm whether his production is complete or whether he is withholding documents pursuant to any objection. Should Dr. Mitamura fail to provide this confirmation, judicial intervention may be necessary.
>
> *Greenbills LLC*: On October 31, 2025, Plaintiffs served a subpoena *duces tecum* on Greenbills LLC through the New York Secretary of State. Greenbills' responses are due by November 14, 2025. If issues arise as to compliance with the subpoena, judicial intervention may be necessary.
>
> *Norman Rowe, M.D.*: On October 27, 2025, Plaintiffs served notice of a subpoena *duces tecum* directed to Norman Rowe, M.D. Plaintiffs are attempting to serve Dr. Rowe personally. If issues arise as to compliance with the subpoena, judicial intervention may be necessary.

Respectfully Submitted,

By: /s/ *Christopher T. Cook*

Christopher T. Cook