December 1, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *State Farm Mut. v. Metro Pain*, 1:21-cv-05523 - Joint Ltr. re Discovery Dispute

Dear Judge Kuo:

Pursuant to this Court's Individual Practice Rule VI.A.1, plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and defendants Reuven Alon ("Alon"), Medaid Radiology LLC ("Medaid"), Columbus Imaging Center LLC ("Columbus"), and Beshert Corp. ("Beshert") (collectively, "Defendants"), respectfully write to update the Court regarding the motion to compel discovery (Docket No. 690) and in response to the Court's November 13, 2025 Text Order.

The parties have met and conferred. Defendants have agreed to produce emails from email account komedaid@gmail.com on or before December 8, 2025. Defendants have also agreed to serve amended document demand responses with any additional documents on or before December 8, 2025, consistent with the Court's Order.

Defendants have been unable to collect the columbusicllc@gmail account because Google currently has a "stop" on the account due to recent password and recovery information changes made in an effort to collect the account. Defendants will continue their attempt to access and collect the emails this week and the parties will provide a further status update within seven (7) days.

Defendants have been unable to collect the kmocolumbus@gmail.com account because it is still controlled by former employee Katina O'Jeda. Ms. O'Jeda is refusing to provide Defendants with access because she uses the email address for personal use.

Defendants have been unable to collect the fdcolumbus@gmail.com account because Google has advised the account is no longer accessible and there is no data available related to same. Similarly, Defendants have been unable to collect the fdmedaid@gmail.com account as it is no longer accessible because its recovery email is fdcolumbus@gmail.com. Alon has attempted to contact Google about these accounts but has been unsuccessful in contacting a live person at Google to discuss this with.

It is Defendants' position that all reasonable efforts have been made to collect the kmocolumbus@gmail.com account, the fdcolumbus@gmail.com account, and the fdmedaid@gmail.com account.

Plaintiffs disagree with Defendants' position. First, Plaintiffs submit Columbus and Medaid have not exhausted all reasonable efforts to obtain and produce responsive emails from the kmocolumbus@gmail.com account because they have not served a subpoena on Ms. O'Jeda or otherwise sought to obtain the missing records through legal process. Such additional action is warranted here. Columbus and Medaid had access to emails stored in the kmocolumbus@gmail.com account at least as recently as February 2024, long after this Court ordered them to produce all responsive records (*see* 8/23/2023 Text Order) and after Plaintiffs served their list of custodial sources identifying the account (Dkt. 690 at Ex. 1). On January 29, 2024, Columbus and Medaid admitted in sworn interrogatory responses to having access to the kmocolumbus@gmail.com account. *See id.* at Ex. 3 (Interrog. Resp. No. 7). It is only through Defendants' inaction that they can now claim the emails to be inaccessible. Columbus and Medaid should thus be ordered to subpoena the emails from Ms. O'Jeda and take reasonable efforts to enforce the subpoena.

Second, while the fdcolumbus@gmail.com and fdmedaid@gmail.com accounts are no longer accessible and cannot be collected or produced in the case, there remain questions of why Columbus and Medaid failed to timely collect the accounts when they were accessible and how the accounts came to be inaccessible. Plaintiffs thus maintain their request to take limited depositions of Columbus and Medaid regarding the facts and circumstances surrounding why these and other accounts were not preserved and timely collected in this action. *See* Dkt. 690 at 3.

Respectfully Submitted,

By: */s/ Christopher Cook*

KATTEN MUCHIN ROSENMAN LLP

Ross O. Silverman
Jonathan L. Marks
Michael L. Cardoza
Sarah M. Scruton
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com
michael.cardoza@katten.com
sarah.scruton@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: 212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: */s/ Anthony Juliano*

BRACH EICHLER LLC

Anthony M Juliano
101 Eisenhower Parkway
Roseland, NJ 07068
973-403-3154
ajuliano@bracheichler.com

*Attorney for Reuven Alon, Medaid Radiology LLC, Columbus Imaging Center, LLC, and Beshert Corp.*