*Exhibit 1*

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Thursday, December 4, 2025 9:50 AM |
| **To:** | DeYoung, Stephen P. |
| **Subject:** | Your shipment was delivered 396181269834 |

*EXTERNAL EMAIL – EXERCISE CAUTION*





## Your shipment was delivered.

### Delivery Date

## Thu, 12/04/2025
## 10:40am

### Delivered to

7122 BAY PKWYFL 2, Brooklyn, NY 11204

**Report missing package**

1

## How was your delivery?

    

## Personal message

PSShip eMail Notification

## Tracking details

| | |
|---|---|
| **Tracking ID** | 396181269834 |
| **From** | KATTEN<br>50 Rockefeller Plaza<br>Concourse Level<br>NEW YORK, NY, US<br>10020 |
| **To** | Greenbills LLC<br>7122 Bay Parkway, FL 2nd<br>Brooklyn, NY, US<br>11204 |
| **Ship date** | Wed 12/03/2025 04:41 PM |

| | |
|---|---|
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Priority Overnight® |
| **Reference** | 277811.00873-44208 |
| **Shipper reference** | 277811.00873-44208 |

**TRACK SHIPMENT**



# FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

## This tracking update has been requested by:

3

| | |
|---|---|
| **Company name** | KATTEN |
| **Name** | Stephen DeYoung |
| **Email** | stephen.deyoung@katten.com |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:50 AM CST 12/04/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026