December 8, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *State Farm Mut. v. Metro Pain*, 1:21-cv-05523 - Joint Ltr. re Discovery Dispute

Dear Judge Kuo:

Pursuant to this Court's Individual Practice Rule VI.A.1, plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and defendants Reuven Alon ("Alon"), Medaid Radiology LLC ("Medaid"), Columbus Imaging Center LLC ("Columbus"), and Beshert Corp. ("Beshert") (collectively, "Defendants"), respectfully write to further update the Court regarding the motion to compel discovery (Docket No. 690) and in response to the Court's November 13, 2025 Text Order.

As a follow up the December 1, 2025 joint letter (Docket No. 698), Defendants have collected the columbusicllc@gmail account and are reviewing the items collected. The parties agree that the review will be completed and responsive items served on or before December 18, 2025.

Respectfully Submitted,

By: */s/ Christopher Cook*

KATTEN MUCHIN ROSENMAN LLP

Ross O. Silverman
Jonathan L. Marks
Michael L. Cardoza
Sarah M. Scruton
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com
michael.cardoza@katten.com
sarah.scruton@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: 212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: */s/ Anthony Juliano*

BRACH EICHLER LLC

Anthony M Juliano
101 Eisenhower Pkwy
Roseland, NJ 07068
973-403-3154
ajuliano@bracheichler.com

*Attorneys for Alon, Medaid, Columbus and Beshert*