*Exhibit 1*

December 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 395505703480

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | L.Anne | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | PORT CHESTER, NY, |
| | | **Delivery date:** | Nov 19, 2025 10:13 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 395505703480 | **Ship Date:** | Nov 18, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

Recipient:                                         Shipper:
PORT CHESTER, NY, US,                   CHICAGO, IL, US,

Reference          277811.00873-44208

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx