*Exhibit 1*



December 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 395505888611

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.Mcarthur | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; No Signature Required | | Wilmington, DE, |
| | | **Delivery date:** | Nov 19, 2025 11:15 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 395505888611 | **Ship Date:** | Nov 18, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| WILMINGTON, DE, US, | CHICAGO, IL, US, |

| Reference | 277811.00873-44208 |
|---|---|

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx