

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

December 9, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
            Case No. 21 Civ. 5523 (E.D.N.Y.) – Request to Hold Motion for Order to Show
            Cause in Abeyance

Dear Judge Kuo:

      Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully request the Court hold in abeyance Plaintiffs' motion for an order requesting Pinnacle Health Consultants LLC ("Pinnacle") show cause for why it has failed to comply with a subpoena *duces tecum* and the Court's November 18, 2025 order compelling Pinnacle's compliance with the subpoena. *See* Dkt. 702. Pinnacle has contacted Plaintiffs and is actively working to fully comply with the subpoena. To provide the parties time to resolve this dispute and to conserve judicial resources, Plaintiffs respectfully request the Court hold in abeyance the motion for an order to show cause filed at Dkt. 702.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook