

**50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

December 10, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Proof of Service

Dear Judge Kuo:

Pursuant to this Court's Text Order entered on December 9, 2025 (the "Order"), Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to provide the Court with proof of service of the Order on non-party Sovereign Medical Services Inc. On December 9, 2025, Plaintiffs sent a copy of the Order to Sovereign Medical Services Inc. via FedEx overnight, which was delivered on December 10, 2025. *See* Ex. 1 (Proof of Delivery).

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook


Encls.  (Ex. 1)