*Exhibit 1*

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Wednesday, December 10, 2025 9:33 AM |
| **To:** | DeYoung, Stephen P. |
| **Subject:** | Your shipment was delivered 396484224457 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

*EXTERNAL EMAIL – EXERCISE CAUTION*





# Your shipment was delivered.

### Delivery Date

## Wed, 12/10/2025 10:16am

### Delivered to

251 LITTLE FALLS DR, WILMINGTON, DE 19808

**Received by**

1

X.Ryan

[Report missing package](#)

## How was your delivery?



## Personal message

PSShip eMail Notification

## Tracking details

| | |
|---|---|
| **Tracking ID** | 396484224457 |
| **From** | KATTEN |
| | 50 Rockefeller Plaza |

|  |  |
|---|---|
|  | Concourse Level<br>NEW YORK, NY, US<br>10020 |
| **To** | Sovereign Medical Services Inc.<br>251 LITTLE FALLS DR<br>WILMINGTON, DE, US<br>19808 |
| **Ship date** | Tue 12/09/2025 05:22 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Priority Overnight® |
| **Reference** | 277811.00873-44208 |
| **Shipper reference** | 277811.00873-44208 |

TRACK SHIPMENT



# FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. See [fedex.com/onerate](fedex.com/onerate) for details.

**EXPLORE FEDEX ONE RATE**

## This tracking update has been requested by:

| | |
|---|---|
| **Company name** | KATTEN |
| **Name** | Stephen DeYoung |
| **Email** | stephen.deyoung@katten.com |

 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:32 AM CST 12/10/2025.

All weights are estimated.

4

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026