

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

December 17, 2025

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.) – Request to Reschedule Sovereign Medical Services Show Cause Hearing**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. write to respectfully request a rescheduling of the Show Cause Hearing regarding non-party Sovereign Medical Services Inc., which is currently scheduled for January 6, 2026, at 11:30 a.m. *See* 12/9/2025 Text Order. All defendants consent to this request.

The limited deposition of defendant Yan Moshe regarding spoliation issues is currently scheduled for the same date and time as the Show Cause Hearing. Scheduling Mr. Moshe's deposition posed a significant challenge based on his availability. Moreover, Sovereign Medical has not responded to Plaintiffs' subpoena or this Court's order compelling its production of documents responsive to the subpoena, and a brief adjournment will not prejudice any party to the proceeding.

Accordingly, Plaintiffs respectfully request the Court reschedule the Order to Show Cause Hearing to a new date and time to be set by the Court.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP