# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

www.LondonFischer.com

LOS ANGELES OFFICE
515 S. FLOWER STREET, SUITE 1000
LOS ANGELES, CALIFORNIA 90071

December 18, 2025

**Via ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *State Farm Mutual Automobile Insurance Company v. Metro Pain Specialist P.C. et al.*
    Docket No.: 1:21-cv-05523-MKB-PK
    Our File No.: 428.0567184

Dear Judge Kuo:

  This firm is counsel to Defendants Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc. (hereinafter collectively "Citimed Defendants") in the above-captioned matter.

  Please accept this letter in response to the Court's December 17, 2025, Order to Show Cause, and also in response to Plaintiffs' letter of December 12, 2025 (ECF Doc No. 706).

  By way of background, the Citimed Defendants produced ESI discovery, which we were advised by our ESI vendor was complete on or about September 19, 2025.

  Thereafter, Plaintiffs advised that they believed there were documents missing from the Citimed Defendants ESI production. We promptly brought these issues raised by Plaintiffs to our ESI vendor, which uncovered that our primary contact at the ESI vendor made a serious error in the collection of the ESI documents, and did not properly collect all documents from all custodians that we had provided pursuant to the ESI protocols, and that millions of documents had not been provided to us for our review and production.

  We then worked diligently with our ESI vendor to ensure that the ESI collection was complete, encompassing all custodians, and producing all responsive and non-privileged documents pursuant to the ESI protocol. We have worked expeditiously to serve additional volumes of ESI documents, producing six (6) volumes of documents, encompassing approximately 4.7 million documents.

2567229

  As of today, we are currently reviewing approximately 10,000 documents for privilege and are preparing the privilege log for the six (6) volumes of documents that have been produced from December 3, 2025 to the present.

  To the extent that the remaining documents can be reviewed and timely produced with the holidays coming up, Citimed Defendants presently anticipate meeting the December 31, 2025 deadline to produce all outstanding ESI documents, and intend to produce the final volume of documents and the privilege log for the documents that have been produced from December 3, 2025 to the present.

  Thank you for the Court's attention to this matter.

            Respectfully submitted,
            **LONDON FISCHER LLP**

            */s/ Elyse Schindel*
            Elyse S. Schindel, Esq.

2567229