*Exhibit 1*

December 19, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 396912572153

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | X.Sisifo | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | WILMINGTON, DE, |
| | | Delivery date: | Dec 19, 2025 13:38 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 396912572153 | Ship Date: | Dec 18, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
WILMINGTON, DE, US,

Shipper:
NEW YORK, NY, US,

Reference          277811.00873-44208

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.