# CAPETOLA & DIVINS, P.C.

Two Hillside Avenue, Building C, Williston Park, NY 11596
(516) 746-2300 FAX: (516) 746-2318
www.capetoladivinslaw.com

Byron A. Divins, Jr. Esq.
bdivins@capetoladivinslaw.com

Alexandra D. Mulé, Esq.
amule@capetoladivinslaw.com

January 2, 2026

**VIA ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: State Farm v. Metro Pain Specialists P.C. et al.*
*Case No. 1:21 Civ 05523*

Dear Honorable Kuo,

We represent Defendants Vadim Dolsky ("Dolsky") and Optimum Health Acupuncture P.C. ("Optimum"), and non-parties All Star Services Inc. ("All Star") and Five Star Services Inc. ("Five Star") (collectively, the "Dolsky Parties").

We respectfully request a limited adjournment of the motion hearing scheduled for January 7, 2026 at 3:00 p.m., concerning Plaintiff's Motion to Compel (Dkt. No. 692). The basis for this request is counsel's unavailability on that date. Both Byron Divins and I will be engaged in a previously scheduled hearing before the Nassau County Supreme Court in the matter captioned Izabella Mikhailov v. Ilya Mikhailov, bearing Index No. 802172/2024.

Counsel circulated an email to all parties seeking consent to adjourn the January 7, 2026 hearing. Plaintiffs have consented solely as to Docket No. 692, and counsel for Defendants Reuven Alon, Yan Moshe, Columbus Imaging Center LLC, Medaid Radiology LLC, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, Beshert Corp., Premier Anesthesia Associates P.A., NJMHMC LLC, Star Solution Services Inc., and SCOB LLC have also consented. This request is limited only to the adjournment of the hearing on Docket No. 692 and does not seek to modify any discovery deadlines or other scheduled proceedings.

We thank the Court for its continued consideration and courtesies herein.

Respectfully submitted,

*/s/: Alexandra D. Mulé, Esq.*