# LONDON FISCHER LLP

**59 Maiden Lane**
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

January 14, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.,
             21-cv-5523 (E.D.N.Y.)
             File No.: 428.0567184

Dear Judge Kuo:

    As counsel for Dr. Regina Moshe, Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc, I write in support of State Farm's letter application of January 13, 2026 (Docket Entry 713) to vacate the current discovery cutoff date and for the parties to submit by February 23, 2026 a proposed new discovery schedule to conclude all discovery.

    I will just note that the State Farm ESI production of millions of pages rolled out over an extended period of time as well which delayed depositions accordingly. I believe as between State Farm and the Citimed Defendants, by February 23rd we will be in a position to present to the Court a proposed schedule that can be achieved to bring this matter to a conclusion.

                           Respectfully Submitted

                           LONDON FISCHER LLP

                           *Thomas A. Leghorn*

                           Thomas A. Leghorn

TAL:lmn