

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

January 16, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

>   **Re:**   *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
>   Case No. 21 Civ. 5523 (E.D.N.Y.) – Request to Adjourn Show Cause Hr'g

Dear Judge Kuo:

   Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully request an adjournment of the show cause hearing regarding nonparty Sovereign Medical Services Inc.'s ("Sovereign") failure to comply with Plaintiffs' subpoena presently scheduled for January 22, 2026. *See* 12/18/2025 Text Order. This hearing was originally scheduled for January 6, 2026, and was rescheduled to accommodate a previously scheduled deposition. Plaintiffs have confirmed Sovereign is in Chapter 7 bankruptcy and are attempting to work with the trustee to resolve outstanding issues regarding subpoena compliance. To allow the parties additional time to resolve these issues and preserve judicial economy, Plaintiffs respectfully request the Court adjourn the show cause hearing for 30 days. This letter request is being served on the trustee for Sovereign via email concurrent with this filing. All defendants consent to this request.


Respectfully submitted,

/s/ Christopher T. Cook

Christopher T. Cook