*Exhibit 1*

FedEx

January 20, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 397849321250

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | R.Mccarthy | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Saturday Delivery | | Wilmington, DE, |
| | | **Delivery date:** | Jan 19, 2026 08:56 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 397849321250 | **Ship Date:** | Jan 16, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| WILMINGTON, DE, US, | NEW YORK, NY, US, |

| | |
|---|---|
| Reference | 277811.00873-44208 |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx