AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company et )<br>*Plaintiff* )<br>v. )<br>Metro Pain Specialists P.C. et al )<br>*Defendant* ) | Case No.  1:21-cv-05523-MKB-PK |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vadim Dolsky and Optimum Health Acupuncture, PC.

Date: 02/11/2026

*Robert E. Hewitt*
*Attorney's signature*

Robert E. Hewitt, 4109625
*Printed name and bar number*

Schwartz, Conroy & Hack, PC
666 Old Country Rd., 9th Fl.
Garden City, New York 11530

*Address*

reh@schlawpc.com
*E-mail address*

(516) 745-1122
*Telephone number*

(516) 745-0844
*FAX number*