UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Docket No.: 1:21-cv-05523

------------------------------------------------------------

State Farm Mutual Automobile Insurance Company, and State Farm Fire and Casualty Company,

**SUBSTITUTION OF COUNSEL**

                          Plaintiffs,

  -against-

Metro Pain Specialists P.C., Tri-Borough NY Medical Practice P.C., Leonid Shapiro, M.D., Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc., Citimed Surgery Center LLC (a/k/a CMSC LLC), Yan Moshe (a/k/a Yan Leviyev), Hackensack Specialty ASC LLC (f/k/a Dynamic Surgery Center LLC, f/k/a Excel Surgery Center LLC), Integrated Specialty ASC LLC (f/k/a HealthPlus Surgery Center LLC), SCOB LLC (a/k/a SurgiCare of Brooklyn), NJMHMC LLC (d/b/a Hudson Regional Hospital), Star Solution Services Inc., Vadim Dolsky, Optimum Health Acupuncture, P.C., Mark Gladstein, M.D., Victoria Frenkel, Advanced Comprehensive Laboratory LLC (d/b/a TopLab), Reuven Alon (a/k/a Rob Alon), Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp., Nizar Kifaieh, M.D., Premier Anesthesia Associates P.A., Mohamed Sayed Ahmed Hassan, P.T., Nile Rehab Physical Therapy, P.C., Irina Kataeva, P.T., Cityworks Physical Therapy P.C., Amro Mahmoud Barakat, P.T., Barakat PT, P.C., Raouf Akl, P.T., Primavera Physical Therapy, P.C., Ahmed Mahmoud Abdelshafy Elmansy, P.T., Sky Limit Physical Therapy, P.C., Sherwin Catugda Paller, P.T., Floral Park Physical Therapy, P.C., Leonard Luna, D.C., Kings Chiropractic Wellness, P.C., Jongdug Park, D.C., All About Chiropractic P.C., J Park Chiropractic P.C., Giulio Caruso, D.C., Brook Chiropractic of NY P.C., Integrated Chiropractic of NY P.C., Paul Victor Scarborough, D.C., A.O.T. Chiropractic P.C., Evolution Chiropractic P.C., Stacy Juyoung Moon, L.Ac., SJM Acupuncture P.C., Hyeongsock Choi, L.Ac., Choice Acupuncture PLLC, Choi-Go Acupuncture PLLC, Peter Kopach, L.Ac., First Alternative PLM Acupuncture P.C., Longyu Ma, L.Ac., Hidden Dragon Acupuncture P.C., Xia Guan, L.Ac., Rebound Acupuncture P.C., Vladimir Nazarov, and Right Aid Medical Supply Corp.,

                          Defendants.

------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, that Schwartz, Conroy & Hack, PC, 660 Old Country Road Suite 900, Garden City, NY 11530, is hereby substituted as attorney of record for Defendants, Vadim Dolsky and Optimum Health Acupuncture, P.C., in the place and stead of Capetola & Divins, P.C., Two Hillside Ave., Building C, Williston Park, NY 11596, which hereby withdraws as counsel, as of the date hereof.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in multiple counterparts, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

SCHWARTZ, CONROY & HACK, PC

By: *Matthew J. Conroy*
Matthew J. Conroy, Esq.
*Superseding attorneys for Defendants,*
*Attorneys for Defendants*
*Vadim Dolsky and Optimum Health*
*Acupuncture, P.C.*
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122

CAPETOLA & DIVINS, P.C.

By: *Byron Divins*
Byron Divins, Esq.
*Outgoing Attorneys for Defendants*
*Vadim Dolsky and Optimum Health*
*Acupuncture, P.C.*
Two Hillside Ave., Building C
Williston Park, NY 11596
(516) 746-2300

**DEFENDANTS**

_____
Vadim Dolsky, individually and on behalf of Optimum Health Acupuncture, P.C.

2