

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

CHRISTOPHER T. COOK
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

March 6, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:    *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
Case No. 21 Civ. 5523 (E.D.N.Y.) – Proposed Briefing Schedule for Motion for Spoliation Sanctions

Dear Judge Kuo:

    Pursuant to this Court's February 25, 2026 order, counsel for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") conferred with counsel for Defendant Yan Moshe ("Moshe") to determine a briefing schedule for Plaintiffs' contemplated motion for spoliation sanctions. With Moshe's consent, Plaintiffs respectfully move the Court to enter the following briefing schedule:

- **April 3, 2026**: Deadline for Plaintiffs' motion for spoliation sanctions to be filed.

- **April 22, 2026**: Deadline for Moshe's response to the motion to be filed.

- **May 1, 2026**: Deadline for Plaintiffs' reply in support of the motion to be filed.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook