

**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

March 6, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
Case No. 21 Civ. 5523 (E.D.N.Y.) – Proposed Revised Case Schedule

Dear Judge Kuo:

Pursuant to the Court's text order dated February 27, 2026, plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") write to respectfully request the Court enter the Proposed Revised Discovery Plan and Case Schedule attached hereto as Exhibit A. Plaintiffs have conferred with the defendants,[1] all of which consent to entry of the enclosed proposed case schedule and this motion.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encl. (Ex. A)

---

[1] Defendants include the following parties: Leonid Shapiro, M.D., Metro Pain Specialists P.C., Tri-Borough NY Medical Practice P.C., Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc., Vadim Dolsky, Optimum Health Acupuncture, P.C., Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., NJMHMC LLC d/b/a Hudson Regional Hospital, Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp., Nizar Kifaieh, M.D., and Premier Anesthesia Associates P.A.