Case Name: *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists, P.C., et al.* Case No: 21-cv-05523 (MKB) (PK)

# REVISED PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 9/19/2023 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 10/13/2023 |
| 3. Requested: | | | |
|   a. Medical records authorization | | N/A | |
|   b. Section 160.50 releases for arrest records | | N/A | |
|   c. Identification of John Doe/Jane Doe defendants | | N/A | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | N/A | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | N/A | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | N/A | |
| 2. Defendant to make settlement offer | | N/A | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | N/A | |
| 4. Settlement Conference (proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | N/A | |
| 2. Initial document requests and interrogatories | | N/A | |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 7/24/2026 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 7/24/2026 |

Rev. 11-03-20

| | | | |
|---|---|---|---|
| 5. Expert discovery (only if needed) | | *Check here if not applicable* ☐ | |
| Plaintiff expert proposed field(s) of expertise: | | Pain Management, Acupuncture, Chiropractic, Neurology, Radiology, DME/Orthotics, Orthopedic Surgery, Forensic Accounting, and Real Estate Valuation. | |
| Defendant expert proposed field(s) of expertise: | | Pain Management, Acupuncture, Chiropractic, Neurology, Radiology, DME/Orthotics, medical billing practices, general medical treatment practices. | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | | 10/31/2026 |
| b. Rebuttal expert reports due | | | 1/31/2027 |
| c. Depositions of experts to be completed | | | 3/31/2027 |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | 3/31/2027 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 4/24/2027 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 5/15/2027 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 5/15/2027 |

**D. CONSENT TO MAGISTRATE JUDGE JURISDICTION**

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

**E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY**

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | N/A | |
| a. Response due | | N/A | |
| b. Reply due | | N/A | |
| 2. Motion for Rule 23 class certification | | N/A | |
| a. Response due | | N/A | |
| b. Reply due | | N/A | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                    March 6, 2026
**PEGGY KUO**                                  Date
United States Magistrate Judge

Rev. 11-03-20