# *Exhibit C*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | Hon. Margo K. Brodie |
| v. | Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C., et al., | |
| Defendants. | |

## [PROPOSED] ORDER ADMITTING
## MICHAEL J. POWERS *PRO HAC VICE*

The motion of Michael J. Powers for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

The applicant has affirmed she is a member in good standing of the Bar of the State of Illinois and that her contact information is as follows:

Michael J. Powers
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5217
michael.powers@katten.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this ___ day of March 2026 by:

_____
The Honorable
United States District Judge
