**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) ) Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | ) ) ) Hon. Margo K. Brodie |
| v. | ) ) Magistrate Peggy Kuo |
| Metro Pain Specialists, P.C., et al., | ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE FOR MICHAEL J. POWERS**

PLEASE TAKE NOTICE that Michael J. Powers of the law firm Katten Muchin Rosenman LLP hereby enters his appearance in this matter as additional counsel of record for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and consents to electronic service of all papers in this action.  The undersigned certifies that he is admitted to practice in this Court in the above-captioned matter.

Dated: March 16, 2026

/s/ *Michael J. Powers*

Michael J. Powers
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5217
michael.powers@katten.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I electronically filed the Notice of Appearance of Michael J. Powers with the Clerk of the Court through the CM/ECF system, which will send notices of electronic filing to all counsel of record.

/s/ *Michael J. Powers*