

**Katten**

Katten Muchin Rosenman LLP

**50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

April 2, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

**Re:**   ***State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
Case No. 21 Civ. 5523 (E.D.N.Y.) – Proposed Revised Briefing Schedule for
Motion for Spoliation Sanctions**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs"), with the consent of Defendant Yan Moshe ("Moshe"), write to respectfully request the Court enter the following modified briefing schedule for Plaintiffs' contemplated motion for spoliation sanctions:

- **April 13, 2026**: Deadline for Plaintiffs' motion for spoliation sanctions to be filed.

- **May 4, 2026**: Deadline for Moshe's response to the motion to be filed.

- **May 14, 2026**: Deadline for Plaintiffs' reply in support of the motion to be filed.

The proposed modified schedule would extend the current briefing deadlines by 10 days, which is necessary to provide the parties with time to complete their briefing on these issues and address other deadlines that have arisen since the original schedule was entered. Accordingly, Plaintiffs, with Moshe's consent, respectfully request the Court enter the above-proposed modified briefing schedule.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES
NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP