April 10, 2026

**Via ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
>      **Case No. 21-cv-05523 (E.D.N.Y.) – Request for Extension**

Dear Judge Kuo:

On February 27, 2026, the Court entered a new fact discovery deadline of July 24, 2026, and directed the parties to "file with the Court any joint letters or motions regarding any remaining issues requiring judicial intervention by April 10, 2026." By this letter, Plaintiffs and Defendants[1] (collectively, the "Parties") write jointly to respectfully request the Court extend the deadline by which they may file joint letters or motions regarding remaining issues by seven days to April 17, 2026. The Parties have diligently sought to address outstanding discovery issues without judicial intervention, and granting the requested extension would promote judicial economy and conserve the Parties' resources by providing additional time to resolve issues which may not require judicial intervention and to crystallize other issues for the Court's consideration.

Accordingly, the Parties respectfully request the Court enter a new deadline by which they may file joint letters or motions regarding any remaining issues requiring judicial intervention of April 17, 2026.

---

[1] "Plaintiffs" include State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. "Defendants" include Leonid Shapiro, M.D., Metro Pain Specialists P.C., Tri-Borough NY Medical Practice P.C., Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc., Vadim Dolsky, Optimum Health Acupuncture, P.C., Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., NJMHMC LLC d/b/a Hudson Regional Hospital, Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp., Nizar Kifaieh, M.D., and Premier Anesthesia Associates P.A.

Respectfully Submitted,

By: /s/ *Christopher T. Cook*

KATTEN MUCHIN ROSENMAN LLP

Ross O. Silverman
Jonathan L. Marks
Sarah R. Scruton
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone:  312.902.5200
Facsimile:  312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020
Telephone:  212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: /s/ *Anthony M. Juliano*

BRACH EICHLER LLC

Anthony M. Juliano
Shannon Carroll
Keith J. Roberts
101 Eisenhower Parkway, Ste 201
Roseland, NJ 07068
973-403-3126
ajuliano@bracheichler.com
scarroll@bracheichler.com
kroberts@bracheichler.com

*Attorneys for Defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, NJMHMC LLC, Star Solution Services Inc., Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp. Nizar Kifaieh, M.D., and Premier Anesthesia Associates, P.A.*

By: /s/ *Thomas A. Leghorn*

LONDON FISCHER LLP

Thomas A. Leghorn
59 Maiden Lane
New York, NY 10038
212-331-9555
Fax: 212-972-1030
tleghorn@londonfischer.com

*Attorneys for Defendants Regina Moshe, Citimedical I PLLC, Citimed Services P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc.*

By: /s/ *Robert E. B. Hewitt, III*

SCHWARTZ, CONROY & HACK, PC

Matthew J. Conroy
Robert E. B. Hewitt, III
666 Old Country Road, Ste. 900
Garden City, NY 11530
516-745-1122
mjc@schlawpc.com
reh@schlawpc.com

*Attorneys for Defendants Vadim Dolsky and Optimum Health Acupuncture P.C.*

By: /s/ *Steven J. Harfenist*

HARFENIST KRAUT & PERLSTEIN LLP

Steven J. Harfenist
3000 Marcus Avenue, Suite 2e1
Lake Success, NY 11042
516-355-9600
sharfenist@hkplaw.com

*Attorneys for Defendants Metro Pain Specialists P.C., Leonid Shapiro, and Tri-Borough NY Medical Practice P.C.*

3