# Katten

**525 W. Monroe Street**
**Chicago, IL 60661-3693**
**+1.312.902.5200 tel**
**katten.com**

**JONATHAN L. MARKS**
jonathan.marks@katten.com
+1.312.902.5337 direct
+1.312.577.4518 fax

April 13, 2026

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**    ***State Farm Mut. v. Metro Pain Specialists, P.C., et al.,***
**Case No. 1:21-cv-05523-MKB-PK (E.D.N.Y.) – Request to File Enlarged**
**Memorandum in Support of Motion for Spoliation Sanctions Against Defendant**
**Yan Moshe**

Dear Chief Judge Brodie:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (together, "Plaintiffs") respectfully write to request that the memorandum of law in support of Plaintiffs' Motion for Spoliation Sanctions Against Defendant Yan Moshe (the "Spoliation Motion") be enlarged to 33 pages total to adequately address the issues related to defendant Yan Moshe's ("Moshe") intentional destruction of tens of thousands of emails relevant to and supportive of Plaintiffs' claims in this action.

The sanctions Plaintiffs seek in the Spoliation Motion are the end result of over four years of discovery and motion practice to obtain relevant emails from Moshe relating to a sweeping fraud scheme. Therefore, the procedural history of this issue is unusually extensive. Further, the factual and legal issues raised by Moshe's spoliation are complex, as the destroyed emails touch upon virtually every issue in Plaintiffs' case against Moshe and more than 70 other defendants in seeking to recover more than $22 million in payments under the Racketeer Influenced and Corrupt Organizations Act and other causes of action. The additional pages requested for the Spoliation Motion are thus required to adequately address this extensive procedural history and the complex factual and legal issues arising from Moshe's spoliation of tens of thousands of emails.

For the foregoing reasons, Plaintiffs respectfully request the Court grant them leave to file an enlarged memorandum of law in support of the Spoliation Motion totaling no more than 33 pages.

Respectfully submitted,

*/s/ Jonathan L. Marks*

Jonathan L. Marks

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP