**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) ) | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **NOTICE OF MOTION FOR SPOLIATION SANCTIONS AGAINST DEFENDANT YAN MOSHE** |
| Metro Pain Specialists, P.C., et al., | ) ) | |
| Defendants. | ) ) | |

**PLEASE TAKE NOTICE**, that, upon the attached Memorandum of Law, dated April 13, 2026, in support of Plaintiffs' Motion for Spoliation Sanctions Against Defendant Yan Moshe and exhibits thereto (the "Spoliation Motion"), the Declaration of Christopher T. Cook dated April 13, 2026, and exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company will move this Court for an order pursuant to Federal Rule of Civil Procedure 37(e) and the Court's inherent powers for (1) sanctions against defendant Yan Moshe ("Moshe"), including entry of default judgment or a similar case terminating sanction, or in the alternative, imposing adverse inferences that the lost information contained in the spoliated emails was unfavorable to Moshe; (2) attorneys' fees, both for the significant costs of recovering the destroyed emails from other sources as well as for the costs of bringing this motion, and (3) granting such other and further relief as the Court may deem just and proper before The Honorable Chief Judge Margo K. Brodie of the U.S. District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY, 11201.

Dated: April 13, 2026

KATTEN MUCHIN ROSENMAN LLP

/s/  *Jonathan L. Marks*
Jonathan L. Marks
Sarah M. Scruton
Michael L. Cardoza
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5337
Facsimile: 312.577.4518
jonathan.marks@katten.com
sarah.scruton@katten.com
michael.cardoza@katten.com


Christopher T. Cook
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.6488
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*