*Exhibit 3*

Case 1:21-cv-05523-MKB-PK    Document 730-3    Filed 04/13/26    Page 2 of 3 PageID #: 11540

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X

AMERICAN TRANSIT INSURANCE COMPANY, a
Subsidiary of AMERICAN T, INC.,

                                        Plaintiff,                    Index No.: 656455/18

          -against-

PETER D. ALBIS, D.C., REUVEN ALON aka ROB ALON, DIANA
BEYNIN, D.C., NACHMY BRONSTEIN, D.C., RONALD A.
HAYEK, D.C., MARK HEYLIGERS, D.C., TODD KOPPEL, M.D.,
MARGARITA MOSHE, REGINA MOSHE aka REGINA
LEVIYEV, M.D., YAN MOSHE aka YAN LEVIYEV,
RAMKUMARPANHANI, M.D., DIPTI R. PATEL, D.C., LEONID
SHAPIRO, M.D., ADVANCED SPINAL CARE REHABILITATION,
PA, ALBIS CHIROPRACTIC CARE, P.C., AXIS CHIROPRACTIC
CARE, P.C., CITIMED SERVICES, P.A., CITIMEDICAL I, P.L.L.C.,
COLUMBUS IMAGING CENTER, L.L.C., DRUGS R US
PHARMACY, INC., DYNAMIC SURGERY CENTER, L.L.C.,
DYNASTY MEDICAL CARE, P.C., EXCEL SURGERY CENTER,
L.L.C., GARDEN STATE PAIN MANAGEMENT, P.A.,METRO
PAIN SPECIALISTS PROFESSIONAL CORPORATION, PREMIER
HEALTH CHOICE CHIROPRACTIC, P.C., UNION WELLNESS
CENTER, L.L.C., JOHN DOES 1-3 and ABC CORPS. 1-3,

                                        Defendants.

-------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel

for Plaintiff, American Transit Insurance Company, a subsidiary of American T, Inc. (the

"Plaintiff"), and Defendants, Rob Alon, Columbus Imaging Center, LLC, Medaid Radiology,

LLC, Regina Moshe, M.D., Citimedical I PLLC, Citimed Services, PA, Yan Moshe a/k/a Yan

Leviyev; Hackensack Specialty ASC LLC f/k/a Dynamic Surgery Center LLC, Integrated

Specialty ASC LLC f/k/a HealthPlus Surgery Center LLC, and Excel Surgery Center,

Case 1:21-cv-05523-MKB-PK    Document 730-3    Filed 04/13/26    Page 3 of 3 PageID #: 11541

L.L.C.(collectively, the "Moshe Defendants"), that all claims in this action asserted by Plaintiff against the Moshe Defendants are dismissed, without prejudice.

Dated: November 24, 2021

<div style="margin-left:40%">

SHORT & BILLY. P.C.

By: _____

Skip Short, Esq.
217 Broadway Suite 300
New York, NY 10007

GREENBERG TRAURIG, LLP

Jim Perkins. Esq.
200 Park Avenue
New York, NY 10166

*Attorneys for Plaintiff*
*American Transit Insurance Company*


THE RUSSELL FRIEDMAN LAW GROUP, LLP

By: _____

Charles Horn, Esq.
Russell Friedman, Esq.
400 Garden City Plaza, Suite 500
Lake Success, NY 11530

*Attorneys for Defendants Rob Alon, Columbus Imaging Center, LLC, Medaid Radiology, LLC, Regina Moshe, M.D., Citimedical I PLLC, Citimed Services, PA, Yan Moshe a/k/a Yan Leviyev; Hackensack Specialty ASC LLC f/k/a Dynamic Surgery Center LLC, Integrated Specialty ASC LLC f/k/a HealthPlus Surgery Center LLC, and Excel Surgery Center, L.L.C.*

</div>