*Exhibit 5*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                                                                      Docket No.:
                                                                      1:20-cv-01098 (FB)(RER)

                                    Plaintiffs,

                -against-

YAN MOSHE, et al.,

                                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO YAN MOSHE, INTEGRATED SPECIALTY SURGERY ASC, LLC F/K/A HEALTH PLUS SURGERY CENTER LLC, HACKENSACK SPECIALTY ASC LLC F/K/A DYNAMIC SURGERY CENTER LLC, EXCEL SURGERY CENTER LLC AND NJMHMC LLC. D/B/A <u>HUDSON REGIONAL HOSPITAL</u>**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel

for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO

General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and

Defendants, Yan Moshe a/k/a Yan Leviev; Hackensack Specialty ASC LLC f/k/a Dynamic Surgery

Center LLC, Integrated Specialty ASC LLC f/k/a Healthplus Surgery Center LLC, Excel Surgery

Center, L.L.C. and NJMHMC LLC d/b/a Hudson Regional Hospital (collectively, the "Moshe

Defendants"), that all claims in this action asserted by Plaintiffs against the Moshe Defendants are

dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: January 21, 2020

| RIVKIN RADLER LLP | BRACH EICHLER LLC |
|---|---|
| By: ___/s/_____<br>     Barry I. Levy, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556-0926<br>Telephone: (516) 357-3000<br><br>*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company* | By: _____/s/_____<br>     Keith J. Roberts<br>101 Eisenhower Pkwy<br>Ste 101<br>Roseland, NJ 07068<br>(973) 228-5700<br><br>*Counsel for Defendants, Yan Moshe a/k/a Yan Leviev, Excel Surgery Center, L.L.C. and NJMHMC LLC d/b/a Hudson Regional Hospital* |
|  | MONTGOMERY McCRACKEN WALKER & RHOADS<br><br>By: ___/s/_____<br>     Robert E O'Connor<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 867-9500<br><br>*Co-Counsel for Defendant, Yan Moshe a/k/a Yan Leviev and Counsel for Defendants, Hackensack Specialty ASC LLC f/k/a Dynamic Surgery Center LLC, Integrated Specialty ASC LLC f/k/a Healthplus Surgery Center LLC* |

**S O  O R D E R E D:**

/S/  Frederic Block
_____
Judge Frederic Block, U.S.D.J.

_____1-21-21_____,~~2020~~