# *Exhibit 6*

| Party | Party Role and Affiliation | Number of Unrecovered Emails |
|---|---|---|
| Regina Moshe, M.D. | Defendant | 2,495 |
| Nizar Kifaieh, M.D. | Defendant | 3,792 |
| Vadim Dolsky | Defendant | 102 |
| Reuven Alon | Defendant | 757 |
| Citimed | Defendants | 5,041 |
| Metro Pain | Defendant | 292 |
| Moshe ASCs (Dynamic, HealthPlus, SCOB, CMSC) | Defendants | 4,517 |
| Star Solution Services | Defendant | 2,903 |
| Citimed Doctors | Doctors Employed by Defendant Citimed Clinics | 70 |
| Popular Bank † | Bank Holding Accounts for Defendants and Relevant Nonparties and Financing Real Estate Transactions Involving Citimed Clinics | 6,579 |
| Citizens Bank, Signature Bank, and Capital One Bank † | Banks Holding Accounts of Defendants or Relevant Nonparties | 607 |
| Russell Friedman Law Group | Law Firm Collecting Insurance Proceeds on Behalf of Defendant Entities Owned by Yan Moshe, Regina Moshe, Reuven Alon, Leonid Shapiro, and Vadim Dolsky | 5,299 |
| Personal Injury Attorneys | Law Firms Representing Patients Treated By Defendant Citimed Clinics or Metro Pain Clinics | 1,979 |
| Marlon Lawes | Criminally Convicted Manager of Fields Law Group Who Sent Patients to Defendants Citimed Clinics and Metro Pain Clinics | 45 |
| Rina Esterov | Accountant for Defendants Yan Moshe, Regina Moshe, and Related Entities | 4,249 |
| John Grywalski | Former Chief Financial Officer for Defendant Hudson Regional Hospital | 5,532 |
| Polina Koren | Senior Accountant for Defendant Hudson Regional Hospital | 1,497 |
| Christopher Dalton | Assistant Vice President of Revenue Cycle Management for Defendant Hudson Regional Hospital | 700 |
| Felicia Karsos | Chief Nursing Officer for Defendant Hudson Regional Hospital | 989 |
| Paula Lapas | Director of Business Development for Defendant Hudson Regional Hospital | 456 |
| Physician Recruitment and Staffing Companies | Companies Providing Physician Recruitment and Staffing Services to Defendant Citimed Clinics or Premier Anesthesia | 185 |
| Leonid Shapiro MD* | Defendant | 877 |
| Jelani Wray* | Criminally Convicted Operator of Call Center that Sent Patients to Defendant Citimed Clinics and Metro Pain Clinics | 6 |
| Beshert Corp* | Defendant | 276 |
| Marina Katayeva* | Business Development Manager for Defendant Citimed Clinics, Beshert, and Hudson Regional Hospital | 1,497 |
| Michelle Simon* | Business Development Manager for Defendant Citimed Clinics, Beshert, and Hudson Regional Hospital | 402 |
| Estevan Roman* | Office Manager for Defendant Citimed Clinics | 266 |
| Roman Yunusov* | Director of Operations for Defendant Citimed Clinics | 553 |
| Tatyana Rabinovich* | Practice Administrator for Defendant Citimed Clinics | 764 |
| Patrick Situ* | Manager of Revenue Cycle Management for Defendant Citimed Clinics | 106 |
| Yenny Escano* | Employee of Defendant Citimed Clinics and Optimum Health | 13 |
| Complete Radiology Reading Services* | Company Employing Radiologists that Performed Radiological Reading Services for Citimed Clinics | 53 |
| Alkies Lapas and Contemporary Diagnostic Imaging* | Company and Owner Employing Radiologists that Performed Radiological Reading Services for Citimed Clinics | 100 |
| All Star Services Inc. and/or Five Star Services Inc.* | Companies Owned by Defendant Dolsky Alleged to Have Siphoned Millions of Dollars from Defendant Citimed Clinics | 29 |
| Nazar Burak* | Owner of Transportation Companies Involved in Transporting Patients for Defendant Citimed Clinics and Moshe ASCs and Involved in Relevant Real Estate and Construction | 2,085 |

| Party | Party Role and Affiliation | Number of Unrecovered Emails |
|---|---|---|
| Gold and Diamond Companies* | Companies Selling Gold and Luxury Watches to Defendants or Relevant Nonparties | 77 |
| Expert Billing Solutions* | Billing Company for Defendants Metro Pain and Tri-Borough NY Medical Practice | 32 |
| New York Spine Institute* | Orthopedic Surgery Group Providing Surgeons to Defendant Citimed Clinics | 88 |
| Sovereign Medical* | Medical Group Involved in Selling Defendant SCOB to Yan Moshe | 462 |
| Pinnacle Health Consultants LLC* | Consulting Group Involved in Obtaining Licenses and Facilitating Transfer of Ownership for Defendants Citimed Surgery and SCOB | 664 |
| Greenbills* | Billing Company for Defendant Citimed Clinics | 167 |
| John Mitamura MD* | Orthopedic Surgeon Providing Services on Behalf of and Leasing Space to Defendant Citimed Clinics | 14 |
| Norman Rowe MD* | Physician Believed to Receive Kickbacks from Defendant Citimed Clinics and Moshe ASCs for Patient Referrals | 26 |
| Advanced Comprehensive Laboratory LLC* | Laboratory Owned by Defendant Dolsky Alleged to Have Received Fraudulent Orders for Patients of Defendant Moshe ASCs | 58 |

† Excluded from total number of unrecovered emails are those emails sent from auto-generating accounts

* Emails specifically identified in exhibit to Second Set of Moshe RFPs