*Exhibit 11*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Thursday, February 15, 2024 3:20 PM |
| **To:** | Juliano, Anthony M.; Carroll, Shannon |
| **Cc:** | Cardoza, Michael L.; Marks, Jonathan L. |
| **Subject:** | RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms |
| **Attachments:** | 2024.02.15 - Metro Pain - ESI Custodial Sources - Moshe Alon Kifaieh Defendants.pdf |

Anthony and Shannon,

Following up on the parties' meet and confer last Friday, attached please find a proposed custodial list identifying certain employees and email addresses Plaintiffs identified as likely to possess responsive discovery material. This list of custodians is not intended to be exhaustive and is being provided only to supplement your reasonable search for ESI responsive to Plaintiffs' discovery demands.

During the meet and confer, the parties also discussed two key aspects of e-discovery. First, we understand your clients are not presently objecting to any specific search terms proposed in Plaintiffs' letters of December 4, 2023. However, there are potential issues with syntax and Boolean modifiers included within Plaintiffs' proposed search terms. As discussed, Plaintiffs agreed to running the search terms (1) without wildcards at the beginning of search terms (e.g., "!" preceding the term) and (2) with quotes around numbers associated with addresses (e.g., ("105 10" or "105-10" or "105-10") w/2 Flatland!)).

Second, we understand you are in the process of engaging vendors to capture emails from web-based email accounts likely to contain responsive ESI. Once captured, emails from these web-based email accounts will be uploaded to a document review platform and proposed search terms will be used to identify potentially responsive records. In other words, counsel will collect and review emails for potential responsiveness, not the individual defendants or their employees.

Let us know if you would like to discuss the proposed custodial sources.

Regards,

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Cook, Christopher T.
**Sent:** Thursday, February 8, 2024 11:03 AM
**To:** 'Juliano, Anthony M.' <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

No problem. We are on the line.

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Thursday, February 8, 2024 11:02 AM
**To:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Need 5 min guys will be on asap

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

**BRACH | EICHLER** LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Tuesday, February 6, 2024 11:49 AM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Greydak, Joanna <jgreydak@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Thursday at 11 works.  We can use the same dial in I circulated below.

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Tuesday, February 6, 2024 11:04 AM
**To:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Greydak, Joanna <jgreydak@bracheichler.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Chris:
Apologies but we need to move this call again.  Can you do Thursday morning at 11 am?

2

Anthony

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

B R A C H | E I C H L E R ᴸᴸᶜ

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Monday, February 5, 2024 3:19 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Thanks.  We can use the below dial in for tomorrow's call at 3:30.

Dial In:  888 707 2752
Meeting ID: 923 0852 4479
Passcode: 121137

**Christopher T. Cook**
Counsel

**Katten**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Monday, February 5, 2024 3:02 PM
**To:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Thanks.  3:30 is good.

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068

3

Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

## BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Monday, February 5, 2024 2:48 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

We can move.  I'm free tomorrow from 10:30-12 and 3:30-4:30.  If there's a time that works best, I'll circulate a dial in.

**Christopher T. Cook**
Counsel

## Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Monday, February 5, 2024 2:45 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Thanks Michael.
Chris, can we move the ESI call to tomorrow?  I am finishing up the discovery responses.
Anthony

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

## BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, February 5, 2024 2:43 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>; Cook, Christopher T. <christopher.cook@katten.com>

**Cc:** Carroll, Shannon <scarroll@bracheichler.com>; Rao, Neha <nrao@bracheichler.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Anthony,

Please see attached.

Thanks,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Friday, February 2, 2024 3:16 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>; Rao, Neha <nrao@bracheichler.com>
**Subject:** FW: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

*EXTERNAL EMAIL – EXERCISE CAUTION*
Michael can you send these letters to me in word format?

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

# BRACH | EICHLER LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, December 4, 2023 6:49 PM
**To:** Carroll, Shannon <scarroll@bracheichler.com>; Juliano, Anthony M. <ajuliano@bracheichler.com>; Roberts, Keith J. <kroberts@bracheichler.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>
**Subject:** [EXTERNAL] State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Proposed Search Terms

Counsel,

Please see attached correspondence regarding proposed search terms for ESI collection. Please provide your availability to meet and confer as soon as practicable.

Regards,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

```
===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or
sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================
```

- 

- 

- 

- 

-