# *Exhibit 15*

# yahoo!

March 19, 2025

*Via Email*
*christopher.cook@katten.com*

Christopher Cook, Esq.
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020

      Re:     Request for Information Pertaining to User Accounts: rob7188090097@yahoo.com, et al.
               *State Farm Mutual Automobile Insurance Company, et al. v. Metro Pain Specialists P.C. et al.,*
               *Case No. 1:21-cv-05523-MKBPK*
               (Internal Reference No. 574180 & 572055)

Dear Mr. Cook:

The emails related to the headers produced under Yahoo Inc. Internal Reference Numbers 574180 and 572055 would have been available to anyone who had access to the account at the time the records were gathered.

Please contact me if you have any questions.

Sincerely,

Lucy Arnaud, Sr. Legal Analyst
Yahoo Inc.
Legal Department