*Exhibit 2*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY, <br><br> *Plaintiffs,* <br><br> v. <br><br> METRO PAIN SPECIALISTS P.C., TRI-BOROUGH NY MEDICAL PRACTICE P.C., LEONID SHAPIRO, M.D., REGINA MOSHE, M.D., CITIMEDICAL I, PLLC, CITIMED SERVICES, P.A., <br><br> *Defendants.*__ | Civil Action No.: <br><br> **1:21-cv-05523-MKB-PK** <br><br><br> **DECLARATION OF JASON MOROFF, ESQ.** |

I, Jason Moroff, Esq, hereby certify as follows:

1.    I am a partner at Gabriel & Moroff, P.C., and we are assisting in responding to the nonparty subpoena issued to Gabriel & Shapiro, LLC, which has not accepted new cases since approximately 2019.

2.    I reviewed the subpoena to Gabriel & Shapiro, LLC and supplement our response with the following information.

3.    I contacted Gabriel & Shapiro LLC's previous IT employee, Christopher Barbaro. He communicated to me that prior to his departure, he had provided to Gabriel & Shapiro the login and password information for the former email server, Go Daddy. We do not have a record of it. We no longer use the server and Mr. Barbaro is unsure if it is still accessible. I have no further information on this previous server.

BE.15083900.1/MOS106-284575

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Jason Moroff

Dated: February 28, 2024

2