*Exhibit 5*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND STATE FARM
FIRE AND CASUALTY COMPANY,

     *Plaintiffs,*

v.

METRO PAIN SPECIALISTS P.C., et al.,

     *Defendants*.

Docket No.: **1:21-cv-05523-MKB-PK**

## NON-PARTY NAZAR BURAK AMENDED RESPONSE TO SUBPOENA

**Request No. 1:**  Any agreement between You or any Burak Entity and any Defendant or any Defendant-Owned Entity.

**Response:**  Documents in Burak's possession provided.

**Request No. 2:**  Any Payment You or any Burak Entity made to or received from any Defendant or any Defendant-Owned Entity.

**Response:**  Pursuant to discussion between counsel, Burak states the following banks were utilized by each Burak entity:

MNBT Corp. – TD Bank
MDNN Corp. – TD Bank
Lestat Corp. – Popular Bank and TD Bank
Expedited Services LLC – Popular Bank
Nimax Group Corp. – Popular Bank and TD Bank
Spetsnaz LLC - Popular Bank
NBPB Corp. – TD Bank
BRK Group Inc. – Company never had a bank account
ELP Services LLC – TD Bank
Unity Dispatch Solutions LLC – Burak does not own this company.

**Request No. 3:**  Documents reflecting any good or service You or any Burak Entity provided to or arranged to be performed for any Defendant or Defendant-Owned Entity, including but not limited to transportation, consulting, or construction services.

BE.15668061.1/MOS106-284575

**Response:**  Documents in Burak's possession provided.

**Request No. 4:**  Documents and Communications reflecting any good or service You or any Burak Entity rendered to or received from any of the following entities:

 a)  Avacon Management LLC (d/b/a Avacon Builders)
 b)  Skittles Services Corp.
 c)  BIP Services Corp.
 d)  North Sky Renovation Services Corp
 e)  VCS Construction LLC
 f)  Vigor Construction Inc.
 g)  Ovada Inc.

**Response:**  Documents in Burak's possession provided.

**Request No. 5:**  Any Form 1099s and W-2s issued or received by any Burak Entity.

**Response:**  Documents in Burak's possession provided.

**Request No. 6:**  Documents identifying the revenue and expenses of the following Burak Entities, including but not limited to general ledgers:

 a)  MNBT Corp.
 b)  MDNN Corp.
 c)  Lestat Corp.
 d)  Expedited Services LLC
 e)  Nimax Group Corp.
 f)  Spetsnaz LLC

**Response:**  None in Burak's possession.

**Request No. 7:**  Documents identifying any person who has or has had any ownership, membership, investment, or other financial interest in any Burak Entity, including but not limited to any operating agreements, membership or shareholder agreements, stock ledgers, stock certificates, resolutions, minutes, by-laws, letters of resignation, dissolution records, and Schedule K-1s issued by You.

**Response:**  Documents in Burak's possession provided.

**Request No. 8:**  Communications between or among You or any Burak Entity and any Defendant or any Defendant-Owned Entity reflecting or relating to the following:

2

BE.15668061.1/MOS106-284575

a) any agreement;
b) any good or service any Burak Entity provided to or arranged to be performed; and
c) any of the following entities:

i.   Avacon Management LLC (d/b/a Avacon Builders)
ii.  Skittles Services Corp.
iii. BIP Services Corp.
iv.  North Sky Renovation Services Corp
v.   VCS Construction LLC
vi.  Vigor Construction Inc.
vii. Ovada Inc.

**Response:**  None in Burak's possession