# *Exhibit 10*



**Katten**

Katten Muchin Rosenman LLP

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

May 30, 2024

**VIA FEDERAL EXPRESS**

**Michael F & Co. Inc.**
7 West 47th Street
New York, NY 10036

Re:     *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists, P.C., et al.,*
       **Case No. 1:21-cv-05523-MKB-PK (E.D.N.Y.)**

Dear Mr. Fuzaylov:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") write regarding your response to the subpoena served on you in the above-referenced action. Plaintiffs have identified certain deficiencies and seek clarity on other issues. As set forth below, we are requesting your written responses to the subpoena and the production of any outstanding responsive documents by June 10, 2024.

On May 7, 2024, Plaintiffs served a subpoena on you via the New York Department of State requesting the production of five categories of records. Responsive documents were originally due 14 days after service, on May 21, 2024. On May 28, 2024, you produced 26 pages of responsive documents.

As an initial matter, Plaintiffs request that you serve written responses that address each of the five requests set forth in the subpoena. The written responses should confirm whether documents responsive to the request are in your possession, custody or control and, if so, whether you are agreeing to produce those documents. If you are not agreeing to produce all responsive documents, please confirm your reasons for withholding them.

Second, numerous categories of requested records are absent from your production. For example, the production does not include any communications relating to the relevant transactions; documents identifying your owners, members, managers, and investors; any agreements between you and any Defendant or Defendant-Owned Entity; or documents relating to the goods sold to Defendants, such as appraisals, letters of authenticity, and jewelry certifications. The records provided in response to the subpoena also do not include copies of the payments or payment

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES
NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

information relating to relevant transactions, including but not limited to copies of any checks or wire transfer receipts for the following payments:

- Payment from Vadim Dolsky for $26,500 re invoice 2120 dated May 16, 2018;
- Payment from Yan Moshe for $35,250 re invoice 2237 dated September 17, 2018;
- Payment from Vadim Dolsky for $22,750 re invoice 2273 dated October 17, 2018;
- Payment from Rob Alon for $2,300 re invoice 2377 dated January 4, 2019;
- Payment from Vadim Dolsky for $35,000 re invoice 2419 dated February 27, 2019;
- Payment from Vadim Dolsky for $211,000 re invoice 2479 dated May 7, 2019;
- Payment from Vadim Dolsky for $250,000 re invoice 2550 dated July 18, 2019;
- Payment from Rob Alon for $4,400 re invoice 2632 dated October 31, 2019;
- Payment from Rob Alon for $17,000 re invoice 2795 dated July 8, 2020;
- Payment from Rob Alon for $6,900 re invoice 2929 dated December 27, 2020;
- Payment from Yan Moshe for $27,460 re invoice 3098 dated July 19, 2021;
- Payment from Vadim Dolsky for $245,000 re invoice 3103 dated July 26, 2021;
- Payment from Vadim Dolsky for $42,500 re invoice 3118 dated August 9, 2021;
- Payment from Rob Alon for $7,000 re invoice 3229 dated December 16, 2021;
- Payment from Vadim Dolsky for $52,250 re invoice 3238 dated December 18, 2021;
- Payment from Vadim Dolsky for $501,450 re invoice 3347 dated April 8, 2022;
- Payment from Yan Moshe for $80,000 re invoice 3382 dated May 4, 2022;
- Payment from Yan Moshe for $148,000 re invoice 3454 dated August 8, 2022;
- Payment from Yan Moshe for $14,200 re invoice 3476 dated August 26, 2022;
- Payment from Yan Moshe for $27,400 re invoice 3542 dated November 9, 2022;
- Payment from Rob Alon for $4,700 re invoice 3894 dated January 22, 2024;
- Payment from Vadim Dolsky for $39,500 re invoice 3952 dated April 17, 2024;

Third, Plaintiffs have reason to believe additional records responsive to the subpoena exist but have not yet been produced. For example, records produced pursuant to the subpoena do not account for the following:

- Yan Moshe's payment to Michael F. & Co. of $2.5 million on September 9, 2019 and Michael F. & Co.'s payment of $2.5 million to Yan Moshe on September 11, 2019;

- Yan Moshe's payment to Michael F. & Co. of $3 million on September 14, 2023

- Yan Moshe's payment to Michael F. & Co. of $300,000 on October 20, 2023;

- Yan Moshe's payment to Michael F. & Co. of $150,000 on October 31, 2023;

- Communications between or among You, Yan Moshe, Rob Alon, and/or Vadim Dolsky, including but not limited to the those identified in the attached Exhibit 1.

By June 10, 2024, please (a) serve complete written responses to each subpoena request identifying for each request whether any documents are being withheld pursuant to an objection and, if so, the objections on which you are standing, and (b) serve any additional documents responsive to the subpoena in your possession, custody, or control. To the extent you have any questions or concerns we are available to discuss.

