*Exhibit 13*



**Katten**

Katten Muchin Rosenman LLP

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**212.940.8800 tel**
**katten.com**

**CHRISTOPHER T. COOK**

christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

July 2, 2024

**VIA FEDEX**

**Elizabeth Hoque**
543 Silfies Road
Kunkletown, PA 18058

Re:     *State Farm Mutual Automobile Insurance Company v. Metro Pain Specialists, P.C., et al.*, **Civil Action No. 1:21-cv-05523-MKB-PK**

Ms. Hoque,

As you know, I represent State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. in the above-referenced matter.  I am writing regarding our conversation on July 1, 2024, regarding your compliance with the subpoena requesting your production of documents.

Among the documents the subpoena requests you to produce are electronic communications with defendants and nonparties.  During our call, you advised me that you have no way of accessing communications stored in the email account beth.beshert@gmail.com.  Although you used this email while an employee of Beshert Corp., you confirmed upon your separation from Beshert the password to the email account was changed.  To the best of your understanding, Beshert and/or Reuven Alon changed the password and would have had access to the account after you stopped working for Beshert.  You advised me you have not attempted to obtain access to the email account since you separated employment with Beshert.  As you have represented that you do not have access to this account, we will confer with attorneys for Mr. Alon regarding his ability to retrieve records stored in it.  To the extent Mr. Alon is unable to retrieve the emails, we reserve our right to move the Court to compel your compliance with the subpoena.

Please confirm by email to me or by written reply to this letter (1) whether the information stated above is consistent with our conversation and your knowledge and understanding, and (2) whether you have any documents or communications responsive to the subpoena in your possession or control (*see* Subpoena Request Nos. 1 through 7).  If we do not receive written confirmation from you before July 14, we will construe your failure to respond as a failure to comply with the subpoena.

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES
NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP



July 2, 2024
Page 2


    As discussed, I understand you have not retained legal counsel regarding the subpoena.  If you choose to retain an attorney, please provide me with your counsel's name and contact information so I may communicate through your attorney.  As you are not presently represented by counsel, please feel free to contact me if you have questions.

Sincerely,

/s/ *Christopher T. Cook*

Christopher T. Cook