# *Exhibit 16*

## AFFIDAVIT OF MICHAEL HAVIER TORRES

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

I, Michael Havier Torres, being duly sworn, deposes, and states the following:

1. I make this Affidavit in response to the subpoena of State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("Plaintiffs") seeking documents in the matter *State Farm Mutual Automobile Insurance Company, v. Metro Pain Specialists P.C.*, 1:21-cv-05523, pending in the U.S. District Court for the Eastern District of New York (the "Subpoena").

2. I hereby attest that I have conducted a diligent search for the records requested in the Subpoena. I am not objecting to the production of any records responsive to any request for documents set forth in the Subpoena and am not withholding any documents responsive to the Subpoena.

3. The Subpoena had an affixed Rider, which identified categories of documents and communications for production. To assist in my search for responsive records, I reviewed the Rider and generated a list of individuals and entities referenced in the Definition section and in the document requests. I then searched for these individuals and entities in the Google search bar for the torres.bershert@gmail.com and mtorres.beshert@gmail.com accounts. I collected every email responsive to a below-listed search term, saved them into a separate folder within the accounts, extracted them through a program recommended by Plaintiffs, converted them to PDF format, and produced those PDFs to Plaintiffs. I have confirmed that the Google search bar assumes "OR" between search terms without any Boolean operators. I searched both email accounts for the following terms:

   a) Citimedical I PLLC
   b) Citimed Services, P.A.
   c) Citimedical Services, P.C.
   d) Citimed Complete Medical Care, P.C.
   e) Citimed Management Services, Inc.
   f) Green Hills Limited LLC
   g) Five Star Services Inc.
   h) All Star Services Inc
   i) AV Chemists LLC
   j) Atlantic Diagnostics LLC
   k) Citi Wide Marketing and Services Corp.
   l) Emed Pharmacy
   m) CFS Star Inc
   n) Spine Align Distributors, LLC
   o) Atlantis Surgery Center LLC
   p) 190 Midland Holdings LLC
   q) Neurological Diagnostics P.A.
   r) PMR Medical P.C.
   s) Hudson Premier Healthcare Partners, LLC

t)      Cannacure Medical & Pain Management PC (d/b/a Bronx Medical)
u)      Interventional Pain Spine & Orthopedics P.A.
v)      LegalMDConsult.com LLC
w)      Scan to Data LLC
x)      Rego Park Seniors Club LLC
y)      63-36 Holdings LLC
z)      63-36 Member LLC v. 1963 Concourse Holdings LLC
aa)     65-55 Woodhaven Realty LLC
bb)     Tushur Development LLC
cc)     Med Capital LLC
dd)     Globe Capital Fundings LLC
ee)     321 Essex Holding LLC
ff)     9220 165 Holdings LLC
gg)     1501 Pollitt Drive Holding LLC
hh)     55 B Greene Ave LLC
ii)     190 Midland Ave Realty LLC
jj)     55 Meadowlands Holdings LLC
kk)     9901 Holdings LLC
ll)     313 43 Realty Holdings LLC
mm)     29 E 29 Street Holdings LLC
nn)     43 Meadowlands Holdings LLC
oo)     Health Tech Services Inc.
pp)     1010 N Broadway Holdings LLC
qq)     456 W 55 Holdings LLC
rr)     29 E 29 Management Inc.
ss)     308 Willow Ave Holdings LLC
tt)     323 62 Street Holdings LLC
uu)     855 Valley Road Holdings LLC
vv)     6575 Woodhaven Holdings LLC
ww)     Giga Life LLC
xx)     Star Funding of US Inc.
yy)     ASCOM LLC
zz)     Clear Path Strategy LLC
aaa)    Excel Jericho Holdings LLC
bbb)    HR Wellness Center LLC
ccc)    Hudson Title Services Inc.
ddd)    Impact Sports Club Inc.
eee)    Hudson Health System Inc.
fff)    NJ Highlands LLC
ggg)    NJBMCH Inc.
hhh)    Specialty ASC Solutions Inc.
iii)    Shrewd Corp.
jjj)    Synapsis LLC
kkk)    Highcrome Mgmt. Corp.
lll)    Telaw Corp.
mmm)    Haga Group LLC
nnn)    Excel Surgery Center LLC
ooo)    Hackensack Specialty ASC LLC (f/k/a Dynamic Surgery Center LLC)

2

ppp)    Integrated Specialty ASC LLC (f/k/a HealthPlus Surgery Center LLC)
qqq)    SCOB LLC (d/b/a SurgiCare of Brooklyn)
rrr)    Citimed Surgery Center, LLC,
sss)    NJMHMC LLC,
ttt)    Metro Pain Specialists, P.C.,
uuu)    Tri-Borough NY Medical Practice P.C.
vvv)    Leonid Shapiro
www)   Optimum Health Acupuncture P.C.
xxx)    Advanced Comprehensive Laboratory LLC (a/k/a TopLab)
yyy)    Vadim Dolsky
zzz)    Yan Moshe
aaaa)   Nizar Kifiaeh
bbbb)   Reuven Alon
cccc)   Beshert Corp.
dddd)   Columbus Imaging Center LLC
eeee)   Medaid Radiology LLC
ffff)    Regina Moshe
gggg)   Premier Anesthesia Associates P.A.

