# *Exhibit 18*

**Scruton, Sarah M.**

---

| | |
|---|---|
| **From:** | Cook, Christopher T. |
| **Sent:** | Monday, June 10, 2024 2:35 PM |
| **To:** | 'pellumkari@gmail.com' |
| **Cc:** | Cardoza, Michael L.; Scruton, Sarah M. |
| **Subject:** | State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C. - Subpoena Seeking Documents and Records |

Ms. Russell,

Thank you for taking the time to speak with me this afternoon regarding the subpoena served on you in the above-referenced matter. With the possible exception of records relating to the email account k.beshert@gmail.com, you have advised me that you have no documents in your possession, custody, or control. In reviewing information used to create this email account, you confirmed that the name, date of birth, and recovery email associated with the account (karinautique@gmail.com) are your own. However, you have no familiarity with the telephone number used to create the account ((718) 809-0097). Based on our conversation, I understand you have no recollection of creating this account and have not attempted to access it since you separated employment with Beshert Corp. As you have represented that you do not have access to this account and are not willing to attempt to obtain access at this time, we will confer with attorneys for Mr. Alon regarding his ability to retrieve records stored in this account. To the extent he is unable to retrieve them, we reserve our right to move the Court to compel your compliance with the subpoena.

Please feel free to reach out if you have any questions.

Regards,
Chris

**Christopher T. Cook**
Counsel

**Katten**

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

1