*Exhibit 20*

## Scruton, Sarah M.

---

**From:**          Michelle Simon <michelle.c.simon@gmail.com>
**Sent:**          Friday, July 5, 2024 9:59 AM
**To:**            Cook, Christopher T.
**Cc:**            Cardoza, Michael L.; Scruton, Sarah M.
**Subject:**       Re: State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C. - Subpoena Seeking Documents and Records

*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Christopher,

The information in your email below is consistent with our conversation and my knowledge and understanding.

I do not have any responsive documents or communications in my possession as referenced in the Subpeona.

Please confirm that you have received my response and that this email satisfies the command to respond to the Subpeona.

Thank you and I hope you have a great holiday weekend.

Best regards,

Michelle Simon

On Fri, Jun 21, 2024 at 12:58 PM Cook, Christopher T. <christopher.cook@katten.com> wrote:

Ms. Simon,

Thank you for taking the time to speak with me this afternoon regarding the attached subpoena served on you in the above-referenced matter. During our call, you advised me that you have no way of accessing communications stored in the email accounts msimon@beshert@gmail.com and base017@gmail.com. We discussed information used to create the account msimon@beshert@gmail.com, including the email address and telephone number associated with 2-step verification and password recovery. You confirmed that the recovery email (base017@gmail.com) and recovery telephone number ((201) 250-9335) both belong to Reuven "Rob" Alon and/or Mariana Garcia, who is or was an employee of Citimed. Although you used these emails and telephone number while a Beshert employee, upon your separation from Beshert, Mr. Alon changed the passwords to both of these email accounts and took possession of the phone associated with (201) 250-9335. To the best of your understanding, this telephone number remains operational and is associated with Mr. Alon and/or Ms. Garcia. You have not attempted to access these email accounts since you separated employment with Beshert Corp. As you have represented that you do not have access to these accounts, we will confer with attorneys for Mr. Alon regarding his ability to retrieve records stored in them. To the extent he is unable to retrieve them, we reserve our right to move the Court to compel your compliance with the subpoena.

1

Please confirm by written reply to this email (1) whether the information stated above is consistent with our conversation and your knowledge and understanding, and (2) whether you have any responsive documents or communications in your possession or control (see Subpoena Request Nos. 1 through 7).

As discussed, I understand you have not retained legal counsel regarding the subpoena. If you do, please let me know your counsel's name and contact information and I will communicate through your attorney. As you are not presently represented by counsel, please feel free to contact me if you have questions.

Regards,

Chris

**Christopher T. Cook**
Counsel

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

```
==============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
==============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================
```