*Exhibit 23*

## AFFIDAVIT OF BRIJESH V. REDDY, M.D.

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

I, Brijesh V. Reddy, M.D., being duly sworn, deposes, and states the following:

1. I make this Affidavit in response to the subpoena of State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company ("Plaintiffs") seeking documents in the matter State Farm Mutual Automobile Insurance Company, v. Metro Pain Specialists P.C., 1:21-cv-05523, pending in the U.S. District Court for the Eastern District of New York (the "Subpoena").

2. I hereby attest that I have conducted a diligent search for the records requested in the Subpoena. I am not objecting to the production of any records responsive to any request for documents set forth in the Subpoena and am not withholding any documents responsive to the Subpoena.

3. The Subpoena had an affixed Rider, which identified categories of documents and communications for production. I reviewed the Rider and compiled a list of individuals and entities referenced in the Document Request section. Using that list, searches were conducted within the Google search function for my email account radtigris@gmail.com.

4. All emails responsive to the below-listed search terms were identified and collected. Those emails were then forwarded to my counsel at Barker Patterson Nichols LLP, who compiled the materials, converted them into PDF format, and redacted information protected by the attorney-client privilege prior to production to Plaintiffs in the document attached hereto. To the best of my knowledge and understanding, the Google search function treats multiple search terms as connected by "OR" in the absence of Boolean operators.

  a) Alkies Lapas
  b) Contemporary Diagnostic Imaging LLC
  c) Yan Moshe
  d) Citimedical
  e) Regina Moshe
  f) Reuven Alon
  g) Nizar Kifaieh
  h) Priyesh Patel

4.    These searches were conducted and promptly forwarded to my counsel. Responsive emails from the account were produced on January 9, 2026 by my counsel Barker Patterson Nichols LLP.

5.    The foregoing search was conducted in good faith and was reasonably calculated to identify responsive communications. To the best of my knowledge, information and belief, all non-privileged documents and communications responsive to the Subpoena and within my possession, custody or control have been produced.

Brijesh V. Reddy, M.D.

Sworn to before me this 4TH day of April, 2026

Notary Public

KLEE RETIVOV
My Notary ID # 134809475
Expires March 15, 2028