# *Exhibit 25*



**Katten Muchin Rosenman LLP**

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**Christopher T. Cook**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

August 7, 2025

**Via Email**

Lloyd M. Eisenberg
Eisenberg & Carton
405 RXR Plaza
Uniondale, New York 11556
516.221.3700
leisenberg@eisenbergcarton.com

Re:    ***State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists, P.C., et al.*,**
**Case No. 1:21-cv-05523-MKB-PK (E.D.N.Y.) – Seeking Production of**
**Communications Responsive to Plaintiffs' Subpoena to Complete Radiology**
**Reading Service**

Dear Lloyd,

Plaintiffs State Farm Mutual and State Farm Fire write regarding the subpoena served on Complete Radiology Reading Service LLC ("CRRS"), a copy of which is enclosed for your reference. Subpoena Request No. 8 seeks communications between CRRS and defendants in this action, among other records. CRRS produced none. Plaintiffs have, however, identified responsive communications between CRRS or its employees and Yan Moshe, which are identified on Exhibit A. Please produce any emails identified in Exhibit A in CRRS's possession, custody or control and, for each email it does not produce, specifically identify whether (1) CRRS is withholding the email and, if so, the stated bases for doing so, or (2) those documents were deleted and cannot be recovered.

If CRRS refuses to produce responsive communications, please provide your availability to meet and confer before August 13, 2025.

Regards,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encls.

