# *Exhibit 26*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, et al.,

                        Plaintiffs,           1:21-cv-05523-MKB-PK

         - against -                 **REVISED**
                                      **RESPONSE TO SUBPOENA**

METRO PAIN SPECIALISTS P.C., et al,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Non-Party Complete Radiology Reading Services LLC ("CRRS"), by and through its

undersigned attorneys, hereby responds to Plaintiffs' "Subpoena to Produce Documents,

Information, or Objects or to Permit Inspection of Premises In A Civil Action," based upon CRRS's

proper and diligent search, as follows:

1. Any agreement between You and any Defendant or any entity owned by a Defendant, including but not limited to any Citimedical Affiliated Entity.

**RESPONSE:** CRRS has no such documents in its possession, custody or control.

2. Any Payments You made to or received from any Defendant or any entity owned by a Defendant for any Medical Service, including but not limited to any Citimedical Affiliated Entity.

**RESPONSE:** CRRS has no such documents in its possession, custody or control, other than the

W2 previously produced.

3. Documents sufficient to identify every Physician who performed any Medical Service for or on behalf of any Defendant or any entity owned by a Defendant, including but not limited to any Citimedical Affiliated Entity.

**RESPONSE:** CRRS has no such documents in its possession, custody or control, other than the

W2 previously produced.

4. For any Physician identified in response to Request No. 3:

      a) Documents sufficient to identify the name of any of Your clients for whom or on whose
      behalf such Physician performed any Medical Service and the days and times each such

Physician performed any such Medical Service (i.e., a schedule of each Physician's work identifying the clients for which the person performed work on each day, and how long the person performed work for each such client on that day);

b) any tax forms issued to or concerning such Physician, including any form W-2 or 1099s;

c) any agreement between such Physician and You, any Defendant, or any client of Yours;

d) any Payments made to or received from anyone in connection with Medical Services rendered by such Physician by or on behalf of any Defendant; and

e) Your personnel file for such Physician.

**RESPONSE:** CRRS has no such documents in its possession, custody or control, other than the

W2 previously produced.

5. Documents reflecting Your practices and policies regarding the assignment of Physicians to perform Medical Services for or on behalf of Your clients, including but not limited any applicable Defendant or any entity owned by a Defendant.

**RESPONSE:** CRRS has no such documents in its possession, custody or control.

6. For Physicians Brijesh Vangala Reddy, M.D., John Lyons, M.D., Stephen Toder, M.D., and Priyesh Patel, M.D., provide the following Documents:

a) any tax forms issued to or concerning such Physician, including any form W-2 or 1099s;

b) any agreement between such Physician and You, any Defendant, or any client of Yours;

c) any Payments made to or received from anyone in connection with Medical Services rendered by such Physician by or on behalf of any Defendant; and

d) Your personnel file for such Physician.

**RESPONSE:** CRRS has no such documents in its possession, custody or control in any way

relating to this case.

7. Documents relating to any criminal, disciplinary, civil, or licensure investigation involving You or any Defendant at any time.

2

**RESPONSE:**  CRRS has no such documents in its possession, custody or control.  As CRRS understands this request, there have been no such investigations against CRRS or its principal, Allen Rothpearl, M.D.

8. Communications reflecting or relating to:

a) any agreement between or among You and any Defendant or any entity owned by a Defendant, including any Citimedical Affiliated Entity;

b) any Payment You made to or received from any Defendant or any entity owned by a Defendant, including any Citimedical Affiliated Entity;

c) any Medical Service a Physician performed for or on behalf of any Defendant or any entity owned by a Defendant, including any Citimedical Affiliated Entity;

d) Your practices and policies regarding the assignment of Physicians to perform Medical Services for or on behalf of Your clients, including but not limited any applicable Defendant or any entity owned by a Defendant; and

e) any criminal, disciplinary, civil, or licensure investigation or proceeding involving You or any Defendant at any time, including Communications with any professional association, law enforcement, or local, state, or federal agency.

