*Exhibit 30*

## Cardoza, Michael L.

| | |
|---|---|
| **From:** | Justin Skaferowsky <JSkaferowsky@israelpurdy.com> |
| **Sent:** | Wednesday, November 5, 2025 10:56 AM |
| **To:** | Cardoza, Michael L. |
| **Cc:** | Cook, Christopher T.; DeYoung, Stephen P. |
| **Subject:** | RE: NY Spine Institute Subpoena Response |

*EXTERNAL EMAIL – EXERCISE CAUTION*



My client has provided everything within their possession that is responsive to the request and nothing was withheld

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** October 30, 2025 9:28 AM
**To:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: NY Spine Institute Subpoena Response

Hi Justin,

Following up on the below.  Can you please provide written confirmation that your client has produced all documents responsive to the subpoena in its possession, custody, and control and that no documents are being withheld pursuant to any objection?

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cardoza, Michael L.
**Sent:** Wednesday, October 22, 2025 4:07 PM
**To:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: NY Spine Institute Subpoena Response

Hi Justin,

We have one minor follow up.  Can you please have your client confirm in writing that it has produced all documents responsive to the subpoena in its possession, custody, and control and that no documents are being withheld pursuant to any objection?

Thanks,

**Michael L. Cardoza**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Sent:** Monday, September 29, 2025 3:58 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>
**Subject:** RE: NY Spine Institute Subpoena Response

*EXTERNAL EMAIL – EXERCISE CAUTION*
Glad it worked.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** September 29, 2025 4:50 PM
**To:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: NY Spine Institute Subpoena Response

Hi Justin,

With this latest version, our IT staff was able to save it get access without the errors. Thanks for working with us to get these issues resolved. To the extent we have any further issues we will follow up.

Thanks,

**Michael L. Cardoza**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Sent:** Monday, September 29, 2025 1:49 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>
**Subject:** RE: NY Spine Institute Subpoena Response

*EXTERNAL EMAIL – EXERCISE CAUTION*
I do not get any error messages when processing the new document

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** September 29, 2025 2:28 PM

2

**To:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: NY Spine Institute Subpoena Response

Hi Justin,

Below is the error we are getting from the new document:



Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Sent:** Monday, September 29, 2025 1:09 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** Re: NY Spine Institute Subpoena Response

*EXTERNAL EMAIL – EXERCISE CAUTION*
What error are you getting now?  I sent a new document the other day
Sent from my iPhone

> On Sep 29, 2025, at 1:59 PM, Cardoza, Michael L. <michael.cardoza@katten.com> wrote:
>
>
> Hi Justin,
>
> Following up on the below, we are still receiving an error message when opening this document.  We are requesting that your clients reproduce with a document that does not contain errors.  To the extent it would be helpful, we are available to have a call to discuss the issues.
>
> Regards,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

**From:** Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
**Date:** September 25, 2025 at 5:43:10 PM EDT
**To:** "Cook, Christopher T." <christopher.cook@katten.com>
**Subject: RE: NY Spine Institute Subpoena Response**

EXTERNAL EMAIL – EXERCISE CAUTION
HI Chris, Please let me know if you can open this PDF Thanks Justin From: Cook, Christopher T. <christopher.cook@katten.com> Sent: September 25, 2025 9:56 AM To: Justin Skaferowsky <JSkaferowsky@israelpurdy.com> Cc: DeYoung, Stephen P. <stephen.deyoung@katten.c

