*Exhibit 32*

## Cardoza, Michael L.

| | |
|---|---|
| **From:** | Yanna V. <yannav.ebs@gmail.com> |
| **Sent:** | Wednesday, October 15, 2025 10:51 AM |
| **To:** | Cardoza, Michael L. |
| **Cc:** | Cook, Christopher T. |
| **Subject:** | Re: expert billing |
| **Attachments:** | Voluntary Pay Agreements - Columbus Billing for May 2019, June 2019 & July 2019 - State Farm and Allstate - yannav.ebs@gmail.com - Gmail2.pdf; Voluntary Pay Agreements - Columbus Billing for May 2019, June 2019 & July 2019 - State Farm and Allstate - yannav.ebs@gmail.com - Gmail.pdf |

*EXTERNAL EMAIL – EXERCISE CAUTION*



i was not refusing i thought you only needed regarding metro pain but here they are

as far as i can tell we provided all the emails

On Wed, Oct 15, 2025 at 11:41 AM Cardoza, Michael L. <michael.cardoza@katten.com> wrote:

> Hi Yanna,
>
> Thank you for this production of records.  We are requesting that you also produce the 2 emails from denos@rfriedmanlaw.com.  Any emails identified on the exhibit to the subpoena rider are responsive to the subpoena regardless of whether they relate specifically to Metro Pain or not.
>
> Please produce those records.  Or if you are refusing to produce those records please confirm as much and let us know the basis for refusing to produce.
>
> Finally, outside of these four emails and their attachments, can you please confirm that there are no other records responsive to our subpoena in Expert Billing Solution's possession, custody, or control?
>
> I am happy to have a call to discuss further if you have any questions.
>
> Thanks,

1

**Michael L. Cardoza**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Yanna V. <yannav.ebs@gmail.com>
**Sent:** Wednesday, October 15, 2025 9:45 AM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** Re: expert billing

*EXTERNAL EMAIL – EXERCISE CAUTION*

hello

this is what we have

there is 2 emails that are from denos@rfriedmanlaw.com to yannav.ebs that are not related to metro pain

On Thu, Oct 9, 2025 at 3:00 PM Cardoza, Michael L. <michael.cardoza@katten.com> wrote:

Hi Yanna,

Thank you for taking the time to speak with me just now.  I am writing to memorialize our brief discussion where you confirmed that you had located some of the emails identified in the exhibit to the subpoena served on Expert Billing Solutions.  You confirmed that you had searched for all of the emails listed and will be producing any emails in Expert Billing Solutions' possession to us by email tomorrow.

Please let me know if you have any questions.

2

Thanks,

**Michael L. Cardoza**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, September 25, 2025 12:26 PM
**To:** yannav.ebs@gmail.com
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: expert billing

Hi Yanna,

Thank you for taking the time to speak with me just now.  As promised attached you can find the excel version of the emails identified in the exhibit to the subpoena rider in a more readable format.  We are seeking production of any emails in Expert Billing Solutions' possession.  The below link provides details on how to export emails from Gmail accounts for use in litigation.

https://emailindetail.com/howto/export-gmail-edl?srsltid=AfmBOorrz2gRXQhtbgNzwGC-SFv15UagSmScZMVL_KzSNMwbhwevkkzA

We also agreed that you would produce records by the end of next week, **October 3, 2025**.  To the extent you find that you need more time please reach out to let me know and we can agree on a new date for compliance.  Once production is complete, I will generate a draft certification covering any emails that you were unable to locate and send to you for signing.

If you have any questions, please do not hesitate to reach out.

Thanks,

3

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

**From:** "Yanna V." <yannav.ebs@gmail.com>
**Date:** September 25, 2025 at 11:30:59 AM EDT
**To:** "Cook, Christopher T." <christopher.cook@katten.com>
**Subject: expert billing**

*EXTERNAL EMAIL – EXERCISE CAUTION*

please call me on this subpoena

thank you

Yanna

917-744-3577

Expert Billing Solutions

1635 Bath Ave, 2nd Floor

Brooklyn, NY 11214

Tel 929-333-9990 Fax 888-845-7767

**CONFIDENTIALITY NOTE:** The information contained in this e-mail message and any attachment is confidential information intended for the use of the individual or entity named in this message. This information may be protected by attorney/client privilege, work product  privilege  or other laws, rules, and regulations providing for the protection of confidential communications. If you are not the intended recipient, you are hereby notified that any retention, use, copying or forwarding of this message is prohibited. If you have received this e-mail message in error, please contact the sender of this message by return e-mail and delete this message and any attachments.

4

========================================================
CONFIDENTIALITY NOTICE:

This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
========================================================

--

Expert Billing Solutions

1635 Bath Ave, 2nd Floor

Brooklyn, NY 11214

Tel 929-333-9990 Fax 888-845-7767

**CONFIDENTIALITY NOTE: The information contained in this e-mail message and
any attachment is confidential information intended for the use of the
individual or entity named in this message. This information may be
protected by attorney/client privilege, work product  privilege  or other
laws, rules, and regulations providing for the protection of confidential
communications. If you are not the intended recipient, you are hereby
notified that any retention, use, copying or forwarding of this message is
prohibited. If you have received this e-mail message in error, please
contact the sender of this message by return e-mail and delete this message
and any attachments.**

--
Expert Billing Solutions

1635 Bath Ave, 2nd Floor
Brooklyn, NY 11214
Tel 929-333-9990 Fax 888-845-7767

**CONFIDENTIALITY NOTE: The information contained in this e-mail message and any attachment is confidential information intended for the use of the individual or entity named in this message. This information may be protected by attorney/client privilege, work product privilege or other laws, rules, and regulations providing for the protection of confidential communications. If you are not the intended recipient, you are hereby notified that any retention, use, copying or forwarding of this message is prohibited. If you have received this e-mail message in error, please contact the sender of this message by return e-mail and delete this message and any attachments.**