*Exhibit 34*

**Cardoza, Michael L.**

| | |
|---|---|
| **From:** | Andrew Gimigliano <AGimigliano@mblawfirm.com> |
| **Sent:** | Wednesday, October 29, 2025 4:43 PM |
| **To:** | Cardoza, Michael L. |
| **Cc:** | Cook, Christopher T. |
| **Subject:** | RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Michael,

As noted, the search was for the documents contained on the spreadsheet attached to your 9/25/25 email. All documents in CDI/Dr. Lapas' possession, custody, and control on that spreadsheet have been produced, and no documents have been withheld pursuant to any objection.

Thank you.

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, October 29, 2025 5:01 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Thank you, Andy. Can you please provide written confirmation that all documents in CDI/Lapas' possession, custody, and control have been produced and no documents have been withheld pursuant to any objection?

1

**Michael L. Cardoza**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Wednesday, October 29, 2025 1:31 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

Pursuant to your email of September 25, 2025, CDI searched for the emails in the attached spreadsheet. Attached are the emails that found through that search. This production completes CDI's response to the subpoena.

Thank you.

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, October 23, 2025 4:29 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Thanks for the update, Andy.  We will look for that production early next week.

**Michael L. Cardoza**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Thursday, October 23, 2025 2:45 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

Apologies for the delay, that is solely attributable to me as I have been under water on another matter and haven't been able to get to this. I will have a production for you Monday or Tuesday of next week.

Thank you,
Andy

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, October 20, 2025 2:49 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Andy,

I am following up on the below.  It has been just over two weeks since you last provided an update.  Can you please provide a date certain by when you will be producing records responsive to the subpoena?

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Friday, October 3, 2025 2:17 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

Andy,

Thank you for the update.  We will look for that production.

Best,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Friday, October 3, 2025 1:43 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

We will need approximately two weeks to search, review, and produce documents. We are working off the attached spreadsheet.

Thank you.

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

4

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, October 1, 2025 10:04 AM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Andy,

Have you had a chance to speak with your client yet? Please provide either a date by when you anticipate producing these records or your availability to meet and confer on these issues.

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Sunday, September 28, 2025 12:29 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*
We will speak to our client and get back to you as soon as possible.

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, September 25, 2025 4:24 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Andy,

Defendants have represented that their ESI productions are complete, and they do not contain these records. Plaintiffs are willing to accept just the emails identified in the attached as full compliance with the subpoena served on Dr. Lapas.

Please either advise a date by when you anticipate producing these records or provide your availability to meet and confer.

Regards,

**Michael L. Cardoza**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Thursday, September 25, 2025 12:43 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

Does State Farm have certifications from the parties that they searched for and do not have the requested documents?

Please also confirm whether State Farm is modifying its subpoena and now only requesting the email on the attached spreadsheet.

Thank you,
Andy

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, September 25, 2025 1:29 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Andy,

Plaintiffs have already sought these emails from the parties to this case and defendants have been unable to produce the majority of records sought.  I have attached an updated chart indicating only those emails that have not yet been produced in the case.  If Dr. Lapas refuses to produce these records Plaintiffs will move to compel production.

Please provide your availability today and tomorrow to meet and confer on these issues.

Thanks,

**Michael L. Cardoza**
Counsel

# Katten
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Monday, September 22, 2025 10:50 AM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

The emails sought by way of the subpoena are either to, from, or copied to parties to the litigation. CDI will not incur the time and expense to search for documents that State Farm can obtain through party discovery.

If you think a meet and confer would be helpful, please let me know.

Thank you,
Andy

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, September 15, 2025 5:38 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Andy,

The documents sought in the letter are also sought by the subpoena so you can just respond to the subpoena.  Can you please provide a date by when you anticipate producing records responsive to the subpoena?

Thanks,

**Michael L. Cardoza**
Counsel

# Katten
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Monday, September 8, 2025 4:18 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

We will accept service of the subpoena.

Based on our review, the subpoena requests the same information as the August 19, 2025 letter. We therefore view the subpoena as superseding the letter and will respond to the subpoena. We are not going to respond to the same requests twice.

If you believe the letter requests information separate and apart from the subpoena, let us know.

Thank you,
Andy

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, September 8, 2025 4:46 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

**[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Counsel,

Please confirm that you are accepting service of the subpoena on behalf of Dr. Lapas. If we do not receive that confirmation by end of day September 10, we will proceed with serving Dr. Lapas personally.

Additionally, please provide your response to the letter to CDI (reattached here for your convenience). We asked for this information within two weeks of service of the letter and it has now been nearly three weeks. To the extent you are refusing to comply with Plaintiffs' request, please provide your availability to meet and confer on these issues this week.

Regards,

**Michael L. Cardoza**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Monday, August 25, 2025 3:54 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

Counsel,

Attached please find a subpoena directed to Dr. Lapas. As his attorneys we are serving this subpoena through you. Please advise if any issues. The exhibits to the rider are in PDF format, but we have excel versions that we can share if that is easier for you to review.

Regards,

**Michael L. Cardoza**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Friday, August 22, 2025 4:50 PM
**To:** Andrew Gimigliano <AGimigliano@mblawfirm.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

Hi Andy,

We have the emails identified in columns 80-84 of the Exhibit A to the letter, but do not have any other emails identified in the Exhibit. We received a non-content email header production from Yahoo Inc. indicating that these emails were present in Yan Moshe's email account, but he has not been able to locate the records for production. We are looking for either production or confirmation that your client does not have the records either.

Thanks,

10

**Michael L. Cardoza**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Andrew Gimigliano <AGimigliano@mblawfirm.com>
**Sent:** Friday, August 22, 2025 1:21 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

*EXTERNAL EMAIL – EXERCISE CAUTION*

Michael,

Do you already have all or some of these emails in your possession? If so, let us know which emails you have in your possession. If not, let us know what records you possess reflecting the communications listed on the spreadsheet.

Thank you,
Andy

**Andrew Gimigliano | Partner**
(973) 243-7982
AGimigliano@mblawfirm.com

**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Tuesday, August 19, 2025 5:44 PM
**To:** Peter P. Sepulveda <psepulveda@mblawfirm.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Andrew Gimigliano <AGimigliano@mblawfirm.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Non-Party Subpoena to CDI

> **[CAUTION: External Email]** Be wary of links and attachments. If the sender is unfamiliar or the content seems suspicious, do not engage. Report suspected fraud via the "Phish Alert Report" in Outlook.

Counsel,

Please see attached correspondence.

Regards,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

==============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.

Links contained in this email have been replaced for YOUR security. If you click on a link in the email above, the link will be analyzed for known threats.