*Exhibit 37*

**From:** Benjamin M. Pinczewski <bmp@psattorney.com>
**Sent:** Friday, November 7, 2025 12:10 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** Re: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Notice of Deposition

*EXTERNAL EMAIL – EXERCISE CAUTION*


yes

On Fri, Nov 7, 2025 at 12:06 PM Cardoza, Michael L. <michael.cardoza@katten.com> wrote:

> Ben,
>
>
> Thank you for your email, just one follow up.  You can provide a one-word response to this email.  Has your client produced all responsive documents to the subpoena in his possession, custody, or control and withheld nothing pursuant to any objection?
>
>
> Thanks,
>
>
> **Michael L. Cardoza**
> Counsel

1

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Benjamin M. Pinczewski <bmp@psattorney.com>
**Sent:** Friday, November 7, 2025 10:46 AM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** Re: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Notice of Deposition

*EXTERNAL EMAIL – EXERCISE CAUTION*

Gentlemen, Hope all is well. IAs you are aware I represented Dr Gladstein as well as his PC's in the affirmative action brought by State Farm which we settled. Subsequently , you served a subpoena upon him seeking various information. I accepted service on his behalf and I submitted via email his responses and what he was able to find. I spoke with him last night and he advised me that he was unable to find, or locate anything other than what was previously supplied.  I trust this brings this matter to a close.   Enjoy your weekend! Thank you Benjamin Pinczewski

On Tue, Mar 11, 2025 at 1:05 PM Cardoza, Michael L. <michael.cardoza@katten.com> wrote:

Counsel,

We are providing the below dial-in details as a courtesy for anyone who wishes to appear telephonically at the deposition of Anam Azeem, scheduled for 9:30AM local time in Dallas on March 13, 2025. This is only an audio line and if you wish to view exhibits in real-time during the deposition you must appear in person. Anyone who wishes to appear in person please contact me so that I can provide your information to our security team.

Dial by your location
+1 312 256 2830 US (Chicago)
+1 646 291 8511 US (New York)
888 707 2752 US Toll-free
Meeting ID: 999 0754 0164
Passcode: 832278

Thanks,

**Michael L. Cardoza**
Associate

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

---

**From:** Cook, Christopher T. <christopher.cook@katten.com>
**Sent:** Tuesday, March 11, 2025 10:54 AM
**To:** Elyse Schindel <eschindel@londonfischer.com>; Cardoza, Michael L. <michael.cardoza@katten.com>; Steven Harfenist <sharfenist@hkplaw.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Omid Zareh <ozareh@wzmplaw.com>; Juliano, Anthony M. <ajuliano@bracheichler.com>; Joseph D'Agostino <JDAgostino@fdnylawfirm.com>; Peter Birzon <pbirzon@pbalaw.net>; Byron Divins <bdivins@capetoladivinslaw.com>; Benjamin M. Pinczewski <bmp@psattorney.com>; Alexandra Mule <amule@capetoladivinslaw.com>; aja@schlawpc.com; mac@schlawpc.com; reh@schlawpc.com; Greydak, Joanna <jgreydak@bracheichler.com>; kroberts@bracheichler.com; Carroll, Shannon <scarroll@bracheichler.com>; Connor McHugh <cMcHugh@fdnylawfirm.com>; Jake Lader <jlader@hkplaw.com>; Tracey Keij-Denton <TKeijdenton@wzmplaw.com>
**Cc:** Marks, Jonathan L. <jonathan.marks@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Notice of Deposition

Good morning.  The Alon deposition has been adjourned.  The deposition of Dr. Azeem will proceed as scheduled on Thursday in Dallas.

**Christopher T. Cook**
Counsel

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza | New York, NY 10020-1605
direct +1.212.940.6488
christopher.cook@katten.com | katten.com

---

**From:** Elyse Schindel <eschindel@londonfischer.com>
**Sent:** Tuesday, March 11, 2025 11:50 AM

3

**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Steven Harfenist <sharfenist@hkplaw.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Omid Zareh <ozareh@wzmplaw.com>; Juliano, Anthony M. <ajuliano@bracheichler.com>; Joseph D'Agostino <JDAgostino@fdnylawfirm.com>; Peter Birzon <pbirzon@pbalaw.net>; Byron Divins <bdivins@capetoladivinslaw.com>; Benjamin M. Pinczewski <bmp@psattorney.com>; Alexandra Mule <amule@capetoladivinslaw.com>; aja@schlawpc.com; mac@schlawpc.com; reh@schlawpc.com; Greydak, Joanna <jgreydak@bracheichler.com>; kroberts@bracheichler.com; Carroll, Shannon <scarroll@bracheichler.com>; Connor McHugh <cMcHugh@fdnylawfirm.com>; Jake Lader <jlader@hkplaw.com>; Tracey Keij-Denton <TKeijdenton@wzmplaw.com>
**Cc:** Marks, Jonathan L. <jonathan.marks@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Notice of Deposition

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good morning,

Is the deposition of Reuven Alon proceeding tomorrow?

Also, please confirm you are ready to proceed with the deposition of non-party Dr. Azeem on Thursday in Dallas, TX.

Thank you,

Elyse

Elyse Schindel

Of Counsel

London Fischer LLP

New York | New Jersey | California | Florida | Pennsylvania
Direct: (212) 331-9488

Office: (212) 972-1000

Fax:  (212) 972-1030
www.londonfischer.com



This message is being sent from a law firm and may contain information which is confidential or privileged.  If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, October 31, 2024 2:23 PM
**To:** Steven Harfenist <sharfenist@hkplaw.com>; Elyse Schindel <eschindel@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Omid Zareh <ozareh@wzmplaw.com>; Juliano, Anthony M. <ajuliano@bracheichler.com>; Joseph D'Agostino <JDAgostino@fdnylawfirm.com>; Peter Birzon <pbirzon@pbalaw.net>; Byron Divins <bdivins@capetoladivinslaw.com>; Benjamin M. Pinczewski <bmp@psattorney.com>; Alexandra Mule <amule@capetoladivinslaw.com>; aja@schlawpc.com; mac@schlawpc.com; reh@schlawpc.com; Greydak, Joanna <jgreydak@bracheichler.com>; kroberts@bracheichler.com; Carroll, Shannon <scarroll@bracheichler.com>; Connor McHugh <cMcHugh@fdnylawfirm.com>; Jake Lader <jlader@hkplaw.com>; Tracey Keij-Denton <TKeijdenton@wzmplaw.com>
**Cc:** Marks, Jonathan L. <jonathan.marks@katten.com>; Cook, Christopher T. <christopher.cook@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** State Farm v. Metro Pain Specialists P.C., et al. - EDNY - 1:21-cv-05523 - Notice of Deposition

**\*\* External Email \*\***

This email originated from outside of our organization. Do not click any links or open any attachments unless you recognize the sender and know the content is safe.

Counsel,

Please find attached notices of party depositions.

Regards,

**Michael L. Cardoza**
Associate

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.