*Exhibit 39*

**Scruton, Sarah M.**

| | |
|---|---|
| **From:** | Kathryn Passero <kpassero@hkplaw.com> |
| **Sent:** | Thursday, January 15, 2026 9:06 AM |
| **To:** | Cardoza, Michael L.; Steven Harfenist |
| **Cc:** | Cook, Christopher T.; Scruton, Sarah M.; DeYoung, Stephen P. |
| **Subject:** | RE: Metro Pain - Greenbills LLC |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Good morning

Correct, nothing has been withheld.

The principals of Greenbills searched their system and provided all the emails that were returned from the search.

Greenbills has not had a professional relationship with Dr. Moshe or any of her entities for many years.  This was all that was left on their system.

Thanks,

Kathryn



**HARFENIST KRAUT & PERLSTEIN LLP**

**Kathryn Passero**
**Paralegal**

Direct Dial  516-355-9617
Main Dial 516-355-9600
Fax  516-355-9601
kpassero@hkplaw.com

3000 Marcus Ave
2nd Floor, Suite 2E1
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, January 15, 2026 9:29 AM
**To:** Kathryn Passero <kpassero@hkplaw.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

[EXTERNAL EMAIL]

1

Hi Kathryn and Steve,

After reviewing, it appears that Greenbills has produced 38 of the 238 emails identified on the exhibit to the subpoena rider.  Can you please confirm that Greenbills LLC has produced all responsive documents in its possession, custody, or control and that no documents have been withheld for any reason?

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, January 14, 2026 10:27 AM
**To:** Kathryn Passero <kpassero@hkplaw.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

Thanks, Kathyrn. We are downloading now and will follow up if we run into any issues.

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

---

**From:** Kathryn Passero <kpassero@hkplaw.com>
**Sent:** Wednesday, January 14, 2026 10:05 AM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Michael
Here is a link to a Dropbox with the unzipped MBOX files from Greenbills.
Let me know if you have any trouble accessing them.
Thanks, Kathryn

https://www.dropbox.com/scl/fo/3wdpx92v9p94obc3cwezn/ANoCG2xWBAmcILPnoCGPR9Q?rlkey=2c8my6uvgk51axi3hm6fqohky&st=ksu5mon8&dl=0



**Kathryn Passero**
**Paralegal**

Direct Dial  516-355-9617
Main Dial 516-355-9600
Fax  516-355-9601
kpassero@hkplaw.com

3000 Marcus Ave
2nd Floor, Suite 2E1
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, January 14, 2026 10:59 AM
**To:** Kathryn Passero <kpassero@hkplaw.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; DeYoung, Stephen P. <stephen.deyoung@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

[EXTERNAL EMAIL]

Hi Kathyrn,

You can just send us the MBOX files directly and we will process with our e-discovery vendor.

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

---

**From:** Kathryn Passero <kpassero@hkplaw.com>
**Sent:** Wednesday, January 14, 2026 9:27 AM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*

Good morning

We have all the MBOX files from Greenbills.  We can send them to you in that format today, otherwise we're waiting for Greenbills to sign the retainer with the E-discovery platform.  Then we can upload, unzip & run the production.

Thank you,

Kathryn



**Kathryn Passero**
**Paralegal**

Direct Dial  516-355-9617
Main Dial 516-355-9600
Fax  516-355-9601
kpassero@hkplaw.com

3000 Marcus Ave
2nd Floor, Suite 2E1
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, January 14, 2026 10:22 AM
**To:** Steven Harfenist <sharfenist@hkplaw.com>; Kathryn Passero <kpassero@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

[EXTERNAL EMAIL]

Steve,

I am following up on the Greenbills production.  Greenbills was ordered to comply with the subpoena by January 12, and we have not received anything.  Please provide a date certain by when we can expect production.

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

4

**From:** Steven Harfenist <sharfenist@hkplaw.com>
**Sent:** Friday, January 9, 2026 4:00 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Kathryn Passero <kpassero@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*

I was just talking to Chris about it; we have all the material in an Mbox and much to Kathy's chagrin we will have to run it through the discovery platform to bate stamp them. But, KP, Chris agreed to house it so we can delete it once its produced.

Steve



**Steven J. Harfenist**

T  516-355-9630
F  516-355-9631
sharfenist@hkplaw.com

3000 Marcus Ave
2nd Floor, East Wing
Lake Success, NY 11042

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Friday, January 9, 2026 4:31 PM
**To:** Kathryn Passero <kpassero@hkplaw.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Scruton, Sarah M. <sarah.scruton@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

[EXTERNAL EMAIL]

Hi all,

I am just following up to check status of this production and confirm that you are still on track to complete production by the Court-ordered deadline.

Thanks,

**Michael L. Cardoza**
Counsel

**Katten**
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

**From:** Kathryn Passero <kpassero@hkplaw.com>
**Sent:** Tuesday, December 30, 2025 2:26 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*

We saw the order.  Our client is gathering the emails and we will upload them to an ESI platform.
I hope we'll turn this around by 01/12, should not be too complicated.  Just a matter of coordination of logistics.
Thank you, Kathryn



**HARFENIST KRAUT & PERLSTEIN LLP**

**Kathryn Passero**
**Paralegal**

Direct Dial  516-355-9617
Main Dial 516-355-9600
Fax  516-355-9601
kpassero@hkplaw.com

3000 Marcus Ave
2nd Floor, Suite 2E1
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Tuesday, December 30, 2025 2:48 PM
**To:** Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Kathryn Passero <kpassero@hkplaw.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

[EXTERNAL EMAIL]

Hi Steve,

Just wanted to confirm you saw the attached order from the Court on 12/23 requiring Greenbills to produce all documents responsive to the subpoena by January 12.  Can you please confirm that Greenbills will be producing documents by that date?

