# *Exhibit 44*

## Scruton, Sarah M.

**From:**       Alexandra Mule <amule@capetoladivinslaw.com>
**Sent:**       Wednesday, December 10, 2025 1:39 PM
**To:**         Cook, Christopher T.
**Cc:**         Cardoza, Michael L.; Scruton, Sarah M.
**Subject:**    Re: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.)

*EXTERNAL EMAIL – EXERCISE CAUTION*



Hi Christopher,

I am out of the office but this is the entire All Star Gmail account. I will discuss the other issues with Byron tomorrow when I am back and I will get back to you.

On Wednesday, December 10, 2025, Cook, Christopher T. <christopher.cook@katten.com> wrote:

> Hi Alexandra, does this production include all responsive documents collected from the All Star gmail account?  Also, when will you provide an update on the other issues raised in my email sent yesterday?
>
>
>
> Thanks.
>
>
>
> **Christopher T. Cook**
> Partner
>
> **Katten**
> Katten Muchin Rosenman LLP
> 50 Rockefeller Plaza | New York, NY 10020-1605
> direct +1.212.940.6488
> christopher.cook@katten.com | katten.com
> Bio | vCard
>

---

**From:** Alexandra Mule <amule@capetoladivinslaw.com>
**Sent:** Tuesday, December 9, 2025 2:19 PM
**To:** Elyse Schindel <eschindel@londonfischer.com>; Byron Divins <bdivins@capetoladivinslaw.com>; Omid Zareh <ozareh@wzmplaw.com>; Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Lloyd M. Eisenberg <leisenberg@eisenbergcarton.com>; Juliano, Anthony M. <ajuliano@bracheichler.com>; Cardoza, Michael L. <michael.cardoza@katten.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; Roberts, Keith J. <kroberts@bracheichler.com>; Carroll, Shannon <scarroll@bracheichler.com>; Steven Harfenist <sharfenist@hkplaw.com>; Scruton, Sarah M. <sarah.scruton@katten.com>
**Subject:** State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.)

1

*EXTERNAL EMAIL – EXERCISE CAUTION*

Counsel,


On behalf of Defendant Vadim Dolsky, L.Ac. and non-party All Star Services Inc., I write to produce groups of electronically stored information. Records in this production contain information responsive to Plaintiff's subpoena and are thus being produced pursuant to Fed. R. Civ. P. 26(e). Please be advised that this production is made with the understanding that Mr. Dolsky reserves the right to claw back any inadvertently produced privileged information pursuant to Federal Rule of Evidence 502(b).


Production Volume: AllStarService_PROD002

FTP Download Link:https://sftp.purposelegal.io/WebClientNew/index.html/?ShareToken=0B1681EFA770E9B3AEB2085068C1F353598A26A4

FTP Password: 23lKKVuAjbtHgmSy

Zip Password: xoXLfrIR2dRlsij


Sincerely,

Alexandra D. Mulé, Esq.

Capetola & Divins, P.C.

Two Hillside Ave

Building C

Williston Park, NY 11596

(516) 746-2300(office)
(516) 746-2318 (fax)


The information transmitted by this electronic mail (and any attachments) is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the addressee or an employee or agent responsible for delivering this message to same, you are not authorized to retain, read, copy

or disseminate this electronic mail (or any attachments) or any part thereof. If you have received this electronic mail (and any attachments) in error, please reply to this e-mail and send written confirmation that same has been deleted from your system. Thank you.

============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

--
Sincerely,
Alexandra D. Mulé, Esq.
Capetola & Divins, P.C.
Two Hillside Ave
Building C
Williston Park, NY 11596
(516) 746-2300(office)
(516) 746-2318 (fax)

The information transmitted by this electronic mail (and any attachments) is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the addressee or an employee or agent responsible for delivering this message to same, you are not authorized to retain, read, copy or disseminate this electronic mail (or any attachments) or any part thereof. If you have received this electronic mail (and any attachments) in error, please reply to this e-mail and send written confirmation that same has been deleted from your system. Thank you.

3