# BRACH | EICHLER LLC

Anthony M. Juliano
Direct Dial: 973-403-3154
Direct Fax: 973-618-5554
E-mail: ajuliano@bracheichler.com

April 28, 2026

**VIA ECF**
Magistrate Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.**
       **Case No.:  1:21-cv-05523-MKB-PK**

Dear Magistrate Kuo:

As Your Honor may recall, this firm represents defendants including Yan Moshe in the above referenced matter.  I write with consent of plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs"), to respectfully request the Court enter the following modified briefing schedule for Plaintiffs' pending motion for spoliation sanctions:

May 11, 2026: Deadline for Moshe's response to the motion.

May 21, 2026: Deadline for Plaintiffs' reply in support of the motion.

The proposed modified schedule would extend the current briefing deadlines by 7 days, which is necessary to provide the parties with time to complete their briefing on these issues. Moshe therefore respectfully requests, with Plaintiffs' consent, the Court enter the above-proposed modified briefing schedule.  Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Anthony M. Juliano*

Anthony M. Juliano

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.17048361.1/MOS106-284575