**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) ) | Case No. 1:21-cv-05523-MKB-PK |
| Plaintiffs, | ) ) ) | Hon. Margo K. Brodie |
| v. | ) ) | Magistrate Judge Peggy Kuo |
| Metro Pain Specialists, P.C., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION TO TAKE DEPOSITION OUTSIDE OF FACT DISCOVERY

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company and Defendant Yan Moshe (collectively, the "Parties"), by and through their undersigned respective counsel, hereby agree and stipulate that the deposition of Yan Moshe can proceed on July 28, 2026, which is after fact discovery closes on July 24, 2026. The Parties have conferred with the other parties to the case, and none object to this stipulation.

Respectfully submitted,

By: /s/ *Christopher T. Cook*

KATTEN MUCHIN ROSENMAN LLP

Jonathan L. Marks
Michael L. Cardoza
Sarah M. Scruton
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
jonathan.marks@katten.com
michael.cardoza@katten.com
sarah.scruton@katten.com

Christopher T. Cook

By: /s/ *Anthony M. Juliano*

BRACH EICHLER LLC

Anthony M. Juliano
Shannon Carroll
Keith J. Roberts
101 Eisenhower Parkway, Ste 201
Roseland, NJ 07068
973-403-3126
ajuliano@bracheichler.com
scarroll@bracheichler.com
kroberts@bracheichler.com

*Attorneys for Defendant Yan Moshe*

50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:  212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

Dated:  May 5, 2026


SO ORDERED this ___ day of May, 2026.

_____
The Honorable Peggy Kuo