# BRACH | EICHLER LLC

Anthony M. Juliano
Direct Dial: 973-403-3154
Direct Fax: 973-618-5554
E-mail: ajuliano@bracheichler.com

May 11, 2026

***VIA ECF***

Magistrate Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:    State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.**
> **Case No.:  1:21-cv-05523-MKB-PK**

Dear Magistrate Kuo:

As Your Honor may recall, this firm represents defendants including Yan Moshe ("Moshe") in the above referenced matter.  I am writing to respectfully request Moshe be permitted to file an enlarged memorandum of law opposing plaintiffs' Motion for Spoliation Sanctions totaling thirty-one (31) pages, to adequately address the issues raised in plaintiffs' Motion. Plaintiffs were permitted to file an enlarged brief totaling thirty-three (33) pages in support of the Motion.

The procedural history of this issue is extensive and the legal arguments include multiple points.  The additional pages requested for Moshe's opposition are necessary to address these issues and respond to plaintiffs' arguments.

For these reasons, Moshe respectfully requests the Court grant leave to file an enlarged memorandum of law opposing plaintiffs' motion totaling no more than thirty-one (31) pages.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Anthony M. Juliano*

Anthony M. Juliano

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.17066272.1/MOS106-284575