

**525 W. Monroe Street**
**Chicago, IL  60661-3693**
**+1.312.902.5200 tel**
**katten.com**

**JONATHAN L. MARKS**
jonathan.marks@katten.com
+1.312.902.5337 direct
+1.312.577.4518 fax

May 21, 2026

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***State Farm Mut. v. Metro Pain Specialists, P.C., et al.,***
**Case No. 1:21-cv-05523-MKB-PK (E.D.N.Y.) – Request to File Enlarged Reply**
**Brief in Support of Motion for Spoliation Sanctions Against Defendant Yan Moshe**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (together, "Plaintiffs") respectfully write to request that the reply brief in support of Plaintiffs' Motion for Spoliation Sanctions Against Defendant Yan Moshe (the "Spoliation Motion") be enlarged to 14 pages total to adequately address the arguments raised in defendant Yan Moshe's ("Moshe") Brief in Opposition to Plaintiffs' Motion for Sanctions (Spoliation) Against Defendant Yan Moshe (Dkt. 745) (the "Response").

As detailed in the enlarged memorandum of law filed in support of the Spoliation Motion as well as the enlarged Response filed by Moshe, the procedural history of this issue is unusually extensive, and the factual and legal issues raised by Moshe's spoliation are complex. The Response further raises additional issues to which Plaintiffs seek to respond. Moshe's Response ran 31 pages after the Court granted Moshe permission to file an enlarged brief to which Plaintiffs did not object. The additional pages requested for the reply brief are required to adequately address these additional issues as well as summarize Plaintiffs' final position for the Court.

For the foregoing reasons, Plaintiffs respectfully request the Court grant them leave to file an enlarged reply brief in support of the Spoliation Motion totaling no more than 14 pages.

Respectfully submitted,

*/s/ Jonathan L. Marks*

Jonathan L. Marks