# *Exhibit 18*

## Scruton, Sarah M.

| | |
|---|---|
| **From:** | Juliano, Anthony M. <ajuliano@bracheichler.com> |
| **Sent:** | Tuesday, August 5, 2025 4:47 PM |
| **To:** | Cardoza, Michael L. |
| **Cc:** | Cook, Christopher T.; Marks, Jonathan L. |
| **Subject:** | RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Correspondence re ESI Issues |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Counsel:

Regarding your July 31, 2025 correspondence related to Yan Moshe's yanmoshe@yahoo.com email account, the privilege log regarding withheld emails and any additional production has just been produced.  The collection of these emails was performed by information technology employees of Hudson Regional Hospital utilizing the Digital Forensics Software Metaspike.  I understand the employees to include Simon Farouss and Jonathan Logrono.

I would like to discuss this and the remaining discovery issues with you tomorrow if you have availability.

Anthony

**Anthony M. Juliano, Esq.**

101 Eisenhower Parkway | Roseland, New Jersey 07068

Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554

bio | email | vcard | website

New York City | Roseland | Palm Beach

**BRACH | EICHLER** LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

**From:** Cardoza, Michael L. <michael.cardoza@katten.com>
**Sent:** Thursday, July 31, 2025 6:41 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Cc:** Carroll, Shannon <scarroll@bracheichler.com>; Roberts, Keith J. <kroberts@bracheichler.com>; Cook, Christopher T. <christopher.cook@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** [EXTERNAL] State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Correspondence re ESI Issues

Anthony,

Please see attached correspondence.

Regards,

1

**Michael L. Cardoza**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5520
michael.cardoza@katten.com | katten.com

================================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
================================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
================================================================

-