# LONDON FISCHER LLP

### 59 MAIDEN LANE
### NEW YORK, NEW YORK 10038

———

IRVINE OFFICE
2505 McCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

LOS ANGELES OFFICE
515 S FLOWER STREET, SUITE 1000
LOS ANGELES, CALIFORNIA 90071

www.LondonFischer.com

May 27, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    **State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C.**, *et al.*
> Case No. 21-cv-05523 (E.D.N.Y.)
> File No.:  428.0567184

Dear Judge Kuo:

### CITIMED DEFENDANT'S POSITION

Citimed Defendants write to request an extension of time to comply with the Court order dated May 15 which directed the Citimed Defendants to produce documents for which they are withdrawing a claim of privilege by May 29 and to provide a revised privilege log by June 5.

In mid-April, the Citimed Defendants decided to switch to a different ESI vendor once their insurance policy exhausted. On May 13, we initiated the document migration process. However, due to the amount of data, around six terabytes, and other complications with switching ESI vendors, this process is taking much longer than expected. We have requested that our previous vendor send the documents coded as privileged earlier as a separate set, but we have not received confirmation as to whether this is possible. We have followed up with the vendor regarding this request and will continue to do so. Until we have access to the documents coded as privileged, we cannot review the issues Plaintiff raised with privilege and cannot comply with the Court order dated May 15, which required compliance with this request by May 29. We respectfully request an extension of time to provide any previously withheld documents to June 19, and to provide a revised privilege log by June 26.

**PLAINTIFFS' POSITION**

Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. (together, "Plaintiffs") respectfully object to the Citimed Defendants' request for an extension of time to comply with this Court's order dated May 15, 2026. Based on the Citimed Defendants' representation that all documents for which they are withdrawing a claim of privilege would be produced by May 29 (Dkt. 735), Plaintiffs scheduled the depositions of two of Citimed Defendants' employees, Tatyana Rabinovich and Roman Yunusov, for June 1 and June 11, respectively. Of the emails Plaintiffs identified from Citimed Defendants' privilege log as being potentially inappropriately withheld, 406 emails involve Ms. Rabinovich and 188 involve Mr. Yunusov. If the Citimed Defendants do not produce these documents until June 19, as they have requested, Plaintiffs will be unable to question Ms. Rabinovich and Mr. Yunusov about them. Thus, Plaintiffs respectfully object to Citimed Defendants' requested extension. Should this Court grant the extension, Plaintiffs request an order be entered granting Plaintiffs the ability to reopen Ms. Rabinovich and Mr. Yunusov's depositions, should any documents produced by Citimed Defendants on June 19 require additional questioning.

Respectfully Submitted

LONDON FISCHER LLP

*Marian J. Strauss*

Marian J. Strauss

2