

**Katten**

KattenMuchinRosenman LLP

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**212.940.8800 tel**
**www.katten.com**

June 17, 2026

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
212.940.6488 direct
212.940.8776 fax

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re:    ***State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.***,
       **Case No. 21 Civ. 5523 (E.D.N.Y.)**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") write to respectfully request the Court schedule a hearing to address discovery delays relating to the anticipated substitution of counsel for defendants Yan Moshe, Reuven Alon, Nizar Kifaieh, M.D. and their respective corporate defendants (collectively, "Defendants").[1]

Defendants are represented in this matter by counsel with the law firm Brach Eichler LLP. On May 19, 2026, Brach Eichler advised Plaintiffs that Defendants intended to substitute new counsel in this matter. The substitution has not occurred despite repeated statements from counsel with Brach Eichler that substitution is imminent. Based on the anticipated substitution, counsel with Brach Eichler adjourned a long-scheduled deposition two days before it was to occur and has refused to provide dates for the depositions of other key witnesses. Relying upon the expected substitution, Defendants are also not addressing other discovery issues, including issues decided by this Court's order dated May 15, 2026.

Plaintiffs are not taking a position on whether Defendants may substitute counsel or how the case should proceed should substitution occur. However, continuing delays relating to the anticipated substitution of counsel can no longer go unaddressed, particularly given that fact discovery is scheduled to close on July 24, 2026.

Accordingly, Plaintiffs respectfully request the Court schedule a status hearing with Defendants to address discovery delays associated with any anticipated substitution of counsel, including the taking and scheduling of depositions that must occur prior to the close of fact discovery.

---

[1] These corporate defendants are: Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., NJMHMC LLC d/b/a Hudson Regional Hospital, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp., and Premier Anesthesia Associates P.A.

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook