## LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| IRVINE OFFICE | (212) 972-1000 | LOS ANGELES OFFICE |
| 2505 McCABE WAY, SUITE 100 | FACSIMILE: (212) 972-1030 | 515 S FLOWER STREET, SUITE 1000 |
| IRVINE, CALIFORNIA 92614 | | LOS ANGELES, CALIFORNIA 90071 |

www.LondonFischer.com

June 17, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C.,** *et al.*
> Case No. 21-cv-05523 (E.D.N.Y.)
> File No.:  428.0567184

Dear Judge Kuo:

Citimed Defendants write to provide the Court with an update on the document migration and to request an extension of time to comply with the Court order dated May 28. The Court Order directed the Citimed Defendants to produce documents for which they are withdrawing a claim of privilege by June 19 and to provide a revised privilege log by June 26.

As we previously advised the Court, in mid-April, the Citimed Defendants decided to switch to a different ESI vendor once their insurance policy exhausted. On May 13, we initiated the document migration process. However, we have continued to encounter issues with this migration process. Most recently, we were informed that the data provided to our new vendor was encrypted with a SQL Server certificate, and the restore process failed because that certificate was not available in the target environment. Due to this issue, the previous vendor had to re-send the entire data set. **See Exhibit A**. The new data set is supposed to arrive this week. However, it will take another 2-3 weeks for the data to be uploaded into our new vendor's system.

Given these continued delays, we have repeatedly requested that the old vendor provide the privileged documents ahead of the full data set. We finally obtained access to the privileged documents on June 15. However, we will not be able to review these documents, and produce any downgraded documents, by the Court Ordered deadline of June 19. Therefore, we respectfully request an extension of time to provide any previously withheld documents to July 10, and to provide a revised privilege log by July 17.

Respectfully Submitted

LONDON FISCHER LLP

*Marian J. Strauss*

Marian J. Strauss

2818878v1