# Exhibit A

Hi Jesus,

We will look into this and follow up with an update.

Regards,

**Souvik Das** (he/him)
Client Services Project Manager  |  Legal Solutions
**www.epiqglobal.com**

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** Jesus Leon <jesus.leon@everlaw.com>
**Sent:** Wednesday, June 10, 2026 4:06 AM
**To:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>
**Cc:** Insurance Support <InsuranceSupport@epiqglobal.com>; Vishwakarma, Aman Kumar <AmanKumar.Viswakarma@epiqglobal.com>; Marian Strauss <MStrauss@londonfischer.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>; DL-CHU0651 <CHU0651@epiqglobal.com>; DL-CSProjectClose Team <CSProjectClose-Team@epiqglobal.com>; Asad Haider <asad@everlaw.com>; Moses Kaplan <moses.kaplan@everlaw.com>
**Subject:** Re: Important - State Farm v. Metro Pain - Document Migration [IMAN-NY_FL_PA_CLIENT_WORK.FID103067]

Hi Mohamad,

Thank you for offering your assistance. I identified the issue with the ARM upload.

The backup file appears to be encrypted with a SQL Server server certificate, and the restore process is failing because that certificate is not available in the target environment. The specific error references a missing certificate thumbprint during restore.

Could you please check with your Relativity or database administrator and have them re-export the ARM from a database backup that is not tied to that server certificate? In most cases, this means generating the backup from a decrypted copy of the database or from an environment where that encryption dependency has been removed.

Once you have a newly exported ARM package, please send it over and we can try the upload again.

Thank you,
Jesus Leon

On Mon, Jun 8, 2026 at 1:06 PM Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com> wrote:

> Thank you, Jesus, for the confirmation. Please let us know if you encounter any issues while migrating the data to the Relativity workspace.
>
> **Mohamad Salamoddin** (he/him)
> Client Services Project Manager  |  Legal Solutions
> 9949207292
> +1 212-313-9346
> **www.epiqglobal.com**
>
> This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.
>
> **From:** Jesus Leon <jesus.leon@everlaw.com>
> **Sent:** Tuesday, June 9, 2026 1:32 AM
> **To:** Salamoddin, Mohamad <Mohamad.Salamoddin@epiqglobal.com>
> **Cc:** Insurance Support <InsuranceSupport@epiqglobal.com>; Vishwakarma, Aman Kumar <AmanKumar.Viswakarma@epiqglobal.com>; Marian Strauss