*Exhibit 4*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE INSURANCE, et al.,

                          PLAINTIFFS,


            -against-      Case No.:
                          1:21-CV-05523-MKB-PK


METRO PAIN SPECIALISTS P.C., et al.,


                          DEFENDANTS.
------------------------------------------X


                    Katten Muchin Rosenman, LLP
                    50 Rockefeller Plaza
                    Fifth Floor
                    New York, New York 10020
                    June 1, 2026
                    9:35 A.M.


        VIDEOTAPED EXAMINATION BEFORE TRIAL of
              TATYANA RABINOVICH



June 1, 2026

9:35 A.M.

VIDEOTAPED EXAMINATION BEFORE TRIAL of TATYANA RABINOVICH, a Defendant Witness herein, taken by CHRISTOPHER COOK, in the above-entitled action, held at the above time and place, pursuant to Notice, taken before THEA POPKO, a Shorthand Stenographic Reporter and Notary Public within and for the State of New York.

MAGNA LEGAL SERVICES

(866)624-6221

www.MagnaLS.com



                    T. RABINOVICH

type of services.

        Q. The individuals who are on the "to" and "CC" lines of this e-mail, are these all -- with the exception of Dr. Moshe, are these individuals that you supervised?

        A. Yes.

        Q. Would Yan ever reach out to you to schedule meetings with the managers?

        A. I don't remember.

        Q. You don't remember Yan ever reaching out to you to schedule meetings with managers?

        A. For this meeting, yes, I don't remember at all.

        Q. Do you remember for any other meetings?

        A. Usually, Dr. Moshe is the one who gives me instructions for the meetings. And I always discussed dates of the meetings with Dr. Moshe.

        Q. You mentioned here the use of WhatsApp.

                What do you use WhatsApp for in



T. RABINOVICH

connection with your work for CitiMed?

A. To schedule meetings, to say happy birthday to every single person. For everything.

Q. How does that work?  How do you -- how have you arranged WhatsApp?  Do you have a group with all of the managers that are there that you can send communications to?

A. Yes.

Q. Do all of the managers also have WhatsApp to receive communications from you?

A. Yes.

Q. Who -- what types of communications do you disseminate through WhatsApp relating to CitiMed specifically?

A. Managers -- I'm sorry. Meetings, early close, late close, snowy day, cancellation of the office, if there's a cancellation of the physician.  With managers, I think this is it.



T. RABINOVICH

A. Yes.

Q. And Yan Moshe's WhatsApp account, is that -- is that tied to his personal phone or his personal contact?

A. I believe, yes, to his personal phone.

Q. Yeah.  Dr. Moshe also has WhatsApp?

A. Yes.

Q. Does the business development team at CitiMed have WhatsApp?

A. Everybody has, yes.

Q. So it is a company policy that everyone at CitiMed should have a WhatsApp account to receive and share communications about CitiMed business?

A. Yes.

Q. It's expected that any employee would have a WhatsApp account for purposes of communicating about CitiMed business?

A. Yes.

Q. Okay.  Do you know whether Yan would have communicated with you about



T. RABINOVICH

I've presented to you, I mean, do you dispute that what you're looking at here is a request that Yan sent to you to pay for things out of CitiMed's account?

A. No.  I don't dispute it.

Q. And if I presented you with a thousand examples today of this, it still would not refresh you're recollection of this happening regularly?

MR. LEGHORN:  Objection.

MR. JULIANO:  Objection to form.

Q. Are there any other companies that you can think of that Yan directed you to issue payment to from CitiMed's accounts?

A. Like what companies?

Q. Like any companies.

A. Rent payments.  Rent payments.

Q. Does Yan e-mail you to direct you to issue rent payments?

A. Sometimes, yes.



T. RABINOVICH

Q. Okay.  That's good.

What else -- in what other instances would Yan e-mail you and direct you to issue payments?

A. Mostly rent payments.  I wouldn't recollect anything else.

Q. So he e-mails you to say that he needs you to pay the rent?

A. He more would call me then e-mail me.

Q. But sometimes he e-mails you?

A. Usually no.  He calls me.

Q. Does he ever WhatsApp you to pay the rent?

A. Yes, he can.

Q. Anything else that you can think of as you sit here where Yan would reach out to you and say he needs you to issue payment for something on CitiMed's behalf?

A. I don't remember.  I don't recall.

Q. Would he e-mail you about an electrical bill that he needs you to



T. RABINOVICH

MR. COOK:  Yeah.

MR. VOLPE:  Thank you.

Q. This is previously marked, too. I've handed you previously marked Exhibit 440.

I want to focus on the first e-mail on the exhibit, which is from Ioannis to you dated September 22nd, 2017.  The subject is "first invoice."

Do you see that?

A. Yes.

Q. It states, "Tatyana, please see attached for our first invoice regarding work performed for March 2017 until May 2017.  Please review and let me know if it is okay so I can send you actual invoice."

Do you see that?

A. Yes.

Q. It appears that the invoice is missing from this exhibit, but you are forwarding this draft invoice.

You see the attachment that you're forwarding to Yan Moshe?  It



T. RABINOVICH

says, "CitiMed draft invoice."

A. Mm-hm.

Q. And you're saying "hi, please advise."

Why are you sending this draft invoice to Yan Moshe?

A. Honestly, I don't know.  And I tell you more, on that time, CDI didn't provide any services.

Q. Between March of 2017 and May of 2017, they did not provide any services?

A. They started in July.

Q. Regardless, why are you forwarding this invoice to Yan Moshe?

A. I don't know.

Q. What would he be advising you on in connection with this draft invoice?

A. I don't know.

Q. Presumably, Yan provided you with guidance around this invoice.

In what way would he have provided you with guidance?  How would he have advised you regarding this



T. RABINOVICH

invoice?

MR. LEGHORN:  Objection.

MR. JULIANO:  Objection to form.

Q. How would Yan have advised you regarding this invoice?

MR. LEGHORN:  Objection.

Q. You can answer.

A. I don't know.

Q. Would it have been through WhatsApp?  Would it have been by e-mail, by telephone?

MR. LEGHORN:  Objection.

Q. That's a question pending.  Do you know?

A. I don't know.

Q. When you reach out to Yan for advice on something, how does Yan usually advise you?

MR. LEGHORN:  Objection.

Q. By e-mail, by phone, by WhatsApp?

A. It can be all of the above.

Q. Okay.  If Yan wasn't involved in

