*Exhibit 5*

# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com..**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
+1.212.940.6488 direct
+1.212.940.8776 fax

June 3, 2026

**VIA EMAIL**

Anthony M. Juliano
Brach Eichler LLC
101 Eisenhower Pkwy, Ste 101
Roseland, NJ 07068
ajuliano@bracheichler.com

Re:   *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, **21-cv-5523 (E.D.N.Y.)**

Anthony:

During the deposition of Tatyana Rabinovich ("Rabinovich") that took place on Monday, June 1, 2026, Rabinovich testified that she communicated with Yan Moshe ("Moshe") via Whatsapp regarding matters relevant to the instant action.  As you know, Plaintiffs' First Set of Document Requests to Moshe specifically requested communications via Whatsapp.  *See, e.g.*, 4/1/2022 RFPs, Def. No. 4 ("'Document' and 'Documents' mean… every writing or record of every kind or description… including without limitation… messaging, or ephemeral messaging, including… Whatsapp").  Moshe produced no Whatsapp messages in discovery. Based on Rabinovich's testimony, State Farm is requesting production of any Whatsapp messages in his possession, custody, and control responsive to any of Plaintiffs' Requests for Production.  Please confirm by end of day June 5, whether such messages are available to be produced.  If so, please provide a timeline for production and confirm the collection, search, and review of all such records will be performed by Moshe's counsel, not by Moshe or his employees.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

cc: Keith Roberts

KATTEN MUCHIN ROSENMAN LLP
CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES     NEW YORK
ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP