*Exhibit 6*

4:44

< 20     Rabinovich Ta...

**Wed, May 6**

🔒 Messages and calls are end-to-end encrypted. Only people in this chat can read, listen to, or share them. **Learn more**

Hi! For new  dental lease we need to add utilities charge separately as additional rent?
In old lease landlord provided AC and no additional charges except cable, phone and internet. Please advise

2:36 PM

500$ a month for all utilities

2:51 PM ✓✓

+

4:44

< 20  Rabinovich Ta...

2:36 PM

Wed, May 6

**500$ a month for all utilities**
2:51 PM

**Including cable, phone and internet?**
2:52 PM

**Water gas electric**
2:53 PM

Ty
2:53 PM

Tue, May 19

**GM! Please call me. It's about Marvin**
8:33 AM

**Voice call**
1 min
8:34 AM

4:44 🔕

< 20    Rabinovich Ta...      📞

 **Voice call**
1 min                    8:34 AM

Good evening! New guy is asking 3 months free to obtain license, apply to Medicaid, Medicare , ect. Please advise how to respond
                                    7:06 PM

Not acceptable to deal will not be negotiated
                              7:28 PM ✓✓

👍

**Thu, May 21**

**Grand Concourse**

 SH  **Singer, Harry**      11:15 AM ☆
           To: Me ⌄                    ⌄

+  [                              ]   ▢   📷   🎤

4:45 🔕



< 20  Rabinovich Ta...

**Thu, May 21**

**Grand Concourse**

SH **Singer, Harry**   11:15 AM ☆
To: Me ⌄

Hi Yan,

Public records show a 2025 NYC tax lien on 1963 Grand Concourse, and the carry on that compounds quickly.

We work with a lot of owners and buyers

✎ Thank you   ✎ Yes   ✎ Write   12:22 PM ✓✓

**Good afternoon**

12:22 PM ✓✓

**You don't pay the taxes ?**

12:23 PM ✓✓

Hi! Will find out with my AP

12:25 PM

+

**4:45**



‹ 20   **Rabinovich Ta...**
online

Hi! Will find out with my AP

12:25 PM

Ok needs to be paid asap

12:28 PM ✓✓

Find out how much is outstanding

12:29 PM ✓✓

 **Forwarded**

**Department of Finance Property Tax and Charges**

Edit Search ▾

| | |
|---|---|
| BBLE: | 2-02808-0044 |
| Borough Number: | 2 - Bronx |
| Block Number: | 02808 |
| Lot Number: | 0044 |
| Property Address: | 1963 GRAND CONCOURSE BRONX NY 10453-4994 |

**Amount Due Today**
$0.00
Current quarter, including any past due amounts

**Total Owed**
$595.00
Full tax year, including applicable discount and any past due amounts

**Other Amount**
Build your own payment by selecting Tax Types, Pay

Other Amount
Build your own payment by selecting Tax Types, Pay Periods, and Payment Date

Payment Total    12:44 PM
$0.00

➤ **Forwarded**



HD    12:44 PM

➤ **Forwarded**



4:45

 **Rabinovich Ta...**
online



HD    12:44 PM

**Taxes paid in full**
12:45 PM

 **Missed voice call**
Tap to call back
12:45 PM

**It's something else. Where did he get that info?**
12:45 PM

Ok let me find out
12:56 PM

**You**
Not acceptable to deal will

4:45

< 20  **Rabinovich Ta...**
online

Info.

12:45 PM

Ok let me find out

12:56 PM ✓✓

**You**
Not acceptable to deal will not be negotiated

Looks like new guy is out. Need to look for a new tenant.

1:35 PM

Wow ok

1:40 PM ✓✓

Will order it

1:40 PM

Before I do it Yenny will show space to someone, she has a girl who was looking for pharmacy

1:42 PM

+

4:45

<20 Rabinovich Ta...
online

she has a girl who was looking for pharmacy

1:42 PM

Ok let me know

1:49 PM ✓✓

**Thu, May 28**

Good morning, my dear. I need hamsters rent.

12:23 PM ✓✓

Hampstead

12:23 PM ✓✓

Asap

12:23 PM ✓✓

GM! Will do

12:24 PM

Will deposit today for:
Hempstead
6555 woodhaven
990163

4:45 🔕



< 20  **Rabinovich Ta...**
online

 

GM! Will do
12:24 PM

Will deposit today for:
Hempstead
6555 woodhaven
9901 63

Need anyone else?
12:31 PM

**Mon, Jun 1**

 **Voice call**
59 sec          6:35 PM

**Tue, Jun 2**

 **Voice call**
No answer    4:40 PM

⌄

Wednesday

+

4:45

< 20 **Rabinovich Ta...**
online

**Tue, Jun 2**

 **Voice call**
No answer    4:40 PM

**Wednesday**

**Rabinovich Tatiana**
Before I do it Yenny will show space to someone, she has a girl who was looking for ph...

Any update here ?
7:52 PM ✓✓

Not yet, she will come to see pharmacy tomorrow
8:25 PM

Ok let me know please
8:55 PM ✓✓