# *Exhibit 7*

## Scruton, Sarah M.

**From:** Scruton, Sarah M.
**Sent:** Friday, June 19, 2026 10:10 AM
**To:** 'Juliano, Anthony M.'
**Cc:** Cook, Christopher T.; Cardoza, Michael L.
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Moshe response to WhatsApp Request

Anthony,

Thank you for taking the time to speak with us yesterday. The below memorializes the parties' discussion:

- One June 3, 2026, Plaintiffs sent your client, Yan Moshe, a letter requesting any WhatsApp messages responsive to any of Plaintiffs' discovery requests.
- You forwarded this letter to Mr. Moshe, and, in response, Mr. Moshe sent you 11 screenshots of WhatsApp messages with Tatyana Rabinovich. You then forwarded these screenshots to Plaintiffs. You have "no idea" what process Mr. Moshe used to collect these screenshots.  The screenshots have incomplete dates, and no metadata associated with the communications was produced.
- When we requested to meet and confer with you regarding the collection process used to collect these messages, you reached out to Mr. Moshe again, inquiring as to whether those 11 screenshots were all of the responsive WhatsApp messages in his possession. Mr. Moshe confirmed he had no additional WhatsApp messages.
- Plaintiffs are requesting that Mr. Moshe provide his phone to your office so that IT personnel can conduct a full collection of Mr. Moshe's WhatsApp messages and attorneys from your office can review said messages for responsiveness and privilege.
- You committed to emailing Mr. Moshe yesterday about Plaintiffs' request and to follow up with a phone call. However, you were unable to commit to a date by which you would have an answer from Mr. Moshe about whether he would be willing to participate in this process.

Best,
Sarah

**Sarah M. Scruton**
Counsel

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5472
sarah.scruton@katten.com | katten.com
Bio | vCard

---

**From:** Scruton, Sarah M.
**Sent:** Wednesday, June 17, 2026 9:31 AM
**To:** 'Juliano, Anthony M.' <ajuliano@bracheichler.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Moshe response to WhatsApp Request

We are available at 2:30 pm; let's use the below dial-in.

Dial by your location
    +1 312 256 2830 US (Chicago)
    +1 646 291 8511 US (New York)
    888 707 2752 US Toll-free
Meeting ID: 957 7232 1922
Passcode: 076316

**Sarah M. Scruton**
Counsel

# Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5472
sarah.scruton@katten.com | katten.com
Bio | vCard

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Wednesday, June 17, 2026 9:24 AM
**To:** Scruton, Sarah M. <sarah.scruton@katten.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Moshe response to WhatsApp Request

*EXTERNAL EMAIL – EXERCISE CAUTION*

Unavailable yesterday and today – tomorrow is good between 230 and 430

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Suite 201 | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

B R A C H | E I C H L E R LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

---

**From:** Scruton, Sarah M. <sarah.scruton@katten.com>
**Sent:** Wednesday, June 17, 2026 10:19 AM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** [EXTERNAL] RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Moshe response to WhatsApp Request

Anthony,

We need to meet and confer regarding the process used to identify and collect these messages. Please let us know what your availability is for today.

Best,
Sarah

**Sarah M. Scruton**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5472
sarah.scruton@katten.com | katten.com
Bio | vCard

---

**From:** Scruton, Sarah M.
**Sent:** Monday, June 15, 2026 2:48 PM
**To:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>
**Subject:** RE: State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Moshe response to WhatsApp Request

Anthony,

We would like to meet and confer regarding the process used to identify and collect these messages. Please let us know what your availability is for tomorrow.

Best,
Sarah

**Sarah M. Scruton**
Counsel

**Katten**

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5472
sarah.scruton@katten.com | katten.com
Bio | vCard

---

**From:** Juliano, Anthony M. <ajuliano@bracheichler.com>
**Sent:** Wednesday, June 10, 2026 4:41 PM
**To:** Scruton, Sarah M. <sarah.scruton@katten.com>; Omid Zareh <ozareh@wzmplaw.com>; mjc@schlawpc.com; James Volpe <jjv@schlawpc.com>; Steven Harfenist <sharfenist@hkplaw.com>; Alexandra Mule <amule@capetoladivinslaw.com>; Benjamin M. Pinczewski <bmp@psattorney.com>; Marian Strauss <mstrauss@londonfischer.com>; Byron Divins <bdivins@capetoladivinslaw.com>
**Cc:** Cook, Christopher T. <christopher.cook@katten.com>; Cardoza, Michael L. <michael.cardoza@katten.com>; Marks, Jonathan L. <jonathan.marks@katten.com>; Thomas A. Leghorn <tleghorn@londonfischer.com>
**Subject:** State Farm v. Metro Pain Specialists P.C., et al. - 1:21-cv-05523 (E.D.N.Y.) - Moshe response to WhatsApp Request

*EXTERNAL EMAIL – EXERCISE CAUTION*
Sarah:

In response to your request, see attached WhatsApp messages in Mr. Moshe's possession.
Anthony

**Anthony M. Juliano, Esq.**
101 Eisenhower Parkway | Suite 201 | Roseland, New Jersey 07068
Direct: 973-403-3154 | Firm: 973-228-5700 | Fax: 973-618-5554
bio | email | vcard | website
New York City | Roseland | Palm Beach

B R A C H | E I C H L E R LLC

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

-

============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

-