June 25, 2026

***VIA ECF***
Magistrate Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.**
> **Case No.:  1:21-cv-05523-MKB-PK**

Dear Magistrate Kuo:

Please accept this joint letter motion regarding defendant Yan Moshe's ("Moshe") request that the Court permit Moshe to file a response to the supplemental brief filed by Plaintiffs in support of its pending motion for spoliation sanctions (Document Nos. 729-731).

### MOSHE'S POSITION

Plaintiffs' motion was filed on April 13, 2026 (Document Nos. 729-731).  Moshe filed opposition on May 11, 2026 (Document No. 745).  Plaintiffs filed its reply on May 21, 2026 (Document No. 748).  Thereafter, Plaintiffs filed a supplemental brief on June 22, 2026 (Document No. 752).  Plaintiffs' supplemental brief was filed without consent or leave of court.  The supplemental brief pertains to Moshe's recent production of WhatsApp messages.

During the June 24, 2026 status conference, Your Honor directed Moshe to file a letter brief requesting leave to file a response to State Farm's supplemental brief.  I reached out to Plaintiffs' counsel and requested consent for Moshe to file a response by July 10, 2026.  Plaintiffs' advised they would provide consent but only to July 3, 2026.  I advised Plaintiffs' counsel of my plans to be out of the office on vacation for two days during the Fourth of July Holiday week.  Plaintiffs' counsel again refused to consent to July 10.

Moshe respectfully requests a reply to Plaintiffs' supplemental brief be filed on or before July 10, 2026.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

**www.bracheichler.com**

BE.17174703.1/MOS106-284575

Magistrate Peggy Kuo, U.S.M.J.
June 25, 2026
Page 2

## PLAINTIFFS' POSITION

Plaintiffs' Supplemental Brief (Dkt. 752) seeks to supplement the record on Plaintiffs' Motion for Spoilation Sanctions (Dkt. 729) with new evidence that Moshe has not only destroyed emails in his personal email account, but appears to have spoliated messages exchanged through the WhatsApp application.

While Plaintiffs do not object to Moshe's request for leave to file a response to the Supplemental Brief, they seek to address three issues raised by Moshe's request. First, the Supplemental Brief is limited in length and scope, consisting of four double-spaced pages, and any response should be similarly tailored. Second, given the limited and focused nature of the Supplemental Brief, the tight schedule created by the impending close of fact discovery and defendants' pattern of discovery delays, a request for 18 days to respond is longer than needed. As reflected in the Supplemental Brief, Plaintiffs completed a meet and confer with Moshe's attorney on June 18 in which they learned the facts surrounding the collection and production of the WhatsApp messages and filed their Supplemental Brief four days later on June 22. There is no reason Moshe needs 18 days. Finally, Moshe states Plaintiffs filed the Supplemental Brief without leave of Court. But he omits the fact that Plaintiffs seek leave of Court to file the brief in the first line of the Supplemental Brief. *See* Dkt. 752 at 14554.

Accordingly, Plaintiffs do not object to Moshe's request for leave to file a response to a Supplemental Brief, but request (a) any such brief be limited in length consistent with the Supplemental Brief; (b) Moshe be given a short deadline to file the response, and (c) Plaintiffs be granted leave to file their Supplemental Brief as requested in the brief itself.

Respectfully Submitted,

By: /s/ Jonathan Marks

KATTEN MUCHIN ROSENMAN LLP

Jonathan L. Marks
Sarah M. Scruton
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
jonathan.marks@katten.com
sarah.scruton@katten.com

By:_____

BRACH EICHLER LLC

Anthony Juliano
Keith Roberts
101 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.5700
Facsimile: 973.618.5554
ajuliano@bracheichler.com
kroberts@bracheichler.com

BE.17174703.1/MOS106-284575

BRACH | EICHLERLLC

Magistrate Peggy Kuo, U.S.M.J.
June 25, 2026
Page 3


Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:  212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs*

BE.17174703.1/MOS106-284575