**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, <br><br> *Plaintiffs,* <br><br> v. <br><br> METRO PAIN SPECIALISTS P.C.; TRI-BOROUGH NY MEDICAL PRACTICE P.C.; LEONID SHAPIRO, M.D.; REGINA MOSHE, M.D.; CITIMEDICAL I, PLLC; CITIMED SERVICES, P.A.; CITIMEDICAL SERVICES P.C.; CITIMED COMPLETE MEDICAL CARE P.C.; CITIMED MANAGEMENT SERVICES INC.; CITIMED SURGERY CENTER LLC (a/k/a CMSC LLC); YAN MOSHE (a/k/a YAN LEVIYEV); HACKENSACK SPECIALTY ASC LLC (f/k/a DYNAMIC SURGERY CENTER LLC, f/k/a EXCEL SURGERY CENTER LLC); INTEGRATED SPECIALTY ASC LLC (f/k/a HEALTHPLUS SURGERY CENTER LLC); SCOB LLC (a/k/a SURGICARE OF BROOKLYN); NJMHMC LLC (d/b/a HUDSON REGIONAL HOSPITAL); et al., <br><br> *Defendants.* | Case No.: 1:21-cv-05523-MKB-PK <br><br> *Civil Action* <br><br><br> **SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that the undersigned hereby consents to the substitution of Mandelbaum Barrett PC as attorneys for Defendants Yan Moshe; Hackensack Specialty ASC LLC; Integrated Specialty ASC LLC; Reuven Alon; Columbus Imaging Center LLC; Beshert Corp.; Medaid Radiology LLC; SCOB LLC; NJMHMC LLC; Star Solution Services, Inc.; Nizar Kifaieh, M.D.; Premier Anesthesia Associates, P.A.; and Citimed Surgery Center LLC in connection with the above-captioned matter.

| | |
|---|---|
| **BRACH EICHLER L.L.C.** <br> *Withdrawing Attorneys for Defendants,* <br> *Yan Moshe; Hackensack Specialty ASC LLC;* <br> *Integrated Specialty ASC LLC; Reuven Alon;* | **MANDELBAUM BARRETT PC** <br> *Superseding Attorneys for Defendants,* <br> *Yan Moshe; Hackensack Specialty ASC LLC;* <br> *Integrated Specialty ASC LLC; Reuven Alon;* |

4933-4986-8474, v. 1

*Columbus Imaging Center LLC; Medaid Radiology LLC; SCOB LLC; NJMHMC LLC; Star Solution Services, Inc.; Beshert Corp.; Nizar Kifaieh, M.D.; Premier Anesthesia Associates, P.A.; and Citimed Surgery Center LLC*

By: /s/ Keith J. Roberts
    Keith J. Roberts

Dated: July 2, 2026

*Columbus Imaging Center LLC; Medaid Radiology LLC; SCOB LLC; NJMHMC LLC; Star Solution Services, Inc.; Beshert Corp.; Nizar Kifaieh, M.D.; Premier Anesthesia Associates, P.A.; and Citimed Surgery Center LLC*

By: /s/ Andrew R. Bronsnick
    Andrew R. Bronsnick

Dated: July 2, 2026

4933-4986-8474, v. 1