**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, <br><br> *Plaintiffs,* <br><br> v. <br><br> METRO PAIN SPECIALISTS P.C.; TRI-BOROUGH NY MEDICAL PRACTICE P.C.; LEONID SHAPIRO, M.D.; REGINA MOSHE, M.D.; CITIMEDICAL I, PLLC; CITIMED SERVICES, P.A.; CITIMEDICAL SERVICES P.C.; CITIMED COMPLETE MEDICAL CARE P.C.; CITIMED MANAGEMENT SERVICES INC.; CITIMED SURGERY CENTER LLC (a/k/a CMSC LLC); YAN MOSHE (a/k/a YAN LEVIYEV); HACKENSACK SPECIALTY ASC LLC (f/k/a DYNAMIC SURGERY CENTER LLC, f/k/a EXCEL SURGERY CENTER LLC); INTEGRATED SPECIALTY ASC LLC (f/k/a HEALTHPLUS SURGERY CENTER LLC); SCOB LLC (a/k/a SURGICARE OF BROOKLYN); NJMHMC LLC (d/b/a HUDSON REGIONAL HOSPITAL); et al., <br><br> *Defendants.* | Case No.: 1:21-cv-05523-MKB-PK <br><br> *Civil Action* <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Yan Moshe; Hackensack Specialty ASC LLC; Integrated Specialty ASC LLC; Reuven Alon; Columbus Imaging Center LLC; Beshert Corp.; Medaid Radiology LLC; SCOB LLC; NJMHMC LLC; Star Solution Services, Inc.; Nizar Kifaieh, M.D.; Premier Anesthesia Associates, P.A.; and Citimed Surgery Center LLC in the above-captioned action, and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below. I certify that I am admitted to practice before this Court.

4933-4986-8474, v. 1

Dated: New York, New York
July 2, 2026

Respectfully submitted,
MANDELBAUM BARRETT PC

By:_____

Andrew R. Bronsnick, Esq.
570 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (973) 327-6611
Email: abronsnick@mblawfirm.com
Attorneys for Defendants Yan Moshe; Hackensack Specialty ASC LLC; Integrated Specialty ASC LLC; Reuven Alon; Columbus Imaging Center LLC; Beshert Corp.; Medaid Radiology LLC; SCOB LLC; NJMHMC LLC; Star Solution Services, Inc.; Nizar Kifaieh, M.D.; Premier Anesthesia Associates, P.A.; and Citimed Surgery Center LLC

4933-4986-8474, v. 1