

**MANDELBAUM BARRETT** PC
ATTORNEYS AT LAW

**ANDREW R. BRONSNICK, ESQ.**
**PARTNER**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
T: 1-973-327-6611
F: 1-973-325-7467
Email: abronsnick@mblawfirm.com

July 2, 2026

**VIA ECF**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:    Letter Motion for Extension of Time -** State Farm Mutual Automobile Insurance Company, et al. v. NJMHMC, LLC (d/b/a Hudson Regional Hospital), et al. Case No. 1:21-CV-05523 (E.D.N.Y.)

Dear Judge Kuo:

We write on behalf of NJMHMC, LLC (d/b/a Hudson Regional Hospital), Yan Moshe ("Moshe") and other Defendants in the above-referenced matter to respectfully request a brief extension of the deadline for Moshe to file a supplemental brief in opposition to Plaintiff's motion for spoliation sanctions. Your Honor's June 26, 2026 Order granted leave to file a supplemental brief by July 3, 2026. Defendants respectfully request a one-week extension, which would render a new deadline of July 10, 2026.

As I detailed during the June 24, 2026 telephone conference, Defendants have been in the process of substituting counsel, and we entered an appearance today. Although counsel has been working toward a substitution for over a month, the necessary consent was only granted this week. Counsel is still finalizing the substitution and obtaining full access to the record needed to prepare the opposition. We respectfully request a one-week extension to allow our firm to properly assess the issues and the relevant record and submit a supplemental brief.

We have conferred with opposing counsel, who take no position with respect to this request. This request is made in good faith and will not prejudice any party. We thank Your Honor for your time and consideration.

Respectfully Submitted,

By: _____
ANDREW R. BRONSNICK, ESQ.

cc: Counsel of Record Via ECF

4909-4620-6138, v. 1