**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>v.<br><br>Metro Pain Specialists P.C., et al.,<br><br>Defendants. | Case No. 1:21-cv-05523 (MKB) (PK) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company (collectively, "Plaintiffs") and Defendants Leonid Shapiro, M.D. ("Shapiro"), Metro Pain Specialists P.C. ("Metro Pain") and Tri-Borough NY Medical Practice P.C. ("Tri-Borough"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Shapiro, Metro Pain, and Tri-Borough are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated: July __, 2026

_____

Hon. Margo K. Brodie
United States District Court Judge

Consented to by:

| | |
|---|---|
| **HARFENIST  KRAUT  &  PERLSTEIN LLP** | **KATTEN MUCHIN ROSENMAN LLP** |

By: */s/ Steven J. Harfenist*
Steven J. Harfenist
Harfenist Kraut & Perlstein, LLP
3000 Marcus Avenue
Suite 2e1
Lake Success, NY 11042
516-355-9600
Fax: 516-355-9601
Email: sharfenist@hkplaw.com

*Attorneys for Defendants Leonid Shapiro, M.D., Metro Pain Specialists P.C., and Tri-Borough NY Medical Practice P.C.*

By: */s/ Jonathan L. Marks*
Jonathan L. Marks
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
jonathan.marks@katten.com

Christopher T. Cook
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
Facsimile: 212.940.8876
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*