July 16, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,
>        **Case No. 21-cv-05523 (E.D.N.Y.) – Joint Ltr. re Fact Discovery**

Dear Judge Kuo:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Civil Rule 16.2, plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and Defendants[1] write jointly to advise the Court on the status of fact discovery and to respectfully request the Court enter the proposed deposition schedule attached as Exhibit 1 to this letter, which would permit the taking of specified depositions after the close of fact discovery on July 24, 2026.  The parties also seek the Court's assistance in resolving a dispute over whether the fact discovery deadline should be extended until September 23, 2026, to allow for additional document and written discovery.

On March 6, 2026, the Court entered a revised case schedule by which all fact discovery would conclude on July 24, 2026.  *See* Dkt. 723.  Since that time, the parties have made significant progress toward completing fact discovery, including producing outstanding documents, serving revised written discovery responses, taking depositions, and raising related disputes with the Court for adjudication.  Some disputes as to document and written discovery remain outstanding and will be raised with the Court by July 24, 2026.

The parties raise two issues for decision by this Court: (1) the parties jointly move the Court to enter the proposed deposition schedule attached as Exhibit 1 to this letter; and (2) Defendants seek to extend the current fact discovery deadline as to document and written discovery until September 23, which Plaintiffs oppose.

**Motion for Entry of the Proposed Deposition Schedule**:  The parties respectfully submit that just cause supports extending the time to complete outstanding depositions beyond July 24,

---

[1] Defendants are comprised of Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., NJMHMC LLC d/b/a Hudson Regional Hospital (the "Moshe Defendants"), Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp. (the "Alon Defendants"), Nizar Kifaieh, M.D., and Premier Anesthesia Associates P.A. (the "Kifaieh Defendants") Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc. (the "Citimed Defendants"), and Vadim Dolsky, and Optimum Health Acupuncture, P.C. (the "Dolsky Defendants").

2026.  First, the requested adjustment for deposition scheduling is necessary to address witness availability, an issue the Court previously indicated might be an appropriate basis to modify the schedule.  Second, all outstanding depositions would be completed within 60 days of the current fact discovery cutoff.  The parties have met and conferred and generated a comprehensive schedule identifying specific dates on which remaining depositions will occur based on counsel and witness availability.  The proposed schedule attached hereto as Exhibit 1 would ensure completion of all remaining depositions by September 23, 2026.  Third, extending the time to complete remaining depositions would not require extending any other deadline in the operative case schedule.  Thus, dates currently governing expert discovery and pre-trial orders would remain in place.  Finally, providing additional time would promote the fair and efficient completion of fact discovery.  As the Court is aware, delays in the production of documents and compliance with Court orders have impacted the timely scheduling and taking of depositions.  Additional time would permit the parties to conduct depositions with a complete document record, thus avoiding the need to reopen depositions based on the production of new information.  *See, e.g.*, 5/28/2026 Text Order (permitting Plaintiffs "to reopen the depositions of Tatyana Rabinovich and Roman Yunusov if any documents produced by Citimed Defendants on [July 10], 2026 require additional questioning") (incorporating extension from 7/2/2026 Text Order).

Moreover, the parties respectfully request that by agreement defendants be permitted to continue the depositions of two non-party witnesses:  Anthony Rose and Brijesh Reddy.  Both depositions remain open, but will close, except for good cause shown, should cross examination not occur by September 23, 2026.

**Motion to Extend Document and Written Discovery to September 23**:  Defendants submit that fact discovery remain open for all purposes through the final date of fact witness depositions—September 23, 2026.  Defendants request this extension for several reasons. First, Plaintiffs served subpoenas on third parties during the last few weeks and we expect additional documents will be produced accordingly. Second, counsel for the Moshe Defendants recently entered the case and intends to comply with the Court's case management calendar, while preserving the rights of the Moshe Defendants to supplement the factual record. Finally, the course of fact witness depositions will certainly raise additional issues and the need for production of documents over the next 60 plus days.

Plaintiffs oppose Defendants' requested extension of the deadline for document and written discovery.  The parties have had ample time to complete such discovery prior to July 24, and the Court has repeatedly ordered the parties to do so.  Additional time may also result in new disputes being raised between the parties requiring the expenditure of the parties' time and resources, and Plaintiffs have and are continuing to undertake substantial efforts to conclude document and written discovery within the current schedule.  Limiting document and written discovery to the current deadline is thus appropriate and warranted.  As an alternative to extending the deadline for all document and written discovery, Plaintiffs would propose permitting the parties to issue requests after July 24 only for documents identified during depositions previously unknown to the parties and raised for the first time by a testifying witness.

\*      \*      \*

2

Accordingly, the parties respectfully request the Court enter the proposed deposition schedule attached to this letter as Exhibit 1 and resolve the instant dispute over whether the deadline for document and written discovery should be extended to September 23, 2026.

Respectfully submitted,

By: /s/ *Jonathan L. Marks*

KATTEN MUCHIN ROSENMAN LLP

Ross O. Silverman
Jonathan L. Marks
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone:  312.902.5200
Facsimile:  312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020
Telephone:  212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: /s/ *Andrew R. Brosnick*

MANDELBAUM BARRETT PC

Andrew R. Bronsnick
Samantha Christine Fasanello
3 Becker Farm Road
Roseland, NJ 07068
Telephone:  973.403.3126
abronsnick@mblawfirm.com
sfasanello@mblawfirm.com

*Attorneys for Defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, NJMHMC LLC, Star Solution Services Inc., Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp. Nizar Kifaieh, M.D., and Premier Anesthesia Associates, P.A.*

By: /s/ *Thomas A. Leghorn*

LONDON FISCHER LLP

Thomas A. Leghorn
59 Maiden Lane
New York, NY 10038
212-331-9555
Fax: 212-972-1030
tleghorn@londonfischer.com

*Attorneys for Defendants Regina Moshe, Citimedical I PLLC, Citimed Services P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc.*

By: /s/ *Matthew J. Conroy*

SCHWARTZ, CONROY & HACK, PC

Matthew J. Conroy
Robert E. B. Hewitt, III
666 Old Country Road
Suite 900
Garden City, NY 11530
516-745-1122
mjc@schlawpc.com
reh@schlawpc.com

*Attorneys for Defendants Vadim Dolsky and Optimum Health Acupuncture P.C.*