**Proposed Deposition Schedule**

| Witness | Date(s) |
|---|---|
| Betty McCabe | 7/22/2026 |
| Marina Katayeva | 7/28/2026 |
| State Farm 30(b)(6) | 8/4/2026 |
| Vadim Dolsky | 8/5/2026 |
| Michael Fuzaylov | 8/19/2026 |
| Reuven Alon | 8/21/2026 |
| Nizar Kifaieh | 8/25/2026 |
| Mario Incollingo | 8/26/2026 |
| Stacey Spies | 9/2/2026 |
| Michael Knox | 9/11/2026 |
| Regina Moshe | 9/15/2026 |
| Leonid Shapiro | 9/17/2026 |
| Barbara Stolfe | 9/18/2026 |
| Yan Moshe | 9/23/2026 |
| Citimed 30(b)(6) | To be determined[1] |

---

[1] On July 16, 2026, the Court granted Plaintiffs' motion to compel (Dkt. 757) and ordered the Citimed Professional Entities to designate a witness to testify on the Rule 30(b)(6) topics served.  The parties were ordered to confer and advise the Court of a date for this deposition no later than July 27, 2026.