*Exhibit 1*

# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com..**

June 3, 2026

**VIA EMAIL**

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
+1.212.940.6488 direct
+1.212.940.8776 fax

Thomas Leghorn
London Fischer LLP
59 Maiden Lane
New York, NY 10038
tleghorn@londonfischer.com

   **Re:   *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.)**

Tom:

   During the deposition of Tatyana Rabinovich ("Rabinovich") that took place on Monday, June 1, 2026, Rabinovich testified that she communicated with employees of the Citimed Defendants via Whatsapp regarding matters relevant to the instant action.  As you know, Plaintiffs' First Set of Document Requests to Regina Moshe, M.D., Citimed Services P.A., Citimedical I, PLLC, Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc. (collectively, the "Citimed Defendants") specifically requested communications via Whatsapp.  *See, e.g.*, 4/1/2022 RFPs to Dr. Moshe, Def. No. 4 ("'Document' and 'Documents' mean… every writing or record of every kind or description… including without limitation… messaging, or ephemeral messaging, including… Whatsapp).  The Citimed Defendants produced no Whatsapp messages in discovery.  Based on Rabinovich's testimony, State Farm is requesting production of any Whatsapp messages in the Citimed Defendants' possession, custody, and control responsive to any of Plaintiffs' Requests for Production.  Please let us know by end of day June 5, whether such messages are available to be produced.  If so, please provide a timeline for production and confirm the collection, search, and review of all such records will be performed by counsel for the Citimed Defendants, not by the Citimed Defendants or their employees.

Respectfully submitted,

*/s/ Christopher T. Cook*

Christopher T. Cook

cc: Marian Strauss