# *Exhibit 1*

# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com..**

July 2, 2026

<u>**VIA EMAIL**</u>

**CHRISTOPHER T. COOK**
christopher.cook@katten.com
+1.212.940.6488 direct
+1.212.940.8776 fax

Andrew Bronsnick
Mandelbaum Barrett, PC
3 Becker Farm Road
Suite 105
Roseland, NJ 07068
abronsnick@mblawfirm.com

Re:    *State Farm Mut. Auto. Ins. Co. v. Metro Pain Specialists P.C.*, 21-cv-5523 (E.D.N.Y.)

Andy:

Plaintiffs State Farm Mutual and State Farm Fire write regarding outstanding issues with ESI and document discovery concerning defendants Yan Moshe ("Moshe"), Hackensack Specialty ASC LLC ("Dynamic"), Integrated Specialty ASC LLC ("HealthPlus"), SCOB LLC, Citimed Surgery Center LLC, Star Solution Services LLC ("Star Solution"), NJMHMC LLC ("Hudson Regional"), Reuven Alon ("Alon"), and Nizar Kifaieh ("Kifaieh") (together, "Defendants"). Plaintiffs request the following items be addressed by July 8, 2026.

- **Star Solution Billing Data**:  Star Solution is in violation of this Court's order dated May 15, 2026, directing Star Solution "to supplement their responses to Plaintiffs' requests for production by specifying which documents are responsive to which request for production, which documents are being withheld and on which basis, and which documents do not exist" no later than May 30, 2026.  As set forth in the parties' joint letter filed April 17, 2026 (Dkt. 736), Plaintiffs have been unable to locate any billing data produced by Star Solution outside of incomplete records produced as attachments in ESI productions.  As more than 30 days have passed since the Court-ordered deadline, Plaintiffs intend to promptly raise this issue with the Court if Star Solution does not fully comply with the Court's May 15, 2026 order and, to the extent it has not already done so, produce complete billing data responsive to Plaintiffs' long-standing document demands.

- **Plaintiffs' June 15, 2026 Letter**:  On June 15, 2026, Plaintiffs served the enclosed letter seeking production of the below-bulleted documents by June 18, 2026.  Defendants have provided no response.  Plaintiffs will promptly raise these outstanding records with the Court if not addressed by the deadlines set forth in this letter.

    o  Guaranty Agreement for 1010 N Broadway Holdings Mortgage from Regina Moshe, Citimed Mgmt., and Citimed Complete;

    o  Mortgage and Security Agreement for loan from Popular Bank to 9220 165 Holdings dated December 31, 2015;

KATTEN MUCHIN ROSENMAN LLP
CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES    NEW YORK
ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

- o   Operative Lease between relevant Citimed entity and 1010 N Broadway Holdings after October 4, 2021; and

- o   Original Lease between relevant Citimed entity and 313 43 Holdings for use of space at 313 43rd Street location.

- **Supplemental Privilege Logs for Moshe, Alon, HealthPlus, and Hudson Regional**:  On April 16, 2026, Plaintiffs served the enclosed letter on Defendants challenging privilege designations for specified documents.  Defendants have since served supplemental privilege logs, however those logs raise questions as to their accuracy and completeness. For example, Hudson Regional's original privilege log identified more than 20,000 entries. Plaintiffs challenged 800 entries, yet its supplemental privilege log identifies only 200 entries.  Plaintiffs seek clarity as to this discrepancy and a revised privilege log identifying all responsive documents withheld from production and basis for doing so.

- **Improper Redactions**:  Plaintiffs have identified documents bearing what appear to be improper redactions.  Plaintiffs seek production of unredacted versions of the following:

  - o   NJMHMC119935
  - o   NJMHMC154795
  - o   ISASC232633
  - o   ALON026691

Please address the above issues no later than July 8, 2026.

Sincerely,

*/s/ Christopher T. Cook*

Christopher T. Cook