July 24, 2026

<u>**VIA ECF**</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    ***State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,**
          **Case No. 21-cv-05523 (E.D.N.Y.) – Joint Report re Close of Fact Discovery**

Dear Judge Kuo:

    Pursuant to this Court's March 6, 2026 order (Dkt. 723), plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, NJMHMC LLC, Star Solutions Services LLC (together, the "Moshe Defendants"), Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp. (together, the "Alon Defendants"), Nizar Kifaieh, M.D., Premier Anesthesia Associates P.A. (together, the "Kifaieh Defendants"), Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services, P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc. (together, the "Citimed Defendants"), Vadim Dolsky, L.Ac., and Optimum Health Acupuncture P.C. (together, the "Dolsky Defendants"), (collectively, "Defendants," and together with Plaintiffs, the "Parties"), respectfully write to address the status of fact discovery in this case.

    **Written Discovery**: The Parties certify written discovery has concluded but for the open discovery issues raised in the Parties' joint letters. *See* Dkts. 762, 763, 764.

    **Document Discovery**: The Parties certify document discovery has concluded but for the open discovery issues raised in the Parties' joint letters. *See* Dkts. 762, 763, 764.

    **Fact Depositions**: Fact depositions are ongoing per the Court's order dated July 17, 2026, and the parties will submit a proposed date for the Rule 30(b)(6) deposition of the Citimed Professional Entities by July 27 pursuant to the Court's order dated July 17.

    **Expert Discovery**: The Parties agree that expert discovery is necessary. Based on the Court's scheduling order, affirmative expert reports will be provided by October 31, 2026, rebuttal reports will be provided by January 31, 2027, and depositions of experts will be completed by March 31, 2027. *See* Dkt. 723.

Respectfully submitted,

By: /s/ *Jonathan L. Marks*

KATTEN MUCHIN ROSENMAN LLP

Ross O. Silverman
Jonathan L. Marks
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020
Telephone: 212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: /s/ *Thomas A. Leghorn*

LONDON FISCHER LLP

Thomas A. Leghorn
59 Maiden Lane
New York, NY 10038
212-331-9555
Fax: 212-972-1030
tleghorn@londonfischer.com

*Attorneys for Defendants Regina Moshe, Citimedical I PLLC, Citimed Services P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc.*

By: /s/ *Andrew R. Bronsnick*

MANDELBAUM BARRETT PC

Andrew R. Bronsnick
Samantha Christine Fasanello
3 Becker Farm Road
Roseland, NJ 07068
Telephone: 973.403.3126
abronsnick@mblawfirm.com
sfasanello@mblawfirm.com

*Attorneys for Defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, NJMHMC LLC, Star Solution Services Inc., Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp. Nizar Kifaieh, M.D., and Premier Anesthesia Associates, P.A.*

By: /s/ *Robert Hewitt*

SCHWARTZ, CONROY & HACK, PC

Matthew J. Conroy
Robert E. B. Hewitt, III
666 Old Country Road
Suite 900
Garden City, NY 11530
516-745-1122
mjc@schlawpc.com
reh@schlawpc.com

*Attorneys for Defendants Vadim Dolsky and Optimum Health Acupuncture P.C.*