July 27, 2026

**Via ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***State Farm v. Metro Pain*, 1:21-cv-05523 - Joint Letter re Scheduling Rule 30(b)(6) Deposition of the Citimed Professional Entities**

Dear Judge Kuo:

Pursuant to this Court's July 17, 2026 order, plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company and defendants Regina Moshe ("Dr. Moshe"), Citimedical I PLLC ("Citimedical I"), Citimed Services, P.A. ("Citimed Services"), Citimedical Services, P.C. ("Citimedical Services"), Citimed Complete Medical Care, P.C. ("Citimed Complete"), and Citimed Management Services Inc. ("Citimed Mgmt.") (collectively, "the Citimed Defendants"), respectfully write to confirm the scheduling of the Rule 30(b)(6) corporate representative deposition of the Citimed Professional Entities. The parties have agreed to proceed with the deposition of the Citimed Professional Entities on October 7, 2026, pending final confirmation by Regina Moshe, M.D. regarding availability on this date, which counsel for the Citimed Defendants is in the process of obtaining. Consistent with the Court's instruction, Plaintiffs will disclose to the Citimed Defendants the 20 patient files they intend to use as exhibits during the Rule 30(b)(6) deposition on or before August 18, 2026.

Respectfully Submitted,

By: /s/ *Christopher T. Cook*                    By: /s/ *Thomas A. Leghorn*

KATTEN MUCHIN ROSENMAN LLP          LONDON FISCHER LLP

Ross O. Silverman                                        Thomas A. Leghorn
Jonathan L. Marks                                        Marian J. Strauss
Sarah M. Scruton                                         59 Maiden Lane
Michael L. Cardoza                                       New York, NY 10038
525 West Monroe Street                              212-331-9555
Chicago, Illinois 60661-3693                        Fax: 212-972-1030
Telephone:  312.902.5200                            tleghorn@londonfischer.com
Facsimile:  312.902.1061                             MStrauss@londonfischer.com
ross.silverman@katten.com
jonathan.marks@katten.com                       *Attorneys for Regina Moshe, Citimedical I*
sarah.scruton@katten.com                          *PLLC, Citimed Services P.A., Citimedical*
michael.cardoza@katten.com                      *Services P.C., Citimed Complete Medical*
                                                                    *Care P.C., and Citimed Management*
                                                                    *Services Inc.*
Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:  212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual*
*Automobile Insurance Company and State*
*Farm Fire and Casualty Company*