**MANDELBAUM BARRETT** PC
ATTORNEYS AT LAW



**ANDREW R. BRONSNICK, ESQ.**
**PARTNER**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
T: 1-973-327-6611
F: 1-973-325-7467
Email: abronsnick@mblawfirm.com

August 10, 2026

**VIA ECF**

Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Request for adjournment of Telephone Conference of 8/19/26**
> State Farm Mutual Automobile Insurance Company, et al. v. NJMHMC, LLC (d/b/a Hudson Regional Hospital), et al.
> Case No. 1:21-CV-05523 (E.D.N.Y.)

Dear Judge Kuo:

We write on behalf of NJMHMC, LLC (d/b/a Hudson Regional Hospital), Yan Moshe ("Moshe") and other Defendants in the above-referenced matter to respectfully request a brief adjournment of the Telephone Conference scheduled for August 19, 2026.

I will be traveling on August 19 and unable to participate on the Telephone Conference that day. I have contacted counsel and have their consent to request a new date on August 20 or 21, 2026 for the Telephone Conference.

This request is made in good faith and will not prejudice any party. We thank Your Honor for your time and consideration.

Respectfully Submitted,

By: _____
ANDREW R. BRONSNICK, ESQ.

cc: Counsel of Record Via ECF

4918-9943-1878, v. 1