September 25, 2026

**<u>VIA ECF</u>**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

**Re:** ***State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*,**
**Case No. 21 Civ. 5523 (E.D.N.Y.) – Proposed Revised Case Schedule**

Dear Judge Kuo:

Pursuant to the Court's text order dated September 21, 2026, as well as Federal Rule of Civil Procedure 16(b) and Local Civil Rule 16.2, plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and Defendants[1] write to respectfully request the Court enter the Proposed Revised Discovery Plan and Case Schedule attached hereto as Exhibit A.

Due to unforeseen delays in the production of documents and information highly relevant to remaining depositions and forthcoming expert disclosures, the parties respectfully submit that just cause supports extending the time to complete remaining depositions and expert discovery beyond the dates set forth in the Court's prior orders and the current discovery plan (*see* Dkt. 723). As the Court may recall, on July 17, 2026, the Court so-ordered a proposed deposition schedule allowing for depositions of specified fact witnesses to occur after the close of fact discovery. *See* Dkt. 761-1; 7/24/2026 Text Order. The Court's order stated: "Fact discovery will close on July 24, 2026, except for the depositions listed in [761-1]." On July 24, 2026, the parties jointly submitted a discovery status letter advising that written and document discovery had concluded but for the open issues raised in then-pending joint letters (*see* Dkts. 762, 763 & 764), which the Court subsequently decided and set deadlines for compliance. *See* 8/24/2026 Text Order. The parties have since made progress toward completing depositions and producing outstanding documents. However, allowing additional time to complete discovery is warranted for several reasons.

First, Defendants have yet to produce communications and financial records highly relevant to remaining depositions and expert disclosures. Following the August 21 motion hearing, deadlines were set by which the Citimed Defendants and Yan Moshe would produce communications stored on the messaging application WhatsApp. Due to unforeseen delays,

[1] Defendants include the following parties: Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., Citimed Management Services Inc., Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., NJMHMC LLC d/b/a Hudson Regional Hospital, Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp., Nizar Kifaieh, M.D., Premier Anesthesia Associates P.A., Vadim Dolsky, and Optimum Health Acupuncture, P.C.

Defendants require additional time to search, review, and produce these communications. Plaintiffs have also identified through deposition testimony documents previously undisclosed or reported as unavailable, including tax returns, general ledgers, and bank accounts. Defendants are in the process of gathering these documents and have agreed to produce all responsive documents by October 30, 2026. As October 30 is the current deadline for serving affirmative expert disclosures and after remaining depositions are set to occur, Plaintiffs and their experts would be unable to consider these records in serving initial reports and deposing remaining witnesses.

Second, the parties have been diligent in completing remaining depositions and resolving outstanding discovery issues. Since the Court entered the proposed deposition schedule on July 17, 2026, the parties have completed all but the following six depositions:

(1) Citimed Rule 30(b)(6), which is scheduled to occur on October 7 (*see* Dkt. 766);

(2) Nizar Kifaieh, which was adjourned while the parties pursue ongoing settlement discussions;

(3) Leonid Shapiro, which Plaintiffs have canceled and will not take;

(4) Michael Knox;[2]

(5) Reuven Alon, which was adjourned due to witness availability and pending the production of documents; and

(6) Yan Moshe, which was adjourned due to witness availability and pending the production of documents.

Of the remaining depositions, all would be completed prior to November 26. The parties are also proceeding with the asset inspection, which Mr. Dolsky is committed to completing by October 30, 2026.

Third, the requested extension would facilitate the fair and efficient completion of discovery. Additional time would allow the Plaintiffs to pursue ongoing settlement discussions with Nizar Kifaieh, which could further streamline this case for trial, and permit the parties to complete remaining depositions and serve affirmative expert disclosures with a complete factual record, thus avoiding the need to reopen depositions or serve supplemental expert reports.

Finally, the proposed revised schedule would allow for a reasonable extension to the deadlines for completing depositions and expert discovery without unduly delaying the advancement of this case for trial. Expert discovery is presently scheduled to close on March 31, 2027, which would be extended under the proposed revised schedule to May 21, 2027. This additional time is reasonable given the importance of the documents to be produced to remaining depositions and expert disclosures, the complexity of the case, and the parties' efforts to complete fact discovery.

[2] Defendants have sought to depose another employee of Plaintiffs in lieu of Mr. Knox. Plaintiffs have not agreed, and the parties will jointly submit a letter raising any unresolved disputes with the Court.

For the foregoing reasons, the parties respectfully request the Court enter the Proposed Revised Discovery Plan and Case Schedule attached hereto as Exhibit A.

Respectfully Submitted,

By: /s/ *Christopher T. Cook*

KATTEN MUCHIN ROSENMAN LLP

Jonathan L. Marks
525 West Monroe Street
Chicago, Illinois 60661-3693
312.902.5200
jonathan.marks@katten.com

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020
212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: /s/ *Robert E. B. Hewitt*

SCHWARTZ, CONROY & HACK PC

Robert E. B. Hewitt, III
666 Old Country Road, 9th Floor
Garden City, NY 11530
516-745-1122
reh@schlawpc.com

*Attorneys for Defendants Vadim Dolsky and Optimum Health Acupuncture P.C.*

By: /s/ *Andrew R. Bronsnick*

MANDELBAUM BARRETT P.C.

Andrew R. Bronsnick
3 Becker Farm Road
Roseland, NJ 07068
973-327-6611
abronsnick@mblawfirm.com

*Attorneys for Defendants Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp. Nizar Kifaieh, M.D., Premier Anesthesia Associates, P.A., and NJMHMC LLC*

By: /s/ *Thomas A. Leghorn*

LONDON FISCHER LLP

Thomas A. Leghorn
59 Maiden Lane
New York, NY 10038
212-331-9555
tleghorn@londonfischer.com

*Attorney for Defendants Regina Moshe, Citimedical I PLLC, Citimed Services P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc.*