November 18, 2026

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *State Farm Mut. v. Metro Pain,* 1:21-cv-05523 - Joint Ltr. re Asset Inspection**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") and defendant Vadim Dolsky ("Dolsky") (together, the "Parties") write jointly to respectfully request the Court extend the deadline to complete the inspection of Dolsky's gold bullion, luxury watches, and jewelry at issue in this case (collectively, the "Assets") and enter a schedule consistent with that agreed to by the Parties. No party objects to the relief requested in this letter motion.

On October 27, 2026, the Court entered an order extending the deadline to complete the inspection of Assets by November 20, 2026. Since that time, the Parties have agreed on a mutually convenient schedule by which the inspection of all luxury watches and jewelry will take place on December 2, 2026, and the inspection of all gold bullion will take place on December 3, 2026. The short extension contemplated by this motion will not require the extension of any other deadlines in the case, and no party objects to the requested relief.

Accordingly, the Parties respectfully request the Court extend the deadline and order the Parties to complete the inspection of all luxury watches and jewelry on December 2, 2026, and the inspection of all gold bullion on December 3, 2026.

Respectfully Submitted,

By: */s/ Christopher T. Cook*

KATTEN MUCHIN ROSENMAN LLP

Christopher T. Cook
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: 212.940.8800
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

By: */s/ Robert E. B. Hewitt, III*

SCHWARTZ, CONROY & HACK P.C.

Robert E. B. Hewitt, III
Matthew J. Conroy
666 Old Country Road, Suite 900
Garden City, New York 11530-2020
516.745.1122

reh@schlawpc.com
mjc@schlawpc.com

*Attorneys for Defendants Vadim Dolsky and Optimum Health Acupuncture P.C.*