Michael A. Zimmerman (NY/NJ)
---------------
Harrison J. Edwards, IV (NY)
Salvatore A. Candela (NY)
---------------
Of Counsel:
Daniel D'Costa

ZIMMERMAN LAW
P.C.

Main Office:
315 Walt Whitman Road, Suite 215
Huntington Station, NY 11746
Tel. (631) 415-0900
Fax (631) 415-0910
(facsimile not for service)

November 19, 2026

**VIA ECF**

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: State Farm Mutual Automobile Insurance Co. et al. v. Metro Pain Specialists P.C., et al.
Case No. 1:21-cv-05523 (MKB) (PK)

Dear Clerk of Court:

This firm appeared for Defendants Geoffrey Allerton Cushman, P.T., PI Physical Therapy, P.C., Xia Guan, L.Ac., Rebound Acupuncture P.C., Longyu Ma, L.Ac. and Hidden Dragon Acupuncture P.C. Plaintiffs' claims against each of these Defendants were settled and dismissed with prejudice. See ECF Doc #366, Stipulation and Order of Dismissal (Cushman and PI Physical Therapy, P.C.); ECF Doc #493, Stipulation and Order of Dismissal (Guan and Rebound Acupuncture P.C.); ECF Doc #498, Stipulation and Order of Dismissal (Ma and Hidden Dragon Acupuncture P.C.).

This firm no longer represents any party with claims pending in this action. Please terminate Michael A. Zimmerman and Zimmerman Law, P.C. from the Notices of Electronic Filing in this case, including the addresses litigation@zimmlaw.com and wholeoffice@zimmlaw.com.

Thank you for your attention to this matter.

Sincerely,

Michael A. Zimmerman, Esq.
Zimmerman Law, P.C.
michael@zimmlaw.com

cc: All counsel of record (via ECF)