Katten
Katten Muchin Rosenman LLP

**525 W. Monroe Street**
**Chicago, IL 60661 3693**
**312.902.5200 tel**
**www.katten.com**

**Jonathan L. Marks**
Jonathan.marks@katten.com
312.902.5337 direct
312.902.1061 fax

November 24, 2026

**Via ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

**Re: *State Farm Mut. Auto. Ins. Co., et al. v. Metro Pain Specialists P.C., et al.*, Case No. 21 Civ. 5523 (E.D.N.Y.) – Extension of Time to Complete Depositions**

Dear Judge Kuo:

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs") respectfully request that the Court extend the deadline for completing depositions of key defendants in this case. The parties have been working cooperatively to address delays in the production of documents highly relevant to these remaining depositions, and good cause supports the requested extension. All Defendants other than the Citimed Defendants consent to the relief sought in this letter motion — the Citimed Defendants did not respond to Plaintiffs' request for their position prior to filing.[1]

On September 29, 2026, the Court entered a revised scheduling order and directed the parties to complete all remaining depositions by November 26, 2026. *See* 9/29/2026 Text Order; Dkt. 772. Remaining depositions include those of Yan Moshe, Reuven Alon, Nizar Kifaieh, M.D., and the Citimed PC Defendants.[2] At that time, the Citimed Defendants and Yan Moshe had agreed to produce, by October 30, 2026, outstanding communications and financial records highly

[1] Consenting Defendants are Yan Moshe, Hackensack Specialty ASC LLC, Integrated Specialty ASC LLC, Citimed Surgery Center LLC, SCOB LLC, Star Solution Services Inc., NJMHMC LLC d/b/a Hudson Regional Hospital, Reuven Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Beshert Corp., Nizar Kifaieh, M.D., Premier Anesthesia Associates P.A., Vadim Dolsky, and Optimum Health Acupuncture P.C. Plaintiffs attempted by phone and email to obtain the consent of Regina Moshe, M.D., Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., Citimed Complete Medical Care P.C., and Citimed Management Services Inc. (collectively, the "Citimed Defendants"). No response was received prior to filing.

[2] The "Citimed PC Defendants" refers to Citimedical I, PLLC, Citimed Services, P.A., Citimedical Services P.C., and Citimed Complete Medical Care P.C.

relevant to the remaining depositions and to expert disclosures, including communications stored on the messaging application WhatsApp. *See* Dkt. 771 at 2. They did not meet that deadline.

Due to delays in the production of responsive documents, Plaintiffs have been unable to proceed with the remaining depositions. The Citimed Defendants have not produced WhatsApp communications for one custodian and expect to complete that production by December 11, 2026, and Yan Moshe completed his production of WhatsApp communications on November 20, 2026. Defendant Star Solution Services Inc. also produced certain financial records on November 20, 2026. Other records remain outstanding. Defendants are working to produce additional responsive records to the extent they exist, and the parties should be in a position to schedule firm dates for remaining depositions shortly.

Accordingly, Plaintiffs respectfully request the Court (1) vacate the November 26, 2026, deadline for completing the remaining depositions, and (2) direct the parties to file a letter with the Court by December 4, 2026, identifying the date on which each remaining deposition will take place. The parties will be in a better position by December 4 to know when the depositions can be scheduled as they will be able to then assess the status of the outstanding documents. Because testimony from these depositions bears heavily on expert opinions, the parties also anticipate filing, by December 4, 2026, a joint motion to modify the case schedule and extend the deadline for expert disclosures.

Respectfully submitted,

/s/ *Jonathan L. Marks* __
Jonathan L. Marks

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*