2

Sincerely,

*/s/ Christopher Cook*

Christopher T. Cook

cc:    Jonathan L. Marks
       Michael Cardoza
       Sarah M. Scruton

*Exhibit 1*

| Author | Recipient | Coyee | Date Received | Time Received |
|---|---|---|---|---|
| rob7188090097@yahoo.com | michael@michaelfdiamonds.com | (blank) | 12/31/2015 | 11:00:00 PM |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/20/2016 | 12:38:34 |
| michael@michaelfdiamonds.com | rob7188090097@yahoo.com | (blank) | 7/1/2016 | 10:42:39 AM |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 6/20/2017 | 11:09:41 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 2/9/2018 | 20:43:56 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 2/9/2018 | 20:43:40 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 2/9/2018 | 20:43:29 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 2/9/2018 | 20:43:12 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 2/9/2018 | 20:42:59 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 3/2/2018 | 14:03:00 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/1/2018 | 14:40:37 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/2/2018 | 10:36:23 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/27/2018 | 17:15:32 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/27/2018 | 17:15:04 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 12/3/2018 | 17:50:56 |
| rob7188090097@yahoo.com | robalon@me.com | nervetesting@gmail.com; jblock@blockotoole.com; dbangel@bcfcomplaw.com; Jhalkovich@degradolaw.com; jrandolph@jrlaw.net; Jonathanlewin42@yahoo.com; raziw@yahoo.com; Amay@mdcapitaladvisors.com; david@leschlaw.com; alkieslapas@gmail.com; kathleen.light@chase.com; michael@michaelfdiamonds.com | 12/31/2018 | 11:00:00 PM |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 1/25/2019 | 10:37:43 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 1/25/2019 | 10:04:09 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 1/25/2019 | 12:46:31 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 2/11/2019 | 13:21:58 |
| michael@michaelfdiamonds.com | lolashimon@aol.com; exclusivetime47@yahoo.com; yanmoshe@yahoo.com; sergeyshimon@gmail.com | (blank) | 2/19/2019 | 16:49:11 |

| | | | | |
|---|---|---|---|---|
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 2/19/2019 | 14:00:43 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 4/3/2019 | 17:08:38 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 4/3/2019 | 13:20:17 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 4/4/2019 | 15:34:57 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 4/11/2019 | 10:48:53 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 4/11/2019 | 12:17:52 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 4/11/2019 | 8:06:34 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/7/2019 | 11:32:39 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/7/2019 | 11:06:19 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/28/2019 | 11:03:35 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 6/19/2019 | 15:41:19 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 6/20/2019 | 16:26:57 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 6/21/2019 | 19:15:15 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 6/24/2019 | 12:22:28 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 9/5/2019 | 10:11:19 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 9/5/2019 | 18:36:12 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 9/5/2019 | 18:35:57 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 9/5/2019 | 10:07:26 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 9/6/2019 | 12:44:26 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 9/9/2019 | 13:50:17 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 9/11/2019 | 11:26:39 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 10/18/2019 | 11:04:39 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 11/12/2019 | 15:30:49 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 11/26/2019 | 15:49:52 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 12/17/2019 | 11:37:21 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 2/10/2020 | 17:01:40 |
| Michael@MichaelFDiamonds.com | yanmoshe@yahoo.com | (blank) | 7/27/2020 | 12:07:06 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 9/29/2020 | 15:56:16 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 10/27/2020 | 13:02:11 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 11/10/2020 | 13:46:22 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 11/20/2020 | 15:25:06 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 1/26/2021 | 11:49:08 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 4/5/2021 | 12:51:33 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 5/10/2021 | 11:29:48 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 7/19/2021 | 12:07:19 |

| | | | | |
|---|---|---|---|---|
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com; margaritamoshe@yahoo.com | (blank) | 8/4/2021 | 18:15:05 |
| yanmoshe@yahoo.com | margaritamoshe@yahoo.com; michael@michaelfdiamonds.com | (blank) | 8/4/2021 | 18:08:41 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 9/1/2021 | 20:58:05 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 9/18/2021 | 15:22:33 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 10/18/2021 | 10:45:25 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 11/5/2021 | 16:45:28 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 12/18/2021 | 14:10:07 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 12/27/2021 | 10:00:49 |
| exclusivetimepiecesnyc@gmail.com | yanmoshe@yahoo.com | (blank) | 1/26/2022 | 14:21:53 |
| exclusivetimepiecesnyc@gmail.com | yanmoshe@yahoo.com | (blank) | 1/27/2022 | 13:51:27 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 6/30/2022 | 16:20:56 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 8/5/2022 | 10:36:31 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 8/15/2022 | 17:05:11 |
| michael@michaelfdiamonds.com | yanmoshe@yahoo.com | (blank) | 11/9/2022 | 12:23:15 |
| michael@michaelfdiamonds.com | rob7188090097@yahoo.com | (blank) | 1/4/2023 | 11:41:07 AM |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 7/17/2023 | 12:51:30 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 12/13/2023 | 16:46:46 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 12/17/2023 | 17:29:57 |
| yanmoshe@yahoo.com | michael@michaelfdiamonds.com | (blank) | 1/4/2024 | 18:15:21 |