4.  These searches were done within one week of when the PDF emails were produced to Plaintiffs' counsel.  Responsive emails from the torres.beshert@gmail.com account were produced on January 15, 2025, and responsive emails from the mtorres.beshert@gmail.com account were produced on March 5, 2025.

5.  I was formerly employed by Beshert Corp. as a marketer from approximately 2016 to 2017. During that period, I conducted business on behalf of Beshert Marketing through the email accounts torres.beshert@gmail.com and mtorres.beshert@gmail.com.  After Beshert Corp. ceased operations in 2017, I continued to utilize these email accounts during my subsequent employment with Citimed.  I searched all folders, subfolders, archives, and any other storage locations associated with each account, without any temporal limitation. I have had and continue to have access to the email accounts for torres.beshert@gmail.com and mtorres.beshert@gmail.com. As set forth above, I conducted a diligent search of these two accounts and produced to Plaintiffs every single email I found in these two accounts as of the date the emails were produced, in response to the Subpoena.

6.  The following emails were, based upon the representation of Plaintiffs, identified in metadata provided by Google, and shared with me, for the email account torres.beshert@gmail.com as existing in these accounts as of April 2024.  Plaintiffs were unable to identify the below listed emails in the January and March 2025 productions.  I conducted additional searches for these records in April and July 2025 but was unable to locate these emails.  I can confirm that they are not present in the torres.beshert@gmail.com account at this time.  I have no knowledge as to what happened to these emails. These missing emails and the search terms utilized in an attempt to locate them include the following:

A.    2/15/2017 21:01:36 email from torres.beshert@gmail.com to yhernandez1125@gmail.com;

3

1. On July 10, 2025, I searched my email using the following terms in the search bar: in:anywhere to:(yhernandez1125@gmail.com) after:2017/2/14 before:2017/2/16. I searched the torres.beshert@gmail.com account.  The search did not yield any result.

B. 2/27/2017 15:36:28 email from asher@taublawgroup.com to torres.beshert@gmail.com;

1. In April of 2025, I searched my email using following search terms in the search bar: in:anywhere from:(asher@taublawgroup.com) after:2017/2/26 before:2017/2/28. I searched the torres.beshert@gmail.com account. The search did not yield any result.

C. 2/27/2017 15:37:51 email from torres.beshert@gmail.com to asher@taublawgroup.com;

1. In April of 2025, I searched my email using the following search terms in the search bar: in:anywhere from:(torres.beshert@gmail.com) after:2017/2/26 before:2017/2/28. I searched the torres.beshert@gmail.com account. The search did not yield any result.

D. 4/21/2017 17:05:04 email from eguldi@perecman.com to torres.beshert@gmail.com;

1. In April of 2025, I searched my email using the following search terms in the search bar: in:anywhere from:(eguldi@perecman.com) after:2017/4/20 before:2017/4/22. I searched the torres.beshert@gmail.com account. The search did not yield any result.

E. 9/29/2017 15:42:08 email from torres.beshert@gmail.com to m.beshert@gmail.com;

1. In April of 2025, I searched my email using the following search terms in the search bar: in:anywhere from:(torres.beshert@gmail.com) after:2017/9/28 before:2017/9/30. I searched the torres.beshert@gmail.com account. The search did not yield any result.

F. 4/27/2018 13:55:34 email from rob7188090097@yahoo.com to beth.beshert@gmail.com; base017@gmail.com; plapas.beshert@gmail.com; marina.beshert@gmail.com; jaime.beshert@gmail.com; kifaieh@gmail.com; tkelliher.beshert@gmail.com; tk@mklawli.com; torres.beshert@gmail.com; and massiel.beshert@gmail.com;

4

I. In April of 2025, I searched my email using the following search terms in the search bar: in:anywhere from:(rob7188090097@yahoo.com) after:2018/4/25 before:2018/4/29. I searched the torres.beshert@gmail.com account. The search did not yield any result.

G. 4/27/2018 14:32:55 email from kifaieh@gmail.com to rob7188090097@yahoo.com that copies beth.beshert@gmail.com; base017@gmail.com; plapas.beshert@gmail.com; marina.beshert@gmail.com; jaime.beshert@gmail.com; tkelliher.beshert@gmail.com; tk@mklawli.com; torres.beshert@gmail.com; and massiel.beshert@gmail.com.

I. In April of 2025, I searched my email using the following search terms in the search bar: in:anywhere from:(kifaieh@gmail.com) after:2018/4/26 before:2018/4/29. I searched the torres.beshert@gmail.com account. The search did not yield any result.

7. I have collected and produced all responsive records in the email accounts mtorres.beshert@gmail.com and torres.beshert@gmail.com. No documents were withheld for any reason.

8. I collected the emails produced in this case with the assistance of my counsel's staff.

Michael Havier Torres

Sworn to before me this 11 th day of July, 2025

Notary public

Sara Dahnoun
NOTARY PUBLIC
State of New Jersey
ID # 50186186
My Commission Expires
February 18, 2027