| SENDDATE | RECEIVEDATE | TIMESENT | TIMERECEIVED | AUTHOR | RECIPIENT | COPYEE | BCC |
|---|---|---|---|---|---|---|---|
| 7/1/2018 | 7/1/2018 | 23:49:36 | 23:49:45 | arothpearl@crrservices.com | irinamriq@citimedny.com | Yanmoshe@yahoo.com; rmoshe@citimedny.com | |
| 10/10/2017 | 10/10/2017 | 12:59:20 | 12:59:35 | arothpearl@crrservices.com | yanmoshe@yahoo.com | jgermani@crrservices.com | |
| 10/9/2017 | 10/9/2017 | 13:25:37 | 13:26:34 | arothpearl@crrservices.com | jgermani@crrservices.com; yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 18:15:09 | 18:15:19 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 14:38:59 | 14:39:09 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 14:29:57 | 14:30:16 | arothpearl@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com; mgreenmd@gmail.com; jgermani@crrservices.com | | |
| 9/18/2017 | 9/18/2017 | 18:11:57 | 18:13:15 | arothpearl@crrservices.com | reginamoshe5@gmail.com | yanmoshe@yahoo.com; tatyanar@citimedny.com; mgreenmd@gmail.com; jgermani@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 12:31:07 | 12:31:18 | arothpearl@crrservices.com | yanmoshe@yahoo.com | jgermani@crrservices.com; tdeangelis@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 10:52:08 | 10:52:14 | arothpearl@crrservices.com | yanmoshe@yahoo.com | jgermani@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 9:45:41 | 9:46:22 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 7/26/2017 | 7/26/2017 | 16:00:19 | 16:00:22 | arothpearl@crrservices.com | yanmoshe@yahoo.com; rmoshe@citimedny.com; tatyanar@citimedny.com | jgermani@crrservices.com | |
| 7/26/2017 | 7/26/2017 | 15:52:25 | 15:52:38 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 6/29/2017 | 6/29/2017 | 16:52:20 | 16:52:25 | arothpearl@crrservices.com | yanmoshe@yahoo.com; jgermani@crrservices.com; tdeangelis@crrservices.com | | |
| 3/16/2017 | 3/16/2017 | 11:42:16 | 11:42:35 | arothpearl@crrservices.com | yanmoshe@yahoo.com | reginamoshe5@gmail.com; tdeangelis@crrservices.com | |
| 3/16/2017 | 3/16/2017 | 0:33:14 | 0:33:54 | arothpearl@crrservices.com | yanmoshe@yahoo.com; reginamoshe5@gmail.com | tdeangelis@crrservices.com | |
| 3/8/2017 | 3/8/2017 | 19:27:07 | 19:27:16 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 3/8/2017 | 3/8/2017 | 18:21:33 | 18:22:18 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 3/8/2017 | 3/8/2017 | 18:06:08 | 18:07:39 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 3/6/2017 | 3/6/2017 | 15:12:17 | 15:12:59 | arothpearl@crrservices.com | tatyanar@citimedny.com; mritopdoc@gmail.com; tdeangelis@crrservices.com | | |
| 2/27/2017 | 2/27/2017 | 17:06:21 | 17:07:15 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tatyanar@citimedny.com; tdeangelis@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 17:02:43 | 17:02:54 | arothpearl@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com | tdeangelis@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 17:00:56 | 17:01:04 | arothpearl@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com | tdeangelis@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 16:53:58 | 16:54:05 | arothpearl@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 2/27/2017 | 2/27/2017 | 16:47:49 | 16:48:07 | arothpearl@crrservices.com | tdeangelis@crrservices.com; yanmoshe@yahoo.com | | |
| 2/27/2017 | 2/27/2017 | 16:42:58 | 16:43:21 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 2/10/2017 | 2/10/2017 | 13:47:09 | 13:47:56 | arothpearl@crrservices.com | yanmoshe@yahoo.com; reginamoshe5@gmail.com | | |
| 2/10/2017 | 2/10/2017 | 13:34:10 | 13:34:22 | arothpearl@crrservices.com | yanmoshe@yahoo.com; reginamoshe5@gmail.com | Teresa@divorcelab.com | |
| 12/27/2016 | 12/27/2016 | 12:38:23 | 12:38:29 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/23/2016 | 12/23/2016 | 19:45:00 | 19:45:10 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/23/2016 | 12/23/2016 | 11:56:20 | 11:56:43 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/22/2016 | 12/22/2016 | 17:16:30 | 17:16:40 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/16/2016 | 12/16/2016 | 13:24:54 | 13:25:04 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/1/2016 | 12/1/2016 | 15:08:58 | 15:09:04 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/1/2016 | 12/1/2016 | 15:04:03 | 15:04:20 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/1/2016 | 12/1/2016 | 14:48:03 | 14:48:07 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/1/2016 | 12/1/2016 | 14:35:07 | 14:35:19 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 10/27/2016 | 10/27/2016 | 13:04:30 | 13:04:45 | arothpearl@crrservices.com | rmoshe@citimedny.com | | |
| 5/20/2016 | 5/20/2016 | 14:33:45 | 14:34:15 | arothpearl@crrservices.com | citimedregopark@gmail.com | yanmoshe@yahoo.com; tdeangelis@crrservices.com; mgreenmd@gmail.com | |
| 6/29/2018 | 6/29/2018 | 16:07:40 | 16:07:41 | irinamriq@citimedny.com | arothpearl@crrservices.com; Yanmoshe@yahoo.com; rmoshe@citimedny.com | | |
| 11/17/2017 | 11/17/2017 | 19:22:11 | 19:22:12 | irinamriq@citimedny.com | kmuirragui@crrservices.com; jgermani@crrservices.com; arothpearl@crrservices.com; Yanmoshe@yahoo.com | | |
| 11/16/2017 | 11/16/2017 | 21:22:46 | 21:22:56 | jgermani@crrservices.com | irinamriq@citimedny.com; Yanmoshe@yahoo.com; kmuirragui@crrservices.com; arothpearl@crrservices.com | | |
| 11/16/2017 | 11/16/2017 | 17:56:06 | 17:56:08 | irinamriq@citimedny.com | Yanmoshe@yahoo.com; kmuirragui@crrservices.com; jgermani@crrservices.com; arothpearl@crrservices.com | | |
| 11/10/2017 | 11/10/2017 | 15:50:53 | 15:51:15 | jgermani@crrservices.com | irinamriq@citimedny.com; kmuirragui@crrservices.com; arothpearl@crrservices.com; Yanmoshe@yahoo.com | | |