**RESPONSE:**  CRRS has no such documents in its possession, custody or control, other than the W2 previously produced.  CRRS further states, that it does not have in its possession, custody or control the emails referenced in Plaintiffs' August 7, 2025, letter and the exhibit thereto, which for the sake of clarity are attached as Exhibit A to this response.  The reason that CRRS does not have those emails in its possession, custody or control is that they were purged in the ordinary course of CRRS's business before it was served with the subpoena.

Dated: Uniondale, New York          EISENBERG & CARTON
       November 11, 2025

                                 */s/ Lloyd M. Eisenberg*
By:_____
        Lloyd M. Eisenberg
405 RXR Plaza
Uniondale, New York  11556
(516) 221-3700
Attorneys for Non-Party
   Complete Radiology Reading Services LLC

3

# Exhibit A



**Katten**

Katten Muchin Rosenman LLP

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

August 7, 2025

**VIA EMAIL**

Lloyd M. Eisenberg
Eisenberg & Carton
405 RXR Plaza
Uniondale, New York 11556
516.221.3700
leisenberg@eisenbergcarton.com

Re:    ***State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists, P.C., et al.*,**
**Case No. 1:21-cv-05523-MKB-PK (E.D.N.Y.) – Seeking Production of**
**Communications Responsive to Plaintiffs' Subpoena to Complete Radiology**
**Reading Service**

Dear Lloyd,

Plaintiffs State Farm Mutual and State Farm Fire write regarding the subpoena served on Complete Radiology Reading Service LLC ("CRRS"), a copy of which is enclosed for your reference. Subpoena Request No. 8 seeks communications between CRRS and defendants in this action, among other records. CRRS produced none. Plaintiffs have, however, identified responsive communications between CRRS or its employees and Yan Moshe, which are identified on Exhibit A. Please produce any emails identified in Exhibit A in CRRS's possession, custody or control and, for each email it does not produce, specifically identify whether (1) CRRS is withholding the email and, if so, the stated bases for doing so, or (2) those documents were deleted and cannot be recovered.

If CRRS refuses to produce responsive communications, please provide your availability to meet and confer before August 13, 2025.

Regards,

*/s/ Christopher T. Cook*

Christopher T. Cook

Encls.