[https://image-processing-service.us-1.mimecastcybergraph.com/v2/banners?e=ME6N5Nbvmig9oyi5Rnyv07J5cqI1EoOjPjIKyb8t2KM82qQQw6mfxyf4SOZrS77f6F9w5lmCt8ErWW9gVVjh-YNufy-w_p4vRSOFOXVYEGtHu0UBTj1gMIR8okNw5QSDNArL1dF6Hc-cy2P9at0mClb73yXSZfrVTlNeol3TpSGEBGhFziJ2Vp6HHyQbUFPb2V_DIQwyy3K3Sn1EIrQSRwrxnJjZqZUan20AWLsFY8vsae1i5K8tKHp2C3FpzBVzEWaw7Jh5JY3xKQG2E5FE20cwkoL0WJDCW653dWaRSQ7cyq7Y0w66th0QAR2e5lQYCSFtXMwPAQbm59z815Pin-PX8pWScFDrDuAimJZ_VPugPlL4Nq4U9aUUeuzN7ueOiVgd_ioqbFigsrMYqWvnY4ivQIp_OOIO0bjiudDier4h-ZZPxcP2eg==]<https://report.mimecastcybergraph.com?magiclink=https%3A%2F%2Fapi.services.mimecast.com%2Foauth2%2Fauthorize%3Fresponse_type%3Dcode%26client_id%3Do20nRkVXf7VUVnANkXhoOwGytEwGN0YAlyeDJn7oBTGNl2kN%26state%3DeyJhbGciOiJSU0EtT0FFUC0yNTYiLCJlbmMiOiJBMjU2R0NNIn0.OTSMPfw7DkSZQgRYVxBbSEaKTslYKL-6d2xl2V6k1QwExbLPetVpqWofqPUGxOxeL9ENdRg9gL09Hhl2x_1DH0VUDvHMFBO1nhD65_IKu-bXrBLezmpkRqAkkzeED7SYs8RERgPR4wm4yMbmFHR2DZKC92bzDpxw0Uu833-KRaxT-Tc9WwqLr0ldiFevzy3e_DkWaqmxXWUS71i9TBXb8L8XfiWFvBB_sh2NsqwCeUvKDe7P6ZnAzC--z77ppGstY94rXMMZ0e5CD9idmcUZVlt1RscXYtX7PSFT8vR0AcwAlsTr58vaYk8IGdchUAshsUM7crz1nNt-J6ZaiZxH8Q.k4lApl7OIGQ_8c49.r42i8k4aXtTvsUrz3TBvzkSxeKyHIMN-

4

EaESxEKQ-eRvYm68jNfrbt2ojphBwYPHKlGzieAzjeIjOgFK-bPtvtQ5m-KXmSjWCJ5C_z7tTtQVHqdeDDA7CW_08iGYKPfE96TATJoqrj6SDvwehcpUBR8xc7HTJnFRYZnBTEkl4snVc6fyQnFAgr_Edu0AvLCWqGCxNHKbh7EDac5JalDpjoMUx68ia30u7qZrEKGIB6S3VZaRfU3-PxVq9zxWCzCL-XeLRJoZAKzs9tdVwcuJfvRcAEGnEgSOgKEd6g7kwcjYMt5nNnB0LUGBPTDk0qJlL_3Figm__YBZtwcstRfglXB0dlWpjR6DsBFt1_WEeRMJomJwEbAOJxPlXB5JvIUU8DtjQ9vCjXgbM7tKWUsJHre8R_J7H82kIjqf24oRWt9G-mngfhC5FFEzyf7vlhfP_iFT8e0EHqmVeZlLvmU7rW_7X94uLcrD_TspRLleV4HXHr-LsrRrQry86xBp37Kv7RKekC_WJ4TyJa8mvkIptm-Sm5Nugpg9urzyIwPoc9wG3YgpaqX2GzRq0eTN7dOT84M2oaA8a-Mzk7WZ48y6KhrrNw6POGlIgxCZQvfsOCcsYuQ8P9Akn_t0CSCnzVEwd34B7hol_UDX02MRyXmJhXhuUTBw8dQUVQpMW_fh_yCwQYeVjTboJlrgSlMR3yVHWdqYFiNVGPhcR0d7z-YDOWKQdiAKi6FLDyLm5oikMTJaZ6WMQGuDmwoFSV1qZ7jo0XrQaN2dUj9ZbDeYb7m6WE7oWTL7uUHka53u69hkfc84IAX46eqrbSD3d8wVD-HoxiDc.XjEb-bl4xKMxG1_cHWbXnw%26redirect_uri%3Dhttps%3A%2F%2Freport.mimecastcybergraph.com%2Fcallback>
CGBANNERINDICATOR
HI Chris,
Please let me know if you can open this PDF

Thanks
Justin

From: Cook, Christopher T. <christopher.cook@katten.com>
Sent: September 25, 2025 9:56 AM
To: Justin Skaferowsky <JSkaferowsky@israelpurdy.com>
Cc: DeYoung, Stephen P. <stephen.deyoung@katten.com>
Subject: RE: NY Spine Institute Subpoena Response

Copying back in Steve.  My preference is to have the PDF reproduced to ensure there are not broader technical issues. Steve, can you please answer Justin's question?