Thanks,

**Michael L. Cardoza**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

---

**From:** Kathryn Passero <kpassero@hkplaw.com>
**Sent:** Wednesday, December 17, 2025 3:42 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*
Thanks Michael. Yes, we gave Shree the spreadsheet. We'll work off of it. It looks like most of the emails are with Vinay, Shree's business partner.
Best, Kathryn



**Kathryn Passero**
**Paralegal**

Direct Dial  516-355-9617
Main Dial 516-355-9600
Fax  516-355-9601
kpassero@hkplaw.com

3000 Marcus Ave
2nd Floor, Suite 2E1
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

---

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, December 17, 2025 4:39 PM
**To:** Kathryn Passero <kpassero@hkplaw.com>; Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

[EXTERNAL EMAIL]

Hi Kathryn,

For clarity, the subpoena only seeks specific communications between Greenbills and Yan Moshe's personal email account.  The specific communications sought are identified on the exhibit to the subpoena rider.  That exhibit converted to spreadsheet is reattached here for your convenience and identifies those communications by their metadata, including dates and times sent/received, sender, recipients, and CC's etc.

7

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

---

**From:** Kathryn Passero <kpassero@hkplaw.com>
**Sent:** Wednesday, December 17, 2025 3:33 PM
**To:** Steven Harfenist <sharfenist@hkplaw.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*

I just spoke to Shree about this. He's going to run searches using MBOX to download the data.  Greenbills did not actually doing billing for Citimed, they only provided the software & IT services.  Citimed had their own billers. We'll try to turn this around by the end of the year.
Thanks, Kathryn



**Kathryn Passero**
**Paralegal**

Direct Dial  516-355-9617
Main Dial 516-355-9600
Fax  516-355-9601
kpassero@hkplaw.com

3000 Marcus Ave
2nd Floor, Suite 2E1
Lake Success, NY 11042

Please consider the environment before printing this email.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

---

**From:** Steven Harfenist <sharfenist@hkplaw.com>
**Sent:** Wednesday, December 17, 2025 3:52 PM
**To:** Michael L. Cardoza <michael.cardoza@katten.com>
**Cc:** Christopher T. Cook <christopher.cook@katten.com>; Kathryn Passero <kpassero@hkplaw.com>; Michael L. Cardoza <michael.cardoza@katten.com>
**Subject:** Re: Metro Pain - Greenbills LLC

That's fine. I will talk to Greenbills they are pretty quick

8

Sent from my iPhone sorry for the typos

On Dec 17, 2025, at 3:44 PM, Cardoza, Michael L. <michael.cardoza@katten.com> wrote:

[EXTERNAL EMAIL]

At this point in time, we aren't prepared to withdraw the motion.  However, once you confirm your representation and provide a date certain by when Greenbills will produce all records responsive to the subpoena, we will write the Court requesting she hold the motion in abeyance while we negotiate a resolution.

**Michael L. Cardoza**
Counsel

**Katten**
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Wednesday, December 17, 2025 2:40 PM
**To:** Steven Harfenist <sharfenist@hkplaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Kathryn Passero <kpassero@hkplaw.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: Metro Pain - Greenbills LLC

Hi Steve,

Attached is the subpoena served on Greenbills along with a spreadsheet version of the exhibit to the subpoena rider which is easier to review than the PDF version.  Can you also confirm that you will be representing Greenbills re this subpoena.

Thanks,

**Michael L. Cardoza**
Counsel

**Katten**
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

**From:** Steven Harfenist <sharfenist@hkplaw.com>
**Sent:** Wednesday, December 17, 2025 2:36 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Kathryn Passero <kpassero@hkplaw.com>;

Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** Re: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*
Can you send me the document demand that way I can go over with a
Sent from my iPhone sorry for the typos

> On Dec 17, 2025, at 3:33 PM, Cardoza, Michael L.
> <michael.cardoza@katten.com> wrote:

[EXTERNAL EMAIL]

Thanks, Steve.  Can you please get us an estimated date of production from Greenbills?

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

**From:** Steven Harfenist <sharfenist@hkplaw.com>
**Sent:** Wednesday, December 17, 2025 2:17 PM
**To:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L.
<michael.cardoza@katten.com>; Kathryn Passero <kpassero@hkplaw.com>
**Subject:** Re: Metro Pain - Greenbills LLC

*EXTERNAL EMAIL – EXERCISE CAUTION*
Mike, you can withdraw the motion. I can get the production.
Sent from my iPhone sorry for the typos

> On Dec 17, 2025, at 3:13 PM, Cardoza, Michael L.
> <michael.cardoza@katten.com> wrote:

[EXTERNAL EMAIL]

Hi Steve,

I am reaching out on Greenbills LLC.  We saw that you were
representing Greenbills LLC in relation to a contempt motion in another
lawsuit and wanted to see if you planned to represent them in our
action as well.  Today is the last day for Greenbills to file a response to

10

Plaintiffs' motion to compel and we would prefer to achieve compliance without the need for further Court intervention.

Thanks,

**Michael L. Cardoza**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com
Bio | vCard

===========================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
===========================================================

NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================

<~WRD0003.jpg>

<image001.jpg>

11