| 11/10/2017 | 11/10/2017 | 15:35:07 | 15:35:08 | irinamriq@citimedny.com | jgermani@crrservices.com; kmuirragui@crrservices.com; arothpearl@crrservices.com; Yanmoshe@yahoo.com | | |
| 11/10/2017 | 11/10/2017 | 10:50:54 | 10:50:56 | irinamriq@citimedny.com | arothpearl@crrservices.com; jgermani@crrservices.com; Yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 14:38:59 | 14:39:01 | tatyanar@citimedny.com | arothpearl@crrservices.com | yanmoshe@yahoo.com; mgreenmd@gmail.com; jgermani@crrservices.com | |
| 9/22/2017 | 9/22/2017 | 14:23:17 | 14:31:19 | tatyanar@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; mgreenmd@gmail.com; jgermani@crrservices.com | | |
| 2/27/2017 | 2/27/2017 | 17:15:05 | 17:15:06 | tatyanar@citimedny.com | arothpearl@crrservices.com; yanmoshe@yahoo.com | | |
| 9/14/2016 | 9/14/2016 | 10:27:56 | 10:27:57 | citimedregopark@gmail.com | tdeangelis@crrservices.com; arothpearl@crrservices.com; YANMOSHE@yahoo.com; rmoshe@citimedny.com | | |
| 10/10/2017 | 10/10/2017 | 18:36:48 | 18:36:48 | yanmoshe@yahoo.com | arothpearl@crrservices.com | jgermani@crrservices.com; irinamriq@citimedny.com | |
| 10/9/2017 | 10/9/2017 | 22:40:40 | 22:40:40 | yanmoshe@yahoo.com | arothpearl@crrservices.com; jgermani@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com; irinamriq@citimedny.com | | |
| 7/27/2017 | 7/27/2017 | 11:05:14 | 11:05:14 | yanmoshe@yahoo.com | arothpearl@crrservices.com | jgermani@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 10:17:56 | 10:17:56 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 7/26/2017 | 7/26/2017 | 16:16:20 | 16:16:20 | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com | jgermani@crrservices.com | |
| 7/26/2017 | 7/26/2017 | 15:59:23 | 15:59:31 | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com | | |
| 7/6/2017 | 7/6/2017 | 13:25:31 | 13:25:31 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 6/29/2017 | 6/29/2017 | 16:06:45 | 16:06:45 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 3/16/2017 | 3/16/2017 | 10:29:38 | 10:29:38 | yanmoshe@yahoo.com | arothpearl@crrservices.com; reginamoshe5@gmail.com | tdeangelis@crrservices.com | |
| 3/8/2017 | 3/8/2017 | 18:17:11 | 18:17:11 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 2/27/2017 | 2/27/2017 | 16:50:55 | 16:50:55 | yanmoshe@yahoo.com | arothpearl@crrservices.com; tdeangelis@crrservices.com; tatyanar@citimedny.com | | |
| 12/23/2016 | 12/23/2016 | 10:25:33 | 10:25:33 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 10/27/2016 | 10/27/2016 | 21:08:09 | 21:08:09 | yanmoshe@yahoo.com | brian@murphconsulting.com; rmoshe@citimedny.com; arothpearl@crrservices.com | | |
| 10/27/2016 | 10/27/2016 | 21:07:06 | 21:07:06 | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com | | |
| 12/1/2017 | 12/1/2017 | 14:15:41 | 14:16:20 | jgermani@crrservices.com | tatyanar@citimedny.com | Yanmoshe@yahoo.com; arothpearl@crrservices.com; jgermani@crrservices.com | |
| 10/11/2017 | 10/11/2017 | 13:26:43 | 13:26:45 | irinamriq@citimedny.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; jgermani@crrservices.com | |
| 10/10/2017 | 10/10/2017 | 9:56:14 | 9:56:16 | irinamriq@citimedny.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; jgermani@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com | |
| 9/20/2017 | 9/20/2017 | 14:37:23 | 14:37:38 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; jgermani@crrservices.com | |
| 8/8/2017 | 8/8/2017 | 22:17:44 | 22:17:46 | tatyanar@citimedny.com | jgermani@crrservices.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 8/7/2017 | 8/7/2017 | 12:31:39 | 12:31:44 | jgermani@crrservices.com | TATYANAR@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 8/3/2017 | 8/3/2017 | 20:11:18 | 20:11:48 | jgermani@crrservices.com | TATYANAR@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 7/31/2017 | 7/31/2017 | 16:37:04 | 16:37:04 | jgermani@crrservices.com | yanmoshe@yahoo.com; tatyanar@citimedny.com | arothpearl@crrservices.com; tdeangelis@crrservices.com; jgermani@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 16:58:46 | 16:58:47 | tatyanar@citimedny.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 11/9/2016 | 11/9/2016 | 17:30:24 | 17:30:25 | rmoshe@citimedny.com | mgreenmd@gmail.com; tdeangelis@crrservices.com | arothpearl@crrservices.com; yanmoshe@yahoo.com; citimedregopark@gmail.com | |
| 10/31/2016 | 10/31/2016 | 9:51:23 | 9:51:46 | brian@murphconsulting.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com | |
| 10/27/2016 | 10/27/2016 | 21:22:15 | 21:22:17 | brian@murphconsulting.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com | |
| 11/1/2016 | 11/1/2016 | 1:35:44 | 1:35:46 | yanmoshe@yahoo.com | brian@murphconsulting.com | arothpearl@crrservices.com; rmoshe@citimedny.com | |
| 11/8/2017 | 11/8/2017 | 18:32:41 | 18:32:46 | jgermani@crrservices.com | TATYANAR@citimedny.com | yanmoshe@yahoo.com; rmoshe@citimedny.com | |
| 11/8/2017 | 11/8/2017 | 18:29:53 | 18:30:03 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com; rmoshe@citimedny.com | |
| 11/6/2017 | 11/6/2017 | 15:23:12 | 15:23:27 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com; jgermani@crrservices.com | |
| 9/25/2017 | 9/25/2017 | 14:32:03 | 14:32:24 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 7/31/2017 | 7/31/2017 | 14:22:30 | 14:22:42 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 7/31/2017 | 7/31/2017 | 13:13:10 | 13:13:16 | jgermani@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com | | |
| 7/21/2017 | 7/21/2017 | 11:36:09 | 11:36:21 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 7/31/2017 | 7/31/2017 | 13:43:23 | 13:51:47 | tatyanar@citimedny.com | jgermani@crrservices.com | yanmoshe@yahoo.com | |

| 7/31/2017 | 7/31/2017 | 13:09:40 | 13:09:41 | tatyanar@citimedny.com | yanmoshe@yahoo.com; jgermani@crrservices.com | |