| SENDDATE | RECEIVEDATE | TIMESENT | TIMERECEIVED | AUTHOR | RECIPIENT | COPYEE | BCC |
|---|---|---|---|---|---|---|---|
| 7/1/2018 | 7/1/2018 | 23:49:36 | 23:49:45 | arothpearl@crrservices.com | irinamriq@citimedny.com | Yanmoshe@yahoo.com; rmoshe@citimedny.com | |
| 10/10/2017 | 10/10/2017 | 12:59:20 | 12:59:35 | arothpearl@crrservices.com | yanmoshe@yahoo.com | jgermani@crrservices.com | |
| 10/9/2017 | 10/9/2017 | 13:25:37 | 13:26:34 | arothpearl@crrservices.com | jgermani@crrservices.com; yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 18:15:09 | 18:15:19 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 14:38:59 | 14:39:09 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 14:29:57 | 14:30:16 | arothpearl@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com; mgreenmd@gmail.com; jgermani@crrservices.com | | |
| 9/18/2017 | 9/18/2017 | 18:11:57 | 18:13:15 | arothpearl@crrservices.com | reginamoshe5@gmail.com | yanmoshe@yahoo.com; tatyanar@citimedny.com; mgreenmd@gmail.com; jgermani@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 12:31:07 | 12:31:18 | arothpearl@crrservices.com | yanmoshe@yahoo.com | jgermani@crrservices.com; tdeangelis@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 10:52:08 | 10:52:14 | arothpearl@crrservices.com | yanmoshe@yahoo.com | jgermani@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 9:45:41 | 9:46:22 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 7/26/2017 | 7/26/2017 | 16:00:19 | 16:00:22 | arothpearl@crrservices.com | yanmoshe@yahoo.com; rmoshe@citimedny.com; tatyanar@citimedny.com | jgermani@crrservices.com | |
| 7/26/2017 | 7/26/2017 | 15:52:25 | 15:52:38 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 6/29/2017 | 6/29/2017 | 16:52:20 | 16:52:25 | arothpearl@crrservices.com | yanmoshe@yahoo.com; jgermani@crrservices.com; tdeangelis@crrservices.com | | |
| 3/16/2017 | 3/16/2017 | 11:42:16 | 11:42:35 | arothpearl@crrservices.com | yanmoshe@yahoo.com | reginamoshe5@gmail.com; tdeangelis@crrservices.com | |
| 3/16/2017 | 3/16/2017 | 0:33:14 | 0:33:54 | arothpearl@crrservices.com | yanmoshe@yahoo.com; reginamoshe5@gmail.com | tdeangelis@crrservices.com | |
| 3/8/2017 | 3/8/2017 | 19:27:07 | 19:27:16 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 3/8/2017 | 3/8/2017 | 18:21:33 | 18:22:18 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 3/8/2017 | 3/8/2017 | 18:06:08 | 18:07:39 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 3/6/2017 | 3/6/2017 | 15:12:17 | 15:12:59 | arothpearl@crrservices.com | tatyanar@citimedny.com; mritopdoc@gmail.com; tdeangelis@crrservices.com | | |
| 2/27/2017 | 2/27/2017 | 17:06:21 | 17:07:15 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tatyanar@citimedny.com; tdeangelis@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 17:02:43 | 17:02:54 | arothpearl@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com | tdeangelis@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 17:00:56 | 17:01:04 | arothpearl@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com | tdeangelis@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 16:53:58 | 16:54:05 | arothpearl@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 2/27/2017 | 2/27/2017 | 16:47:49 | 16:48:07 | arothpearl@crrservices.com | tdeangelis@crrservices.com; yanmoshe@yahoo.com | | |
| 2/27/2017 | 2/27/2017 | 16:42:58 | 16:43:21 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 2/10/2017 | 2/10/2017 | 13:47:09 | 13:47:56 | arothpearl@crrservices.com | yanmoshe@yahoo.com; reginamoshe5@gmail.com | | |
| 2/10/2017 | 2/10/2017 | 13:34:10 | 13:34:22 | arothpearl@crrservices.com | yanmoshe@yahoo.com; reginamoshe5@gmail.com | Teresa@divorcelab.com | |