Christopher T. Cook
Partner
Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com<mailto:christopher.cook@katten.com> | katten.com<https://www.katten.com/>

From: Justin Skaferowsky <JSkaferowsky@israelpurdy.com<mailto:JSkaferowsky@israelpurdy.com>>
Sent: Thursday, September 25, 2025 9:53 AM
To: Cook, Christopher T.

5

<christopher.cook@katten.com<mailto:christopher.cook@katten.com>>
Subject: RE: NY Spine Institute Subpoena Response

EXTERNAL EMAIL – EXERCISE CAUTION
My IT guy is out sick I need him to review I see the error its towards the end of the document are you able to see most of the document?

From: Cook, Christopher T. <christopher.cook@katten.com<mailto:christopher.cook@katten.com>>
Sent: September 25, 2025 9:47 AM
To: Justin Skaferowsky <JSkaferowsky@israelpurdy.com<mailto:JSkaferowsky@israelpurdy.com>>
Cc: DeYoung, Stephen P. <stephen.deyoung@katten.com<mailto:stephen.deyoung@katten.com>>; O'Mara, Maddie <madeline.omara@katten.com<mailto:madeline.omara@katten.com>>
Subject: RE: NY Spine Institute Subpoena Response

Justin, checking in on status.  Please let us know when you will reproduce the records.  Thanks.

Christopher T. Cook
Partner
Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com<mailto:christopher.cook@katten.com> | katten.com<https://www.katten.com/>

From: Justin Skaferowsky <JSkaferowsky@israelpurdy.com<mailto:JSkaferowsky@israelpurdy.com>>
Sent: Monday, September 22, 2025 3:47 PM
To: Cook, Christopher T. <christopher.cook@katten.com<mailto:christopher.cook@katten.com>>
Cc: DeYoung, Stephen P. <stephen.deyoung@katten.com<mailto:stephen.deyoung@katten.com>>; O'Mara, Maddie <madeline.omara@katten.com<mailto:madeline.omara@katten.com>>
Subject: RE: NY Spine Institute Subpoena Response

EXTERNAL EMAIL – EXERCISE CAUTION
Let me see what I can do on my end
From: Cook, Christopher T. <christopher.cook@katten.com<mailto:christopher.cook@katten.com>>
Sent: September 22, 2025 3:46 PM
To: Justin Skaferowsky <JSkaferowsky@israelpurdy.com<mailto:JSkaferowsky@israelpurdy.com>>

Cc: DeYoung, Stephen P. <stephen.deyoung@katten.com<mailto:stephen.deyoung@katten.com>>; O'Mara, Maddie <madeline.omara@katten.com<mailto:madeline.omara@katten.com>>
Subject: RE: NY Spine Institute Subpoena Response

Justin, we are seeing technical errors in the production. We tried troubleshooting, but nothing further we can do on our end. See screenshots below. Can you please resend?

[cid:image001.png@01DC2E43.58B00750]

[cid:image002.png@01DC2E43.58B00750]

Christopher T. Cook
Partner
Katten
Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com<mailto:christopher.cook@katten.com> | katten.com<https://www.katten.com/>

From: Justin Skaferowsky <JSkaferowsky@israelpurdy.com<mailto:JSkaferowsky@israelpurdy.com>>
Sent: Monday, September 22, 2025 2:33 PM
To: Cook, Christopher T. <christopher.cook@katten.com<mailto:christopher.cook@katten.com>>
Subject: NY Spine Institute Subpoena Response

EXTERNAL EMAIL – EXERCISE CAUTION
Chris,
Attached please find the subpoena response from NY Spine Institute. Please feel free to reach out with any questions or concerns

Thank you

Justin Skaferowsky
Israel Purdy LLP
516-829-0363 ext 292

============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive

7

use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
=============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=============================================================