| 12/27/2016 | 12/27/2016 | 12:38:23 | 12:38:29 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/23/2016 | 12/23/2016 | 19:45:00 | 19:45:10 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/23/2016 | 12/23/2016 | 11:56:20 | 11:56:43 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/22/2016 | 12/22/2016 | 17:16:30 | 17:16:40 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/16/2016 | 12/16/2016 | 13:24:54 | 13:25:04 | arothpearl@crrservices.com | yanmoshe@yahoo.com | | |
| 12/1/2016 | 12/1/2016 | 15:08:58 | 15:09:04 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/1/2016 | 12/1/2016 | 15:04:03 | 15:04:20 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/1/2016 | 12/1/2016 | 14:48:03 | 14:48:07 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 12/1/2016 | 12/1/2016 | 14:35:07 | 14:35:19 | arothpearl@crrservices.com | robertnwaxman@gmail.com | tdeangelis@crrservices.com | |
| 10/27/2016 | 10/27/2016 | 13:04:30 | 13:04:45 | arothpearl@crrservices.com | rmoshe@citimedny.com | | |
| 5/20/2016 | 5/20/2016 | 14:33:45 | 14:34:15 | arothpearl@crrservices.com | citimedregopark@gmail.com | yanmoshe@yahoo.com; tdeangelis@crrservices.com; mgreenmd@gmail.com | |
| 6/29/2018 | 6/29/2018 | 16:07:40 | 16:07:41 | irinamriq@citimedny.com | arothpearl@crrservices.com; Yanmoshe@yahoo.com; rmoshe@citimedny.com | | |
| 11/17/2017 | 11/17/2017 | 19:22:11 | 19:22:12 | irinamriq@citimedny.com | kmuirragui@crrservices.com; jgermani@crrservices.com; arothpearl@crrservices.com; Yanmoshe@yahoo.com | | |
| 11/16/2017 | 11/16/2017 | 21:22:46 | 21:22:56 | jgermani@crrservices.com | irinamriq@citimedny.com; Yanmoshe@yahoo.com; kmuirragui@crrservices.com; arothpearl@crrservices.com | | |
| 11/16/2017 | 11/16/2017 | 17:56:06 | 17:56:08 | irinamriq@citimedny.com | Yanmoshe@yahoo.com; kmuirragui@crrservices.com; jgermani@crrservices.com; arothpearl@crrservices.com | | |
| 11/10/2017 | 11/10/2017 | 15:50:53 | 15:51:15 | jgermani@crrservices.com | irinamriq@citimedny.com; kmuirragui@crrservices.com; arothpearl@crrservices.com; Yanmoshe@yahoo.com | | |
| 11/10/2017 | 11/10/2017 | 15:35:07 | 15:35:08 | irinamriq@citimedny.com | jgermani@crrservices.com; kmuirragui@crrservices.com; arothpearl@crrservices.com; Yanmoshe@yahoo.com | | |
| 11/10/2017 | 11/10/2017 | 10:50:54 | 10:50:56 | irinamriq@citimedny.com | arothpearl@crrservices.com; jgermani@crrservices.com; Yanmoshe@yahoo.com | | |
| 9/22/2017 | 9/22/2017 | 14:38:59 | 14:39:01 | tatyanar@citimedny.com | arothpearl@crrservices.com | yanmoshe@yahoo.com; mgreenmd@gmail.com; jgermani@crrservices.com | |
| 9/22/2017 | 9/22/2017 | 14:23:17 | 14:31:19 | tatyanar@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; mgreenmd@gmail.com; jgermani@crrservices.com | | |
| 2/27/2017 | 2/27/2017 | 17:15:05 | 17:15:06 | tatyanar@citimedny.com | arothpearl@crrservices.com; yanmoshe@yahoo.com | | |
| 9/14/2016 | 9/14/2016 | 10:27:56 | 10:27:57 | citimedregopark@gmail.com | tdeangelis@crrservices.com; arothpearl@crrservices.com; YANMOSHE@yahoo.com; rmoshe@citimedny.com | | |
| 10/10/2017 | 10/10/2017 | 18:36:48 | 18:36:48 | yanmoshe@yahoo.com | arothpearl@crrservices.com | jgermani@crrservices.com; irinamriq@citimedny.com | |
| 10/9/2017 | 10/9/2017 | 22:40:40 | 22:40:40 | yanmoshe@yahoo.com | arothpearl@crrservices.com; jgermani@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com; irinamriq@citimedny.com | | |
| 7/27/2017 | 7/27/2017 | 11:05:14 | 11:05:14 | yanmoshe@yahoo.com | arothpearl@crrservices.com | jgermani@crrservices.com | |
| 7/27/2017 | 7/27/2017 | 10:17:56 | 10:17:56 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 7/26/2017 | 7/26/2017 | 16:16:20 | 16:16:20 | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com | jgermani@crrservices.com | |
| 7/26/2017 | 7/26/2017 | 15:59:23 | 15:59:31 | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com | | |
| 7/6/2017 | 7/6/2017 | 13:25:31 | 13:25:31 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 6/29/2017 | 6/29/2017 | 16:06:45 | 16:06:45 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 3/16/2017 | 3/16/2017 | 10:29:38 | 10:29:38 | yanmoshe@yahoo.com | arothpearl@crrservices.com; reginamoshe5@gmail.com | tdeangelis@crrservices.com | |
| 3/8/2017 | 3/8/2017 | 18:17:11 | 18:17:11 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 2/27/2017 | 2/27/2017 | 16:50:55 | 16:50:55 | yanmoshe@yahoo.com | arothpearl@crrservices.com; tdeangelis@crrservices.com; tatyanar@citimedny.com | | |
| 12/23/2016 | 12/23/2016 | 10:25:33 | 10:25:33 | yanmoshe@yahoo.com | arothpearl@crrservices.com | | |
| 10/27/2016 | 10/27/2016 | 21:08:09 | 21:08:09 | yanmoshe@yahoo.com | brian@murphconsulting.com; rmoshe@citimedny.com; arothpearl@crrservices.com | | |
| 10/27/2016 | 10/27/2016 | 21:07:06 | 21:07:06 | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com | | |
| 12/1/2017 | 12/1/2017 | 14:15:41 | 14:16:20 | jgermani@crrservices.com | tatyanar@citimedny.com | Yanmoshe@yahoo.com; arothpearl@crrservices.com; jgermani@crrservices.com | |
| 10/11/2017 | 10/11/2017 | 13:26:43 | 13:26:45 | irinamriq@citimedny.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; jgermani@crrservices.com | |
| 10/10/2017 | 10/10/2017 | 9:56:14 | 9:56:16 | irinamriq@citimedny.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; jgermani@crrservices.com; rmoshe@citimedny.com; tatyanar@citimedny.com | |
| 9/20/2017 | 9/20/2017 | 14:37:23 | 14:37:38 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; jgermani@crrservices.com | |
| 8/8/2017 | 8/8/2017 | 22:17:44 | 22:17:46 | tatyanar@citimedny.com | jgermani@crrservices.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 8/7/2017 | 8/7/2017 | 12:31:39 | 12:31:44 | jgermani@crrservices.com | TATYANAR@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 8/3/2017 | 8/3/2017 | 20:11:18 | 20:11:48 | jgermani@crrservices.com | TATYANAR@citimedny.com | yanmoshe@yahoo.com; arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 7/31/2017 | 7/31/2017 | 16:37:04 | 16:37:04 | jgermani@crrservices.com | yanmoshe@yahoo.com; tatyanar@citimedny.com | arothpearl@crrservices.com; tdeangelis@crrservices.com; jgermani@crrservices.com | |
| 2/27/2017 | 2/27/2017 | 16:58:46 | 16:58:47 | tatyanar@citimedny.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; tdeangelis@crrservices.com | |
| 11/9/2016 | 11/9/2016 | 17:30:24 | 17:30:25 | rmoshe@citimedny.com | mgreenmd@gmail.com; tdeangelis@crrservices.com | arothpearl@crrservices.com; yanmoshe@yahoo.com; citimedregopark@gmail.com | |
| 10/31/2016 | 10/31/2016 | 9:51:23 | 9:51:46 | brian@murphconsulting.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com | |
| 10/27/2016 | 10/27/2016 | 21:22:15 | 21:22:17 | brian@murphconsulting.com | yanmoshe@yahoo.com | arothpearl@crrservices.com; rmoshe@citimedny.com | |
| 11/1/2016 | 11/1/2016 | 1:35:44 | 1:35:46 | yanmoshe@yahoo.com | brian@murphconsulting.com | arothpearl@crrservices.com; rmoshe@citimedny.com | |
| 11/8/2017 | 11/8/2017 | 18:32:41 | 18:32:46 | jgermani@crrservices.com | TATYANAR@citimedny.com | yanmoshe@yahoo.com; rmoshe@citimedny.com | |
| 11/8/2017 | 11/8/2017 | 18:29:53 | 18:30:03 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com; rmoshe@citimedny.com | |
| 11/6/2017 | 11/6/2017 | 15:23:12 | 15:23:27 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com; jgermani@crrservices.com | |
| 9/25/2017 | 9/25/2017 | 14:32:03 | 14:32:24 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 7/31/2017 | 7/31/2017 | 14:22:30 | 14:22:42 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 7/31/2017 | 7/31/2017 | 13:13:10 | 13:13:16 | jgermani@crrservices.com | tatyanar@citimedny.com; yanmoshe@yahoo.com | | |
| 7/21/2017 | 7/21/2017 | 11:36:09 | 11:36:21 | jgermani@crrservices.com | tatyanar@citimedny.com | yanmoshe@yahoo.com | |
| 7/31/2017 | 7/31/2017 | 13:43:23 | 13:51:47 | tatyanar@citimedny.com | jgermani@crrservices.com | yanmoshe@yahoo.com | |

| 7/31/2017 | 7/31/2017 | 13:09:40 | 13:09:41 | tatyanar@citimedny.com | yanmoshe@yahoo.com; jgermani@crrservices.com | |